UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES KOPPEL, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:20-cv-11479 |
| WILLIAM MOSES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF MICHAEL J. LAMBERT**

Please enter my appearance on behalf of defendant William Moses in this matter.

Respectfully submitted,

WILLIAM MOSES,

By his attorneys,

*/s/ Michael J. Lambert*
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
Michael J. Lambert (BBO # 704134)
mlambert@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: August 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, and I hereby certify that I have served the foregoing by electronic mail on the below-listed counsel who have not yet entered an appearance in this Court:

>Edward G. Boylan, Esq.
>Freeman Mathis & Gary LLP
>60 State Street, Suite 600
>Boston, MA 02109-1800
>pboylan@fmglaw.com

>*/s/ Michael J. Lambert*
>Michael J. Lambert