UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

—————————————————————

JAMES KOPPEL,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )          No. 20-cv-11479-LTS
                                       )
WILLIAM MOSES,                         )
                                       )
            Defendant.                 )
—————————————————————)

## **<u>MOTION TO SET ASIDE ENTRY OF DEFAULT</u>**

Pursuant to Fed. R. Civ. P. 55(c), defendant William Moses moves to set aside the default entered by the clerk of the Middlesex Superior Court before the removal of the action to this Court. Rule 55 provides that the Court "may set aside an entry of default for good cause." *Id.* This liberal standard is satisfied here, because Moses was not properly served with process before the default entered on June 26, 2020. Even if Moses had been properly served, however, his default was not willful, he has acted expeditiously to assert his valid defenses to plaintiff's defamation claim, and plaintiff will suffer no cognizable prejudice from allowance of this motion.

In support of this motion, Moses submits the accompanying memorandum of law and affidavit of William Moses.

WHEREFORE, William Moses respectfully requests that this Court allow this motion and set aside the entry of default.

WILLIAM MOSES,

By his attorneys,

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
Michael J. Lambert (BBO # 704134)
mlambert@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: August 12, 2020

## Certification Pursuant to Local Rule 7.1

I hereby certify that on August 11, 2020, I conferred with counsel for plaintiff James Koppel in a good faith attempt to resolve or narrow the issues presented in this motion.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

2