UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM MOSES,<br><br>    Defendant. | No. 20-cv-11479-LTS |

## AFFIDAVIT OF WILLIAM MOSES IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

I, William Moses, hereby depose and state as follows.

1. I am the defendant in this action. I make this affidavit on personal knowledge in support of my Motion to Set Aside Entry of Default.

2. I am a graduate student at the Massachusetts Institute of Technology (MIT). Plaintiff James Koppel is also a graduate student at MIT. Before the events at issue in this lawsuit, Koppel and I communicated via my MIT email address, and through Facebook Messenger. In addition, on March 6, 2020, I received a demand letter by email from Koppel's attorney. Therefore Koppel and his counsel have had access to my MIT email address at all relevant times.

3. As of March 10, 2020, I was living temporarily at the Sidney Pacific Graduate Residence at MIT, a dormitory located at 70 Pacific St., Cambridge, Massachusetts. On that date, I received a communication from president Rafael Reif announcing that due to the COVID-19 pandemic, classes for the week of March 16-20 would be cancelled, undergraduates would need

1

to leave campus by the end of the week, and all "[g]raduate students who can work remotely and who can arrange another place to live away from campus are strongly encouraged to do so." A copy of this communication is attached hereto as **Exhibit A**.

4. On March 13, 2020, I submitted a "Graduate Housing Termination Form" to MIT, and informed the school that I would be moving out of the Sidney Pacific dormitory. (**Exhibit B**). On the same date, I moved myself and my belongings to my permanent residence in Arlington, Virginia. (*Id.*). I have not been back to Massachusetts since. After I moved out of the Sidney Pacific dormitory, I informed MIT that I do not intend to return to Cambridge during the fall semester.

5. I never received a mailed copy of the summons and complaint in this case. I first learned that Koppel had sued me on July 6, 2020, when I received by mail at my permanent Virginia residence a copy of a motion for entry of default judgment and default order. An envelope containing these documents apparently had been forwarded from my former dormitory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2020,

_William Moses_
William Moses

## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle