# EXHIBIT B

# COVID Lease Termination  Inbox ×   

 **William Moses** <wmoses@mit.edu>  Fri, Mar 13, 1:07 AM  
to graduatehousing

Hi,

I've cleared out my apartment (491B) in Sidney Pacific and am planning on leaving tomorrow evening.

I have a continuing lease, and I'd like to return to Sidney Pacific once this is all over.

How should I terminate my lease / fill out the forms on the housing website?

Cheers,
Billy Moses

---

 **Ambria Jones via RT** <graduatehousing@mit.edu>  Fri, Mar 13, 1:55 PM  
to wmoses

Hi Billy,

Thank you for your email. You are free to leave graduate housing without any penalty due to Covid-19. Please complete the online termination form at myhousing.mit.edu and indicate your move out date in the "additional comments" section. Your rent responsibility will end once we receive your termination form and keys on that date.

You currently have a continuing license agreement for your current assignment in Sidney-Pacific. You have the option to renew your housing for this upcoming academic year within the next few weeks. You will see an option in your MyHousing portal on March 24th to renew your housing for the next academic year.

Please also complete the Apply to Return to Housing Form in advance of your anticipated planned date of return, at https://studentlife.mit.edu/webforms/apply-return-housing-covid-19-campus-response#overlay-context=webforms/apply-return-housing-covid-19-campus-response .

If you have any additional questions following this, please let me know.
--
Best,
Ambria
Graduate Housing Assignments Associate
MIT Housing & Residential Services