UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 20-cv-11479-LTS |
| WILLIAM MOSES, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

A "vague" statement "that is subject to multiple interpretations" is "not actionable" as defamation. *Ayyadurai v. Floor64, Inc*., 270 F. Supp. 3d 343, 355 (D. Mass. 2017)*,* citing *Gray, v. St. Martin's Press, Inc*., 221 F.3d 243, 248 (1st Cir. 2000) (statements that involve "expressions of personal judgment," are non-actionable, "especially as the judgments become more vague and subjective in character."). Defendant William Moses moves to dismiss this defamation action pursuant to Fed. R. Civ. P. 12(b)(6) because the allegedly defamatory communication at issue—Moses's statement that plaintiff James Koppel had made other persons "deeply uncomfortable"—is too indefinite to ground a libel claim, and does not imply the existence of specific undisclosed defamatory facts. Koppel's other claims, for tortious interference with advantageous relationships (Count II), false light invasion of privacy (Count III), and "civil conspiracy" (Count IV), improperly seek to re-plead the flawed defamation claim under different captions, and are meritless on its own terms. Accordingly, the complaint should be dismissed in its entirety.

In support of this motion, Moses submits the accompanying memorandum of law.

WHEREFORE, defendant William Moses respectfully requests that his motion to dismiss this action for failure to state a claim under Fed. R. Civ. P. 12(b)(6) be allowed.

    WILLIAM MOSES,

    By his attorneys,

    */s/ Jeffrey J. Pyle*
    Jeffrey J. Pyle (BBO # 647438)
    jpyle@princelobel.com
    Michael J. Lambert (BBO # 704134)
    mlambert@princelobel.com
    PRINCE LOBEL TYE LLP
    One International Place, Suite 3700
    Boston, MA 02110
    T: 617-456-8000
    F: 617-456-8100

Dated: August 12, 2020

## Certification Pursuant to Local Rule 7.1

I hereby certify that on August 7, 2020, I conferred with counsel for plaintiff James Koppel in a good faith attempt to resolve or narrow the issues presented in this motion.

    /s/ *Jeffrey J. Pyle*
    Jeffrey J. Pyle

## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

    /s/ *Jeffrey J. Pyle*
    Jeffrey J. Pyle