# EXHIBIT 1

**From:** Paul G. Boylan [mailto:pboylan@fmglaw.com]
**Sent:** Tuesday, July 7, 2020 3:59 PM
**To:** Jaren D Wilcoxson <jaren@mit.edu>
**Subject:** RE: Retraction... James Koppel

Thank you for your email .

You are incorrect to suggest I failed as to any professional courtesy. Sending you a copy of the complaint would have involved assumptions or presumptions which I was not free to make.
Fortunately, those are  now moot.

I welcome counsel for Mr. Moses. Until that person contacts me we will do nothing as to the default absent notice to you. When counsel appears I expect we will voluntarily vacate it.
If counsel does not contact me in a week or so I will email you before taking any further steps.

Because you are involved the likelihood of any further  proceedings on the default is extremely small.   Once counsel appears I hope and expect it will be zero.

With best wishes,

Paul

**Paul G. Boylan**
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617.963.5972 | C: 857.366.1169**
pboylan@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
**CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI**
Please read this important notice and confidentiality statement

**From:** Jaren D Wilcoxson <jaren@mit.edu>
**Sent:** Tuesday, July 7, 2020 3:24 PM
**To:** Paul G. Boylan <pboylan@fmglaw.com>
**Subject:** [EXTERNAL] RE: Retraction... James Koppel

Dear Paul –

I was surprised to learn yesterday that your firm filed a lawsuit against William Moses on behalf of your client James Koppel and then sought to have a default entered against him. It appears that you purport to have effected service on Mr. Moses by leaving a copy of the summons and complaint at his dorm in May, even though MIT has effectively been shut down due to the pandemic since the day of your email below. In fact, Mr. Moses learned about the lawsuit and the default upon receiving mail that the post

office forwarded to his home in Virginia where he has been living since he vacated his dorm on March 15. He has yet to receive a copy of the summons and complaint.

Had you given me the professional courtesy of alerting me to the filing of the lawsuit, I assure you Mr. Moses would have responded. While I am currently assisting Mr. Moses in finding counsel to enter an appearance on his behalf, given the circumstances and to avoid unnecessary motion practice, I ask that you withdraw the default so that Mr. Moses can retain counsel to represent him. I would also appreciate it if you could send to my attention a copy of the summons and the complaint.

Please advise as soon as possible as to your position on these issues.

Best regards,
Jay

Jaren D. Wilcoxson | Counsel | Office of the General Counsel
Massachusetts Institute of Technology
105 Broadway | NE36-6201 | Cambridge, MA 02142
617.253.7724 | jaren@mit.edu



This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. These materials are intended only for the use of the intended recipient. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege, or exemption from disclosure as to this communication.

**From:** Paul G. Boylan [mailto:pboylan@fmglaw.com]
**Sent:** Thursday, March 12, 2020 2:26 PM
**To:** Jaren D Wilcoxson <jaren@mit.edu>
**Subject:** RE: Retraction... James Koppel

Thank you for the separate e-mailing.

**Paul G. Boylan**
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617.963.5972 | C: 857.366.1169**
pboylan@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
**CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI**
Please read this important notice and confidentiality statement

**From:** Jaren D Wilcoxson <jaren@mit.edu>
**Sent:** Thursday, March 12, 2020 2:23 PM
**To:** Paul G. Boylan <pboylan@fmglaw.com>
**Subject:** RE: Retraction... James Koppel

Paul –

I can't agree with your characterization below of the situation, but nonetheless the email has been resent as a standalone email.

Best,
Jay

Jaren D. Wilcoxson | Counsel | Office of the General Counsel
Massachusetts Institute of Technology

105 Broadway | NE36-6201 | Cambridge, MA 02142
617.253.7724 | jaren@mit.edu

This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. These materials are intended only for the use of the intended recipient. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege, or exemption from disclosure as to this communication.

**From:** Paul G. Boylan [mailto:pboylan@fmglaw.com]
**Sent:** Thursday, March 12, 2020 2:03 PM
**To:** Jaren D Wilcoxson <jaren@mit.edu>
**Subject:** Retraction... James Koppel

The retraction sent today unfortunately included the original defamatory communication.

I request the retraction be sent again immediately without inclusion of the defamatory March 2 publication.

The communication today constituted an inexcusable and yet once more excessive publication the March 2 defamation.

You and I did not discuss inclusion of the original defamation. I would certainly have objected. The damage is repeated and possibly made worse by the error today.

Kindly confirm that you represent these individuals. If you do not represent them I will feel free to make clear the points here.

**Paul G. Boylan**
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617.963.5972 | C: 857.366.1169**
pboylan@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
**CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI**
Please read this important notice and confidentiality statement