# EXHIBIT 3

MAY 4, 2020

# RETURN OF SERVICE

RECEIVED

5/6/2020

*I this day SERVED the within named*   WILLIAM MOSES

*by*                                                    (2) ATTEMPTS. COPY LEFT POSTED AT DOOR.
                                                            SECOND COPY MAILED

<u>**X**</u>   *leaving at last and usual place of abode, to wit:*

*No.*      70 PACIFIC ST #491B
*in the city/town of* CAMBRIDGE, *an attested copy of the SUMMONS; COMPLAINT; CIVIL
ACTION COVER SHEET; REQUESTS FOR PRODUCTION OF DOCUMENTS BY JAMES
KOPPEL WITH MOTION FOR SPECIAL PROCESS SERVER*

*Service and travel*   $   56

John Rymaszewski
_____
Process Server/

CJ