# EXHIBIT 4

Case 1:20-cv-11479-LTS   Document 5-4   Filed 08/12/20   Page 1 of 2

**Pyle, Jeffrey J.**

| | |
|---|---|
| **From:** | Pyle, Jeffrey J. |
| **Sent:** | Friday, July 17, 2020 12:41 PM |
| **To:** | 'pboylan@fmglaw.com' |
| **Subject:** | Koppel v. Moses |

Dear Paul,
Thanks for agreeing to send me a copy of the summons and complaint, and to deem them received as of today. You can send them to this email address.
Sincerely,
Jeff Pyle

1