UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>WILLIAM MOSES,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 1:20-cv-11479-LTS |

Motion to Extend Time to Oppose Two Separate Motions by This
Plaintiff (Assented-To in part)

Plaintiff James Koppel by his attorneys hereby moves for two extensions of time to respond to two motions served by the defendant on August 12, 2020. Those motions are documents #5 and #6.

These requests for extensions of time are related to the removal of this action from Middlesex Superior Court to this Court on August 6. The plaintiff intends to contest the validity of that removal by a motion for remand. That motion must be filed within 30 days of the removal. That date as presently calculated is September 8, 2020. Counsel for plaintiff intend to file the motion for remand before September 8 if able to do so.

On August 12 the defendant filed two motions. The first is a motion to vacate a default entered in state court. Document 6. On August 12 the defendant also filed a motion to dismiss the complaint. Document 5. Both motions will be opposed.

Counsel for plaintiff by this motion seeks two separate extensions of the time for opposition to those two motions by defendant.

1. An extension of time to oppose the motion to vacate the default.

Plaintiff seeks an extension of time to oppose the motion to vacate the default opposition to that is related to the soon to be filed motion for remand. The current date for opposition to the motion to vacate default is August 26. Plaintiff requests an extension of time to oppose that motion to a date concurrent with the filing of the motion for the remand.

The motion to vacate the default will be opposed because the validity of the default is relevant to the validity of service. That is relevant to the timeliness of the removal. Those issues will be argued in the motion to remand. Filing the opposition to the motion to vacate the default concurrently with the motion to remand will tie those two motions together. Defendant on information assents to this part of this motion.

2. Plaintiff by this motion seeks a separate extension of the time for its opposition to the motion for dismissal, Document 5. Plaintiff requests that the time for opposition to the motion for dismissal be set at 14 days after the denial by this Court of the motion for remand. Defendant does not assent to this requested extension.

Plaintiff by counsel requests an extension time to oppose the motion for dismissal because if the motion for remand is granted, this Court will not need to address any of the issues raised in the motion for dismissal. If remand is granted the defendant is free to file its motion for dismissal in state court . If remand is denied counsel for plaintiff by this motion request leave to file its opposition within 14 days of the denial of remand.

3. Plaintiff requests, in the alternative as to point 2, an extension of the time to oppose dismissal until September 8. This request for an extension in the alternative is made because of other commitments of counsel and vacation of counsel. On information counsel for the defendant does not object to this extension.

Plaintiff requests other relief as this Court may deem appropriate

                                Respectfully submitted,

                                James Koppel,
                                By his attorneys,

                                */s/ Paul G. Boylan*

                                Paul G. Boylan, BBO #052320
                                Ben Dunlap, BBO #661648
                                Freeman Mathis & Gary, LLP
                                60 State Street, Suite 600
                                Boston, Massachusetts 02109
                                pboylan@fmglaw.com
                                bdunlap@fmglaw.com
                                Tel: (617) 963-5978

Dated:  August 19, 2020

## Certificate of Service

    I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                                */s/ Paul G. Boylan*

                                Paul G. Boylan