**Exhibit 4**

Paul G. Boylan

**From:** Paul G. Boylan
**Sent:** Friday, July 17, 2020 1:38 PM
**To:** Pyle, Jeffrey J.
**Subject:** RE: Koppel v. Moses

will do.

Please confirm you will file a document recording acceptance of service of the summons and complaint.

I also will send you the extant document requests.

In light of your comments about future publicity of this lawsuit, including for example publication about it to Mass Tech or other industry publications, I certainly hope your client will do nothing or the sort and will not directly or indirectly assist or encourage additional publication of the disputed facts. Our clients have a shared interest in that. To that end I will send you a draft standard form of confidentiality agreement. Please review that and let me know if the general terms are acceptable. I propose we do one as an assented to motion.

I understand reporting privilege. The suggestion that a private person can report or pretend to report on pending litigation with immunity is not correct. The chance of immunity is decreased greatly when the private defendant is not a reporter in ordinary course and where the report is self-interested. The argument against any such immunity is even stronger where the publication is made to a person or entity which does not regularly report on litigation and is not interested in litigation.. Mass Tech does not cover litigation, especially not private litigation involving events s four months ago. The scenario you describe is a paradigm of improper motive relevant to the tort of interference with advantageous relationships. I certainly hope you will have nothing to do with any efforts to seek publicity for this case. I know of cases, and have been in them, in which superior court judges prohibit contact with the press. I respectfully suggest that this issue is explosive and potentially
would create substantial new liabilities of any involved persons.

I hope you have a wonderful weekend.

Paul G. Boylan
Freeman Mathis & Gary, LLP
60 State Street | Suite 600 | Boston, MA 02109-1800
D: 617.963.5972 | C: 857.366.1169
pboylan@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI
Please read this important notice and confidentiality statement

**From:** Pyle, Jeffrey J. <JPyle@princelobel.com>
**Sent:** Friday, July 17, 2020 12:41 PM

1

**To:** Paul G. Boylan <pboylan@fmglaw.com>
**Subject:** [EXTERNAL] Koppel v. Moses

Dear Paul,

Thanks for agreeing to send me a copy of the summons and complaint, and to deem them received as of today. You can send them to this email address.

Sincerely,
Jeff Pyle

---

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.