**Exhibit 5**

**Paul G. Boylan**

**From:** Paul G. Boylan
**Sent:** Tuesday, August 4, 2020 5:54 PM
**To:** Pyle, Jeffrey J.
**Subject:** FW: Koppel
**Attachments:** Complaint_04.13.2020.pdf; Summons.pdf; Request for Production of Documents to Koppel.pdf

I am writng to follow up out prior emails.

I understtod you would be filing a notice of appearance and acceptance of service, as well as an answer.

If that is incorrect please let me know.

Thank you.

Paul

**Paul G. Boylan**
Freeman Mathis & Gary, LLP
60 State Street | Suite 600 | Boston, MA 02109-1800
D: 617.963.5972 | C: 857.366.1169
pboylan@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI
Please read this important notice and confidentiality statement

**From:** Paul G. Boylan
**Sent:** Friday, July 17, 2020 2:55 PM
**To:** Pyle, Jeffrey J. <JPyle@princelobel.com>
**Cc:** Thomas Hay <thay@fmglaw.com>
**Subject:** FW: Koppel

My apologies. Tom tells me the prior docs were locked. These should be fully accessible .

**Paul G. Boylan**
Freeman Mathis & Gary, LLP
60 State Street | Suite 600 | Boston, MA 02109-1800
D: 617.963.5972 | C: 857.366.1169
pboylan@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI
Please read this important notice and confidentiality statement

**From:** Thomas Hay <thay@fmglaw.com>
**Sent:** Friday, July 17, 2020 2:52 PM

1