UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL,<br><br>   Plaintiff,<br><br>v.<br><br>WILLIAM MOSES,<br><br>   Defendant. | Civil Action No. 1:20-cv-11479-LTS |

**PLAINTIFF'S MOTION FOR REMAND**

Plaintiff James Koppel submits this motion for remand of this action to Middlesex Superior Court. As set forth in the accompanying memorandum of law and supported by the Affidavit of James Koppel, removal was not timely, and there is no diversity jurisdiction because Defendant William Moses is a citizen of Massachusetts. Accordingly, the action should be remanded.

WHEREFORE, Plaintiff James Koppel requests that Court enter an order:

a. Allowing the Motion for Remand;

b. Remanding this action to the Middlesex Superior Court; and

c. Awarding such other relief as the Court deems just.

Respectfully submitted,

James Koppel,
By his attorneys,


*/s/ Ben N. Dunlap*
_____

Paul G. Boylan, BBO #052320
Ben Dunlap, BBO #661648
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
bdunlap@fmglaw.com
Tel: (617) 963-5978

Dated:  September 1, 2020


## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.


*/s/ Ben N. Dunlap*
_____

Ben N. Dunlap