# Exhibit 1

MAY 4, 2020

# RETURN OF SERVICE

*I this day SERVED the within named*   WILLIAM MOSES

*by*  (2) ATTEMPTS. COPY LEFT POSTED AT DOOR. SECOND COPY MAILED

**X**  *leaving at last and usual place of abode, to wit:*

*No.*   70 PACIFIC ST #491B
*in the city/town of* CAMBRIDGE, *an attested copy of the SUMMONS; COMPLAINT; CIVIL ACTION COVER SHEET; REQUESTS FOR PRODUCTION OF DOCUMENTS BY JAMES KOPPEL WITH MOTION FOR SPECIAL PROCESS SERVER*

*Service and travel*   $  56

John Rymaszewski
Process Server/