UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM MOSES, <br><br> Defendant. | Civil Action No. 1:20-cv-11479-LTS |

### AFFIDAVIT OF JAMES KOPPEL

I, James Koppel, hereby depose and say:

1. I am the plaintiff in this action, and I make the following statements based upon my personal knowledge.

2. I have known William Moses since 2015 and I have personal knowledge of facts regarding his continuous residence in Massachusetts since 2014.

3. Mr. Moses and I are colleagues in the field of computer science, and we are acquainted through our work and study at the Massachusetts Institute of Technology (MIT).

4. In 2019 Mr. Moses and I discussed becoming roommates.

5. Mr. Moses began his undergraduate studies at MIT in August 2014, shortly after he turned 18. He graduated with three degrees in June 2017 and began the PhD program at MIT in August 2017.

6. Moses has resided in Massachusetts since 2014. In 2017, he enrolled in the Ph.D. program at MIT, became an employee of MIT, and moved in to 70 Pacific Street, No. 491B.

7. Mr. Moses has resided at 70 Pacific Street, No. 491B, Cambridge, Massachusetts, since August 2017.

8. Mr. Moses has not taken any "gap semesters" or spent any significant time away from his work at MIT since 2017.

9. The typical PhD student in Mr. Moses' field (programming languages/compilers) spends no less than six years in PhD work, and the program does not have a particular end date. PhD students at MIT typically spend the academic year on their work and their summers either at internships or on research. In the summers between 2015 and 2019 Mr. Moses was engaged in internships or research and did not live in Virginia at any time. During January school breaks in the same period he did not live in Virginia.

10. In January 2015, Mr. Moses took courses at MIT and volunteered to be an instructor for a course.

11. In the summer of 2015, Mr. Moses was a "software/propulsion engineering intern" at SpaceX in Hawthorne, California.

12. In the summer of 2016, Mr. Moses was employed in the Computational Connectomics Group of Harvard and MIT in Cambridge, Massachusetts.

13. In the summer of 2017, Mr. Moses was employed by Facebook performing research on artificial intelligence in New York and Paris.

14. In January 2018, Mr. Moses attended Student Information Processing Board (SIPB) meetings in Cambridge.

15. Mr. Moses spent the bulk of the summer of 2018 at MIT in Cambridge.

16. In January 2019, Mr. Moses attended SIPB meetings in Cambridge.

17. In the summer of 2019, Mr. Moses was employed at Lawrence Berkeley National Labs in California.

18. In January 2020, Mr. Moses attended SIPB meetings in Cambridge.

19. Each fall from 2015 to 2019 Mr. Moses returned home to Cambridge, Massachusetts. He spent each academic year at his home in Cambridge from 2014 through 2020.

20. Since August 2017, Mr. Moses has been an employee of MIT and subject to Massachusetts tax. When Mr. Moses and I were discussing becoming roommates in 2019, he repeatedly informed me that he had no substantial income outside of his MIT earnings.

21. A PhD student working for the University is more like an employee than a college student.

22. There is no definite end date for the PhD program, and it typically continues at least six years.

23. In the spring of 2020 Mr. Moses was engaged in his PhD work at MIT.

24. I have known Mr. Moses since 2015, and he never expressed any particular intent to leave Massachusetts.

25. Mr. Moses left Cambridge temporarily in March 2020 only because of COVID-19 restrictions. At the time he left Cambridge he stated that has a continuing lease and that he intended to return to 70 Pacific Street, No. 491B when COVID-19 restrictions are no longer in place.

Executed under the penalties of perjury this 30th day of August, 2020.

_____
James Koppel

Certificate of Service

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                */s/ Ben N. Dunlap*

                Ben N. Dunlap