UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM MOSES, )<br>)<br>Defendant. )<br> ) | No. 20-cv-11479-LTS |

**ASSENTED-TO MOTION TO EXTEND TIME TO OPPOSE MOTION TO REMAND**

Defendant William Moses respectfully submits this motion to extend the deadline to file his opposition to Plaintiff James Koppel's Motion to Remand (Doc. No. 13) by seven days, from September 15, 2020, to September 22, 2020. In support of this motion, Moses states that the request is made to accommodate the planned vacation schedule of his counsel.

Counsel for plaintiff James Koppel has assented to the relief requested in this motion.

3535812.v1

2

WHEREFORE, Defendant respectfully requests that this motion be allowed, and that his deadline to respond to the Motion to Remand be extended to September 22, 2020.

        WILLIAM MOSES,

        By his attorneys,

        */s/ Jeffrey J. Pyle*
        Jeffrey J. Pyle (BBO # 647438)
        jpyle@princelobel.com
        Michael J. Lambert (BBO # 704134)
        mlambert@princelobel.com
        PRINCE LOBEL TYE LLP
        One International Place, Suite 3700
        Boston, MA 02110
        T: 617-456-8000
        F: 617-456-8100

Dated: September 2, 2020

## Certificate of Service

    I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

        */s/ Jeffrey J. Pyle*
        Jeffrey J. Pyle

3535812.v1