# EXHIBIT A

MAY 4, 2020

# RETURN OF SERVICE

RECEIVED

5/6/2020

*I this day SERVED the within named*   WILLIAM MOSES

*by*   (2) ATTEMPTS. COPY LEFT POSTED AT DOOR. SECOND COPY MAILED

**X**   *leaving at last and usual place of abode, to wit:*

*No.*   70 PACIFIC ST #491B
*in the city/town of* CAMBRIDGE, *an attested copy of the SUMMONS; COMPLAINT; CIVIL ACTION COVER SHEET; REQUESTS FOR PRODUCTION OF DOCUMENTS BY JAMES KOPPEL WITH MOTION FOR SPECIAL PROCESS SERVER*

*Service and travel*   $ 56

John Rymaszewski
Process Server/

CJ