UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES KOPPEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 20-cv-11479-LTS |
| WILLIAM MOSES, | ) ) | |
| Defendant. | ) ) ) | |

### AFFIDAVIT OF WILLIAM MOSES IN SUPPORT OF OPPOSITION TO MOTION TO REMAND

I, William Moses, hereby depose and state as follows.

1.     I am the defendant in this action. I make this affidavit on personal knowledge in support of my opposition to plaintiff James Koppel's Motion to Remand.

2.     I am 24 years old. Since I was born, my parents and I have lived at the same address in Arlington, Virginia.

3.     I am registered to vote in Virginia. Attached hereto as **Exhibit 1** is a true and accurate copy of a Virginia Department of Elections record showing my status as an active voter, with a polling place in Arlington, Virginia. Exhibit 1 shows that I have voted regularly in Virginia elections since 2014, when I turned 18, including voting by absentee ballot in the March 2020 Virginia Democratic presidential primary. I recently submitted my mail-in ballot for the Virginia general election in November.

1

4.      I hold a Virginia driver's license, a redacted copy of which is attached hereto as **Exhibit 2**. I have never held a driver's license issued by any other state, and have never registered a car in any other state.

5.      Since August 2014, I have attended the Massachusetts Institute of Technology, first as an undergraduate and now as a graduate student. When I have been physically present on MIT's campus, I have resided in MIT-owned housing that is available only to MIT students or affiliates.

6.      During college and graduate school I have regularly returned home for various amounts of time during the summers, for Thanksgiving, for winter break, as well as several times throughout the school year. MIT has a relatively long inter-semester break from the end of December through January, and I have always spent that break period, or significant portions of it, in Virginia.

7.      I have filed a Virginia tax return for all years in which I have had income, and a nonresident Massachusetts tax return whenever I had Massachusetts income.

8.      My credit card bills, bank statements, brokerage account statements, and tax forms have always been directed to my Virginia address. I have never opened a financial account in Massachusetts.

9.      I have reviewed the affidavit of James Koppel filed in support of his Motion to Remand, in which he purports to have "personal knowledge" concerning me, my activities, my place of residence, and my plans for the future. (Koppel Aff., ¶¶ 1, 7, 8, 24).

10.     Koppel and I are acquainted, mainly from living in the same dorm and working on the same floor at MIT. However, our relationship has never been close, such that he would

2

have "personal knowledge" about my life, my plans, or my intentions. Koppel at one time expressed interest in being my roommate, but I ultimately chose not to live with him.

11.    I am informed and believe that much of the content of Koppel's affidavit in which he discusses me is drawn from a *curriculum vitae* available on my website, https://wsmoses.com. I derive this belief from the fact that Koppel makes a number of inaccurate statements about me in his affidavit which may have come from misreading the resume. A copy of my resume is attached hereto as **Exhibit 3.**

12.    For example, Koppel states that I graduated from MIT in 2017 with three degrees. (Koppel Aff., ¶ 5; see Ex. 3). In fact, I graduated with two degrees: (1) a B.S. in EECS (Electrical Engineering and Computer Science) and Physics, and (2) a Masters of Engineering.

13.    Koppel asserts that I became an "employee" of MIT in 2017 when I enrolled as a Ph.D. student. That is misleading. During my graduate studies I have derived income from stipends for living expenses from MIT, and (since August 2018) from a fellowship with the U.S. Department of Energy. From August 2018 to the present, the vast majority of my stipend-related income has come from the Department of Energy fellowship, with a smaller stipend from MIT. I pay income taxes on this stipend income, but I do not consider myself to be an "employee" of MIT (or of the Department of Energy) as a result of these stipends, because I do not have any "job" responsibilities that are independent of the work I perform in furtherance of my Ph.D. I do not have the privileges that are afforded to MIT staff or faculty members, and I do not receive retirement benefits from MIT, as a staff or faculty member would.

14.    Koppel incorrectly asserts that I have not spent any significant time away from MIT since 2017. (Koppel Aff., ¶ 8). In fact, I had a summer internship in New York & Paris in the summer of 2017, and a research practicum at the Lawrence Berkeley Lab in California

3536881.v1

between May and August 2019. I have also spent time away from MIT for family and personal vacations, as well as simply visiting home.

15.     Contrary to Koppel's affidavit, I have not continually "resided" in apartment 491B the Sidney Pacific dormitory in Cambridge, Massachusetts "since August 2017." (Koppel Aff., ¶ 7). I sub-leased the apartment to a different student when I worked at Lawrence Berkeley Lab in California between May and August 2019. Further, I have not resided at that apartment since March 13, 2020, when I terminated my lease on that unit, stopped paying rent, removed all my belongings from the apartment, turned in my keys, and moved back to my permanent residence in Virginia. I have not had physical access to the Sidney Pacific building, or to apartment 491B within it, since March 13, 2020.

16.     Koppel asserts that in the summer of 2016 I was "employed" by the Computational Connectomics Group of Harvard and MIT. I was, in fact, never employed by that group. I occasionally spoke with that group as part of a research project.

17.     Koppel asserts that I was "employed" by the Lawrence Berkeley Lab in the summer of 2019. This is false. I was physically present that summer at Lawrence Berkeley as a research collaborator/affiliate as part of a "practicum" program in a four-year fellowship with the Department of Energy. I am remunerated through that fellowship – to my Virginia bank account.

18.     I have not returned "home to Cambridge" each fall, as Koppel asserts. (Koppel, Aff. ¶ 19). Rather, except for this fall, during which I am conducting my studies remotely from Virginia, I have returned each fall to Cambridge for the school year. My home is not in Massachusetts, but in Virginia.

19.     Attached hereto as **Exhibit 4** is a March 13, 2020 email I sent to MIT asking for guidance on how to terminate my lease for Apt. 491B at the Sidney Pacific dormitory, located at

4

70 Pacific Street in Cambridge, Massachusetts. I stated in the email that I hoped to return to the Sidney Pacific dorm facility "once this is all over," referring to the COVID-19 pandemic, but I understood I nonetheless was terminating my then-current lease for Apt. 491B. In response, Ambria Jones of MIT directed me to submit a "Graduate Housing Termination Form," which I did. Ms. Jones's email informed me that once I submitted the form and turned in my keys, my rent responsibility would end, but that sometime over the next few weeks I would have the opportunity to "renew" my housing "for the upcoming academic year," meaning the 2020-2021 academic year. *Id.* After I submitted the form, I received an email informing me that my belongings must be removed from the apartment by the move-out date of March 13, and stating: "Please note that you will not have access to return to your housing assignment after this date." (**Exhibit 4**). Also on March 13, I received a "frequently asked questions" document from MIT, similarly stating, "Residents will not have access to the residence hall after they terminate their license agreement and turn in their keys at the front desk." **Exhibit 5.** I moved out of Apartment 491B on March 13, and returned home to Virginia. I have not returned to that apartment, or to Massachusetts, since March 13, and have not used Apt. 491B at the Sidney Pacific dormitory as my residence at any time since March 13, 2020. I stopped paying rent to MIT for the apartment after I moved out, and was refunded a *pro rata* amount for the month of March. Prior to August 5, 2020, I submitted a form to MIT cancelling my option to lease Apt. 491B at Sidney Pacific for the 2020-2021 academic year. An acknowledgement of that termination is attached hereto as **Exhibit 6.**

20.    I do not have an intention to reside in Massachusetts once my studies at MIT are over, and I have no post-graduation commitment to remain in Massachusetts after I receive my doctorate. I intend to be physically present in Massachusetts to the extent necessary to complete

5

my Ph.D. I expect to complete my Ph.D. by the end of the year 2021. I do not know where I will

live or work after I receive my Ph.D.

      21.     As I stated in my earlier affidavit in this case, I never received a mailed copy of

the summons and complaint in this case. I first learned that Koppel had sued me on July 6, 2020,

when I received by mail at my permanent Virginia residence a copy of a motion for entry of

default judgment and default order, which apparently had been rerouted by hand to my Virginia

home.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on

September 22, 2020,


William Moses


### Certificate of Service

      I hereby certify that the within document filed through the CM/ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing and by
first-class mail to any non-registered participants.


                      /s/ *Jeffrey J. Pyle*
                      Jeffrey J. Pyle

3536881.v1

# EXHIBIT 1



## Voter Information

| Voter Name: | WILLIAM STEVEN MOSES |
| --- | --- |
| Voter Number: | 401457828 |
| Status: | Active |
| Date of Status: | 02/19/2014 |
| Residential Address: | 5965 10th Rd N<br>Arlington, VA 222051611 |
| Locality: | ARLINGTON COUNTY |
| Precinct: | 029 - DOMINION HILLS |
| Precinct Code: | 0029 |

☐ **I want to update my voter record**
☐ **I want to apply to vote absentee by mail**



## Vote Absentee by Mail

| Election | Status | Application Received | Ballot Issued | Ballot Received |
| --- | --- | --- | --- | --- |
| 2020 November General | Approved | 03/28/2020 | 09/16/2020 | |
| 2020 March Democratic Presidential Primary | Approved | 02/14/2020 | 02/14/2020 | 03/03/2020 |

| Election | Status | Application Received | Ballot Issued | Ballot Received |
|----------|--------|---------------------|---------------|-----------------|
| 2019 November General | Approved | 08/29/2019 | 09/17/2019 | |
| 2018 November General | Cancelled or Duplicate | 05/13/2018 | | |
| 2018 November General | Approved | 08/29/2018 | 09/18/2018 | 10/09/2018 |
| 2017 November General | Approved | 10/11/2017 | 10/11/2017 | 11/15/2017 |
| 2016 November General | Approved | 08/24/2016 | 09/19/2016 | 10/15/2016 |
| 2014 November General | Approved | 10/27/2014 | 10/27/2014 | 11/03/2014 |

## Polling Place

### POLLING PLACE

| | |
|---|---|
| Facility : | MCKINLEY SCHOOL |
| Facility Address : | 1030 N Mckinley Rd<br>Arlington VA, 222051620<br>Multipurpose Room |
| ADA Compliant : | Yes |
| ADA Comment : | ADA compliant |
| Accessiblity Restrictions : | No Restrictions Found |

## My Ballot

Ballot Information Was not Found

## Voter History

| Election | Ballot Type | Locality |
|----------|-------------|----------|
| 2020 March Democratic Presidential Primary | | ARLINGTON COUNTY |
| 2018 November General | Full Ballot | ARLINGTON COUNTY |
| 2016 November General | Full Ballot | ARLINGTON COUNTY |

| Election | Ballot Type | Locality |
|---|---|---|
| 2014 November General | Full Ballot | ARLINGTON COUNTY |

## Districts

| | |
|---|---|
| Congressional: | 08 |
| State Senate: | 032 |
| House of Delegates: | 047 |
| Election: | ARLINGTON DISTRICT |

## General Registrar Office Contact Information

| | |
|---|---|
| Facility : | Arlington County Elections |
| Registrar : | Gretchen Reinemeyer |
| Physical Address : | 2100 Clarendon Blvd Ste 320<br>Arlington, VA 22201-5445 |
| Mailing Address : | 2100 Clarendon BLVD Ste 320<br>Arlington, VA 22201-9842 |
| Phone : | 703-228-3456 |
| Fax : | 703-228-3659 |
| Email : | voters@arlingtonva.us |
| URL : | http://vote.arlingtonva.us |
| Hours : | Monday : 08:00 - 17:00<br>Tuesday : 08:00 - 17:00<br>Wednesday : 08:00 - 17:00<br>Thursday : 08:00 - 17:00 |

Friday : 08:00 - 17:00
Saturday : Closed
Sunday : Closed

## Electoral Board Members

| | |
|---|---|
| Chair : | Charlene Bickford |
| Vice Chair : | Matthew Weinstein |
| Secretary : | Scott McGeary |

©2020 Virginia Department of Elections. All rights reserved - **Privacy Policy**

Some documents contained on this site require **Adobe Reader** for viewing.

# EXHIBIT 2



# EXHIBIT 3

# William S. Moses

https://wsmoses.com
Curriculum Vitae

MIT Computer Science and AI Lab
32 Vassar Street G770
Cambridge, MA 02139

wmoses@mit.edu
+1 703 638 2387
U.S. Citizen

## Education

**Massachusetts Institute of Technology**, Cambridge, MA — Aug 2017 – present

*PhD, Computer Science & Engineering* — GPA 5.0/5.0

Computer Networks (6.829), Quantum Information Science (8.371/6.443), Underactuated Robotics (6.832), Quantum Field Theory (Harvard PHYS.253A)

**Massachusetts Institute of Technology**, Cambridge, MA — 2014 – June 2017

*M.Eng., Electrical Engineering & Computer Science* — GPA: 5.0/5.0

*Thesis: How Should Compilers Represent Fork-Join Parallelism?*
Graduate Algorithms (6.854), Graduate Performance Engineering for Multicore Systems (6.886/6.172), Graduate Machine Learning (6.867), Graduate Operating Systems (6.828), Graduate Algorithmic Lower Bounds (6.890)

*B.S., Electrical Engineering & Computer Science* — Major GPA: 5.0/5.0

Advanced Algorithms (6.046), Advanced Performance Engineering for Multicore Systems (6.172), Compilers and Programming Languages (6.035), Circuits and Electronics (6.002), Microelectronics Project Lab (6.115)

*B.S., Physics* — Major GPA: 5.0/5.0

Graduate Quantum Computation (8.370), Graduate General Relativity (8.962), Quantum Mechanics I/II/III (8.04/8.05/8.06), Statistical Mechanics (8.044)

**Thomas Jefferson High School for Science and Technology**, Alexandria, VA — 2010 – 2014

*Concentration in Optics & Modern Physics* — GPA: 4.5/4.0

Artificial Intelligence, Parallel Computing, Quantum Physics/Electrodynamics, Computational Physics

## Selected Publications

**Tensor Comprehensions: Framework-Agnostic High-Performance Machine Learning**

*Facebook AI Research* — arxiv.org/pdf/1802.04730.pdf

Nicolas Vasilache, Oleksandr Zinenko, Theodoros Theodoridis, Priya Goyal, Zachary DeVito, **William S. Moses**, Sven Verdoolaege, Andrew Adams, and Albert Cohen, Albert

**Tapir: Embedding Fork-Join Parallelism in LLVM's Intermediate Representation**

*PPoPP 2017, **Best Paper Award*** — papers.wsmoses.com/tapir.pdf

Tao B. Schardl, **William S. Moses**, Charles E. Leiserson

**LiTM: A Lightweight Deterministic Software Transactional Memory System**

*PMAM 2019* — https://dl.acm.org/citation.cfm?id=3309487

Yu Xia, Xiangyao Yu, **William Moses**, Julian Shun, Srinivas Devadas

### Extreme Multi-Resolution Visualization: A Challenge On Many Levels

*SuperComputing 2015 Visualization Showcase*          papers.wsmoses.com/spacex15.pdf

Joanna Balme, Eric Brown-Dymkoski, Victor Guerrero, Stephen Jones, Andre Kessler, Adam Lichtl, Kevin Lung, **William Moses**, Ken Museth, Tom Fogel

### Computational Complexity of Arranging Music

*Revised Papers from MOVES 2015, Princeton University Press.*          papers.wsmoses.com/moves15.pdf

**William S. Moses**, Erik D. Demaine

### Online Adaptive Frequency Hopping

*Thomas Jefferson High School for Science and Technology*          papers.wsmoses.com/oafh.pdf

**William Moses**, Andrew Robertson, John Dell

## Professional Experience

**MIT Computer Science and Artificial Intelligence Lab.**, Cambridge, MA          Sep 2014 – present

*Researcher, Supercomputing Technologies Group*

- Designed extension to LLVM IR to efficiently represent and optimize parallel code.
- Developed of high-performance, high-accuracy algorithms to determine the connectome of a cubic millimeter of brain.
- Created new serial and parallel-specific optimizations for parallel code.
- Designed syntactic extensions to C language for Cilk reducer framework.

Supervisor: Dr. Charles Leiserson

**Lawrence Berkeley National Laboratory**, Berkeley, CA          May 2019-August 2019

*Researcher, Quantum Algorithms Group*

- Created probabilistic programming framework for modelling quantum circuits and learning noise behaviors of physical environments.

Supervisor: Dr. Wibe de Jong

**Facebook AI Research Laboratory (FAIR)**, New York, NY; Paris, France          Jun 2017 – Aug 2017

*Research Intern*

- Performance engineering of deep neural networks using recent advances in compiler technology to allow frameworks such as Pytorch, Caffe2, Tensorflow to generate optimal kernels for their specific task and data set.
- Use of deep neural networks for image/video recognition.

Supervisor: Dr. Nicolas Vasilache

**Space Exploration Technologies (SpaceX)**, Hawthorne, CA          Jun 2015 – May 2016

*Software / Propulsion Engineering Intern*

- Developed advanced multiphysics simulation using Wavelet Compression and GPU's/CUDA.
- Redesign of core algorithms (e.g. distributed wavelet transform) for scalability and run on Titan supercomputer

Supervisors: Dr. Adam Lichtl, Stephen Jones

**U.S. Naval Research Laboratory**, Washington, DC                           Jun 2013 – Aug 2014

*Electrical Engineering Intern*

- Created machine-learning algorithm to identify gaps in wireless spectrum and increase bandwidth and resilience of signals
- Designed cognitive radio protocols including improved signal jammers and resilient communication networks.

Supervisor: Dr. Andrew Robertson

# Teaching Experience

**Teaching Assistant, Introduction to Algorithms**, Cambridge, MA          Feb 2018-May 2018

*MIT Dept. Electrical Engineering and Computer Science*

Led and prepared recitations for MIT's introduction to algorithm's course. Taught expected material (graph algorithms, heaps, trees, DP, etc) as well as some advanced techniques (i.e. Fibonacci Heap). Wrote problem sets and exams. Individual evaluation on MIT course reviews: 6.5/7.0,

**Instructor, Introduction to C/C++**, Cambridge, MA          Jan-Feb 2015, Jan-Feb 2016

*MIT Dept. Electrical Engineering and Computer Science*

Devised curriculum and taught Introduction to C/C++ (6.179). Duties included preparing and delivering lectures, developing and grading homework and lab assignments, mentoring students, and evaluating final projects. Along with one other person, each year I taught roughly two hundred undergraduate and graduate students from MIT, Harvard, and Wellesley.

**Curriculum Developer**, Cambridge, MA          Oct 2015 – Dec 2016

*MIT Dept. Electrical Engineering and Computer Science*

Helped develop curriculum and create final capstone lab for MIT's new class in introductory programming, Fundamentals of Programming (6.S04/6.009). The lab required students to implement a primitive physics engine and eventually write code to play Pong and Breakout in a web browser.

# Invited Technical Talks

**How to Use LLVM To Optimize Parallel Programs**          October 2018
*LLVM Dev Meeting 2018*

**Tensor Comprehensions**          May 2018
*Rework Deep Learning Summit Boston 2018*

**Tensor Comprehensions**          Feb 2018
*LLVM Workshop at CGO 2018*

**Leveraging LLVM to Optimize Parallel Programs**          October 2017
*LLVM Dev Meeting 2017*

**Tapir: Embedding Fork-Join Parallelism into LLVM IR**          December 2016
*MIT EECSCon 2017, 2nd place talk*

**Embedding Fork-Join Parallelism into LLVM IR**          July 2016
*Compilers for Parallel Computing 2016*          https://goo.gl/N9Yw0x

**Computational Complexity of Arranging Music**                          August 2015
   *Mathematics of Various Entertaining Subjects (MOVES) 2015*        https://goo.gl/zckpuM

**Syntactic Simplifications for Reducer Hyperobjects**                   January 2015
   *Intel Corporation*

## Awards

**Department of Energy Computational Science Fellowship**          Apr 2018–present

**National Science Foundation Graduate Research Fellowship, declined**          Apr 2018

**Robert M. Fano UROP Award for SuperUROP Project**                June 2017
   Award for outstanding capstone undergraduate research project.

**Larry G. Benedict Leadership Award**                             May 2017
   MIT institute-wide award for my undergraduate leadership efforts, both on behalf of my personal work, as well as for inspiring others to develop as leaders.

**MakeMIT 2017, Top 10, iRobot Prize**                            Jan 2017
   One of the top 10 teams in a hardware hackathon for DormBot – a robot that you communicate with via Facebook Messenger and it will deliver you a soda of choice. Awarded the iRobot Prize for best robotics project.

**MIT Idea2 Global Competition, Finalist**                        Jul 2016
   One of 15 finalists in a worldwide biotech idea competition sponsored by MIT linQ, AstraZeneca, Fipse, and PDS.

**Keel Foundation Undergraduate Research and Innovation Scholar**     Jun 2016
   Awarded funding from Keel foundation for research on Tapir under MIT's SuperUROP program.

**Intel Science and Talent Search, Semifinalist**                 Jan 2014
   Research award for top 300 science projects in the country for Online Adaptive Frequency Hopping.

**Innovative Defensive Technologies Programming Contest, 1st place**     Winter 2014
   Month-long competition to develop software capable of identifying errors in mission-critical systems.

**USA Computing Olympiad, Gold Division**                   Dec 2012 – June 2014
   Premier high school programming competition; Gold was the highest division while a competitor.

## Leadership

**Chair, *Student Information Processing Board (SIPB***          Feb 2020 – present
   Chair of MIT's oldest computer science club. Provide students and the community access to computing infrastructure (virtual machines, web hosting, chat bots), teaching infrastructure (a lecture series), and advocacy.

**Officer, *MIT Eta Kappa Nu (HKN)***                          May 2017 – Jan 2018
   Officer of MIT's honor society for Electrical Engineering and Computer Science students. Coordinate / ran events for students.

**The Engine Working Group**                                        Dec 2016 – Apr 2018

Worked with MIT's Technology Licencing Office, Professors, start ups, and venture capitalists to come up with recommendations for MIT's new startup accelerator.

**LLVM Parallelization Working Group**                             Apr 2017 – present

Part of committee helping design the future of the LLVM compiler with respect to parallelization.

**President, *MIT Maseeh Hall***                                   Dec 2015 – Jan 2017

Lead initiatives for the creation of a maker space, improved sustainability, and better sanitation. Responsible for over $100K annual budget. Organized events for roughly 500 people including formals and study breaks.

**Representative, *MIT Undergraduate Association***               Feb 2016 – Jan 2017

One of twenty voting members of MIT's institute-wide student government. Working on issues such as the creation of a new dormitory, institute-wide sustainability programs, student withdrawal policy, among others.

**Executive Board, *Society of Physics Students***               May 2016 – present

Member of the executive board for the MIT chapter of SPS, the premier physics club for college students. Help run faculty dinners and organizes events such as the MIT undergraduate physics conference.

**Executive Board, *MIT IEEE/ACM***                               May 2015 – May 2016

Member of the executive board for the MIT chapter of IEEE/ACM, the premier electrical engineering and computer science club for college students. Helped lead the first ever IEEE-sponsored conference for undergraduate students.

## Honor Societies

**Sigma Xi**                                                       Nov 2018

Member of a science and engineering honor society.

**Sigma Pi Sigma**                                                 Jun 2017

Member of the national physics honor society on behalf of my academic accomplishments in physics.

**Eta Kappa Nu Electrical Engineering and Computer Science Society**   Sep 2016

Offered membership into MIT's premier electrical engineering and computer science honor society, offered to top 1/4 of junior class in the department.

## Research Projects

**Enzyme**, Cross-platform efficient compiler automatic differentiation       Jan 2019 – present

Compiler tool that rewrites incoming programs to construct an efficient derivatives of arbitrary programs.

**Header Time Optimization (HTO)**, Whole program optimization framework   June 2019 – present

Compiler tool for sharing information across a codebase through annotated

**SecureML**, Fast Homomorphic Encrpyion Library                   Jan 2018 – present

Fast library for fully homomorphic encryption, specifically for being able to perform secure machine learning. Supervise two students in MIT's PRIMES program.

**Auto-phase**, Machine Learning Compilation Phase                 Sep 2018 – present

Using reinforcement learning to derive an optimal per program ordering of compiler optimization passes.

**Tensor Comprehensions**, Deep Learning Compilation Flow                    May 2017 – Feb 2018

End-to-end compilation flow that live generates optimal GPU kernels for machine learning frameworks by leveraging the polyhedral compilation framework.

**Tapir/LLVM**, Parallel Compiler IR                    Jan 2015 – present

Modification to LLVM IR in order to represent task-based parallelism. Compiler is able to perform both serial and parallel-specific optimizations on parallel tasks, resulting in significant performance boosts. Compiler is in use by over a hundred students at MIT taking Performance Engineering (6.172). Code is available at github.com/wsmoses/Tapir-LLVM.

**Efficient Linguistics for Cilk Reducers**, Language Extension                    Sept 2014 – Jan 2015

Concise linguistics for Cilk reducer mechanism. Drastically reduced linguistic overhead for such constructs and allowed the compiler to perform optimizations on reducers.

**Computational Complexity of Arranging Music**, Complexity Analysis                    Sep 2014 – Dec 2014

Evaluation of the computational complexity of various problems in musical arrangement. Results presented at MOVES 2015 and to appear in follow-up book *Papers from MOVES 2015*.

**Online Adaptive Frequency Hopping**, Wireless Protocol / Algorithm                    June 2013 – August 2014

Algorithm to improve network stability and throughput through opportunistic access and environmental modeling. Capable of working with existing hardware while providing 47% increase of data rate and able to withstand high volatility scenarios such as after earthquakes or natural disasters when congestion stops existing protocol. Provisional patent accepted June 2014.

## Applied Projects

**Cymbl**, Cloud compiler                    2020

Highly parallel and caching cloud compiler.

**Wireless Polygraph (lie detector)**, Radar-based ML                    Fall 2018

A system that analyzes radio waves from a wireless router to detect the location of a person in a room, and then their heart rate / breathing rate. A person's vital data collected by the device are then used as features in a machine larning framework to detect if they are lying. Built as my final project for 6.829: Graduate Machine Learning.

**AudioStyle**, Musical Style Transfer                    Fall 2016

A system that is able to take audio written in one style (i.e. classical, pop) and building off of deep neural networks trained to detect genres of music, generate a new version of the original song in the style that the user chooses. Built as my final project for 6.867: Graduate Machine Learning, inspired by A Neural Algorithm of Artistic Style.

**Flamingo**, Multi-resolution physics simulator                    Jun 2015 – May 2016

A multi-resolution physics simulator based on wavelets capable of accurately predicting the behavior of combustible fluids. In use by SpaceX for development of rocket engines.

**Cohesion**, Android Application                    Feb 2015 – Jun 2015

Social network for MIT students to find nearby partners for working on problem sets.

**Optricks Programming Language**, Programming Language / Compiler                    Feb 2013 – Jun 2014

High-level programming language which runs as fast as C while adding high-level features such as garbage collection, function generators, classes, functional programming, lazy evaluation, among others. Compiler written in C++ with LLVM as a target for portability to a variety of clients such as the Google Chrome browser.

# EXHIBIT 4

# COVID Lease Termination  Inbox ×



**William Moses** <wmoses@mit.edu>
to graduatehousing ▾

Fri, Mar 13, 1:07 AM

Hi,

I've cleared out my apartment (491B) in Sidney Pacific and am planning on leaving tomorrow evening.

I have a continuing lease, and I'd like to return to Sidney Pacific once this is all over.

How should I terminate my lease / fill out the forms on the housing website?

Cheers,
Billy Moses

---



**Ambria Jones via RT** <graduatehousing@mit.edu>
to wmoses ▾

Fri, Mar 13, 1:55 PM

Hi Billy,

Thank you for your email. You are free to leave graduate housing without any penalty due to Covid-19. Please complete the online termination form at myhousing.mit.edu and indicate your move out date in the "additional comments" section. Your rent responsibility will end once we receive your termination form and keys on that date.

You currently have a continuing license agreement for your current assignment in Sidney-Pacific. You have the option to renew your housing for this upcoming academic year within the next few weeks. You will see an option in your MyHousing portal on March 24th to renew your housing for the next academic year.

Please also complete the Apply to Return to Housing Form in advance of your anticipated planned date of return, at https://studentlife.mit.edu/webforms/apply-return-housing-covid-19-campus-response#overlay-context=webforms/apply-return-housing-covid-19-campus-response .

If you have any additional questions following this, please let me know.

--
Best,
Ambria
Graduate Housing Assignments Associate
MIT Housing & Residential Services

Thank you! | Great, thank you so much! | Thank you. I will do that

# EXHIBIT 5



**Billy Moses <taekwonbilly@gmail.com>**

---

## IMPORTANT DETAILS - Housing Resources & Information

---

**Housing & Residential Services** <graduatehousing@mit.edu>      Fri, Mar 13, 2020 at 7:19 PM
To: wmoses@mit.edu

MIT | **Housing & Residential Services**

Graduate Housing | Contact

# Important Info.

### MIT RESPONSE TO COVID-19

Dear William,

I am writing to follow-up to my message from yesterday to share several important pieces of information regarding MIT's response to COVID-19 as it relates to graduate housing, as well as resources available to students.  This includes:

- **Personalized COVID-19 Housing Intent/Checkout Form**
- **Resources to Assist Graduate Students**
  - **Moving, Shipping and Storage**
  - **Free Airport Shuttle**
  - **Hardship Assistance**
- **Answers to Recent Questions**

On behalf of all of us at Housing & Residential Services (HRS), we understand MIT is home for many graduate students and we will continue to support the residential community during this difficult time. To that end, HRS staff will be available via e-mail at gradcovidmoveout@mit.edu and via phone at (617) 253-2811 to assist residents with addressing any housing-related questions or concerns **from 9:00 am - 3:00 pm both Saturday and Sunday this weekend.**

Graduate residents are not required to depart campus, however, we **strongly encourage** you to seek alternate housing.  As President Reif said in a message to the MIT community earlier this week, our community has a significant role to play in the concerted public health response to this regional, national and global threat.

Please know how much we appreciate your continued patience and cooperation.  Please review the FAQ document (link below), as well as the following updated flowchart, to help address many of your immediate questions regarding the recommended move-out process. Answers to recent questions are also highlighted below.

Sincerely,

**DAVID FRIEDRICH**
*Senior Associate Dean*
Housing & Residential Services

GRADUATE MOVING FAQ

# Personalized Housing Intent/Checkout Form

Please complete the following form to share your housing intentions as part of MIT's COVID-19 response.

HOUSING INTENT/CHECKOUT FORM

# Moving & Storage

Piece by Piece Movers are working to assist graduate students who are interested in paying for these storage and services.  Packing supplies have been delivered to your residence hall. Please speak with your House Operations Manager regarding the location of these items.  Additional information regarding the services available Piece by Piece Movers will be available to graduate students this Sunday and shared with the graduate resident community.

# Free Airport Shuttle

MIT's Parking and Transportation office is providing a free shuttle service to Logan Airport from **Saturday, March 14 to Tuesday, March 17** at scheduled departure times. Advanced reservations are required.

Please visit the Parking and Transportation website reservations page to reserve a seat. All reservations will be processed via the web site.

Shuttles will depart from the Kresge parking lot at the scheduled times. Please make sure you arrive on time as the shuttles need to maintain the posted scheduled departures. The normal trip to Logan Airport is about a half-hour, however you should allow up to an hour as traffic, construction, and airport security delays should be expected.

## Hardship Assistance

If costs associated with vacating on-campus residence halls present a financial hardship, graduate students may be eligible for assistance of up to $500. Please click on the link below to request assistance:

REQUEST ASSISTANCE

## Answers to Recent Questions

1. Residents who would like to leave their on-campus housing assignment as part of MIT's response to COVID-19 (even temporarily) must:

   - Complete the Housing Intent/Checkout Form
   - Submit a housing termination form through the 'MyHousing' Portal; AND
   - Turn in their keys to ensure that billing for housing has ceased.

2. Billing for residents' on-campus housing will cease on the date that their keys are turned in, and a one-one refund for the prorated monthly obligation will be issued within several weeks.

3. Residents will not have access to the residence hall after they terminate their license agreement and turn in their keys at the front desk.

4. Students who wish to maintain full access to their residence are not required to terminate their license agreement, however, they will be billed according to their standard charge schedule.

5. To return to your housing assignment before the end of the license agreement period (July 31, 2020), you are required to complete a 'Apply Return to Housing Form' in advance of your anticipated planned date of return (at least 3 days business days before the desired return date).

6. If you return to your housing assignment (after completing the form in Section 6 above), your billing will restart on your requested date of move-in.

7. If you anticipate returning to your housing assignment before the end of the license agreement period (July 31, 2020), you are able to leave your belongings within your room  Please clean your space, dispose of perishable goods, clean out but keep your refrigerator on, and take valuable items.

8. Given that the proliferation of COVID-19 remains a fluid situation, we recommend that you pack up the belongings that you may be leaving in your room.  However, you are not required to pack your things at this time if you intend to return prior to July 31, 2020.

9. Students who are eligible for housing next year (view flowchart) may participate in the normal housing processes for the 2020-2021 academic year.

# QUESTIONS?



## Moving

Questions regarding specific moving logistics should be directed to your House Operations Manager.  You may also e-mail gradcovidmoveout@mit.edu.



## Academics

Questions related to courses or other academic support-related inquiries may be directed to the Office of Graduate Education.



# COVID-19 INFO

For the latest updates from the Institute, including MIT Medical, please click here.

### MIT Graduate Housing Website | HRS Mission

This e-mail has been sent to wmoses@mit.edu, click here to unsubscribe.

MIT Housing & Residential Services

201 Vassar Street | W59-200

Cambridge, MA 02139

# EXHIBIT 6

 Gmail

**Billy Moses <taekwonbilly@gmail.com>**

## Graduate Housing Termination Form: Sidney-Pacific 491B

**Ambria Jones via RT** <graduatehousing@mit.edu>  
Reply-To: graduatehousing@mit.edu  
To: wmoses@mit.edu

Wed, Aug 5, 2020 at 2:03 PM

Hi William,

Thank you for submitting the termination form for Sidney-Pacific 491B. Your license agreement for the upcoming academic year has been canceled.

If you are interested in on-campus housing for the spring, find out more about the spring and fall housing allocations at this website: http://studentlife.mit.edu/housing/graduate-family-housing/get-housing/spring-and-fall-housing-allocations

I hope this information is helpful.  
--  
Best,  
Ambria  
Graduate Housing Assignments Associate  
MIT Housing & Residential Services