UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL,                )<br>            )<br>    Plaintiff,            )<br>            )<br>v.            )<br>            )<br>WILLIAM MOSES,            )<br>            )<br>    Defendant.            )<br>            ) | Civil Action No. 1:20-cv-11479-LTS |

### Certification Pursuant to Rule 16 ( Plaintiff )

By this certification signed by counsel for plaintiff and by the plaintiff each affirms they have conferred with the other (A) with a view to establishing a budget for the costs of conducting the full course of the litigation and various alternative courses of the litigation; and (B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mediation and other alternatives outlined in L.R. 16.4.

Plaintiff James Koppel

_____
James Koppel

Dated: 10/31/20

James Koppel,
By his attorney,

_____
Paul G. Boylan, BBO No. 052820
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com

Dated: November 2, 2020

Certificate of Service

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Paul G. Boylan*

Dated: November 13, 2020

Paul G. Boylan