UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM MOSES, <br><br> Defendant. | No. 20-cv-11479-LTS |

### RULE 16.1 CERTIFICATION OF DEFENDANT WILLIAM MOSES

Defendant William Moses and his counsel hereby certify pursuant to Local Rule 16.1(d)(3) that:

(a) they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

_____
William Moses

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

### Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle

3584154.v1