UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JAMES KOPPEL,                       )
                                    )
    Plaintiff,                      )
                                    )   Civil Action No. 1:20-cv-11479-LTS
    v.                              )
                                    )
WILLIAM MOSES,                      )
                                    )
    Defendant.                      )
_____ )

## Status Report

The parties by counsel submit the following as the status report due on January 15, 2021.

    a. Plaintiff

The plaintiff has sent document requests to the defendant and has received responses. The parties need to confer as to certain redacted information withheld by the defendant apparently as privileged. The plaintiff has responded to interrogatories from the defendant and document requests. The defendant has raised objections or questions as to those responses as to which the parties are conferring. The plaintiff on January 13 received the first round of disclosures from a subpoena to a third party, SIPB. Further SIPB disclosures will be coming within two weeks.

    b. Defendant

Defendant William Moses states that written discovery between the parties is in progress but not yet complete. On January 13, Moses sent counsel for the plaintiff a 6-page letter outlining various deficiencies with plaintiff Koppel's discovery responses. Counsel have not yet conferred on those issues. No depositions are currently scheduled.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff James Koppel,<br>By his attorneys, | Respectfully submitted,<br>Defendant William Moses,<br>By his attorneys, |
| */s/ Paul G. Boylan* | */s/ Jeffrey J. Pyle* |
| _____<br>Paul G. Boylan, BBO #052320<br>Ben Dunlap, BBO #661648<br>Freeman Mathis & Gary, LLP<br>60 State Street, Suite 600<br>Boston, MA 02109<br>pboylan@fmglaw.com<br>bdunlap@fmglaw.com<br>T: 617-963-5972 | _____<br>Jeffrey J. Pyle, BBO #647438<br>Michael Lambert, BBO #704134<br>Prince Lobel Tye LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>jpyle@princelobel.com<br>mlambert@princelobel.com<br>T: 617-456-8000 |
| Dated: January 14, 2021 | Dated: January 14, 2021 |

Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

| | |
|---|---|
| Dated: January 14, 2021 | */s/ Paul G. Boylan*<br>_____<br>Paul G. Boylan |