UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| James Koppel, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>William Moses, )<br>)<br>    Defendant. )<br>) | Civil Action No. 1:20-cv-11479-LTS |

**Motion by Plaintiff to Compel Disclosure of
<u>Certain Documents Withheld As Privileged</u>**

Plaintiff James Koppel moves pursuant to Rule 37 to compel the defendant to disclose copies of documents withheld as privileged or otherwise protected, including complete non-redacted copies of documents which Moses has disclosed in discovery with parts redacted. The plaintiff by counsel is concurrently submitting a memorandum in support of this motion with exhibits.

Respectfully submitted,
JAMES KOPPEL,
By his attorney,

/s/ Paul G. Boylan
Paul G. Boylan, BBO 052320
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
(617) 963-5972

Dated: April 2, 2021

## Certificate of Service

I hereby certify that I caused a true copy of the above document to be served upon the named persons as counsel of record this 2 day of April 2021.

Jeffrey J. Pyle
jpyle@princelobel.com
Michael Lambert
mlambert@princelobel.com
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110

April 2, 2021                                  _____
                                               Paul G. Boylan