## Local Rule 7 Certification

The undersigned as one of the attorneys for the plaintiff hereby confirms that prior to the filing of this motion he conferred with one of the attorneys for the defendant as to the issues raised in this motion and that counsel could not resolve the issues presented here.

Dated: *April 2, 2021*

_____
Paul G. Boylan