UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| William Moses, | ) |
| | ) |
| Defendant. | ) |

Civil Action No. 1:20-cv-11479-LTS

Memorandum by Plaintiff in Support of his Motion to Compel
Disclosure of Certain Documents Withheld As Privileged

Plaintiff James Koppel submits this memorandum in support of his motion under Rule 37 to compel the defendant William Moses to disclose copies of documents including complete copies of non-redacted copies of documents which Moses has disclosed in discovery.

This motion is in three parts. In the first part, (a) plaintiff seeks disclosure of documents already disclosed with portions redacted. In part (b) plaintiff seeks copies of emails after July 6, 2020, the date by which the defendant knew he was the sole defendant in the action initially filed in the Middlesex Superior Court and later removed to this Court. By that date the defendant and others knew or should have known that he was the sole defendant and that SIPB and MIT were not named as defendants. Plaintiff does not seek to compel emails after July 6, 2020 which go

between Moses and an attorney at MIT who consulted with Moses and others in March 2020. Part (c) of this motion seeks one communication in March 2020 because it relates to Moses disclosure document WM 000408 a copy of which is attached as Exhibit C.

Defendant served an amended Privilege Log on March 30, 2021. The Privilege Log identifies 56 e-mails and redacted documents. The Privilege Log is attached as Exhibit A, with each entry numbered PL1 through PL56. Entries PL44-PL56 identify e-mails sent on July 6 and later dates in July.

a. Disclosure of complete copies of redacted disclosed documents.

Defendant Moses has disclosed a number of documents which are in parts redacted. The redactions are made to protect materials identified as within attorney client privilege or work product. The redacted disclosed documents which are the subject of this motion are attached hereto as Exhibit B. Exhibit B presents redacted documents in numeric order using the Moses disclosure numbers WM 000001, 000002. Exhibit B for coherence pages includes a limited number of additional pages not marked as redacted. Pages WM 000407-000409 for context of WM 000410 which is a redacted page of the same conversation. Similarly Exhibit B includes WM 000438 (redacted) plus WM 000439 and WM 000440 for context. According to the defendant all of the documents in Exhibit A, with one exception, are redacted on the ground that the redacted information are protected as an attorney client

2

communication. The exception is WM 000438 which is redacted by reason of the assertion of attorney client privilege and as work product.

1.      Plaintiff served a first request for production of documents on December 3, 2020. On January 4, 2021 defendant served responses plus objections and disclosed approximately 400 folio pages of documents. The defendant has subsequently disclosed additional documents.

2.      The subject of this part of this motion is the disclosed Moses documents in Exhibit A which are redacted. The documents which are the subject of this part of this motion are WM 000037-000040, WM 000043, WM 000406, and WM 000410, and WM 000438 (collectively, "the redacted disclosed WM documents").

3.      Plaintiff requests that this Court review the documents assembled in Exhibit B in camera and rule on whether one or more of them is required to be disclosed without redaction.

4.       With the exception of WM 000406 and WM 000410 all of the redacted documents seem to be dated in July 2020.

5.      The defamations at issue here occurred on February 27 and March 2 2020. A request for retraction was sent on March 6 and a retraction was sent out on March 12 plus an amended retraction the same day Plaintiff expects that the defendant will argued that there was a joint or common interest privilege applicable to communications in March 2020.

6. Plaintiff is not seeking the bulk of withheld communications in March 2020 because at that time the defendant and other persons on the SIPB Executive Committee were conferring with at least one attorney at MIT and there is a reasonable basis to assert that the attorney was giving advice to SIPB and its executive committee and that those persons enjoyed a common-interest privilege.

7. The documents which plaintiff is not seeking in March 2020 and prior to July 2020 are in the Privilege Log at numbers PL1 through PL43, with the exception of PL13 (discussed in part c below) plus any redacted documents in that time frame, PL 8 and PL29.

8. Defendant by counsel is expected to assert that the some of the redacted portions of Exhibit A are protected by reason of common interest privilege applicable to some attorney-client communications, and (as to document WM 000438), also as work product. Plaintiff has no way to evaluate those positions and for that reason requests review of the not- redacted documents by this Court.

9. The common-interest doctrine "prevents clients from waiving the attorney-client privilege when attorney-client communications are shared with a third person who has a common legal interest with respect to these communications, for instance, a codefendant." Cavallaro v. United States, 284 F.3d 236, 250 (1st Cir. 2002). For the privilege to apply, the asserted common interest must "typically entail" an identical (or nearly identical) legal interest as opposed to a merely similar

4

interest." FDIC v. Ogden Corp., 202 F.3d 454, 461 (1st Cir. 2000) (emphasis added). The proponent of the privilege must establish "cooperation in fact toward the achievement of a common [legal] objective." Id.

10.     Plaintiff contends that if a common interest is shown, that common interest ended on March 12, 2020 with the issuance of the retraction. The Privilege Log shows is a sharp break between communications in March and communications in July. See PL43 and PL44.

Discussion of specific redacted WM documents

11.     Defendant's disclosures at WM 000037-000045 are communication between Moses and others in July 2020. See Privilege Log, lines PL44 though PL48. As of July 6 Moses knew that he alone was a defendant. If there was a joint privilege at an earlier point in time, there is no basis for any joint or common interest privilege or protection as of July 6, 2020. By July 6, 2020 Moses knew he alone was a defendant in the civil action initially filed in Middlesex. He knew that SIPB and MIT were not named as defendants. On reliable information any attorney acting for MIT at no point in time represented Moses individually. Starting in July there is no basis for assertion of common interest privilege as to the redacted documents. As noted below plaintiff is not seeking private communications between Moses and any MIT attorney even in July, PL49, PL51, because there can be an attorney-client privilege

without an engagement. All of the documents within <u>Exhibit A</u>, PL lines 44-48 are appropriate to be reviewed and ordered to be disclosed.

12.     Defendant's disclosure at WM 000043, part of <u>Exhibit B</u> but not listed on the Privilege Log,  is a communication between Moses and an MIT alumnus, Alex Chernyakovsky in July 2020. Chernyakovsky  in 2020 was not  a member of the SIPB Executive Committee. He is not an attorney. Any disclosures to a person outside the Executive Committee in July 2020 were not privileged or waived any privilege, if any, arguably applicable to the SIPB Executive Committee in March. As of July 2020 there was  common interest privilege. There is no basis for the redaction of WM 000043

13.     Defendant's disclosures at WM 000410, part of <u>Exhibit A</u> but not listed in the Privilege Log,   Exhibit A, is an internal communications of the SIPB Executive Committee on its internal chatroom. The redacted portion seems to be a message sent by one member, Batson. This message in March 2020 was made available to all nine members of the then-current Executive Committee. No attorney in in the chat room.

14.     WM 000438 is enclosed as part of <u>Exhibit B</u> but not listed in the Privilege Log,   Exhibit A. Page WM 000438 (redacted) and 439, 440 are photographs of one or more pieces of paper evidently reflecting Moses's attempts to gather information about Plaintiff in July 2020. See July date on WM 439. The

purpose and context is unknown. Defendant has not identified a valid basis for redaction of WM 000438. Plaintiff requests that defendant disclose the redacted portion.

***

b. Emails after July 5, 2020.

15.     Privilege Log Entries PL44-PL56 identify e-mails starting July 6, 2020 between defendant and other persons. PL44-48 are redacted documents already discussed above. PL49 and PL51 are between Moses and the MIT attorney only, with no copy to other persons. They are not sought to be compelled. Plaintiff accepts that Moses had an attorney-client privilege with the MIT attorney in July for the purpose of seeking advice even if that attorney was not engaged by Moses.

16.     Plaintiff commenced this lawsuit in April 2020 and after certain delays the defendant had actual notice of this lawsuit by July 6, 2020. All withheld communications starting on July 6, 2020 stand on a different footing than those prior to March 12. Withheld communications starting July 6 are identified at PL45-56 in Exhibit A.

17.     All of the documents at PL44-48, PL52, PL53-56 (always excluding PL49 and PL51) are sent to and shared with other persons and are discoverable. As of July 2020 there is no basis for a common interest privilege. Except for PL49 and PL51,   all emails in PL44-55 are discoverable because they are excessively

7

published by being sent to persons other than defendant and the MIT attorney. Plaintiff requests that those e-mails be required to be disclosed or in the alternative that this Court review them <u>in camera</u> and after review require identified e-mails to be disclosed as this Court sees fit.

***

c.   <u>A withheld communication related to Moses disclosure document 408.</u>

18.    In defendant's disclosures at page WM 000408, attached as <u>Exhibit C</u>, at the bottom of the page Moses refers to "more relevant information" for DSL, a student group. Based on the timing that email by Moses, the "more information" very likely is the e-mail identified in the Privilege Log Exhibit A, as PL13. The e-mail at PL13 was sent at 11:29 PM on March 8, 2020 to Leah Gallant. The text in WM 000408 (bottom) was sent at 11:30 PM on March 8, 2020 and is addressed to "Leah."

19.    Nothing shows that the described is protected by attorney-client privilege or work product.  Plaintiff requests that it be required to be disclosed.

<u>Conclusion</u>

Plaintiff Koppel for the reasons described requests that this Court review <u>in camera </u>each of the documents described in this motion and rule in favor of the plaintiff that all documents as to which there is no applicable privilege be disclosed to plaintiff.

8

Respectfully submitted,
JAMES KOPPEL,
By his attorney,

_Paul G. Boylan_

Paul G. Boylan, BBO 052320
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
(617) 963-5972

Dated: _April 2, 2021_

### Certificate of Service

I hereby certify that I caused a true copy of the above document to be served upon the named persons as counsel of record this 2 day of April 2021.

Jeffrey J. Pyle
jpyle@princelobel.com
Michael Lambert
mlambert@princelobel.com
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110

_Paul G Boylan_

Paul G. Boylan

EXHIBIT A

**JAMES KOPPEL v. WILLIAM MOSES**
**DEFENDANT'S PRIVILEGE LOG**

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/6/2020 | 2:55 PM | E-mail | PL1 | W. Moses | | zurmanv@mit.edu; cmjohn@mit.edu | James Koppel | A/C | Information concerning J. Koppel provided to MIT General Counsel's Office for purpose of seeking legal advice |
| 3/6/2020 | 3:21 PM | E-mail | PL2 | W. Moses | G. Burkett | | FW: James Koppel.pdf | A/C | Forwards J. Koppel demand letter in context of seeking legal advice |
| 3/6/2020 | 3:24 PM | E-mail | PL3 | W. Moses | W. Moses | zurmanv@mit.edu; cmjohn@mit.edu; w.moses@mit.edu; sipb-cc@mit.edu, G. Burkett | | A/C | Information concerning J. Koppel provided to MIT General Counsel's Office for purpose of seeking legal advice |
| 3/6/2020 | 3:26 PM | E-mail | PL4 | W. Moses | W. Moses | zurmanv@mit.edu; cmjohn@mit.edu; w.moses@mit.edu; sipb-cc@mit.edu, G. Burkett | Facebook Messages | A/C | Information provided to MIT General Counsel's Office for purpose of seeking legal advice |
| 3/6/2020 | 4:17 PM | E-mail | PL5 | J. Wilcoxson | G. Burkett, L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | FW: James Koppel/MIT Student Information Processing Board | A/C | Communication from counsel re demand letter. |
| 3/6/2020 | 4:47 PM | E-mail | PL6 | W. Moses | J. Gren | zurmanv@mit.edu; cmjohn@mit.edu; G. Burkett; L. Flynn Gallant; E. Batson, C. Andromeda Skeggs | Draft Email | A/C, WP | Email concerning response to J. Koppel demand letter sent for purpose of seeking legal advice. |

## JAMES KOPPEL v. WILLIAM MOSES
## DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/6/2020 | 4:50 PM | E-mail | PL7 | W. Moses | W. Moses | zurmarv@mit.edu; cmjohn@mit.edu; G. Burkett; L. Flynn Gallant; E. Batson, C. Andromeda Skoggs; jarcn@mit.edu | Draft Email | A/C, W/P | Email concerning response to J. Koppel demand letter sent for purpose of seeking legal advice. |
| 3/7/2020 | 7:31 PM | Gmail Hangout | Redaction: WM 000406 **PL8** | emmakbat@gmail.com | B. Moses | | Case | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 3/8/2020 | 9:39 AM | E-mail | PL9 | W. Moses | M. Bauer | | James Koppel.pdf | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |
| 3/8/2020 | 9:51 AM | E-mail | PL10 | M. Bauer | W. Moses | | James Koppel.pdf | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |
| 3/8/2020 | 9:53 AM | E-mail | PL11 | W. Moses | W. Moses | | Re: James Koppel | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |
| 3/8/2020 | 9:53 AM | E-mail | PL12 | W. Moses | M. Bauer | | FW: Re: James Koppel | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/8/2020 | 11:29 PM | E-mail | PL13 | W. Moses | L. Flynn Gallant; G. Burkett; Matthew Bauer | zurmanv@mit.edu; emjohn@mit.edu; E. Batson; C. Andromeda Skeggs; jarcel@mit.edu | Re: James Koppel | A/C, W/P | Email concerning J. Koppel sent to MIT General Counsel's Office for purpose of obtaining legal advice. |
| 3/8/2020 | 11:36 PM | E-mail | PL14 | G. Burkett | W. Moses | L. Flynn Gallant; M. Bauer; V. Zurman; E. Johnson Ahern; E. Batson; C. Andromeda Skeggs; J. Wilcoxson | Re: James Koppel | A/C | Email concerning J. Koppel between MIT official and MIT General Counsel's Office. |
| 3/9/2020 | 7:57 AM | E-mail | PL15 | L. Flynn Gallant | W. Moses | V. Zurman; E. Johnson; G. Burkett; E. Batson; C. Andromeda Skeggs; J. Wilcoxson | James Koppell | A/C, W/P | Email concerning response to J. Koppel demand letter from MIT dean sent to MIT General Counsel's Office. |
| 3/9/2020 | 9:58 AM | E-mail | PL16 | L. Flynn Gallant | W. Moses | V. Zurman; E. Johnson Ahern; James Koppell G. Burkett; E. Batson; C. Andromeda Skeggs; J. Wilcoxson | James Koppell | A/C, W/P | Email re response to J. Koppell demand letter and legal issues. |
| 3/9/2020 | 1:44 PM | E-mail | PL17 | J. Wilcoxson | L. Gallant; W. Moses | G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C, W/P | Email from MIT General Counsel's Office concerning response to J. Koppell demand letter. |
| 3/9/2020 | 2:26 PM | E-mail | PL18 | W. Moses | J. Wilcoxson | L. Flynn Gallant; W. Moses; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C, W/P | Email seeking legal advice re response to J. Koppell demand letter. |

## JAMES KOPPEL v. WILLIAM MOSES
## DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2020 | 2:29 PM | E-mail | PL19 | W. Moses | W. Moses | J. Wilcoxson; L. Flynn Gallant; W. Moses; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email re J. Koppel sent for purpose of obtaining legal advice. |
| 3/9/2020 | 3:59 PM | E-mail | PL20 | J. Wilcoxson | W. Moses | L. Flynn Gallant; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C | Email from MIT general counsel's office re discussion concerning J. Koppel demand letter. |
| 3/9/2020 | 4:08 PM | E-mail | PL21 | W. Moses | J. Wilcoxson | W. Moses; L. Flynn Gallant; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C | Email setting up call with general counsel's office. |
| 3/9/2020 | 4:42 PM | E-mail | PL22 | J. Wilcoxson | W. Moses | L. Flynn Gallant; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email from MIT General Counsel's office providing legal advice re response to J. Koppel demand letter. |
| 3/9/2020 | 5:48 PM | E-mail | PL23 | L. Flynn Gallant | J. Wilcoxson; W. Moses | G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email to MIT General Counsel's Office and others re response to J. Koppel demand letter. |
| 3/9/2020 | 6:18 PM | E-mail | PL24 | W. Moses | L. Flynn Gallant | J. Wilcoxson; W. Moses; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |
| 3/9/2020 | 8:00 PM | E-mail | PL25 | W. Moses | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2020 | 9:52 PM | E-mail | PL26 | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |
| 3/10/2020 | 9:30 AM | E-mail | PL27 | J. Wilcoxson | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email from MIT General Counsel's Office providing legal advice re response to J. Koppel demand letter. |
| 3/10/2020 | 11:11 AM | E-mail | PL28 | W. Moses | J. Wilcoxson | W. Moses; C. Andromeda Skeggs; E. Batson; G. Burkett; L. Flynn Gallant | James Koppel | A/C | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |
| 3/10/2020 | 1:58 PM - 2:06 PM | Gmail Hangout between | Redactions: WM 0040-0041; PL29 | W. Moses | cmmabiu; cela | | Case | A/C; W/P | Chat re Koppel demand letter |
| 3/10/2020 | 6:48 PM | E-mail | PL30 | W. Moses | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email reflecting legal advice concerning response to J. Koppel demand letter. |
| 3/11/2020 | 1:24 PM | E-mail | PL31 | J. Wilcoxson | G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | FW: SIPB…Possible Retraction | A/C; W/P | Forwarding request for retraction by P. Boylan and providing legal advice |
| 3/11/2020 | 1:44 PM | E-mail | PL32 | W. Moses | J. Wilcoxson | G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | FW: SIPB… Retraction | A/C; W/P | Email seeking legal advice re response to J. Koppel retraction request. |

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/2020 | 1:44 PM | E-mail | PL33 | W. Moses | G. Shay | | FW: SIPB…Possible Retraction | A/C; W/P | Email forwarding work product in context of ongoing legal advice. |
| 3/11/2020 | 1:44 PM | E-mail | PL34 | W. Moses | B. Steffen | | FW: SIPB…Possible Retraction | A/C; W/P | Email forwarding work product in context of ongoing legal advice. |
| 3/11/2020 | 2:22 PM | E-mail | PL35 | W. Moses | J. Wilcoxson; G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | Re: SIPB…Possible Retraction | A/C; W/P | Email conveying information to counsel for purpose of seeking legal advice. |
| 3/11/2020 | 3:46 PM | E-mail | PL36 | J. Wilcoxson | W. Moses | G. Burkett; L. Flynn Gallant; E. Batson; C. Andromeda Skeggs | Re: SIPB…Possible Retraction | A/C; W/P | Email re potential retraction statement. |
| 3/11/2020 | 4:08 PM | E-mail | PL37 | J. Wilcoxson | C. Andromeda; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | | Re: SIPB…Possible Retraction | A/C | Email re potential retraction statement |
| 3/11/2020 | 5:27 PM | E-mail | PL38 | L. Flynn Gallant | W. Moses; J. Wilcoxson | C. Andromeda Skeggs; E. Batson; G. Burkett | Re: SIPB…Possible Retraction | A/C | Email seeking legal advice concerning J. Koppel demand. |
| 3/11/2020 | 5:37 PM | E-mail | PL39 | J. Wilcoxson | C. Andromeda Skeggs; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | | Re: SIPB…Possible Retraction | A/C | Email responding to request for legal advice re possible retraction statement. |
| 3/11/2020 | 5:39 PM | E-mail | PL40 | W. Moses | J. Wilcoxson | C. Andromeda Skeggs; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | Re: SIPB…Possible Retraction | A/C | Email re possible retraction. |

## JAMES KOPPEL v. WILLIAM MOSES
## DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/2020 | 5:41 PM | E-mail | PL41 | J. Wilcoxson | W. Moses | C. Andromeda; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | Re: SIPB…Possible Retraction | A/C; W/P | Email re possible retraction |
| 3/11/2020 | 5:43 AM | E-mail | PL42 | J. Wilcoxson | L. Flynn Gallant; W. Moses | C. Andromeda; E. Batson; G. Burkett | Re: SIPB…Possible Retraction | A/C | Email re possible retraction |
| 3/11/2020 | 5:45 AM | E-mail | PL43 | J. Wilcoxson | G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skegg | | Re: SIPB…Possible Retraction | A/C; W/P | Email providing legal advice. |
| 7/6/2020 | 9:16 PM | Gmail Hangout | Redactions: WM 00037 PL44 | B. Moses | emmakbat@gmail.com | | Counsel | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 9:32 PM - 9:34 PM | Gmail Hangout between | Redactions: WM 00038 PL45 | B. Moses | emmakbat@gmail.com | | Counsel | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 9:52 PM | Gmail Hangout | Redactions: WM 00039 PL46 | B. Moses | emmakbat@gmail.com | | Case | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 10:05 PM - 10:30 PM | Gmail Hangout between | Redactions WM 00040 PL47 | B. Moses | emmakbat@gmail.com | | Case & Counsel | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 5:56 PM | Gmail Hangout | Redactions: WM 00041 PL48 | B. Moses | Alex Chernyakhovsky | | Counsel | A/C | Communication between SIPB keyholders reflecting legal advice |

-3/30/21

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 7/6/2020 | 6:28 PM | E-mail | **PL49** | W. Moses | J. Wilcoxson | | Re: Jkoppel Saga Continues | A/C; W/P | Email to counsel seeking legal advice re lawsuit. |
| 7/6/2020 | 10:05 PM | E-mail | **PL50** | W. Moses | W. Moses | J. Wilcoxson; G. Burkett; L. Flynn Gallant; sipb-ec-people@mit.edu | Re: Jkoppel Saga Continues | A/C; W/P | Email to counsel seeking legal advice re lawsuit. |
| 7/7/2020 | 8:14 AM | E-mail | **PL51** | J. Wilcoxson | W. Moses | | RE: Jkoppel Saga Continues | A/C; W/P | Email from counsel in response to request for legal advice. |
| 7/7/2020 | 8:31 AM | E-mail | **PL52** | G. Burkett | J. Wilcoxson | W. Moses; L. Flynn Gallant; sipb-ec-people@mit.edu | RE: Jkoppel Saga Continues | A/C | Email from Assoc. Dean in response to request for legal advice. |
| 7/7/2020 | 9:20 AM | E-mail | **PL53** | L. Flynn Gallant | G. Burkett | J. Wilcoxson; W. Moses; sipb-ec-people@mit.edu | RE: Jkoppel Saga Continues | A/C | Email in response to request for legal advice. |
| 7/7/2020 | 4:01 PM | E-mail | **PL54** | J. Wilcoxson | W. Moses; G. Burkett; E. Feur | RE Retraction...James Koppel | A/C; W/P | Email providing legal advice in response to lawsuit. |
| 7/8/2020 | 4:23 PM | E-mail | **PL55** | W. Moses | J. Wilcoxson | W. Moses; G. Burkett; E. Feuer | RE Retraction...James Koppel | A/C; W/P | Email seeking legal advice in response to lawsuit. |
| 7/12/2020 | | Handwritten Notes | Redactions: WM00438 **PL56** | | | | | A/C; W/P | Handwritten notes of conversation between W. Moses and J. Pyle re lawsuit |

EXHIBIT B

11/24/2020

Gmail - Hangout with emmakbat@gmail.com

**Billy Moses** - 7:28 PM
sorry yeah someone needs to run mtg am drafting lawyerese rn

**REDACTED**

July
6
2020

**emmakbat@gmail.com** - 7:29 PM
got it covered

**emmakbat@gmail.com** - 7:51 PM
meeting over, everything went smoothly

**emmakbat@gmail.com** - 9:13 PM
how are you doing?

**Billy Moses** - 9:16 PM

**emmakbat@gmail.com** - 9:20 PM
yeah I'm sorry you have to deal with this. glad to hear you're getting some things together
lmk if you need anything

**Billy Moses** - 9:21 PM
will do
getting sued, let alone large claims court is a new experience for me

**emmakbat@gmail.com** - 9:23 PM
yeah it's absolutely absurd. I really thought it had been forgotten about in all the other craziness this year

**Billy Moses** - 9 23 PM
yeah....
little did we know he was going and making it worse
also not emailing or telling mits lawyers
is clearly trying to get it go to default judgement without us noticing and get payout

**emmakbat@gmail.com** - 9:30 PM
right, like, there was no need for him to do that
we tried to cooperate
and yet

**Billy Moses** - 9:31 PM
we did everything he could
hes trying to act in bad faith and just harm now

**emmakbat@gmail.com** - 9:31 PM
it sure seems that way

**Billy Moses** - 9:31 PM
i hope ogc/jay will help
do you think they will

**emmakbat@gmail.com** - 9:31 PM
I think they will

**Billy Moses** - 9 31 PM
slz got me a bit worried cuz now its just naming me personally

WM 000037

Gmail - Hangout with emmakbat@gmail.com **REDACTED**

**emmakbat@gmail.com** - 9:31 PM
remember in the spring I thought they said you can't be sued as an individual for acting on behalf of MIT

**Billy Moses** - 9:31 PM
yeah

*Jc Kg 6,*
*2021*

**emmakbat@gmail.com** - 9:32 PM
I'm not sure he has a case for suing you personally, and we do have all the records from the spring of him basically acknowledging that you were acting for an MIT organization

**Billy Moses** - 9:32 PM

**emmakbat@gmail.com** - 9:33 PM

**Billy Moses** - 9:34 PM

**emmakbat@gmail.com** - 9:34 PM
and it's not your fault because clearly you gave MIT the forwarding address or you wouldn't have gotten this one either

**Billy Moses** - 9:34 PM
yeah

**emmakbat@gmail.com** - 9:35 PM
yeah it is very uncalled-for
I'm sorry this happened

**Billy Moses** - 9:35 PM
f this

**emmakbat@gmail.com** - 9:36 PM
indeed

**Billy Moses** - 9:41 PM
"Requests for Production of Documents by James Koppel with motion for special process sever"
apparently he tried to legit go to legal discovery
https://www.masscourts.org/eservices/search.page.3?x=xQrlCEVeh4GMgYa*wEXaflkozdJCY9ro33wnKzSCb4LiJu
cGsmAXIHu3rl0IhTygxsmphoY4YltjrTaijgkwpQ
go here
enter mass superior court
my name
ull find the case

**emmakbat@gmail.com** - 9:43 PM
ah jeez yep there it is

**Billy Moses** - 9:44 PM
so we in the full thing
the true battle

WM 000838

                 Gmail - Hangout with emmakbat@gmail.com

**REDACTED**

sigh
what the fuck

**emmakbat@gmail.com** - 9:46 PM
what the fuck indeed

**Billy Moses** - 9:47 PM
also
"The Superior Court has original jurisdiction in civil actions over $25,000."
wtf

**emmakbat@gmail.com** - 9:47 PM
wait what

**Billy Moses** - 9:48 PM
nod
sorry, from their website rather than wikipedia
"The Superior Court has original jurisdiction in civil actions over $50,000 and in matters where equitable relief is sought. "

**emmakbat@gmail.com** - 9:49 PM
oh
wow
that is a lot

**Billy Moses** - 9:50 PM
ianal
but i wonder
at time of suit i had no legal tie to MA
and my permanent address has always been VA

**emmakbat@gmail.com** - 9:52 PM
I'd be really disappointed in our legal system if they're actually gonna try to hold you accountable for not living where
jkoppel's lawyer thought you did

**Billy Moses** - 9:52 PM
yeah
esp w the documentation to mit/etc that i was moving
and them having my address
should i add the following to jay:

or have i sent enough and should chill
sent it
idc

**emmakbat@gmail.com** - 10:05 PM
oh ok
I think you said something pretty similar before but it probably can't hurt

WM 000038

11/24/2020                              Gmail - Hangout with emmakbat@gmail.com

**Billy Moses** - 10:05 PM                                        REDACTED

July 6,
2020

emmakbat@gmail.com - 10:10 PM

**Billy Moses** - 10:11 PM

emmakbat@gmail.com - 10:29 PM

**Billy Moses** - 10:30 PM

11/24/2020                                          Gmail - Podcast Crew

**Alex Chernyakhovsky** - 5:50 PM
erm                                                      **REDACTED**
this doesn't look like a court summons
this looks like a small claims court default judgement?
https://www.mass.gov/rules-of-civil-procedure/civil-procedure-rule-55-default#-a-entry
https://www.masscourts.org/eservices/search.page.3.1?x=3sjNmfmBSQmkqZ*xVbZhe9b1CBOzSJ72LlOkn-
saKzdwvkuYMMaxF457WEcUGTEzosPNHSZhZ5kZzueRBtrr3Q
allegedly they tried to serve you in May
and 2 weeks ago he filed for the default judgement
anyway,

**Billy Moses** - 5:56 PM

July
6
2020

REDACTED



**emmabat** 6:56 PM
I agree we need to go to Title IX

We need their advice on so many levels

I hope they have changed since the last time SJPB had negative interactions with them, and in light of recent events at MIT, I believe they probably have

I also agree we should go in person, without prior information. Ideally multiple members of the EC should go together

Is IDHR physically open tomorrow? I am available to go if so

I don't think we have to interact with OGC here yet, it's somewhat separate from the things said in the legal brief, though it would be relevant if the lawyer stuff escalated

Also, whoever goes to IDHR needs to meet up briefly beforehand and just all get on the same page. It's really important that we are coherent here


**mrittenb** 7:24 PM
I think you should go to OGC first


**cela** 7:30 PM
When we talked to OGC, they said that

**gshay** 7:35 PM
I have reconsidered and I don't think it could hurt us legally as we have good reason to make the report


**emmabat** 7:53 PM


**mrittenb** ⋅ 7:55 PM
I didn't realize you'd already asked them about it, if they said you should deal with it separately then you should


**wmoses** 7:43 PM
I would personally consider these separate things at the moment, though with the potential to be intertwined depending on the response from jimmys lawyer

I'm not quite sure what we want out of title ix atm but I strongly think we need to talk to them, but can't explain why personally/yet (not for secrecy but gut feeling)

**+ 1**


**wmoses** 8:12 PM
I've thought further on this; we can be fast, but before we go to IDHR we want to be deliberate

Specifically we probably should determine if and how many people would be willing to discuss with IDHR

Which is incidentally a tragedy of the commons issue; if one person goes forward it both psychologically makes it much easier to come forward as well as making the report be "multiple incidents/reports" decreasing the possibility of individual retribution

We should think very strongly now we ask and not put pressure

One piece of history when sjpb went to title ix to report someone, the person who went at the last minute got scared by process (which indeed does not sound pleasant, and since no one can forward and seemed something happened, came and interviewed all female members in such way


**mrittenb** 10:54 PM
I'm currently alone at SJPB, are any of you free now to talk in person?

Nvm someone just showed up

**emmabat** 10:59 PM
Though if you want to talk in person we could also plan for that. Theres always the SMR for talking in


**wmoses** 10:41 PM
Sorry just saw this now, I can be there in 20 mins/ you can call me now (7034382387) if you want

Also to emphasize this; I know this is quite a lot that all of you have as a burden presently, be it some time to chill, someone to talk to, etc please reach out to me; no worries/no questions

WM 000406

 **wmoses** 12:53 AM
Update: our first people to speak with should with are ombuds office / VPR, which are confidential resources (and thus legal reporting requirements, etc)

 **cela** 12:54 AM
+ :

 **wmoses** 12:54 AM
We also should speak with OGC very clearly re attorney-client privilege

 **gshay** 12:54 AM
what are the ombud's office hours?

 **cela** 12:55 AM
I think what I'm wondering is -- to what extent is it our place to talk to IDHR about particular incidents? It seems like incidents simply reported to us should maybe be reported to them by the people who reported them to us, not by us.

 **wmoses** 12:57 AM
I've left a confidential voicemail with the ombuds office saying "learned information in capacity as student leader needing assistance navigating MIT systems with, time sensitive" or something, like this
asking to schedule mtg as soon as available
we should head there first thing monday morning even if not scheduled mt
10-213

**cela** 12:58 AM
I don't think I'm going to have the time to come to this meeting. I've got a lot of homework to catch up on. Do y'all have it covered?

 **wmoses** 1:04 AM
I ran/will handle, anyone else who can/wants to join lmk

4

 **bds** 1:07 AM
I can come, what time?
@wmoses

 **emmabat** 8:35 AM
I'm totally free Monday mornings

**gshay** 8:47 PM
What time do they open? I need to be at a class in bldg 56 at 10am but could come before then

**wmoses** 9:01 PM
@emmabat @gshay can you two start going to the ombuds office tomorrow? I'm not certain when they're open but I image 9 or 9:30
I'm going to call matt bauer in dsl tn, and probably meet w tomorrow (depending on result will join you/not)

**gshay** 9:32 PM
I won't be able to stay very long

**wmoses** 9:32 PM
goal of meeting is being able to gain confidential/etc advice on navigating the MIT system
which I imagine will be "go to VPR and/or title ix"

WM 000407

  

gshay 9:06 PM
I'll wait on @emmabat 's response to make sure someone would be there when I left

emmabat 9:12 PM
I can go and be there. Free till noon on Mondays
What will our goal in ombuds office be? Not sure I'm familiar with their exact role

gshay 9:13 PM



> The Ombuds Office is a confidential and independent resource for all members of the MIT community, including students, faculty, employees, alumni, and employees of Lincoln Lab,
> to constructively manage concerns and conflicts related to your experience at MIT.

＋

emmabat 9:15 PM
I can't find hours listed on their website so I imagine they open at 9:00?

gshay 9:51 PM
that's probably a good guess?
We should write down answers to the questions they suggest:

> What is the situation you want to address or improve?
> Who else is impacted by this situation?
> What do you hope will happen? What do you fear will happen?
> Is there anything you have already done to address this situation?
> What internal or external barriers are preventing you from addressing this situation?

emmabat 9:56 PM
Maybe I can write my answers, you can write yours, and we can compare before we meet to get on the same page
Since we don't have time to properly meet

gshay 9:57 PM
Are we asking for general advice or about the specific report?

 wmoses 10:20 PM
ok (legibly theoretically all of us that can will go there at 9:30, had productive information gathering call w personal DSL friend just now about strategy and this seems best

gshay 10:21 PM
do they open any earlier than 9:30? (I would have to leave by 9:50ish)

 wmoses 11:40 PM
to those interested

"More relevant piece of information for DSL than OGC:

I just received a call from another student group whom Jimmy has made deeply uncomfortable in much the same way, and are trying to figure out how to kick him out but are very worried about retribution (seemingly justified considering this)

They have sent a confidential email to the ombuds office, who incidentally we were also going to try to see tomorrow morning.

I was also told by that student, group leader that two additional student groups are also facing the same issue with jimmy.

Leah, I think it is prudent we meet tomorrow, let me know your availability. I can do any time excluding 11-12."

WM 000408

**gshay** 11:41 PM
To compare here are the answers I came up with to the questions:

**What is the situation you want to address or improve?**
We have received many reports of a student's behavior that made others uncomfortable
Several of those reports rose to the level of asking him to disengage from our group
In particular, one report was about a sexual assault

**Who else is impacted by this situation?**
Various key holders and members who felt uncomfortable
Many did not want to come forward or only anonymously

**What do you hope will happen?**
Ensure this person does not hurt anyone else
Ensure that SIPB members feel comfortable

**What do you fear will happen?**
Retaliation
People will not come forward if another situation presents itself

**Is there anything you have already done to address this situation?**
Asked the offending member to disengage from our organization
Begun to discuss and consider mechanisms to deal with this type of situation, including anonymous reporting tools and climate surveys

**What internal or external barriers are preventing you from addressing this situation?**
Fear of retaliation/desire for anonymity
Many people feel uncomfortable making a report to us or Title IX if they do not feel it rises to that level

Mon, Mar 09, 2020

**wmoses** 12:25 AM
To add some additional specifics, I think determining if/what/how we bring to title ix is an important question

**emmabat** 12:29 AM
I wrote on paper, can share a photo of my answers of you want
Though since it's my personal notes I did write down things quite frankly and specifically and would prefer to share in person

**gshay** 12:57 AM
Maybe we should meet up at ~9/20 to collect our thoughts before going?

**emmabat** 12:57 AM
Sure, where do you want to meet?

**gshay** 12:58 AM
Lobby 10 seems reasonable as it close to ombuds office and we can find a more isolated place from there

+1

**wmoses** 12:23 PM
"Heads up, INSIDER INFO:
There's a high chance campus will be shitting down soon, potentially by the end of the week. Plan accordingly"

**emmabat** 12:31 PM
According to an email just sent to physics majors, courses with more than 150 will no longer be exempt and will be remote tomorrow

WM 000409

REDACTED

Tue, Mar 10, 2020


cela 1:58 PM


emmabat 1:59 PM


wmoses 1:59 PM


wmoses 1:06 PM


wmoses 1:01 AM




DbV05J3B-8ED9-4BFC-9J85-EFD5WQ8W4E.png ▾


wmoses 10:37 AM

That-8136-4F1w-4EF9-4WE-TF58-1DT-94_.png ▾

this is **Confidential** for the next few hours

MIT will be sending out an email at ~1PM today
with the following contents:
• Classes will be canceled starting Monday
• After Spring Break classes will be fully online
• All students living in dorms and FSILG's will be
required to move out by ~ Spring Break
• There will be few exceptions to the above but
there will be a petition process for edge-cases
• These are preventative measures to mitigate
potential spread of the virus

•Also with regards to the case in Sloan:
• All who have come into contact with the visitor

WM 000410

438

REDACTED

- Et
- Pika

Chelsea any Ire traceable back to me
to get more enraged at me than he
already is. Third party observers

map have documentations Sent in email to
the splash directors that
comfortable rewith verbally

One year at splash he sent MIT police to intimidate

her out of doing splash other

    Mitriann ~~gietsen~~ Gershenson

               (he took photos of her

    mihila murphy        going back and forth

    ~~murrian of~~        with police)

    ~~breeze~~ ~~stelly~~ olson

    Mariane               FB posts of jkappel

                       harassing our intl?

Lots of intimidation

        (post break up)

    Hanging out at conferences, awkward hug, kind of

    groping me, following in a way more than comfortable

    ~~Actually didn't~~ have that time

Many things Chelsea could send he would say "Chelsea sent"

living group thing might be, this situation exists.

email evin, pranha, daniel & jordan recieved ET email

"I'm afraid of I'm sharing stuff" and coming after.

If anything can do to

   { Email nefery to that conference f

      "hey guys I want to come to this event today"

7/13/2020
Mivian had not heard of any problems.
Mivian personally feel safer talking to lawyer when protected by atty client privilege

Mikalya chair of ESP for a year
- significant portion of time was spent dealing w this person
- knows situation alluded by chelsea
- worst happened in person
- MIT ombuds were involved
- other things, people were uncomfortable
- at least one other interpersonal dispute
  was working with that were constantly mediating
  made a fresh feel very devalued
  people refused to be in a cov with b/c didn't
  want to be trapped with

- people who
- Mikalya can think of > 5 ppl think nararb.

Situations that she observed directly that made her personally
uncomfortable
  Looked back in Dec on this person
      (Dec 20th or so),
      "allegations of inappropriate touching" from BSY before

EXHIBIT C

 **gshay** 9:05 PM
I'll wait on @emmabat's response to make sure someone would be there when I left

 **emmabat** 9:12 PM
I can go and be there. Free till noon on Mondays

 **gshay** 9:13 PM
What will our goal in ombuds office be? Not sure I'm familar with their exact role

 66 The Ombuds Office is a confidential and independent resource for all members of the MIT community, including students, faculty, employees, alumni, and employees of Lincoln Lab, to constructively manage concerns and conflicts related to your experience at MIT.

➕

  **emmabat** 9:15 PM
I can't find hours listed on their website so I imagine they open at 9:00?

 **gshay** 9:51 PM
that's probably a good guess?

We should write down answers to the questions they suggest:

66 What is the situation you want to address or improve?

Who else is impacted by this situation?
What do you hope will happen? What do you fear will happen?
Is there anything you have already done to address this situation?
What internal or external barriers are preventing you from addressing this situation?

**emmabat** 9:54 PM
Maybe I can write my answers, you can write yours, and we can compare before we meet to get on the same page
Since we don't have time to properly meet

**gshay** 9:57 PM
Are we asking for general advice or about the specific report?

 **wmoses** 10:20 PM
ok @gshay @emmabat all of us that can will go there at 9:30; had productive information gathering call w personal DSL friend just now about strategy and this seems best

 **gshay** 10:21 PM
do they open any earlier than 9:30? (I would have to leave by 9:50ish)

**wmoses** 11:30 PM
to those interested

"More relevant piece of information for DSL than OGC:

I just received a call from another student group whom Jimmy has made deeply uncomfortable in much the same way, and are trying to figure out how to kick him out but are very worried about retribution (seemingly justified considering this).

They have sent a confidential email to the ombuds office, who incidentally we were also going to try to see tomorrow morning.

I was also told by that student group leader that two additional student groups are also facing the same issue with Jimmy.

Leah, I think it is prudent we meet tomorrow, let me know your availability. I can do any time excluding 11-12."

WM 000408