EXHIBIT A

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/6/2020 | 2:55 PM | E-mail | PL1 | W. Moses | zurmanv@mit.edu; cmjohn@mit.edu | | James Koppel | A/C | Information concerning J. Koppel provided to MIT General Counsel's Office for purpose of seeking legal advice |
| 3/6/2020 | 3:21 PM | E-mail | PL2 | W. Moses | G. Burkett | | FW: James Koppel.pdf | A/C | Forwards J. Koppel demand letter in context of seeking legal advice |
| 3/6/2020 | 3:24 PM | E-mail | PL3 | W. Moses | | zurmanv@mit.edu; cmjohn@mit.edu; w.moses@mit.edu; sipb-ec@mit.edu; G. Burkett | | A/C | Information concerning J. Koppel provided to MIT General Counsel's Office for purpose of seeking legal advice |
| 3/6/2020 | 3:26 PM | E-mail | PL4 | W. Moses | W. Moses | zurmanv@mit.edu; cmjohn@mit.edu; w.moses@mit.edu; sipb-ec@mit.edu; G. Burkett | Facebook Messages | A/C | Information provided to MIT General Counsel's Office for purpose of seeking legal advice |
| 3/6/2020 | 4:17 PM | E-mail | PL5 | J. Wilcoxson | G. Burkett, L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | FW: James Koppel/MIT Student Information Processing Board | A/C | Communication from counsel re demand letter. |
| 3/6/2020 | 4:47 PM | E-mail | PL6 | W. Moses | J. Gren | zurmanv@mit.edu; cmjohn@mit.edu; G. Burkett; L. Flynn Gallant; E. Batson, C. Andromeda Skeggs | Draft Email | A/C, WP | Email concerning response to J. Koppel demand letter sent for purpose of seeking legal advice. |

J-30021

JAMES KOPPEL v. WILLIAM MOSES
DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/6/2020 | 4:50 PM | E-mail | PL7 | W. Moses | W. Moses | zurmanv@mit.edu; empjohn@mit.edu; G. Burkett; L. Flynn Gallant; E. Batson, C. Andromeda Skoggs; jaren@mit.edu | Draft Email | A/C, W/P | Email concerning response to J. Koppel demand letter sent for purpose of seeking legal advice. |
| 3/7/2020 | 7:31 PM | Gmail Hangout | Redaction: WM 000406 PL8 | emmakbat@gmail.com | B. Moses | | Case | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 3/8/2020 | 9:39 AM | E-mail | PL9 | W. Moses | M. Bauer | | James Koppel.pdf | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |
| 3/8/2020 | 9:51 AM | E-mail | PL10 | W. Moses | M. Bauer | | James Koppel.pdf | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |
| 3/8/2020 | 9:53 AM | E-mail | PL11 | W. Moses | W. Moses | | Re: James Koppel | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |
| 3/8/2020 | 9:53 AM | E-mail | PL12 | W. Moses | M. Bauer | | FW: Re: James Kopel | A/C, W/P | Email concerning J. Koppel demand letter sent to communications department in context of ongoing legal advice. |

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/8/2020 | 11:29 PM | E-mail | PL13 | W. Moses | L. Flynn Gallant; G. Burkett; Matthew Bauer | zurmanv@mit.edu; emjohn@mit.edu; E. Batson; C. Andromeda Skeggs; jaren@mit.edu | Re: James Koppel | A/C, W/P | Email concerning J. Koppel sent to MIT General Counsel's Office for purpose of obtaining legal advice. |
| 3/8/2020 | 11:36 PM | E-mail | PL14 | G. Burkett | W. Moses | L. Flynn Gallant; M. Bauer; V. Zurman; E. Johnson Ahern; E. Batson; C. Andromeda Skeggs; J. Wilcoxson | Re: James Koppel | A/C | Email concerning J. Koppel between MIT official and MIT General Counsel's Office. |
| 3/9/2020 | 7:57 AM | E-mail | PL15 | L. Flynn Gallant | W. Moses | V. Zurman; E. Johnson; G. Burkett; E. Batson; C. Andromeda Skeggs; J. Wilcoxson | James Koppell | A/C, W/P | Email concerning response to J. Koppel demand letter from MIT dean sent to MIT General Counsel's Office. |
| 3/9/2020 | 9:58 AM | E-mail | PL16 | L. Flynn Gallant | W. Moses | V. Zurman; E. Johnson Ahern; James Koppell | James Koppell | A/C, W/P | Email re response to J. Koppell demand letter and legal issues. |
| 3/9/2020 | 1:44 PM | E-mail | PL17 | J. Wilcoxson | L. Gallant; W. Moses | G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C, W/P | Email from MIT General Counsel's Office concerning response to J. Koppell demand letter. |
| 3/9/2020 | 2:26 PM | E-mail | PL18 | W. Moses | J. Wilcoxson | L. Flynn Gallant; W. Moses; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C, W/P | Email seeking legal advice re response to J. Koppell demand letter. |

**JAMES KOPPEL v. WILLIAM MOSES**
**DEFENDANT'S PRIVILEGE LOG**

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2020 | 2:29 PM | E-mail | | W. Moses | W. Moses | J. Wilcoxson; L. Flynn Gallant; W. Moses; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email re J. Koppel sent for purpose of obtaining legal advice. |
| 3/9/2020 | 3:59 PM | E-mail | PL19 | J. Wilcoxson | W. Moses | L. Flynn Gallant; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C | Email from MIT general counsel's office re discussion concerning J. Koppel demand letter. |
| 3/9/2020 | 4:08 PM | E-mail | PL20 | | | | | | |
| 3/9/2020 | 4:08 PM | E-mail | PL21 | W. Moses | J. Wilcoxson | W. Moses; L. Flynn Gallant; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C | Email setting up call with general counsel's office. |
| 3/9/2020 | 4:42 PM | E-mail | PL22 | J. Wilcoxson | W. Moses | L. Flynn Gallant; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email from MIT General Counsel's office providing legal advice re response to J. Koppel demand letter. |
| 3/9/2020 | 5:48 PM | E-mail | PL23 | L. Flynn Gallant | J. Wilcoxson; W. Moses | G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email to MIT General Counsel's Office and others re response to J. Koppel demand letter. |
| 3/9/2020 | 6:18 PM | E-mail | PL24 | W. Moses | L. Flynn Gallant | J. Wilcoxson; W. Moses; G. Burkett; E. Batson; C. Andromeda Skeggs | James Koppel | A/C; W/P | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |
| 3/9/2020 | 8:00 PM | E-mail | PL25 | W. Moses | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |

-3/30/21

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2020 | 9:52 PM | E-mail | PL2 | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |
| 3/10/2020 | 9:30 AM | E-mail | PL27 | J. Wilcoxson | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W. Moses | James Koppel | A/C; W/P | Email from MIT General Counsel's Office providing legal advice re response to J. Koppel demand letter. |
| 3/10/2020 | 11:11 AM | E-mail | PL28 | W. Moses | J. Wilcoxson | W. Moses; C. Andromeda Skeggs; E. Batson; G. Burkett; L. Flynn Gallant | James Koppel | A/C | Email to MIT General Counsel's Office seeking legal advice re response to J. Koppel demand letter. |
| 3/10/2020 | 1:58 PM - 2:06 PM | Gmail Hangout between | Redactions: WM 0040; PL29 | W. Moses | cnmablit; ccla | | Case | A/C; W/P | Chat re Koppel demand letter |
| 3/10/2020 | 6:48 PM | E-mail | PL30 | W. Moses | W. Moses | C. Andromeda Skeggs; E. Batson; G. Burkett; J. Wilcoxson; L. Flynn Gallant; W Moses | James Koppel | A/C; W/P | Email reflecting legal advice concerning response to J. Koppel demand letter. |
| 3/11/2020 | 1:24 PM | E-mail | PL31 | J. Wilcoxson | G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | FW: SIPB...Possible Retraction | A/C; W/P | Forwarding request for retraction by P. Boylan and providing legal advice |
| 3/11/2020 | 1:44 PM | E-mail | PL32 | W. Moses | J. Wilcoxson | G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | FW: Retraction | A/C; W/P | Email seeking legal advice re response to J. Koppel retraction request. |

## JAMES KOPPEL v. WILLIAM MOSES
### DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/2020 | 1:44 PM | E-mail | PL33 | W. Moses | G. Shay | | FW: SIPB...Possible Retraction | A/C; W/P | Email forwarding work product in context of ongoing legal advice. |
| 3/11/2020 | 1:44 PM | E-mail | PL34 | W. Moses | B. Steffen | | FW: SIPB...Possible Retraction | A/C; W/P | Email forwarding work product in context of ongoing legal advice. |
| 3/11/2020 | 2:22 PM | E-mail | PL35 | W. Moses | J. Wilcoxson; G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | Re: SIPB...Possible Retraction | A/C; W/P | Email conveying information to counsel for purpose of seeking legal advice. |
| 3/11/2020 | 3:46 PM | E-mail | PL36 | J. Wilcoxson | W. Moses | G. Burkett; L. Flynn Gallant; E. Batson; C. Andromeda Skeggs | Re: SIPB...Possible Retraction | A/C; W/P | Email re potential retraction statement. |
| 3/11/2020 | 4:08 PM | E-mail | PL37 | W. Moses | J. Wilcoxson | C. Andromeda; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | Re: SIPB...Possible Retraction | A/C | Email re potential retraction statement |
| 3/11/2020 | 5:27 PM | E-mail | PL38 | L. Flynn Gallant | W. Moses; J. Wilcoxson | C. Andromeda Skeggs; E. Batson; G. Burkett | Re: SIPB...Possible Retraction | A/C | Email seeking legal advice concerning J. Koppel demand. |
| 3/11/2020 | 5:37 PM | E-mail | PL39 | J. Wilcoxson | C. Andromeda Skeggs; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | | Re: SIPB...Possible Retraction | A/C | Email responding to request for legal advice re possible retraction statement. |
| 3/11/2020 | 5:39 PM | E-mail | PL40 | W. Moses | J. Wilcoxson | C. Andromeda Skeggs; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | Re: SIPB...Possible Retraction | A/C | Email re possible retraction. |

3/30/21

## JAMES KOPPEL v. WILLIAM MOSES
## DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/2020 | 5:41 PM | E-mail | PL41 | J. Wilcoxson | W. Moses | C. Andromeda; E. Batson; G. Burkett; L. Flynn Gallant; W. Moses | Re: SIPB...Possible Retraction | A/C; W/P | Email re possible retraction |
| 3/11/2020 | 5:43 AM | E-mail | PL42 | J. Wilcoxson | L. Flynn Gallant; W. Moses | C. Andromeda; E. Batson; G. Burkett | Re: SIPB...Possible Retraction | A/C | Email re possible retraction |
| 3/11/2020 | 5:45 AM | E-mail | PL43 | J. Wilcoxson | G. Burkett; L. Flynn Gallant; W. Moses; E. Batson; C. Andromeda Skeggs | | Re: SIPB...Possible Retraction | A/C; W/P | Email providing legal advice. |
| 7/6/2020 | 9:16 PM | Gmail Hangout | Redactions: WM 00037 PL44 | B. Moses | emmakbat@gmail.com | | Counsel | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 9:32 PM - 9:34 PM | Gmail Hangout between | Redactions: WM 00038 PL45 | B. Moses | emmakbat@gmail.com | | Counsel | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 9:52 PM | Gmail Hangout | Redactions: WM 00039 PL46 | B. Moses | emmakbat@gmail.com | | Case | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 10:05 PM - 10:30 PM | Gmail Hangout between | Redactions WM 00040 PL47 | B. Moses | emmakbat@gmail.com | | Case & Counsel | A/C | Communication between SIPB executive committee members reflecting legal advice |
| 7/6/2020 | 5:56 PM | Gmail Hangout | Redactions: WM 00041 PL48 | B. Moses | Alex Chernyakhovsky | | Counsel | A/C | Communication between SIPB keyholders reflecting legal advice |

-3/30/21

JAMES KOPPEL v. WILLIAM MOSES
DEFENDANT'S PRIVILEGE LOG

| Date Sent | Time Sent | Doc Type | Redactions | From | To | CC | Subject | Privilege Reason | Content |
|---|---|---|---|---|---|---|---|---|---|
| 7/6/2020 | 6:28 PM | E-mail | PL49 | W. Moses | J. Wilcoxson | | Re: Jkoppel Saga Continues | A/C; W/P | Email to counsel seeking legal advice re lawsuit. |
| 7/6/2020 | 10:05 PM | E-mail | PL50 | W. Moses | W. Moses | J. Wilcoxson; G. Burkett; L. Flynn Gallant; sipb-ec-people@mit.edu | Re: Jkoppel Saga Continues | A/C; W/P | Email to counsel seeking legal advice re lawsuit. |
| 7/7/2020 | 8:14 AM | E-mail | PL51 | J. Wilcoxson | W. Moses | | RE: Jkoppel Saga Continues | A/C; W/P | Email from counsel in response to request for legal advice. |
| 7/7/2020 | 8:31 AM | E-mail | PL52 | G. Burkett | J. Wilcoxson | W. Moses; L. Flynn Gallant; sipb-ec-people@mit.edu | RE: Jkoppel Saga Continues | A/C | Email from Assoc. Dean in response to request for legal advice. |
| 7/7/2020 | 9:20 AM | E-mail | PL53 | L. Flynn Gallant | G. Burkett | J. Wilcoxson; W. Moses; sipb-ec-people@mit.edu | RE: Jkoppel Saga Continues | A/C | Email in response to request for legal advice. |
| 7/7/2020 | 4:01 PM | E-mail | PL54 | J. Wilcoxson | W. Moses; G. Burkett; E. Feur | | RE Retraction...James Koppel | A/C; W/P | Email providing legal advice in response to lawsuit. |
| 7/8/2020 | 4:23 PM | E-mail | PL55 | W. Moses | J. Wilcoxson | W. Moses; G. Burkett; E. Feur | RE Retraction...James Koppel | A/C; W/P | Email seeking legal advice in response to lawsuit. |
| 7/12/2020 | | Handwritten Notes | Redactions: WM00438 PL56 | | | | | A/C; W/P | Handwritten notes of conversation between W. Moses and J. Pyle re lawsuit |

373021

EXHIBIT B

11/24/2020                                    Gmail - Hangout with emmakbat@gmail.com

**Billy Moses** - 7:28 PM                                    **REDACTED**
sorry yeah someone needs to run mtg am drafting lawyerese rn

**emmakbat@gmail.com** - 7:29 PM
got it covered

**emmakbat@gmail.com** - 7:51 PM
meeting over, everything went smoothly

**emmakbat@gmail.com** - 9:13 PM
how are you doing?

**Billy Moses** - 9:16 PM

**emmakbat@gmail.com** - 9:20 PM
yeah I'm sorry you have to deal with this. glad to hear you're getting some things together
lmk if you need anything

**Billy Moses** - 9:21 PM
will do
getting sued, let alone large claims court is a new experience for me

**emmakbat@gmail.com** - 9:23 PM
yeah it's absolutely absurd. I really thought it had been forgotten about in all the other craziness this year

**Billy Moses** - 9 23 PM
yeah....
little did we know he was going and making it worse
also not emailing or telling mits lawyers
is clearly trying to get it go to default judgement without us notincg and get payout

**emmakbat@gmail.com** - 9:30 PM
right, like, there was no need for him to do that
we tried to cooperate
and yet

**Billy Moses** - 9:31 PM
we did everything he could
hes trying to act in bad faith and just harm now

**emmakbat@gmail.com** - 9:31 PM
it sure seems that way

**Billy Moses** - 9:31 PM
i hope ogc/jay will help
do you think they will

**emmakbat@gmail.com** - 9:31 PM
I think they will

**Billy Moses** - 9 31 PM
slz got me a bit worried cuz now its just naming me personally

https://mail.google.com/mail/u/0?ik=cab26b9a5b&view=pt&search=all&permthid=thread-f%3A1671506489695604826&simpl=msg-f%3A1671506489695604826&...    2/5

WM 000037

11/24/2020                              Gmail - Hangout with emmakbat@gmail.com    **REDACTED**

**emmakbat@gmail.com** - 9:31 PM
remember in the spring I thought they said you can't be sued as an individual for acting on behalf of MIT

**Billy Moses** - 9:31 PM
yeah

$Ju$ $kg$ $6$,
$202$,

**emmakbat@gmail.com** - 9:32 PM
I'm not sure he has a case for suing you personally, and we do have all the records from the spring of him basically acknowledging that you were acting for an MIT organization

**Billy Moses** - 9:32 PM

**emmakbat@gmail.com** - 9:33 PM

**Billy Moses** - 9:34 PM

**emmakbat@gmail.com** - 9:34 PM
and it's not your fault because clearly you gave MIT the forwarding address or you wouldn't have gotten this one either

**Billy Moses** - 9:34 PM
yeah

**emmakbat@gmail.com** - 9:35 PM
yeah it is very uncalled-for
I'm sorry this happened

**Billy Moses** - 9:35 PM
f this

**emmakbat@gmail.com** - 9:36 PM
indeed

**Billy Moses** - 9:41 PM
"Requests for Production of Documents by James Koppel with motion for special process sever"
apparently he tried to legit go to legal discovery
https://www.masscourts.org/eservices/search.page.3?x=xQrICEVeh4GMgYa*wEXaflkozdJCY9ro33wnKzSCb4LiJu
cGsmAXIHu3rl0IhTygxsmphoY4YltjrTaijgkwpQ
go here
enter mass superior court
my name
ull find the case

**emmakbat@gmail.com** - 9:43 PM
ah jeez yep there it is

**Billy Moses** - 9:44 PM
so we in the full thing
the true battle

WM 000038

11/24/2020                                    Gmail - Hangout with emmakbat@gmail.com

sigh                                                                      **REDACTED**
what the fuck

**emmakbat@gmail.com** - 9:46 PM
what the fuck indeed

**Billy Moses** - 9:47 PM
also
"The Superior Court has original jurisdiction in civil actions over $25,000."
wtf

**emmakbat@gmail.com** - 9:47 PM
wait what

**Billy Moses** - 9:48 PM
nod
sorry, from their website rather than wikipedia
"The Superior Court has original jurisdiction in civil actions over $50,000 and in matters where equitable relief is sought. "

**emmakbat@gmail.com** - 9:49 PM
oh
wow
that is a lot

**Billy Moses** - 9:50 PM
ianal
but i wonder
at time of suit i had no legal tie to MA
and my permanent address has always been VA

**emmakbat@gmail.com** - 9:52 PM
I'd be really disappointed in our legal system if they're actually gonna try to hold you accountable for not living where
jkoppel's lawyer thought you did

**Billy Moses** - 9:52 PM
yeah
esp w the documentation to mit/etc that i was moving
and them having my address
should i add the following to jay:

or have i sent enough and should chill
sent it
idc

**emmakbat@gmail.com** - 10:05 PM
oh ok
I think you said something pretty similar before but it probably can't hurt

WM 000038

**REDACTED**

**Billy Moses** - 10:05 PM

*July 6, 2020*

**emmakbat@gmail.com** - 10:10 PM

**Billy Moses** - 10:11 PM

**emmakbat@gmail.com** - 10:29 PM

**Billy Moses** - 10:30 PM

11/24/2020                                          Gmail - Podcast Crew

**Alex Chernyakhovsky** - 5:50 PM

erm                                              **REDACTED**

this doesn't look like a court summons

this looks like a small claims court default judgement?

https://www.mass.gov/rules-of-civil-procedure/civil-procedure-rule-55-default#-a-entry

https://www.masscourts.org/eservices/search.page.3.1?x=3sjNmfmBSQmkqZ*xVbZhe9b1CBOzSJ72LIOkn-saKzdwvkuYMMaxF457WEcUGTEzosPNHSZhZ5kZzueRBtrr3Q

allegedly they tried to serve you in May

and 2 weeks ago he filed for the default judgement

anyway,

**Billy Moses** - 5:56 PM

*July*
*6*
*2020*

REDACTED



**emmabat** 6:56 PM
I agree we need to go to Title IX

We need their advice on so many levels

I hope they have changed since the last time SIPB had negative interactions with them, and in light of recent events at MIT, I believe they probably have

I also agree we should go in person, without prior information. Ideally multiple members of the EC should go together

Is IDHR physically open tomorrow? I am available to go if so

I don't think we have to interact with OGC here yet, it's somewhat separate from the things said in the legal brief, though it would be relevant if the lawyer stuff escalated

Also, whoever goes to IDHR needs to meet up briefly beforehand and just all get on the same page. It's really important that we are coherent here

**mriitenb** 7:24 PM
I think you should go to OGC first

**cela** 7:30 PM
When we talked to OGC, they said that

**gshay** 7:39 PM
I have reconsidered and I don't think it could hurt us legally as we have good reason to make the report

**emmabat** 7:51 PM



**wmoses** 8:12 PM
I've thought further on this; we can be fast, but before we go to IDHR we want to be deliberate

Specifically we probably should determine if and how many people would be willing to discuss with IDHR

Which is incidentally a tragedy of the commons issue; if one person goes forward it both psychologically makes it much easier to come forward as well as making the report be "multiple incidents/reports" decreasing the possibility of individual retribution

We should think very strongly now we ask and not put pressure

One piece of history when sipb went to title ix to report someone, the person who went at the last minute got scared by process (which indeed does not sound pleasant), and since no one can forward and seemed something happened, came, and interviewed all female members in such way

**mriitenb** 10:04 PM
I'm currently alone at SIPB, are any of you free now to talk in person?

Nvm someone just showed up

**emmabat** 10:07 PM
Though if you want to talk in person we could also plan for that. Theres always the SMR for talking in

**wmoses** 10:41 PM
Sorry just saw this now, I can be there in 20 mins/ you can call me now (7034382387) if you want

Also to emphasize this; I know this is quite a lot that all of you have as a burden presently, be it some time to chill, someone to talk to, etc please reach out to me; no worries/no questions

**wmoses** 7:40 PM
I would personally consider these separate things at the moment, though with the potential to be intertwined depending on the response from jimmys lawyer

I'm not quite sure what we want out of title ix atm but I strongly think we need to talk to them, but can't explain why personally/yet (not for secrecy but gut feeling)

**mriitenb** 7:45 PM
I didn't realize you'd already asked them about it, if they said you should deal with it separately then you should

**emmabat** 7:51 PM

  wmoses 12:53 AM
Update: our first people to speak with should with are ombuds office / VPR, which are confidential resources (and thus legal reporting requirements, etc)

 cela 12:54 AM
• +

 wmoses 12:54 AM
We also should speak with OGC very clearly re attorney-client privilege

   gshay 12:54 AM
what are the ombud's office hours?

      cela 12:55 AM
I think what I'm wondering is -- to what extent is it our place to talk to IDHR about particular incidents? It seems like incidents simply reported to us should maybe be reported to them by the people who reported them to us, not by us.

  wmoses 12:57 AM
I've left a confidential voicemail with the ombuds office saying "learned information in capacity as student leader needing assistance navigating MIT systems with, time sensitive" or something, like this

asking to schedule mtg as soon as available

we should head there first thing monday morning, even if not scheduled, mt

10-213

  cela 12:58 AM
I don't think I'm going to have the time to come to this meeting. I've got a lot of homework to catch up on. Do y'all have it covered?

 wmoses 12:58 AM
I can/will handle, anyone else who can/wants to join lmk

👍

 bds 1:07 AM
I can come, what time?

@wmoses

emmabat 9:35 AM
I'm totally free Monday mornings

     gshay 9:52 PM
What time do they open? I need to be at a class in bldg 56 at 10am but could come before then

wmoses 9:51 PM
@emmabat @gshay can you two start going to the ombuds office tomorrow? I'm not certain when they're open but I image 9 or 9:30

I'm going to call matt bauer in dsl to, and probably meet w tomorrow (depending on result will join you/not)

gshay 9:52 PM
I won't be able to stay very long

wmoses 9:52 PM
goal of meeting is being able to gain confidential/etc advice on navigating the MIT system

which I imagine will be "go to VPR and/or title ix"

WM 000407


gshay 9:06 PM
I'll wait on @emmabat 's response to make sure someone would be there when I left


emmabat 9:12 PM
I can go and be there. Free till noon on Mondays
What will our goal in ombuds office be? Not sure I'm familiar with their exact role

gshay 9:13 PM

> The Ombuds Office is a confidential and independent resource for all members of the MIT community, including students, faculty, employees, alumni, and employees of Lincoln Lab, to constructively manage concerns and conflicts related to your experience at MIT."

＋ 1

gshay 9:13 PM
I can't find hours listed on their website so I imagine they open at 9:00?

gshay 9:51 PM
that's probably a good guess?
We should write down answers to the questions they suggest:

> What is the situation you want to address or improve?
> Who else is impacted by this situation?
> What do you hope will happen? What do you fear will happen?
> Is there anything you have already done to address this situation?
> What internal or external barriers are preventing you from addressing this situation?"


emmabat 9:54 PM
Maybe I can write my answers, you can write yours, and we can compare before we meet to get on the same page
Since we don't have time to properly meet

gshay 9:57 PM
Are we asking for general advice or about the specific report?

wmoses 10:20 PM
ok @gshay @emmabat all of us that can will go there at 9:30. had productive information gathering call w personal DSL friend just now about strategy and this seems best

gshay 11:23 PM
do they open any earlier than 9:30? (i would have to leave by 9:50ish)

wmoses 11:40 PM
to those interested

"More relevant piece of information for DSL than OGC.

I just received a call from another student group whom Jimmy has made deeply uncomfortable in much the same way, and are trying to figure out how to kick him out but are very worried about retribution (seemingly justified considering this)

They have sent a confidential email to the ombuds office, who incidentally we were also going to try to see tomorrow morning.

I was also told by that student, group leader that two additional student groups are also facing the same issue with Jimmy.

Leah, I think it is prudent we meet tomorrow, let me know your availability. I can do any time excluding 11-12."

WM 000408



**gshay** 11:41 PM

To compare here are the answers I came up with to the questions:

What is the situation you want to address or improve?

We have received many reports of a student's behavior that made others uncomfortable

Several of those reports rose to the level of asking him to disengage from our group

In particular, one report was about a sexual assault

Who else is impacted by this situation?

Various key holders and members who felt uncomfortable

Many did not want to come forward or only anonymously

What do you hope will happen?

Ensure this person does not hurt anyone else

Ensure that SIPB members feel comfortable

What do you fear will happen?

Retaliation

People will not come forward if another situation presents itself

Is there anything you have already done to address this situation?

Asked the offending member to disengage from our organization

Begun to discuss and consider mechanisms to deal with this type of situation, including anonymous reporting tools and climate surveys

What internal or external barriers are preventing you from addressing this situation?

Fear of retaliation/desire for anonymity

Many people feel uncomfortable making a report to us or Title IX if they do not feel it rises to that level

Mon, Mar 09, 2020



**wmoses** 12:25 AM

To add some additional specifics, I think determining if/what/how we bring to title ix is an important question



**emmabat** 12:29 AM

I wrote on paper, can share a photo of my answers of you want

Though since it's my personal notes I did write down things quite frankly and specifically and would prefer to share in person

**gshay** 12:57 AM

Maybe we should meet up at ~9-20 to collect our thoughts before going?

**emmabat** 12:57 AM

Sure, where do you want to meet?

**gshay** 12:58 AM

Lobby 10 seems reasonable as it close to ombuds office and we can find a more isolated place from there

👍 1



**wmoses** 12:23 PM

"Heads up, INSIDER INFO:

There's a high chance campus will be shitting down soon, potentially by the end of the week. Plan accordingly"

**emmabat** 12:31 PM

According to an email just sent to physics majors, courses with more than 150 will no longer be exempt and will be remote tomorrow

WM 000409

Tue, Mar 10, 2020

cela 1:58 PM

emmabat 1:59 PM

wmoses 1:59 PM

wmoses 11:01 AM



wmoses 10:37 AM

this is Confidential for the next few hours

MIT will be sending out an email at ~1PM today with the following contents:
• Classes will be canceled starting Monday
• After Spring Break classes will be fully online
• All students living in dorms and FSILG's will be required to move out by ~Spring Break
• There will be few exceptions to the above but there will be a petition process for edge-cases
• These are preventative measures to mitigate potential spread of the virus

• Also with regards to the case in Sloan:
• All who have come into contact with the visitor

REDACTED

WM 000410

438

REDACTED

- Et
- Pika

Chelsea any like traceable back to me
to get more enraged at and from he
already is. Third party observing
map have documentations Sent in email to
the splash directors that
comfortable verbally

439

One year at splash he sent MIT police to intimidate
her out of doing splash other

Mitriann ~~gie~~ Gershenson
(he took photos of her
Mihila murphy                        going back and forth
~~merina et~~                          with police)

~~becca diddy~~ olson

Mariane                               FB posts or jkepprl
                                      harassing our intl?

Lots of intimidation
              (post break up)
Hanging out at conferences, awkward hug, kind of
groping me, following in a way more than comfortable
Actually ~~didn't~~ have that time

Many things Chelsea would send he would say "Chelsea sent"
living group thing might be, this situation exists,

email erin, pranha, daniel & jordan recieud ET email
"I'm afraid of I'm sharing stuff" and coming after,
If anything can do to
 — (email refers to that confluence f
        "hey guys I want to come to this event today"

7/13/2020
Miriam had not heard of any problems.
Miriam personally feel safer talking to lawyer when protected by attry client
                                                                privilege

Mikayla   chair of ESP for a year
- significant portion of time was spent dealing in this person
- knows situation alluded by chelsea
- worst happened in person
- MIT ombuds were involved
- other things, people was uncomfortable
- at least one other interpersonal dispute
   was working with that were constantly mediating
   made a fresh feel very devalued
   people refuse to be in a cov with b/c didn't
   want to be trapped with

- people who
- Mikalya  can think of > 5 ppl think necessb.

Situations that she observed directly that made her personally
uncomfortable
   Looked back in Dec on this person
             (Dec 20th or so),
      "allegations of inappropriate touching" from BSV before

EXHIBIT C

 **gshay** 9:05 PM
I'll wait on @emmabat's response to make sure someone would be there when I left

 **emmabat** 9:12 PM
I can go and be there. Free till noon on Mondays

 **gshay** 9:13 PM
What will our goal in ombuds office be? Not sure I'm familar with their exact role

 🔖 The Ombuds Office is a confidential and independent resource for all members of the MIT community, including students, faculty, employees, alumni, and employees of Lincoln Lab,
to constructively manage concerns and conflicts related to your experience at MIT.



 **emmabat** 9:15 PM
I can't find hours listed on their website so I imagine they open at 9:00?

 **gshay** 9:51 PM
that's probably a good guess?

 We should write down answers to the questions they suggest:

🔖 What is the situation you want to address or improve?
Who else is impacted by this situation?
What do you hope will happen? What do you fear will happen?
Is there anything you have already done to address this situation?
What internal or external barriers are preventing you from addressing this situation?

**emmabat** 9:54 PM
Maybe I can write my answers, you can write yours, and we can compare before we meet to get on the same page
Since we don't have time to properly meet

**gshay** 9:57 PM
Are we asking for general advice or about the specific report?



 **wmoses** 10:20 PM
ok @gshay @emmabat all of us that can will go there at 9:30. had productive information gathering call w personal DSL friend just now about strategy and this seems best

**gshay** 10:21 PM
do they open any earlier than 9:30? (I would have to leave by 9:50ish)

 **wmoses** 11:30 PM
to those interested

"More relevant piece of information for DSL than OGC:

I just received a call from another student group whom Jimmy has made deeply uncomfortable in much the same way, and are trying to figure out how to kick him out but are very worried about retribution (seemingly justified considering this).

They have sent a confidential email to the ombuds office, who incidentally we were also going to try to see tomorrow morning.

I was also told by that student group leader that two additional student groups are also facing the same issue with Jimmy.

Leah, I think it is prudent we meet tomorrow, let me know your availability. I can do any time excluding 11-12."



WM 000408