UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| James Koppel,            )<br>                          )<br>    Plaintiff,          )<br>                          )<br> v.                       )<br>                          )<br> William Moses,           )<br>                          )<br>    Defendant.         )<br>                          ) | Civil Action No. 1:20-cv-11479-LTS |

Motion by the Plaintiff in Support of His Motion to Amend the Complaint
<u>Pursuant to the Scheduling Order of this Court, Document 30.</u>

Plaintiff by his attorneys hereby moves for entry of an order granting leave to serve and file an amended complaint in the form of Plaintiff's [Proposed] Amended Complaint, attached hereto as <u>Exhibit A</u>.

A memorandum in support of this motion is concurrently being filed.

Respectfully submitted,
JAMES KOPPEL,
By his attorney,

*/s/ Paul G. Boylan*

Paul G. Boylan, BBO 052320
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
(617) 963-5972

Dated: April 16, 2021

## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated:
April 16, 2021

/s/ Paul G. Boylan
Paul G. Boylan