# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel,<br><br>Plaintiff,<br><br>v.<br><br>William Moses,<br><br>Defendant. | Civil Action No. 1:20-cv-11479-LTS |

## Affidavit of James Koppel

1. I was in a romantic relationship with a former girlfriend from April until September of 2015. After our breakup, we remained close and chatted frequently through the summer of 2016.

2. In October 2016 I communicated to the chairs of a student group as to a possible false accusation which came to my attention. At the time I described the former girlfriend as likely innocent of making any false allegation. Exhibit 4 on the Moses Motion to Compel.

3. In a later private email in mid-2019 the former girlfriend said she did not intend a threat and that our interaction which is the subject of an October 2016 email (Exhibit 3) was at worst a "minor social faux pas" by me.

4. I have subsequently mentioned or discussed the former girlfriend with trusted friends. In those emails I did not use her name. It would be extremely difficult for me to identify those documents. Search of all of those emails would require two weeks or more of full-time effort.

5. All of my communications with the former girlfriend and all of my communications with trusted friends are entirely private.

6. If it will resolve any dispute and prevent disclosure of hundreds of my private emails and private emails by others I will disclose the "faux pas" description from the former girlfriend. I request it be treated as confidential pursuant to the Order of this Court.

## Verification

The undersigned person hereby states that he has read the within affidavit and that it is made on personal knowledge except for any facts, if any, stated on information and those are believed to be true based on the documents and information available to me.

Sworn to under the penalties of perjury on the date listed.

Date: 4/16/21

/s/ James Koppel

2