UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, )<br><br>Plaintiff, )<br><br>v. )<br><br>William Moses, )<br><br>Defendant. ) | Civil Action No. 1:20-cv-11479-LTS |

## Motion By Plaintiff to Correct the Record

Plaintiff by his attorneys hereby moves to correct the record. The correction relates to the memorandum by plaintiff filed on April 16 as part of document 43. That filing opposes a motion by the defendant which is filed under seal. This Court has requested that the defendant file a public redacted version of that motion.

The memorandum filed by plaintiff on April 16 identifies by number certain document requests by the defendant which are defined in the memorandum as "the private email requests." The defined term is intended to list certain requests. Counsel for plaintiff in error included one or more incorrect numbers in the list. The private email requests involve document requests 49, 50, 51, 53 and 54. Plaintiff by counsel requests that the descriptions and lists of the private emails in the memorandum at

document 43 (at pages 3 and 18) be deemed corrected to read: "requests 49, 50, 51,

53 and 54." Plaintiff requests other consistent relief.

Respectfully submitted,
JAMES KOPPEL,
By his attorney,

Paul G. Boylan, BBO 052320
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
(617) 963-5972

Date: April 23, 2021

## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Date: April 23, 2021

Paul G. Boylan

2