UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
James Koppel,                      )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )
                                   )   Civil Action No. 1:20-cv-11479-LTS
William Moses,                     )
                                   )
        Defendant.                 )
_____)

Assented-to Request to postpone Zoom Motion Hearing
scheduled for 2:00 PM on July 7, 2021.

Plaintiff with the assent of Counsel for defendant requests that the Zoom motion hearing scheduled for July 7, 2021 at 2:00 PM be postponed to a time convenient to the Court on July 13, 14, 15, or 16. Those dates are available to all parties.

The July 7 hearing is scheduled for argument on two motions to compel (Doc Nos. 34 and 37), one by each party.

The reason for this request is that Counsel for the plaintiff is attempting to take a vacation out of state during the week which includes July 7. During that possible vacation counsel will not have reliable access to email. The dates of the possible vacation unfortunately are not flexible.

For the reason stated Plaintiff, with the assent of the Defendant, requests this postponement and other consistent relief.

Respectfully submitted,

James Koppel,
By his Attorneys,

*/s/ Paul G. Boylan*
_____
Paul G. Boylan, BBO 052320
Ben Dunlap, BBO 661648
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
bdunlap@fmglaw.com
Tel: (617) 963-5972

Dated:  June 22, 2021

Assented to:

Defendant William Moses,
By his attorneys,

*/s/ Jeffrey J. Pyle*
_____
Jeffrey J. Pyle, BBO 647438
Michael Lambert, BBO 704134
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
jpyle@princelobel.com
mlambert@princelobel.com
T: 617-456-8000

Dated: June 22, 2021

<u>Certificate of Service</u>

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated: June 22, 2021

*/s/ Paul G. Boylan*

_____

Paul G. Boylan