UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 20-cv-11479-LTS |
| WILLIAM MOSES, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MICHAEL J. LAMBERT

Please enter my withdrawal of appearance on behalf of defendant William Moses.

Jeffrey J. Pyle of this office will remain counsel for the defendant.

                Respectfully submitted,

                */s/ Michael J. Lambert*
                Michael J. Lambert (BBO #704134)
                PRINCE LOBEL TYE LLP
                One International Place, Suite 3700
                Boston, MA 02110
                Phone: (617) 456-8116
                Fax: (617) 456-8100
                mlambert@princelobel.com

Date:  July 1, 2021

3843971

## Certificate of Service

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                                                 */s/ Michael J. Lambert*
                                                 Michael J. Lambert

3843971