UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-cv-11479-LTS |
| ) | |
| WILLIAM MOSES, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant William Moses, with the assent of plaintiff James Koppel, respectfully requests that his time to respond to Koppel's First Amended Complaint be extended by one week, from Friday, July 30, to Friday, August 6. Moses requests the extension to accommodate a vacation of his counsel planned for the last week in July.

For the foregoing reasons, Moses moves that his time to answer or otherwise plead in response to the First Amended Complaint be extended to August 6, 2021.

              Respectfully Submitted,

              WILLIAM MOSES,

              By his Attorney,

              */s/ Jeffrey J. Pyle*
              Jeffrey J. Pyle (BBO # 647438)
              jpyle@princelobel.com
              PRINCE LOBEL TYE LLP
              One International Place, Suite 3700
              Boston, MA 02110
              T: 617-456-8000
              F: 617-456-8100

3854049

## Certificate of Service

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2021.

                                                /s/ *Jeffrey J. Pyle*
                                                Jeffrey J. Pyle

3854049