UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES KOPPEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 20-cv-11479-LTS |
| WILLIAM MOSES, | ) ) ) | |
| Defendant. | ) ) | |

DEFENDANT'S MOTION TO DISMISS COUNT V OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant William Moses moves to dismiss plaintiff James Koppel's claim under the Massachusetts Civil Rights Act, M.G.L. c. 12, §§ 11(H) and (I), for failure to state a claim upon which relief may be granted. Koppel complains that Moses participated in expelling him from a university student group because some of its members, including Moses, did not like Koppel's political views. The claim fails as a matter of law for three reasons.

*First*, Koppel has not alleged facts showing that Moses engaged in any "threats, intimidation or coercion" as required by the MCRA.

*Second*, Koppel has failed to allege facts showing that Moses's alleged acts caused harm that was sufficiently serious to form the basis of an MCRA claim, as is required.

*Third*, Koppel complains only of private disapprobation of his speech that is itself protected by the First Amendment to the U.S. Constitution, and thus has failed plausibly to allege interference with any recognized constitutional right.

In further support of this motion, Moses submits the accompanying memorandum of law.

3867837.v1

WHEREFORE, Moses moves that Count V of Koppel's Amended Complaint, for violation of the Massachusetts Civil Rights Act, M.G.L. c. 12, § 11(H) and (I), be dismissed for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

> WILLIAM MOSES
>
> By his attorney,
>
> /s/ Jeffrey J. Pyle
> Jeffrey J. Pyle (BBO # 647438)
> jpyle@princelobel.com
> PRINCE LOBEL TYE LLP
> One International Place, Suite 3700
> Boston, MA 02110
> T: 617-456-8000
> F: 617-456-8100

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on August 6, 2021.

> /s/ *Jeffrey J. Pyle*
> Jeffrey J. Pyle