# EXHIBIT B

From: **William Moses** <wmoses@mit.edu>
Date: Thu, Mar 12, 2020, 2:19 PM
Subject: A follow up to recent communications
To: sipb-office <sipb-office@mit.edu>

Hello all,

We are writing in connection with an email sent on March 2 by William Moses <wmoses@mit.edu> on behalf of the SIPB executive board (the email).

We believe that transparency is an important principle, but that email included certain details relating to Mr. James Koppel (jkoppel) that, on further reflection, we have concluded could have remained within the SIPB leadership. I apologize on behalf of the SIPB executive board.

In addition, the email conveyed several points which we wish to clarify. James was not informed or "warned" of any prior alleged conduct by SIPB leadership, nor did he fail or refuse to cure or alter any conduct after any warning or warnings from SIPB leadership.

Although not our intent, the email may have given the impression that any issue related to this subject was clear or not disputable. On the contrary those communications involved discussion of points on which reasonable persons can and do disagree.

We apologize for any resulting confusion or misperceptions.

Sincerely,
The Executive Committee of the Student Information Processing Board