UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:20-cv-11479-LTS |
| William Moses, ) | |
| Defendant. ) | |

Opposition to Motion for Dismissal of Count V

Plaintiff James Koppel by his attorneys hereby opposes the motion by the defendant to dismiss Count V of the Amended Complaint. In support of this opposition Koppel relies on the memorandum of law concurrently filed.

    Respectfully submitted,

    James Koppel,
    By his Attorneys,

    */s/ Paul G. Boylan*
    _____
    Paul G. Boylan, BBO 052320
    Ben Dunlap, BBO 661648
    Freeman Mathis & Gary, LLP
    60 State Street, Suite 600
    Boston, Massachusetts 02109
    pboylan@fmglaw.com
    bdunlap@fmglaw.com
    Tel: (617) 963-5972

Dated: August 19, 2021

<u>Certificate of Service</u>

    I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated: August 19, 2021

*/s/ Paul G. Boylan*
_____
Paul G. Boylan