# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
James Koppel,                       )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )      Civil Action No. 1:20-cv-11479-LTS
                                    )
William Moses,                      )
                                    )
            Defendant.              )
_____)


## Assented-to Motion to Extend Time for Opposition

Plaintiff with the assent of the defendant hereby moves to extend the time for the opposition or other responsive materials to be filed by the defendant in opposition to a motion for sanctions filed by the defendant on September 7, 2021.

Plaintiff with the assent of the defendant requests that the time for the filing of these materials be extended from the scheduled date of September 21 to September 28. Plaintiff by counsel acknowledges the courtesy of counsel for the defendant as to this request.

Respectfully submitted,

James Koppel,
By his Attorneys,

*/s/ Paul G. Boylan*

_____

Paul G. Boylan, BBO 052320
Adrianna K. Michalska, BBO 703715
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
amichalska@fmglaw.com
Dated: September 15, 2021        Tel: (617) 963-5972

Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Paul G. Boylan*

Dated: September 15, 2021        _____

Paul G. Boylan

2