UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, </br></br> Plaintiff, </br></br> v. </br></br> William Moses, </br></br> Defendant. | Civil Action No. 1:20-cv-11479-LTS |

Motion to File Opposition Materials Under Seal (Assented to In Part)

Plaintiff with the partial assent of counsel for the defendant hereby requests leave to file under seal opposition materials by the plaintiff to the motion by the defendant for dismissal and sanctions served September 7, 2021. That motion is not yet filed because counsel for defendant has filed a request that it be filed under seal and that request has not yet been granted.

Counsel for the defendant assents to this motion in part. He assents to filing under seal if the filing is redacted only as to names of putatively involved non-parties.

Plaintiff requests leave to file opposition materials under seal by redaction of the names of involved persons (as agreed) plus redaction of confidential communications.

This divergence in the views of counsel is the subject of a pending motion by the plaintiff for a protective order with expedited treatment requested, Document 72 filed September 20, 2021.

That motion is opposed, Document 74, and is under advisement.

For the reasons stated, plaintiff requests permission to file under seal the identified materials in the manner described. Plaintiff request leave to refrain from filing those opposition materials until this motion is decided.

                    Respectfully submitted,

                    James Koppel,
                    By his Attorneys,

                    */s/ Paul G. Boylan*
                    _____

                    Paul G. Boylan, BBO 052320
                    Ben Dunlap, BBO 661648
                    Freeman Mathis & Gary, LLP
                    60 State Street, Suite 600
                    Boston, Massachusetts 02109
                    pboylan@fmglaw.com
                    bdunlap@fmglaw.com
                    Tel: (617) 963-5972

Dated: September 28, 2021

## Certificate of Service

     I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                    */s/ Paul G. Boylan*

Dated: September 28, 2021      _____
                                        Paul G. Boylan