EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
James Koppel,                       )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )   Civil Action No. 1:20-cv-11479-LTS
William Moses,                      )
                                    )
          Defendant.                )
_____)

Affidavit of Counsel as to Motion to File Reply

1. The undersigned as counsel for plaintiff Koppel submits this affidavit to respond to limited points in the motion by the defendant to file a reply brief ("Motion"). That Motion was delivered directly to the Court but not filed in the public record on October 21, 2021.

2. The October 21 Motion is correct that there was a Rule 7.1 Certification attached at the end of the September 7 motion. Reply, note 1.

3. The certification is immaterial. The conference was insufficient or inadequate. The Koppel opposition memorandum to the September 7 motion accurately notes that specific issues argued in the September 7 memorandum were not discussed in any Rule 7.1 conference prior to service of the motion. The failure to raise specific issues made it impossible for the plaintiff to identify or satisfy the

specific grievances argued in the September 7 memorandum. The absence of prior discussion of specific issues is accurately noted in the opposition memorandum served on counsel on September 27. Those opposition materials were directly filed with this court on October 15.

4.   The Motion is inaccurate as to a different issue. In the pre-motion conference prior to the September 7 motion, I did not admit in any way that this plaintiff had any liability exposure as to the proposed motion. Reply Motion, Exhibit 2, ¶ 7.

5.   When counsel for the defendant refused to discuss any resolution of the proposed motion other than by motion practice. I asked as a hypothetical question, if his client would accept X dollars to drop the proposed motion practice. My point was that counsel for defendant was immovable in his resolve to file. Any mention of a dollar figure was entirely hypothetical. The threatened motion had not yet been served. I had no reason to think it had merit, nor did I suggest that it did.

## Verification

The undersigned person hereby states that he has read the within affidavit and that it is made on personal knowledge except for any facts, if any, stated on information and those are believed to be true based on the documents and information available to me.

Sworn to under the penalties of perjury on the date listed.

Dated: October 26, 2021

*/s/ Paul G. Boylan*
_____
Paul G. Boylan