UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| James Koppel, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:20-cv-11479-LTS |
| William Moses, | ) | |
| | ) | |
| Defendant. | ) | |

_____)

### Motion to Permit Departure from Two of the Limitations in Local Rule 26.1

Plaintiff James Koppel by his attorneys hereby requests relief from two of the

parameters of Local Rule 26.1. That rule relates to limitations on discovery absent

permission of a judicial officer.

Local Rule 26.1 provides as follows:

Discovery Event Limitations. Unless the judicial officer orders otherwise, the number of discovery events shall be limited for each side (or group of parties with a common interest) to 10 depositions, 25 interrogatories, 25 requests for admissions, and 2 separate sets of requests for production.

Plaintiff Koppel by this motion requests leave to file requests for admissions

in excess of 25 and to file a third request for documents. In support of this request

Koppel relies on the memorandum concurrently filed and the exhibits to it. A

certification under Local Rule 7.1 is at the end of the memorandum of law.

Respectfully submitted,

James Koppel,
by his attorneys,


*/s/ Paul G. Boylan* _
Paul G. Boylan, BBO 052320
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
Dated: November 8, 2021                              Tel: (617) 963-5972


Certificate of Service

I hereby certify that the within document filed through the CM/ECF system
will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing and by first-class mail to any non-registered participants.


Dated: November 8, 2021                         */s/ Paul G. Boylan* _

2