UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>WILLIAM MOSES, )<br>)<br>Defendant. )<br>) | C.A. No. 1:20-cv-11479-LTS |

Third Request by Plaintiff for Disclosure of Documents by the Defendant

Pursuant to Rule 34 of the Federal Rules of Civil Procedure the plaintiff James Koppel requests that the defendant William Moses ("Moses") disclose the documents and tangible things including all electronically stored information ("ESI") described in each request set forth below in the possession, custody, or control of the defendant. Disclosures are requested to be made to counsel for plaintiff Paul G. Boylan, Freeman Mathis & Gary, LLP, 60 State Street, Suite 600, Boston, MA 02109 within thirty (30) days of the date of service.

Definitions and Instructions

Koppel incorporates the definitions and instructions set forth in his first request for production of documents. For simplicity the numbers of the requests continue the sequence of prior numbered requests.

<u>Specific Requests</u>

33. All documents concerning, containing, or constituting complaints about Miguel Young, including negative statements regarding his behavior or that anyone felt uncomfortable with him or his actions, and all discussion thereof, including proposed or actual discipline.

34. All documents concerning, containing, or constituting complaints about any other SIPB member after August 1, 2018, including anonymous complaints or negative statements regarding their behavior or to the effect that anyone felt uncomfortable with them or their actions, and all discussion thereof, including proposed or actual discipline.

35. All documents concerning, containing, or constituting discussion of an anonymous reporting system for SIPB or constitutional amendment, including chat logs and meeting minutes of the SIPB Executive Committee.

36. Any and all documents concerning, containing, or constituting communications with or by any of the following people concerning the plaintiff or this civil action at any time: Jakob Weisblat, Crystal Wang, Lily Chung, Olivia Fiebig.

37. All non-privileged documents concerning, containing, and constituting communication between Jeffrey Pyle and a third party regarding this case, including, but not limited to, Ashley Kim.

38. Metadata, including telephone logs, of all telephone calls or Internet voice/video calls with any of the persons within Request 36 after February 1, 2020.

39. All documents concerning requests or plans for any individual to present a lecture on behalf of SIPB between December 1, 2019 and March 31, 2020.

40. All documents by or to Moses concerning or which mention the SIPB constitution between December 1, 2019 and March 31, 2020.

41. All non-privileged documents concerning, containing, or constituting communications between Moses or his attorneys and any third party or non-party including but not limited to Ashley Kim concerning the plaintiff or this case including any actual or possible deposition in this case.

42. All communications since July 7, 2020 containing the words "Koppel", "jkoppel", "jimmy", "james", "lawsuit", "court", "defamation", or any capitalized or uncapitalized variant of the preceding words, with any of the following individuals: Lillian Chin, Emma Batson, Alexey Chernyakovsky, Lizhou Sha, Miguel Young, all of the individuals within Request 36.

Respectfully submitted,

James Koppel,
by his attorneys,

*/s/ Paul G. Boylan*
_____
Paul G. Boylan, BBO 052320
Adrianna K. Michalska, BBO 703715
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, Massachusetts 02109
pboylan@fmglaw.com
amichalska@fmglaw.com

Dated: October 8, 2021            Tel: (617) 963-5972

Certificate of Service

The undersigned as counsel of record hereby states that he or she on the date listed served a copy of the foregoing document by email on the following persons:

Jeffrey Pyle, Esq.
Prince Lobel TYE LLP
One International Place, Suite 3700
Boston, MA 02110
JPyle@princelobel.com

*/s/ Paul G. Boylan*

Dated: October 8, 2021            _____
                                    Paul G. Boylan

4