UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-11479-LTS |
| William Moses, | ) |
| Defendant. | ) |

### Motion to Permit Departure from Two of the Limitations in Local Rule 26.1 (Corrected).

Plaintiff James Koppel by his attorneys hereby requests relief from two of the parameters of Local Rule 26.1. That rule relates to limitations on discovery absent permission of a judicial officer.

This motion is corrected in one respect. The signature of the plaintiff appears here in advance of the signature by counsel. The motion and the memorandum are otherwise identical to the motion and memorandum filed in this case at docket numbers 88 and 89.

Local Rule 26.1 provides as follows:

> Discovery Event Limitations. Unless the judicial officer orders otherwise, the number of discovery events shall be limited for each side (or group of parties with a common interest) to 10 depositions, 25

interrogatories, 25 requests for admissions, and 2 separate sets of requests for production.

Plaintiff Koppel by this motion requests leave to file requests for admissions in excess of 25 and to file a third request for documents. In support of this request Koppel relies on the memorandum concurrently filed and the exhibits to it. A certification under Local Rule 7.1 is at the end of the memorandum of law.

                                      Respectfully submitted,

                                      /s/ James Koppel
                                      James Koppel

                                      James Koppel,
                                      by his attorneys,

                                      /s/ Paul G. Boylan
                                      Paul G. Boylan, BBO 052320
                                      Freeman Mathis & Gary, LLP
                                      60 State Street, Suite 600
                                      Boston, Massachusetts 02109
                                      pboylan@fmglaw.com

Dated: 11/25/2021          Tel: (617) 963-5972

Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated: 11/25/2021          /s/ Paul G. Boylan