UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
James Koppel,                             )
                                          )
           Plaintiff,             )
                                          )
      v.                        )
                                          )      Civil Action No. 1:20-cv-11479-LTS
William Moses,                            )
                                          )
           Defendant.             )
_____)

Stipulation as to Time for End of Discovery
with Request for Entry of Order.

      Plaintiff James Koppel and defendant William Moses, each by his attorneys,

hereby request that the time for discovery in this action be scheduled to end on

August 19, 2022 absent contrary Order of this Court.

      The parties request this Stipulation be made an Order of this Court.


Respectfully submitted,         Respectfully submitted,

Plaintiff,                   Defendant,
James Koppel             William Moses
By his Attorneys,          By his Attorney,

*/s/ Paul G. Boylan*        */s/ Jeffrey J. Pyle*
Paul G. Boylan, BBO #052320    Jeffrey J. Pyle, BBO #647438
Ben Dunlap, BBO #661648       Prince Lobel Tye LLP
Freeman Mathis & Gary, LLP     One International Place, Suite 3700

60 State Street, Suite 600       Boston, MA 02110
Boston, MA 02109           jpyle@princelobel.com
pboylan@fmglaw.com       T: 617-456-8000
bdunlap@fmglaw.com
T: 617-963-5972             Dated: April 4, 2022

Dated: April 4, 2022

So Ordered.

_____      Dated:

Donald L. Cabell,
United States Magistrate Judge.