UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>William Moses, )<br>)<br>    Defendant. )<br>) | Civil Action No. 1:20-cv-11479-LTS |

Opposition to Motion for Sanctions

Plaintiff James Koppel by his attorneys hereby opposes the motion filed by the defendant on September 7, 2021 seeking sanctions. In support of this opposition Koppel relies on the Memorandum of Law and the attached Affidavit of James Koppel and on all pleadings by plaintiff to date.

                                Respectfully submitted,

                                James Koppel,
                                By his Attorneys,

                                */s/ Paul G. Boylan*

                                Paul G. Boylan, BBO 052320
                                Ben Dunlap, BBO 661648
                                Freeman Mathis & Gary, LLP
                                60 State Street, Suite 600
                                Boston, Massachusetts 02109
                                pboylan@fmglaw.com
                                bdunlap@fmglaw.com
                                Tel: (617) 963-5972

Dated: October 15, 2021

<u>Certificate of Service</u>

    I hereby certify that the within document is being served by email this day on opposing counsel.

Dated: October 15, 2021

*/s/ Paul G. Boylan*
_____
Paul G. Boylan