**Exhibit One**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>William Moses,<br><br>　　　　Defendant. | Civil Action No. 1:20-cv-11479-LTS |

## Affidavit of James Koppel

1.　　I am the plaintiff in this action. I make this affidavit to address one point argued in the motion by the defendant for dismissal. This issue is Raised in the last bullet point of the Memorandum at page 14. The motion argues that the plaintiff has failed to disclose a "less succinct version of a specific document which has been disclosed in two other versions." Id. I was not aware of any issue or dispute on this topic until after the filing of the motion for dismissal on September 7th, 2021.

2.　　It is correct that no E-mail containing a "less succinct" version of the document has been disclosed. The reason for that is that I am not able to locate it despite diligent efforts.

3. On May 22, 2017, I wrote an E-mail containing a draft of a letter with a list of requests to the ex-girlfriend to MIT Ombudsperson Judi Segall, which began "Here is my draft of a more-succinct letter stating my requests to [former girlfriend]." I have been unable to locate any corresponding E-mail containing an original "less-succinct" drafts.

4. After becoming aware of this issue I have searched my computer inbox for all E-mails to or from the MIT E-mail address of Ms. Segall, for all E-mails which mention her name in full, and for all E-mails containing certain distinct phrases which would have been likely to occur in a previous draft. I located no communication with Segall which is or which contains any such "less-succinct" draft. I believe I had no other form of written communication with Segall other than E-mail.

## Verification

The undersigned person hereby states that he has read the within affidavit and that it is made on personal knowledge except for any facts, if any, stated on information and those are believed to be true based on the documents and information available to me.

Sworn to under the penalties of perjury on the date listed.

Date: 9/24/21

/s/ James Koppel

2