UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )<br>  )<br> WILLIAM MOSES,  )<br>  )<br>   Defendant.  )<br>  ) | C.A. No. 1:20-cv-11479-LTS |

**NOTICE OF APPEARANCE OF NICOLE J. COCOZZA**

Please enter my appearance on behalf of defendant William Moses in this matter.

Respectfully submitted,

WILLIAM MOSES,

By his attorneys,

*/s/ Nicole J. Cocozza*
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
Nicole J. Cocozza (BBO #693523)
ncocozza@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: August 19, 2022

109578\000000\4277222

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system.

                                          */s/ Nicole J. Cocozza*
                                          Nicole J. Cocozza