UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES KOPPEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-cv-11479-LTS |
| | ) | |
| WILLIAM MOSES, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO SEAL MOTION OF DEFENDANT WILLIAM MOSES
TO COMPEL PRODUCTION OF TREATMENT RECORDS
AND MEMORANDUM OF LAW
<u>IN SUPPORT OF THE MOTION AND ASSOCIATED EXHIBITS</u>**

Defendant William Moses hereby moves, with the assent of the plaintiff, that the motion

to compel production of treatment records, the memorandum of law in support of the motion and

its associated exhibits, and any opposition to the motion, be filed under seal. Pursuant to this

Court's March 3, 2022 Protective Order [Dkt. 100], Moses must move to seal material

designated confidential by Koppel. The motion to compel refers to such material, including

material concerning medical or psychological treatment. <u>Anderson v. Cryovac, Inc.</u>, 805 F.2d 1,

13 (1st Cir. 1986) (neither the First Amendment nor the common law presumption that the

"public may inspect judicial records" encompass "discovery materials.").

WHEREFORE, Moses moves that the Court permit Moses to file the motion to compel

production of treatment records and its associated memorandum of law and exhibits under seal,

and that plaintiff be permitted to file any opposition likewise under seal.

WILLIAM MOSES,

By his attorneys,

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: August 19, 2022

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that on August 19, 2022, I conferred with counsel for plaintiff James Koppel in a good faith attempt to resolve or narrow the issues presented in this motion.

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document by email on counsel for plaintiff on August 19, 2022.

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle

2

4276323