

August 19, 2022

**BY HAND DELIVERY**

Civil Clerk's Office
U.S District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  *James Koppel v. William Moses*
     Civil Action No. 20-cv-11479-LTS

To the Clerk:

Enclosed for filing **under seal** please find the following documents:

1. Assented-To Motion to Seal Motion of Defendant William Moses to Compel Production of Treatment Records and Memorandum of Law in Support of the Motion and Associated Exhibits; and

2. Motion of Defendant William Moses to Compel Production of Treatment Records; and

3. Memorandum of Law in Support of Motion of Defendant William Moses to Compel Production of Treatment Records.

Thank you for your attention to this matter.

Sincerely yours,

Jeffrey J. Pyle

Direct Dial: 617 456 8143
Email: jpyle@princelobel.com

JJP/as
Enclosures

cc:   Paul Boylan, Esq. (by email)

Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110
TEL: 617 456 8000
FAX: 617 456 8100

www.princelobel.com

109578\000000\4276934