UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL,           )<br>                         )<br>    Plaintiff,        )<br>                         )<br>v.                       )<br>                         )<br>WILLIAM MOSES,           )<br>                         )<br>    Defendant.       )<br>_____) | No. 20-cv-11479-LTS |

**MOTION OF DEFENDANT WILLIAM MOSES
TO COMPEL PRODUCTION OF TREATMENT RECORDS**

Plaintiff James Koppel contends that he is entitled to damages for emotional distress that he contends he suffered due to allegedly defamatory emails defendant William Moses sent in February and March 2020. Koppel sought psychological treatment for this alleged distress, but he has refused to produce records of such treatment.

Pursuant to Fed. R. Civ. P. 26 and 27, Moses moves for an order compelling Koppel to produce any and all treatment records that are relevant to his asserted emotional distress damages, as requested in Koppel's document requests.

In further support of this Motion, Moses has filed the accompanying Memorandum of Law.

109578\000000\4269577

Respectfully submitted,

WILLIAM MOSES,

By his attorneys,

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: August 19, 2022

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that on August 17, 2022, I conferred with counsel for plaintiff James Koppel in a good faith attempt to resolve or narrow the issues presented in this motion.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document by email on counsel for plaintiff on August 19, 2022.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle