# EXHIBIT C

James Koppel
Confidential

293

Volume: II

Pages: 293-610

Exhibits: 35-66

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 20-cv-11479-LTS

- - - - - - - - - - - - - - - - - - - x

JAMES KOPPEL,

        Plaintiff,

vs.

WILLIAM MOSES,

        Defendant.

- - - - - - - - - - - - - - - - - - - x

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL INFORMATION**

CONTINUED VIDEOTAPED DEPOSITION OF JAMES KOPPEL

Tuesday, July 26, 2022

Price Lobel Tye LLP

One International Place

Boston, Massachusetts

10:16 a.m. to 5:55 p.m.

Reporter: Karen A. Morgan, CSR/RPR

1  venture forth into the new and I also ceased
2  participating in Pica social events.
3      Q.   Okay.  Those are the main impacts on your
4  social life?
5      A.   No.
6      Q.   What are the other --
7      A.   Some of them.
8      Q.   Any others?
9      A.   Well, about a little after the e-mail got
10 sent, I started to get panic attacks like symptoms
11 from being in public even when I knew there was no
12 one in line of sight who had seen the e-mail.  That
13 impacted my social life.
14     Q.   Okay.  Let's talk about that.  Are you
15 seeking to recover damages for emotional distress
16 that you suffered as a result of the March 2nd or
17 February 27th e-mails?
18     A.   You should ask Mr. Boylan.
19          MR. BOYLAN:  The answer is yes.
20          MR. PYLE:  Okay.  Will you agree to
21 an independent psychological examination as part of
22 this discovery process?
23          MR. BOYLAN:  No.  It's not required.
24     A.   Whatever Mr. Boylan says.

1             MR. BOYLAN:  You don't have to say
2    anything.
3        Q.   Well, how much do you think you're owed
4    damages for emotional distress?
5        A.   I believe I did calculate an estimate at
6    some point.  I don't recall the number.
7        Q.   You believe what?
8        A.   I believe I did an estimate at some point
9    and I don't recall the number.
10       Q.   Did you give that estimate to Mr. Boylan?
11            MR. BOYLAN:  How would that ever be
12   your business?  Don't answer the question.
13       Q.   What was the number?
14       A.   I don't recall.
15       Q.   Was it six figures?
16       A.   I think so.
17       Q.   You don't think it was seven figures?
18       A.   I don't think so.
19       Q.   So you're seeking a six-figure payment for
20   emotional distress damages from Mr. Moses, are you?
21       A.   I believe so.
22       Q.   Okay.  And you were receiving
23   psychological counseling for the March 2nd e-mail,
24   were you not?

James Koppel
Confidential

577

1   A. A little bit.
2   Q. How often?
3   A. I think my seeing a psychotherapist had
4   dropped to about once every three months before the
5   e-mail.
6   Q. Had it previously been higher than once
7   every three months?
8   A. Yes.
9   Q. When?
10  A. When I first started in 2016, it was every
11  week for a while.
12  Q. When you first started at MIT?
13  A. When I first started seeing psychotherapy,
14  it was every week for a while.
15  Q. When did you first start attending
16  psychotherapy?
17  A. September of 2015.
18  Q. Did that have to do with the breakup with
19  Chelsea Voss?
20  A. Yes.
21  Q. And was it every week for a while?
22  A. Yes.
23  Q. And for how long was it every week?
24  A. I don't recall.

James Koppel
Confidential

578

1    Q.    And when did it go down to every three
2 months?
3    A.    I mean it was never formally down to every
4 three months.  It was just that I had been happy
5 enough and stable enough that it becomes a low
6 enough priority I was not scheduling them regularly.
7    Q.    Okay.  And when was that?
8    A.    Sometime in 2018 or 2020.
9    Q.    Between 2018 and 2020?
10   A.    Sometime between 2018 and 2020 it had
11 become a little enough priority that it had become
12 sporadic.
13   Q.    And did your visits to your
14 psychotherapist increase after the March 2nd e-mail?
15   A.    It did.
16   Q.    To how often?
17   A.    Every week.
18   Q.    Okay.  And do you continue to see a
19 psychotherapist every week?
20   A.    No.
21   Q.    When did you stop seeing your
22 psychotherapist every week?
23   A.    Sometime last year.
24   Q.    Sometime in 2021?

James Koppel
Confidential

579

1      A.    Yes.
2      Q.    So you fair to say got to be in a state
3 where it didn't seem necessary to schedule them that
4 often?
5      A.    Yes. As the case progressed, my emotions
6 improved.
7      Q.    This case has been therapeutic for you?
8      A.    Absolutely.
9      Q.    Can you please describe the symptoms of
10 your emotional distress starting with the
11 publication of the March 2nd e-mail?
12      A.    So I remember something that's happened a
13 number of times where I'd be in public and I'd
14 suddenly get an overwhelming sense that I need to
15 run and hide.
16      Q.    Okay. Please go on.
17      A.    So that started shortly after the
18 published e-mail. It happened in places even where
19 I knew there was no one present who had seen it.
20      Q.    What other symptoms do you claim you
21 suffered as a result of the e-mail?
22      A.    There was also a period where I'd often
23 cringe at seeing my own name.
24      Q.    When was that period?

James Koppel
Confidential

580

1     A.    For about the first year.  Might happened
2 a little bit into the second year.
3     Q.    For the first year after the e-mail?
4     A.    Yes.
5     Q.    What other symptoms do you claim you have
6 suffered?
7     A.    I mentioned earlier that your client at
8 one point during our February 27, 2020 meeting had
9 made the statement and then Emma sent me that
10 complaint from last September and I was like wo-wo.
11 He made a gasping sound.
12     Q.    Okay.  I remember you talking about that.
13     A.    Sometimes even today when I take a
14 semi-deep breath such as during exercise, I feel I'm
15 transported back to that moment.
16     Q.    Okay.  And how does that make you feel?
17     A.    It bring backs a lot of negative -- some
18 of the negative emotions that occurred during that
19 meeting.
20     Q.    What other symptoms do you say you
21 suffered as a result of the e-mail?
22     A.    Insomnia.
23     Q.    When did you suffer insomnia?
24     A.    Within the first month of the e-mail and

James Koppel
Confidential

581

1  sometimes after.
2      Q.   And that resolved at some point?
3      A.   At some point I believe I -- scratch that.
4  At some point I started sleeping better.
5      Q.   Okay.  When was that?
6      A.   I don't recall.
7      Q.   Any other symptoms?
8      A.   Yes.
9      Q.   What were those?
10     A.   There was a period where I was unable
11 to -- like a period of many months where like an
12 hour a day I'd feel compelled to think about this
13 case, about the underlying accusations and about
14 what was happening, what the source of these
15 accusations could possibly be.  On the order of an
16 hour a day, sometimes more.
17     Q.   You would think about it for an hour a
18 day?
19     A.   Sometimes more.
20     Q.   Okay.  When you say think about this case.
21     A.   Not on the case.  Like I get fixated on
22 one thing he said to me about something that had
23 happened the previous year and try to think for
24 hours of what it possibly could have been he's

1  referring to.
2      Q.   All right.  What other emotional distress
3  or psychological effects do you claim?
4      A.   I was probably trembling at some points
5  during some of that rumination.
6      Q.   During that rumination?
7      A.   Mm-mm.
8      Q.   When you would be fixated on some issue in
9  this case?
10     A.   Or the underlying allegations that he said
11 I had done.
12     Q.   Okay.
13     A.   Independent of this case.
14     Q.   Anything else?
15     A.   Yes.
16     Q.   What?
17     A.   There was a loss of libido and sexual
18 performance.
19     Q.   When did that occur?
20     A.   I think starting March -- not starting in
21 March.  I mean starting from the February 27th
22 meeting into at least June of that year.
23     Q.   June of 2020?
24     A.   Yeah.

James Koppel
Confidential

583

1  Q.   And how severe was that loss of libido and
2 sexual performance?
3  A.   I would say that my now wife wasn't very
4 happy.
5  Q.   Okay.  What other symptoms do you claim
6 were caused by the e-mail?
7  A.   I can tell you that after the expulsion
8 from Trendsetters there was a period of about two
9 weeks where I could get nothing done and I recall
10 right after getting that e-mail that I was being
11 expelled that like I was trying to read a single
12 paragraph of something and just read it over and
13 over and couldn't understand it.
14  Q.   At that point you had brought this
15 lawsuit?
16  A.   Yes.
17  Q.   Okay.
18  A.   Yes.  We had filed but it had not been
19 answered yet.
20  Q.   What else?
21  A.   I have received mysterious unfriending or
22 blocking on social media at least some of which can
23 be directly attributed to your client's handiwork.
24  Q.   Such as who?

James Koppel
Confidential

584

1    A.   Brian Chen.
2    Q.   Brian Chen who said that he observed you
3 making other people uncomfortable?
4    A.   He said that he had never had a negative
5 interaction with me.
6    Q.   But had observed you making other people
7 uncomfortable?
8         MR. BOYLAN:  He said a number of
9 things.
10   A.   I don't recall exactly what he said.
11   Q.   Okay.  Who else?
12   A.   Miriam Gershenson.
13   Q.   Why is that attributable to the e-mail?
14   A.   It's not attributable to the e-mail.  It's
15 attributable to this person's name being on a list
16 of people your client intended to contact.
17   Q.   Being on a list of people who my client
18 intended to contact?
19   A.   Yes.
20   Q.   What list was that?
21   A.   I believe she's on about WM467 give or
22 take.
23   Q.   WM467?
24   A.   Give or take the number.  Somewhere around

James Koppel
Confidential

585

1  there.
2      Q.   What are you referring to?
3      A.   One of your documents.
4      Q.   Oh, the Bates number?
5      A.   Yes.
6      Q.   Okay. And from that you infer that she
7  unfriended you?
8      A.   She unfriended me not too long after that
9  list document forced me from.
10     Q.   Okay. Well, that's not a symptom so I'm
11 trying to focus on your own emotional symptoms.
12     A.   So yes. Let's say I've felt very bad and
13 upset and less productive after each thing like that
14 occurred.
15     Q.   Okay.
16     A.   May I ask how much more time is on the
17 clock?
18     Q.   I will tell you I only have about ten
19 minutes left of the deposition.
20     A.   Okay.
21     Q.   Mr. Koppel, in your amended complaint you
22 allege that you had plans or had an invitation to go
23 on the Laura Ingraham Show on Fox News. Do you
24 recall that?