EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 1:20-cv-11479-LTS<br>William Moses, )<br>)<br>    Defendant. )<br>) | |

### Confidential Affidavit of James Koppel

1. I make this affidavit to oppose a motion by the defendant to obtain copies of treatment records of medical care providers who have treated me for reasons related to mental health at various dates after 2015. The motion is filed under seal and all materials related to it are filed under seal. I request this affidavit also be kept under seal. Whether a person does or does not seek therapy is private.

2. Since 2015 while living in the Boston area I have seen two psychotherapists. One has a Ph. D. and the other has an MD-Ph. D. They are both licensed. I confirmed this by search of internet records.

3. All my communications with those persons have been intended to be confidential in all ways. For example, I have been informed that my primary care physician or any primary care physician would be unable to access my mental health treatment records.

4. After the defamations at issue in this case I continued to see one or both therapists. The frequency of visits increased for a time which has already been the subject of confidential

deposition testimony. I was not prescribed any new medications after the defamations. I am not to my knowledge diagnosed with any new condition.

5. I will not call any therapist as a witness and I will not attempt to rely on mental health treatment records in any way at trial.

6. If required, I will supply the names of the therapists.

## Verification

The undersigned person hereby states that he has read the within affidavit and that it is made on personal knowledge except for any facts, if any, stated on information and those are believed to be true based on the documents and information available to me.

Sworn to under the penalties of perjury on the date listed.

Date: 09 / 01 / 2022

/s/ James Koppel
James Koppel

*James B Koppel*