# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Koppel, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> William Moses, ) <br> ) <br> Defendant. ) | Civil Action No. 1:20-cv-11479-LTS |

Stipulation as to Time for End of Discovery
with Request for Entry of Order.

Plaintiff James Koppel and defendant William Moses, each by his attorneys, hereby request that the time for discovery in this action be scheduled to end on August 19, 2022 absent contrary Order of this Court.

The parties request this Stipulation be made an Order of this Court.

Respectfully submitted,

Plaintiff,
James Koppel
By his Attorneys,

/s/ Paul G. Boylan
Paul G. Boylan, BBO #052320
Ben Dunlap, BBO #661648
Freeman Mathis & Gary, LLP

Respectfully submitted,

Defendant,
William Moses
By his Attorney,

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle, BBO #647438
Prince Lobel Tye LLP
One International Place, Suite 3700

60 State Street, Suite 600
Boston, MA 02109
pboylan@fmglaw.com
bdunlap@fmglaw.com
T: 617-963-5972

Dated: April 4, 2022

Boston, MA 02110
jpyle@princelobel.com
T: 617-456-8000

Dated: April 4, 2022

So Ordered.

_____        Dated:
Donald L. Cabell,
United States Magistrate Judge.