UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM MOSES,<br><br>    Defendant. | C.A. No. 1:20-cv-11479-LTS |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated December 20, 2022 (the "Order"), the parties submit the following status report, and state as follows:

1. Discovery in this action is complete.

2. The parties do not wish to resume mediation at this time.

3. Defendant William Moses states that he intends to file a motion for summary judgment by the January 23, 2023 deadline. *King v. Globe Newspaper Co.*, 400 Mass. 705, 708 (1987) ("[S]ummary judgment procedures are especially favored in defamation cases."); *Appleby v. Daily Hampshire Gazette*, 395 Mass. 32, 37 (1985) ("Allowing a trial to take place in a meritless case would put an unjustified and serious damper on freedom of expression.")(internal quotations omitted).

4. In the event the summary judgment motion is denied, the parties state that this case is ready for trial or can be ready for trial within a reasonable period.

109578\000000\4386378

Respectfully submitted,

| JAMES KOPPEL | WILLIAM MOSES, |
|---|---|
| By his Attorneys, | By his attorneys, |
| /s/ Paul G. Boylan | /s/ Jeffrey J. Pyle |
| Paul G. Boylan, BBO #052320 | Jeffrey J. Pyle (BBO # 647438) |
| Ben Dunlap, BBO #661648 | jpyle@princelobel.com |
| Freeman Mathis & Gary, LLP | Nicole J. Cocozza (BBO #693523) |
| 60 State Street, Suite 600 | ncocozza@princelobel.com |
| Boston, MA 02109 | PRINCE LOBEL TYE LLP |
| pboylan@fmglaw.com | One International Place, Suite 3700 |
| bdunlap@fmglaw.com | Boston, MA 02110 |
| T: 617-963-5972 | T: 617-456-8000 |
| | F: 617-456-8100 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

                                                    /s/ Jeffrey J. Pyle
                                                    Jeffrey J. Pyle