UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES KOPPEL, | ) | |
| Plaintiff, | ) ) ) | No. 20-cv-11479-LTS |
| v. | ) ) ) | **FILED UNDER SEAL PURSUANT TO ORDER DATED MARCH 3, 2022** |
| WILLIAM MOSES, | ) ) | **(DOC. NO. 100)** |
| Defendant. | ) ) ) | |

**MOTION OF DEFENDANT WILLIAM MOSES FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56.1, defendant William Moses moves for summary judgment on plaintiff James Koppel's Amended Complaint. There is no genuine issue of fact to be tried in this action because: (1) the allegedly defamatory emails at issue in this case are subject to the qualified "common interest" privilege established under Massachusetts law, (2) Koppel cannot adduce clear and convincing evidence that Moses recklessly abused the privilege, and (3) it is undisputed that the allegedly defamatory statements in the emails are substantially true.

In support of this motion, Moses submits the accompanying memorandum of law, statement of undisputed material facts, and the affidavits of Jeffrey J. Pyle, William S. Moses, Emma Batson and Olu Brown.

4404192

WHEREFORE, defendant William Moses respectfully requests that summary judgment enter in his favor on James Koppel's Amended Complaint.

    Respectfully submitted,

    WILLIAM MOSES,

    By his attorneys,

    /s/ Jeffrey J. Pyle
    Jeffrey J. Pyle (BBO #647438)
    jpyle@princelobel.com
    Nicole J. Cocozza (BBO #693523)
    ncocozza@princelobel.com
    PRINCE LOBEL TYE LLP
    One International Place, Suite 3700
    Boston, MA 02110
    T: 617-456-8000
    F: 617-456-8100

Dated: January 23, 2023

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that on January 19, 2023, I conferred with counsel for plaintiff James Koppel in a good faith attempt to resolve or narrow the issues presented in this motion.

    /s/ *Jeffrey J. Pyle*
    Jeffrey J. Pyle

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document by email on counsel for plaintiff on January 23, 2023.

    /s/ *Jeffrey J. Pyle*
    Jeffrey J. Pyle

4404192