UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES KOPPEL,

    Plaintiff,

v.

WILLIAM MOSES,

    Defendant.

No. 20-cv-11479-LTS

**AFFIDAVIT OF OLU BROWN**

I, Olu Brown, hereby depose and state as follows.

1. I am the Associate Vice President, Technology, in Information Systems & Technology ("IS&T") at the Massachusetts Institute of Technology ("MIT"). I submit this affidavit on personal knowledge to authenticate and explain certain documents that MIT produced in response to a subpoena by defendant William Moses in the above-captioned matter, and to provide information concerning MIT email accounts that I am informed may be at issue in this matter.

2. In my position at MIT, I oversee the maintenance and removal of email accounts at the domain "mit.edu." I have access to computer systems that indicate the date when mit.edu email accounts are created or terminated. From this information, I can discern information relating to when particular mit.edu email accounts had been terminated such that they would not have received certain emails sent to MIT distribution lists.

3. On August 5, 2022, MIT received a subpoena issued on behalf of William Moses. The subpoena requested documents sufficient to identify each email address that received certain

1

emails sent from the account wmoses@mit.edu to MIT distribution lists. The subpoena requested the following:

### REQUEST FOR PRODUCTION No. 1

Documents sufficient to identify each unique email address on the list sipb-office@mit.edu or any of its constituent sub-lists as of March 2, 2020 at 7:23 p.m. EST, when an email was sent from Moses's account wmoses@mit.edu to the sipb-office@mit.edu list.

### REQUEST FOR PRODUCTION No. 2

Documents sufficient to identify each unique email address identified in response to Request for Production No. 1 that did not receive the March 2, 2020, 7:23 p.m. EST email due to expiration of the account, suspension of the account, a full mailbox, or any other reason.

### REQUEST FOR PRODUCTION No. 3

Documents sufficient to identify each unique email address on the list sipb-private@mit.edu or any of its constituent sub-lists as of February 27, 2020 at 6:11 p.m. EST, when an email was sent from Moses's email address wmoses@mit.edu to the sipb-private@mit.edu list.

### REQUEST FOR PRODUCTION No. 4

Documents sufficient to identify each unique email address identified in response to Request for Production No. 3 that did not receive February 27, 2020, 6:11 p.m. EST email due to expiration of the account, suspension of the account, a full mailbox, or any other reason.

A copy of the subpoena is attached hereto as Exhibit A.

4. After receiving the subpoena, counsel for Moses provided MIT with a document he represented to be Exhibit 56 to the deposition of James Koppel. The document that counsel for Moses provided to MIT is attached hereto as Exhibit B. It contains a list of email addresses associated with the SIPB-Office@mit.edu distribution list.

5. In response to the subpoena, I searched MIT systems to determine which of the 697 email accounts on the list in Koppel Ex. 56 had been terminated at the time of the March 2, 2020, 7:23 p.m. email referenced in the document request.

6. The results of my inquiry are set forth in a spreadsheet that I created that is attached to this Affidavit as Exhibit C. In summary, it shows that 183 of the 697 listed email addresses were terminated prior to March 2020, and therefore could not have received the March 2, 2020 email. Those email addresses are highlighted in yellow in Exhibit C.

7. Additionally, 69 of the 697 email accounts (highlighted in blue) were terminated as of August 2022 but may have been active during March 2020.

8. The list includes 20 email addresses that are external (non-MIT) domains, such as gmail.com.

9. One entry (highlighted in red) has no associated email address.

10. In response to the subpoena, I also provided a list of the email addresses associated with the SIPB-Private@mit.edu distribution list as of August 18, 2022. That list is attached hereto as Exhibit D.

11. The SIPB-Office list includes all of the email accounts associated with the SIPB-Private list.

12. In the MIT database, the SIPB-Office list has the description, "For office-related SIPB mail."

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2023

_____
Olu Brown

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing document by email on counsel for plaintiff on January 23, 2023.

      /s/ *Jeffrey J. Pyle*
      Jeffrey J. Pyle