# EXHIBIT B

3cnfsat@gmail.com
aandre
aaronliu
aathalye
aatharuv
abbe
abelay
abrahamq
abw333
acarney
achernya
acrefoot
adat
adehnert
adin
aerynne
agp
agrebe
ahailes
ahkim
ahmadtak
ai@aaroniba.net
ajliu
alamp
aleksejs
aletta
alexberg
alex_c
alexc89
alexmv
alokp
aluo
alvareza
amanit
amb
amigdal
amli
ammv2021
amu
and
andersk
andreser
andrewhe
annag
anpere
ansbergc
arielj
ark3
arkajit
arma



arolfe
aroy
arpl
asanka
asedeno
aseering
asharp
asheesh
asheesh@asheesh.org
ashikav
ashleyis
ashwang
asmendel
asra
a_stan
astronut
asuhl
aurora
austein
avivo
awozniak
axiak
axs
bachani
bajaj
bancks
bbaren
bds
belmonte
belzner
benmv
bevacqua
bfaviero
biomorph
biyeun
bjaspan
bmhuang
bmoore
bnagda
boojum
bookwyrm
boorstin
bosinoff
bpchen
bristy
broglek
broglek@bu.edu
btang
btidor
btma

Koppel_0086

burrows
byrdm
calvin3
camlewis
cana
casey
cat
cbsu
ccompton
ccpost
cda
cdawzrd@gmail.com
cdolan
ceani
cela
cereslee
cesium
cfdoming
cflc
chaim
charvak
chl
christy
chxu
clmurray
cmerrill
codetaku
collins
cordelia
cporter
crubio
csvoss
ctj
curtiss
cvorbach
cynthiad
cyruse
czchen
dalmeida
damianb
dangonzo
danjared
dannybd
davidben
davidc_9
dbj
dbopp
ddleeds
ddr
deberg

deenaw
devneal
dgreensp
dhanus
dianah13
dimdim
dinovirus@gmail.com
dkk
dmaze
dnawi
dougfeig
dove
dsheets
dturbine
duffield
dukhovni
duyha
dvorak42
dwilson
dwinston
dxiao
dye
dzaefn
dzhu
dzshen
ebdavis
ecprice
efjepsen
egbert284142781@gmail.com
eichin
eisenbud
ejchiu
ekate
elefthei
elliot
eltonlin
elubin
emarcus
emhavens
emiliu
emilycwx
emilyfan
emkim
emmabat
endrias
engstrom
epelbaum
erf
ermain
eronsis@gmail.com

Koppel_0088

erosales
espeed
ethann
ewadkins
ezyang
face
fastcart
fenzhao
fgreen
fionalin
foley
foner
frodo
fsdi321
fubob
fustflum
fyfer
gamache
gamadrid
garywang
gavindar
gb1
gdb
gemery
geofft
ghudson
ghuo
gif
gisele
gjconway
glasgall
glasser
gmfk07
golem
goodsont
goretkin
greenie
gschmidt
gshay
gsr
gsstark
gui
guilld
gurtej
gutnik
gyz
haoqili
hartnett
hcope
heread

```
hfield
hhoke1
hibblera
hkh12
hnassif
hobbit
hoeteck
holliman
hongyihu
horkley
hsteven
huangjd
hubert
huntingt
ignacioe
igutek
ijc
ikdc
ike
illix
incematt
ine
ingolia
int18
ismith
ivanaf
ixa
jabari
jakobw
j_a_lord
jamison
janetryu
jarreds
jasonlam
jayson1
jbarker
jbarnold
jcb
jcole
jdaniel
jdong
jdreed
jenselby
jered
jerryhan
jesstess
jfmurphy
jgross
jharveyb
jhbrown
```

jhutz
jiawen
jimmy42
jingweim
jis
jkoser
jlrubin
jmandel
jmgrosen
jmmikkel
jmoldow
jmorzins
jmvidal
jneu
jnoguera
jogama
johanna
jolynch
jon
jontec
joshblum
joshma
joyc
jrafidi
jruszczy
jseibel
jselover
jtkohl
jtu
jtwang
justinej
justom
jvliu
jwalden
jwbooth
jweiss
jwellons
kacquah
kaduk
kareid
kasittig
katyking
kayla
kbejgo
kbeth
kchen
kcr
keithw
kenta
kevin21

Koppel_0091

```
kgarner
khaines
khalsah
kjchen
kkwok
k_lai
klajdi
klee
klmitch
kody.oconnell12@gmail.com
koha
kpugh
kretch
krobinso
ksmori
k_sunter
kty
kurgan
kvfrans
kyeb
kyoki
lahuang4
lambertc
landa
lapentab
ldanz
leee
leeyuan
leira
leonidg
lfaraone
lgdean
lilians
lippo
liudi
lnemzer
lnj
lockhart
locutus
lodhia
lokie
l_sy
ltchin
lucyyang
lucyyu
lujan
lukeigel
lvnguyen
lyudmila
madars
```

```
mahmood
malinin
manjola
maponte
marc
maria89
markchil
marthag
mathmike
mats_a
mau
maunsell
max
maximo
maxj
maxmurin
mayalk
mcameron
mclamb
mcmullan
mcnallyc
mcyoung
mdufalla
medasaro
meiyic
merni
merolish
me@ypei.me
mhbraun
mhpower
mhpower/root
miah
mideump
miforbes
mike_a
mikemp
mingy
minilek
misilver
miske
mitchb
mitchgu
mitimmy
mjbauer
mkgray
mmcgrath@bu.edu
mmou
mmunsey
mnadeem
mnreda
```

mntan
mokelly
mpadi21
mpp
mprat
mrbonk
mrittenb
mrpres
mshaw
msuss
mtheng
murphyj
mvadari
mwhitson
mwnguyen
mycroft
nadeem
nambrath
namin
natalie
nathan_
nathanw
nchinda2
neboat
nelhage
nemo
neried7
ngreco
nguyenin
nim
njess
nlgilman
nocturne
nouyang
npfoss
nursen
nygren
ocschwar
ogutu
omalley1
omsai@member.fsf.org
oonh@astral.net
opus
oremanj
paigep
pashamur
paultag
pbaranay
peddie
pgriggs

Koppel_0094

phager
phurst
phuvp
pihulic
pipa
pkaushik
pmaceves
pquimby
pravinas
presbrey
price
probe
proven
pshuang
ptone
pweaver
qizhang.sara@gmail.com
qlong
quentin
raeburn
rahuly
rax
rayden
rayhe
rbliu
rcaileff
rclehman
rdedhia
rei
renminbi
rfrankel
rgarc
rhett
rhs
rhysh
rif
rihn
rinik
risak
rishig
rk
rlcarr
rlm
rmo
robertch
robertka
rogerjin
rsthomp
rsuri@alum.mit.edu
ruiwang

ryancheu
rye
ryl
s4m
sadun
saif
sakhan
sargentd
sashacf
satvat
seanj@6pine.com
sekullbe
semonr
seph
sepherke
sfang22
sgoldman
sgongli
sgw
shabby
shadow
sharonl
sherryxz
shewu
shreyask
sibyani
sidlives
sinback
sipb@camcope.me
sit
sjfoley
skokada
slane
sly
slz
spang
sparrow_
speciman
specter
spock
sqshemet
srkeyes
srobin
srz
ssen
ssueiras
stars
stein
stevengo
stiaszny

Koppel_0096

summervo
susannac
swampfox
sygreer
syosi
tabbott
tanmay
taralee
taralee@alum.mit.edu
tareq
tarvizo
tb
tboning
tclin
tdelgado
temi
ternus
terryk
thaddeus
thallada
theplaz
thessaly
tibbetts
tihuang
tilia
timngo
tivol
tjz
tlai
tlyu
tribbett
tristanh
trmyers
tthoma24
turzaak
twkim
tytso
uokwo
vasilvv
vchuravy
vex
vickiew
vicmoral
victorj
viettran
villalon
violet
viral
vishnu@vishnuprem.com
vshah

vsindato
wajahat
walaa
wangq
warlord
wdaher
wendywei
wesommer
wings
witchakk
wjh
wliverno
wmoses
woodrow
wqian94
wrv
xavid
xela
xiangcy
xsdg
xwxin
yandros
yangilga
yczeng
yeshizen
yhunroh
yilundu
yoav
yonah
yonib
yosefmih
yoz
yu513
yuhsin
yuranlu
zabel
zacheiss
zachferland@gmail.com
zackpi
zamfi
zanderso
zehender
zen
zhangc
zhoui
zoz
zyan