# EXHIBIT C

| Kerberos ID / Email | Account Status | Last Modified Date |
|---|---|---|
| aandre | Deleted | 4/4/2019 21:33 |
| aaronliu | Active | 9/15/2021 7:17 |
| aathalye | Active | 6/8/2022 6:01 |
| aatharuv | Active | 11/7/2019 15:45 |
| abbe | Active | 10/6/2015 12:42 |
| abelay | Active | 2/9/2022 14:50 |
| abrahamq | Active | 10/25/2021 17:37 |
| abw333 | Deleted | 2/26/2015 21:08 |
| acarney | Active | 7/21/2022 23:10 |
| achernya | Active | 12/11/2021 14:29 |
| acrefoot | Deleted | 12/9/2019 15:47 |
| adat | Deleted | 4/4/2019 21:33 |
| adehnert | Active | 8/11/2021 2:02 |
| adin | Deleted | 7/7/2022 22:13 |
| aerynne | Active | 10/7/2015 12:19 |
| agp | Deleted | 1/21/2009 23:20 |
| agrebe | Active | 6/8/2022 6:00 |
| ahailes | Deleted | 12/9/2019 15:47 |
| ahkim | Deleted | 6/10/2021 22:17 |
| ahmadtak | Active | 6/8/2022 6:00 |
| ajliu | Deleted | 7/7/2022 22:13 |
| alamp | Deleted | 7/7/2022 22:13 |
| aleksejs | Active | 11/3/2021 15:52 |
| aletta | Active | 4/20/2017 16:16 |
| alexberg | Active | 6/8/2022 6:00 |
| alex_c | Active | 7/28/2019 21:32 |
| alexc89 | Deleted | 2/22/2018 20:48 |
| alexmv | Deleted | 7/7/2022 22:13 |
| alokp | Deleted | 7/7/2022 22:13 |
| aluo | Deleted | 4/16/2020 21:25 |
| alvareza | Active | 11/17/2021 20:38 |
| amanit | Active | 6/8/2022 6:00 |
| amb | Active | 10/27/2021 10:13 |
| amigdal | Active | 8/2/2022 23:01 |
| amli | Active | 8/1/2022 22:49 |
| ammv2021 | Active | 8/7/2022 22:20 |
| amu | Active | 9/10/2015 22:24 |
| and | Active | 2/5/2022 16:12 |
| andersk | Active | 7/7/2022 20:57 |
| andreser | Active | 6/8/2022 6:00 |
| andrewhe | Deleted | 6/10/2021 22:17 |
| annag | Deleted | 12/9/2019 15:48 |
| anpere | Deleted | 4/4/2019 21:33 |
| ansbergc | Deleted | 8/30/2008 3:01 |
| arielj | Active | 10/28/2021 11:32 |

| | | |
|---|---|---|
| ark3 | Deleted | 8/12/2013 15:46 |
| arkajit | Deleted | 1/26/2012 21:50 |
| arma | Active | 10/21/2021 14:52 |
| arolfe | Active | 12/28/2020 15:30 |
| aroy | Deleted | 8/30/2008 3:13 |
| arpl | Active | 10/27/2021 14:13 |
| asanka | Deleted | 1/21/2010 1:05 |
| asedeno | Active | 3/1/2022 21:39 |
| aseering | Active | 3/11/2022 11:09 |
| asharp | Deleted | 1/21/2010 1:05 |
| asheesh | Active | 8/5/2022 22:44 |
| ashikav | Active | 6/8/2022 6:00 |
| ashleyis | Deleted | 8/30/2008 3:18 |
| ashwang | Deleted | 12/9/2019 15:49 |
| asmendel | Deleted | 2/6/2012 9:08 |
| asra | Active | 10/31/2017 13:05 |
| a_stan | Deleted | 1/21/2009 23:20 |
| astronut | Active | 2/25/2022 9:58 |
| asuhl | Active | 7/28/2021 3:11 |
| aurora | Active | 7/19/2022 13:54 |
| austein | Active | 11/18/2021 15:40 |
| avivo | Active | 7/17/2022 11:53 |
| awozniak | Active | 5/20/2022 13:09 |
| axiak | Deleted | 1/26/2012 21:50 |
| axs | Active | 10/18/2021 9:24 |
| bachani | Deleted | 8/30/2008 3:35 |
| bajaj | Deleted | 2/22/2018 20:48 |
| bancks | Active | 6/2/2022 6:00 |
| bbaren | Active | 7/9/2019 10:46 |
| bds | Active | 6/8/2022 6:00 |
| belmonte | Active | 3/23/2022 5:20 |
| belzner | Active | 10/25/2018 20:38 |
| benmv | Deleted | 7/7/2022 22:13 |
| bevacqua | Active | 6/5/2022 5:48 |
| bfaviero | Deleted | 2/23/2017 20:41 |
| biomorph | Active | 6/20/2019 0:26 |
| biyeun | Active | 8/12/2020 12:42 |
| bjaspan | Active | 3/22/2020 16:19 |
| bmhuang | Active | 8/8/2022 11:10 |
| bmoore | Deleted | 1/21/2010 1:05 |
| bnagda | Active | 10/27/2021 14:14 |
| boojum | Active | 4/15/2022 20:38 |
| bookwyrm | Active | 10/18/2021 9:24 |
| boorstin | Active | 12/28/2021 19:06 |
| bosinoff | Deleted | 8/30/2008 4:15 |
| bpchen | Active | 10/15/2020 20:04 |

| | | |
|---|---|---|
| bristy | Deleted | 4/16/2020 21:25 |
| broglek | Active | 12/2/2015 2:35 |
| btang | Deleted | 2/22/2018 20:48 |
| btidor | Active | 11/1/2021 14:03 |
| btma | Deleted | 4/16/2020 21:25 |
| burrows | Deleted | 4/4/2019 21:33 |
| byrdm | Active | 7/7/2022 21:51 |
| calvin3 | Deleted | 6/10/2021 22:17 |
| camlewis | Deleted | 1/21/2009 23:20 |
| cana | Active | 6/18/2019 14:24 |
| casey | Deleted | 8/30/2008 4:48 |
| cat | Active | 2/25/2019 11:18 |
| cbsu | Active | 6/2/2022 6:01 |
| ccompton | Suspended | 1/20/2022 22:12 |
| ccpost | Active | 8/9/2018 22:46 |
| cda | Active | 6/1/2022 15:28 |
| cdolan | Active | 12/21/2018 13:53 |
| ceani | Deleted | 1/26/2012 21:50 |
| cela | Active | 9/15/2021 7:17 |
| cereslee | Active | 7/28/2016 19:38 |
| cesium | Active | 9/10/2021 13:41 |
| cfdoming | Active | 7/6/2019 17:31 |
| cflc | Active | 6/8/2022 6:00 |
| chaim | Active | 10/25/2021 17:45 |
| charvak | Deleted | 8/30/2008 5:10 |
| chl | Deleted | 1/26/2012 21:50 |
| christy | Active | 6/8/2022 6:00 |
| chxu | Deleted | 7/7/2022 22:13 |
| clmurray | Deleted | 1/21/2010 1:05 |
| cmerrill | Deleted | 12/9/2019 15:51 |
| codetaku | Active | 1/26/2022 10:12 |
| collins | Deleted | 9/2/2008 14:27 |
| cordelia | Active | 12/3/2015 10:12 |
| cporter | Deleted | 1/21/2009 23:20 |
| crubio | Deleted | 12/9/2019 15:52 |
| csvoss | Active | 4/2/2017 15:04 |
| ctj | Deleted | 2/27/2014 21:09 |
| curtiss | Active | 6/8/2022 6:00 |
| cvorbach | Active | 10/19/2021 21:46 |
| cynthiad | Active | 6/8/2022 6:00 |
| cyruse | Active | 7/27/2015 13:44 |
| czchen | Deleted | 6/10/2021 22:17 |
| dalmeida | Deleted | 6/10/2021 22:17 |
| damianb | Deleted | 7/7/2022 22:13 |
| dangonzo | Active | 2/11/2022 11:19 |
| danjared | Active | 11/19/2016 2:20 |

| | | |
|---|---|---|
| dannybd | Active | 7/23/2022 0:01 |
| davidben | Active | 10/10/2020 23:26 |
| davidc_9 | Deleted | 1/26/2012 21:50 |
| dbj | Active | 9/30/2019 17:46 |
| dbopp | Active | 11/3/2021 15:52 |
| ddleeds | Deleted | 8/30/2008 6:26 |
| ddr | Active | 1/20/2022 18:35 |
| deberg | Active | 2/23/2022 19:34 |
| deenaw | Deleted | 2/25/2016 20:51 |
| devneal | Deleted | 2/22/2018 20:48 |
| dgreensp | Deleted | 1/26/2012 21:50 |
| dhanus | Active | 9/12/2015 18:51 |
| dianah13 | Active | 10/21/2020 16:34 |
| dimdim | Deleted | 1/23/2013 23:05 |
| dkk | Active | 11/18/2021 10:22 |
| dmaze | Active | 10/26/2015 12:33 |
| dnawi | Deleted | 1/19/2011 23:19 |
| dougfeig | Deleted | 2/25/2016 20:51 |
| dove | Active | 7/21/2021 16:32 |
| dsheets | Deleted | 1/21/2010 1:05 |
| dturbine | Deleted | 1/26/2012 21:50 |
| duffield | Active | 11/12/2021 20:11 |
| dukhovni | Active | 7/31/2021 18:15 |
| duyha | Deleted | 2/23/2017 20:41 |
| dvorak42 | Active | 1/20/2021 11:27 |
| dwilson | Active | 3/23/2022 10:16 |
| dwinston | Deleted | 2/27/2014 21:09 |
| dxiao | Deleted | 2/25/2016 20:51 |
| dye | Active | 2/11/2022 11:29 |
| dzaefn | Active | 3/1/2019 8:22 |
| dzhu | Deleted | 1/23/2013 23:05 |
| dzshen | Deleted | 1/21/2009 23:20 |
| ebdavis | Deleted | 2/22/2018 20:48 |
| ecprice | Active | 8/11/2016 19:08 |
| efjepsen | Active | 5/11/2022 12:48 |
| eichin | Active | 11/4/2015 13:35 |
| eisenbud | Active | 10/23/2016 17:11 |
| ejchiu | Active | 9/15/2021 7:17 |
| ekate | Active | 12/8/2021 7:46 |
| elefthei | Active | 12/26/2020 22:50 |
| elliot | Active | 1/28/2020 20:37 |
| eltonlin | Active | 10/20/2021 12:48 |
| elubin | Active | 9/28/2015 20:37 |
| emarcus | Active | 11/4/2015 13:36 |
| emhavens | Active | 11/4/2015 13:36 |
| emiliu | Active | 10/27/2021 14:18 |

| User | Status | Date |
|---|---|---|
| emilycwx | Active | 6/1/2021 6:00 |
| emilyfan | Active | 8/9/2022 22:02 |
| emkim | Deleted | 1/21/2010 1:05 |
| emmabat | Active | 6/8/2022 6:00 |
| endrias | Active | 1/21/2022 16:36 |
| engstrom | Active | 6/8/2022 6:00 |
| epelbaum | Deleted | 2/22/2018 20:48 |
| erf | Active | 10/27/2021 8:29 |
| ermain | Active | 6/28/2021 6:15 |
| erosales | Deleted | 12/9/2019 15:54 |
| espeed | Deleted | 1/23/2013 23:05 |
| ethann | Active | 6/8/2022 6:00 |
| ewadkins | Deleted | 4/16/2020 21:25 |
| ezyang | Active | 11/25/2021 21:06 |
| face | Active | 1/11/2022 10:28 |
| fastcart | Active | 1/5/2017 16:42 |
| fenzhao | Deleted | 8/30/2008 8:23 |
| fgreen | Deleted | 1/23/2013 23:05 |
| fionalin | Active | 6/8/2022 6:00 |
| foley | Active | 3/7/2022 11:37 |
| foner | Active | 7/29/2022 19:33 |
| frodo | Suspended | 12/10/2021 16:07 |
| fsdi321 | Active | 6/8/2022 6:00 |
| fubob | Active | 6/21/2017 13:09 |
| fustflum | Active | 9/8/2020 8:41 |
| fyfer | Active | 2/23/2020 18:32 |
| gamache | Active | 9/14/2015 10:03 |
| gamadrid | Active | 8/14/2021 23:13 |
| garywang | Active | 8/2/2017 1:18 |
| gavindar | Active | 2/6/2022 15:23 |
| gb1 | Deleted | 6/10/2021 22:17 |
| gdb | Active | 9/14/2015 12:04 |
| gemery | Active | 3/21/2016 12:21 |
| geofft | Active | 6/17/2021 10:52 |
| ghudson | Active | 7/24/2021 16:41 |
| ghuo | Deleted | 8/30/2008 8:57 |
| gif | Active | 5/11/2021 10:29 |
| gisele | Active | 11/6/2015 17:53 |
| gjconway | Deleted | 2/25/2016 20:51 |
| glasgall | Active | 10/1/2021 23:14 |
| glasser | Active | 3/2/2017 14:41 |
| gmfk07 | Active | 6/1/2021 6:00 |
| golem | Active | 11/17/2020 19:30 |
| goodsont | Deleted | 2/25/2016 20:51 |
| goretkin | Active | 9/15/2021 7:17 |
| greenie | Active | 10/18/2021 9:25 |

| | | |
|---|---|---|
| gschmidt | Active | 10/8/2021 12:54 |
| gshay | Active | 6/8/2022 6:00 |
| gsr | Deleted | 2/26/2015 21:08 |
| gsstark | Active | 3/4/2019 23:10 |
| gui | Deleted | 4/4/2019 21:33 |
| guilld | Active | 1/24/2022 2:41 |
| gurtej | Active | 11/21/2021 11:03 |
| gutnik | Active | 6/29/2019 22:22 |
| gyz | Deleted | 2/26/2015 21:08 |
| haoqili | Deleted | 1/23/2013 23:05 |
| hartnett | Deleted | 8/30/2008 16:35 |
| hcope | Active | 1/23/2020 21:59 |
| heread | Active | 4/5/2022 16:34 |
| hfield | Active | 6/8/2022 6:00 |
| hhoke1 | Deleted | 4/4/2019 21:33 |
| hibblera | Deleted | 2/22/2018 20:48 |
| hkh12 | Deleted | 6/10/2021 22:17 |
| hnassif | Deleted | 2/22/2018 20:48 |
| hobbit | Active | 10/22/2021 14:57 |
| hoeteck | Deleted | 2/22/2018 20:48 |
| holliman | Deleted | 2/22/2018 20:48 |
| hongyihu | Deleted | 2/25/2016 20:51 |
| horkley | Active | 8/9/2021 22:48 |
| hsteven | Deleted | 4/4/2019 21:33 |
| huangjd | Deleted | 12/9/2019 15:55 |
| hubert | Active | 6/6/2022 0:23 |
| huntingt | Active | 8/30/2021 15:23 |
| ignacioe | Active | 5/20/2022 0:27 |
| igutek | Active | 10/26/2021 17:09 |
| ijc | Deleted | 6/10/2021 22:17 |
| ikdc | Active | 6/8/2022 6:01 |
| ike | Active | 12/24/2021 14:31 |
| illix | Deleted | 1/26/2012 21:50 |
| incematt | Deleted | 12/9/2019 15:56 |
| ine | Active | 12/4/2016 13:02 |
| ingolia | Active | 7/23/2020 16:38 |
| int18 | Active | 11/10/2015 11:51 |
| ismith | Active | 10/22/2021 22:52 |
| ivanaf | Deleted | 6/10/2021 22:17 |
| ixa | Active | 6/8/2022 6:00 |
| jabari | Active | 10/27/2021 14:22 |
| jakobw | Active | 9/11/2020 14:16 |
| j_a_lord | Deleted | 8/30/2008 15:30 |
| jamison | Active | 6/8/2022 6:00 |
| janetryu | Active | 10/1/2015 12:43 |
| jarreds | Active | 11/10/2015 11:53 |

| | | |
|---|---|---|
| jasonlam | Deleted | 6/10/2021 22:17 |
| jaysonl | Active | 11/24/2021 10:59 |
| jbarker | Deleted | 2/26/2015 21:08 |
| jbarnold | Active | 9/16/2015 18:48 |
| jcb | Active | 8/23/2019 8:22 |
| jcole | Active | 10/15/2021 14:00 |
| jdaniel | Active | 9/15/2019 16:44 |
| jdong | Deleted | 8/12/2013 15:46 |
| jdreed | Active | 1/2/2019 11:33 |
| jenselby | Active | 12/4/2015 11:22 |
| jered | Active | 6/15/2016 13:21 |
| jerryhan | Active | 6/8/2022 6:00 |
| jesstess | Active | 2/26/2016 0:25 |
| jfmurphy | Active | 12/27/2021 16:32 |
| jgross | Active | 7/25/2022 11:01 |
| jharveyb | Deleted | 6/10/2021 22:17 |
| jhbrown | Deleted | 1/26/2012 21:50 |
| jhutz | Active | 12/17/2021 8:06 |
| jiawen | Active | 5/16/2022 13:24 |
| jimmy42 | Deleted | 4/16/2020 21:25 |
| jingweim | Deleted | 7/7/2022 22:13 |
| jis | Active | 6/28/2021 6:15 |
| jkoser | Deleted | 8/30/2008 14:31 |
| jlrubin | Active | 2/25/2022 1:57 |
| jmandel | Deleted | 4/16/2020 21:25 |
| jmgrosen | Deleted | 7/7/2022 22:13 |
| jmmikkel | Active | 7/8/2019 5:19 |
| jmoldow | Deleted | 12/9/2019 15:57 |
| jmorzins | Active | 5/30/2022 14:57 |
| jmvidal | Active | 6/16/2022 14:56 |
| jneu | Deleted | 4/4/2019 21:33 |
| jnoguera | Active | 6/8/2022 6:00 |
| jogama | Active | 8/5/2019 10:56 |
| johanna | Active | 7/20/2022 9:28 |
| jolynch | Deleted | 12/9/2019 15:57 |
| jon | Active | 12/3/2015 10:11 |
| jontec | Deleted | 12/9/2019 15:57 |
| joshblum | Active | 12/22/2021 9:34 |
| joshma | Deleted | 2/26/2015 21:08 |
| joyc | Deleted | 12/9/2019 15:57 |
| jrafidi | Active | 12/27/2017 11:48 |
| jruszczy | Deleted | 2/27/2014 21:09 |
| jseibel | Deleted | 7/7/2022 22:13 |
| jselover | Active | 8/30/2018 10:07 |
| jtkohl | Active | 12/3/2015 10:11 |
| jtu | Active | 11/29/2020 2:01 |

| User | Status | Date |
|---|---|---|
| jtwang | Active | 9/10/2019 22:18 |
| justinej | Deleted | 7/7/2022 22:13 |
| justom | Active | 7/22/2022 20:37 |
| jvliu | Deleted | 6/10/2021 22:17 |
| jwalden | Active | 8/26/2020 0:37 |
| jwbooth | Deleted | 8/30/2008 13:33 |
| jweiss | Active | 3/2/2022 17:43 |
| jwellons | Deleted | 12/9/2019 15:58 |
| kacquah | Active | 10/6/2016 16:08 |
| kaduk | Active | 3/31/2021 13:15 |
| kareid | Active | 10/18/2021 9:25 |
| kasittig | Active | 12/30/2016 14:19 |
| katyking | Active | 3/7/2022 15:42 |
| kayla | Active | 10/25/2021 17:45 |
| kbejgo | Deleted | 7/7/2022 22:13 |
| kbeth | Active | 12/8/2021 7:46 |
| kchen | Active | 7/24/2021 15:28 |
| kcr | Deleted | 7/7/2022 22:13 |
| keithw | Active | 1/10/2018 8:49 |
| kenta | Active | 10/25/2021 17:11 |
| kevin21 | Active | 7/17/2021 2:22 |
| kgarner | Active | 6/8/2022 6:00 |
| khaines | Active | 6/4/2020 6:01 |
| khalsah | Deleted | 1/19/2011 23:19 |
| kjchen | Active | 6/2/2022 6:00 |
| kkwok | Active | 1/21/2022 12:10 |
| k_lai | Active | 8/23/2018 17:51 |
| klajdi | Active | 6/1/2021 6:00 |
| klee | Active | 9/15/2015 23:29 |
| klmitch | Active | 10/31/2017 22:07 |
| koha | Active | 3/17/2022 23:38 |
| kpugh | Deleted | 12/9/2019 15:59 |
| kretch | Active | 3/26/2022 6:35 |
| krobinso | Deleted | 2/25/2016 20:51 |
| ksmori | Active | 1/25/2022 13:19 |
| k_sunter | Active | 1/14/2017 21:59 |
| kty | Active | 6/8/2022 6:00 |
| kurgan | Active | 10/15/2021 16:38 |
| kvfrans | Active | 8/10/2022 19:00 |
| kyeb | Active | 11/3/2021 15:52 |
| kyoki | Active | 10/27/2021 12:24 |
| lahuang4 | Deleted | 2/22/2018 20:48 |
| lambertc | Deleted | 2/25/2016 20:51 |
| landa | Deleted | 2/26/2015 21:08 |
| lapentab | Active | 5/21/2022 0:19 |
| ldanz | Deleted | 1/26/2012 21:50 |

| | | |
|---|---|---|
| leee | Active | 10/18/2021 9:25 |
| leeyuan | Active | 12/2/2021 15:10 |
| leira | Active | 7/20/2016 16:40 |
| leonidg | Active | 7/24/2022 17:46 |
| lfaraone | Active | 3/15/2022 23:54 |
| lgdean | Active | 7/25/2018 0:11 |
| lilians | Deleted | 2/23/2017 20:41 |
| lippo | Deleted | 8/30/2008 14:16 |
| liudi | Deleted | 6/10/2021 22:17 |
| lnemzer | Active | 5/2/2016 19:27 |
| lnj | Deleted | 6/10/2021 22:17 |
| lockhart | Active | 11/17/2017 12:26 |
| locutus | Active | 7/29/2021 11:56 |
| lodhia | Active | 10/26/2021 17:08 |
| lokie | Deleted | 12/9/2019 16:00 |
| l_sy | Deleted | 2/25/2016 20:51 |
| ltchin | Active | 6/8/2022 6:00 |
| lucyyang | Active | 5/25/2022 1:39 |
| lucyyu | Deleted | 2/22/2018 20:48 |
| lujan | Active | 12/14/2021 1:30 |
| lukeigel | Active | 6/8/2022 6:00 |
| lvnguyen | Deleted | 4/4/2019 21:33 |
| lyudmila | Active | 7/20/2022 9:00 |
| madars | Active | 6/28/2021 6:16 |
| mahmood | Deleted | 12/9/2019 16:01 |
| malinin | Deleted | 2/25/2016 20:51 |
| manjola | Active | 6/8/2022 6:01 |
| maponte | Deleted | 12/9/2019 16:01 |
| maria89 | Deleted | 2/26/2015 21:08 |
| markchil | Active | 3/11/2022 19:44 |
| mart | Deleted | 8/30/2008 15:05 |
| marthag | Active | 12/2/2015 11:42 |
| mathmike | Active | 9/3/2021 14:15 |
| mats_a | Active | 6/26/2021 13:47 |
| mau | Active | 11/3/2021 15:52 |
| maunsell | Deleted | 6/10/2021 22:17 |
| max | Deleted | 12/9/2019 16:02 |
| maximo | Active | 8/7/2022 23:15 |
| maxj | Active | 10/30/2021 10:11 |
| maxmurin | Deleted | 4/16/2020 21:25 |
| mayalk | Deleted | 6/10/2021 22:17 |
| mcameron | Active | 7/28/2021 23:06 |
| mclamb | Active | 5/19/2022 18:23 |
| mcmullan | Active | 12/3/2015 10:12 |
| mcnallyc | Active | 6/13/2022 17:07 |
| mcyoung | Active | 1/23/2020 21:59 |

| Username | Status | Date |
|---|---|---|
| mdufalla | Deleted | 8/30/2008 15:27 |
| medasaro | Active | 8/14/2020 17:47 |
| meiyic | Deleted | 2/25/2016 20:51 |
| merni | Active | 7/19/2022 21:48 |
| merolish | Active | 5/30/2018 10:37 |
| mhbraun | Active | 8/20/2019 16:31 |
| mhpower | Active | 10/7/2019 14:33 |
| miah | Deleted | 8/30/2008 15:47 |
| mideump | Active | 9/15/2021 7:17 |
| miforbes | Deleted | 2/22/2018 20:48 |
| mike_a | Deleted | 1/21/2010 1:05 |
| mikemp | Active | 12/4/2015 11:26 |
| mingy | Active | 10/31/2017 13:05 |
| minilek | Active | 10/19/2021 19:26 |
| misilver | Deleted | 7/7/2022 22:13 |
| miske | Active | 10/30/2021 11:08 |
| mitchb | Active | 10/26/2021 9:35 |
| mitchgu | Deleted | 7/7/2022 22:13 |
| mitimmy | Active | 7/22/2022 6:00 |
| mjbauer | Active | 3/1/2017 12:03 |
| mkgray | Active | 12/3/2015 10:10 |
| mmou | Active | 12/4/2019 19:45 |
| mmunsey | Deleted | 1/26/2012 21:50 |
| mnadeem | Deleted | 7/7/2022 22:13 |
| mnreda | Active | 6/1/2021 6:01 |
| mntan | Deleted | 7/7/2022 22:13 |
| mokelly | Deleted | 1/6/2010 12:06 |
| mpadi21 | Active | 6/8/2022 6:00 |
| mpp | Active | 10/18/2021 9:26 |
| mprat | Active | 1/18/2022 16:31 |
| mrbonk | Deleted | 4/4/2019 21:33 |
| mrittenb | Active | 8/1/2022 20:51 |
| mrpres | Deleted | 1/21/2010 1:05 |
| mshaw | Active | 11/9/2017 12:06 |
| msuss | Deleted | 2/23/2017 20:41 |
| mtheng | Active | 9/21/2021 16:30 |
| murphyj | Active | 10/15/2020 20:04 |
| mvadari | Active | 1/25/2022 13:51 |
| mwhitson | Active | 11/15/2021 4:06 |
| mwnguyen | Active | 9/15/2021 7:17 |
| mycroft | Active | 6/28/2021 11:45 |
| nadeem | Active | 10/18/2021 17:49 |
| nambrath | Active | 7/30/2021 19:07 |
| namin | Deleted | 12/9/2019 16:05 |
| natalie | Active | 12/19/2021 10:38 |
| nathan_ | Deleted | 2/26/2015 21:08 |

| | | |
|---|---|---|
| nathanw | Active | 9/16/2015 17:53 |
| nchinda2 | Active | 4/17/2020 11:43 |
| neboat | Active | 8/9/2021 20:19 |
| nelhage | Active | 1/18/2019 11:15 |
| nemo | Deleted | 8/30/2008 9:04 |
| neried7 | Deleted | 2/22/2018 20:48 |
| ngreco | Deleted | 4/4/2019 21:33 |
| nguyenin | Deleted | 6/10/2021 22:17 |
| nim | Active | 11/28/2019 0:07 |
| njess | Active | 8/9/2019 9:18 |
| nlgilman | Active | 12/3/2015 10:11 |
| nocturne | Active | 7/27/2021 23:14 |
| nouyang | Active | 7/27/2022 9:18 |
| npfoss | Active | 6/22/2022 15:45 |
| nursen | Deleted | 2/23/2017 20:41 |
| nygren | Active | 3/24/2022 12:38 |
| ocschwar | Active | 1/15/2018 16:20 |
| ogutu | Deleted | 2/23/2017 20:41 |
| omalley1 | Active | 4/23/2017 15:40 |
| opus | Active | 10/28/2019 17:50 |
| oremanj | Active | 12/4/2017 22:07 |
| paigep | Active | 9/26/2021 12:17 |
| pashamur | Deleted | 2/22/2018 20:48 |
| paultag | Active | 12/23/2015 17:41 |
| pbaranay | Active | 1/19/2016 13:12 |
| peddie | Deleted | 1/26/2012 21:50 |
| pgriggs | Active | 5/3/2022 23:50 |
| phager | Deleted | 4/4/2019 21:33 |
| phurst | Active | 2/14/2018 13:34 |
| phuvp | Deleted | 4/16/2020 21:25 |
| pihulic | Active | 10/28/2021 8:02 |
| pipa | Active | 12/3/2015 10:15 |
| pkaushik | Deleted | 8/30/2008 7:57 |
| pmaceves | Deleted | 12/9/2019 16:09 |
| pquimby | Active | 12/20/2021 2:24 |
| pravinas | Active | 11/16/2021 12:07 |
| presbrey | Active | 11/26/2021 17:32 |
| price | Active | 6/6/2017 3:05 |
| probe | Active | 6/9/2022 13:58 |
| proven | Active | 6/27/2022 14:37 |
| pshuang | Active | 6/7/2019 3:03 |
| ptone | Active | 6/2/2022 6:01 |
| pweaver | Active | 8/3/2022 19:21 |
| qlong | Deleted | 2/25/2016 20:51 |
| quentin | Active | 9/10/2021 15:46 |
| raeburn | Active | 4/1/2022 22:54 |

| User | Status | Date |
|---|---|---|
| rahuly | Active | 9/15/2021 7:17 |
| rax | Active | 12/15/2015 15:53 |
| rayden | Deleted | 6/10/2021 22:17 |
| rayhe | Active | 9/13/2017 21:07 |
| rbliu | Active | 9/15/2021 7:17 |
| rcaileff | Active | 12/3/2015 10:14 |
| rclehman | Deleted | 8/30/2008 7:14 |
| rdedhia | Active | 6/8/2022 6:00 |
| rei | Active | 1/26/2021 11:42 |
| renminbi | Deleted | 2/27/2014 21:09 |
| rfrankel | Deleted | 4/16/2020 21:25 |
| rgarc | Deleted | 7/7/2022 22:13 |
| rhett | Deleted | 8/30/2008 7:01 |
| rhs | Deleted | 8/30/2008 7:00 |
| rhysh | Deleted | 1/19/2011 23:19 |
| rif | Active | 10/15/2021 16:38 |
| rihn | Active | 6/8/2022 6:00 |
| rinik | Active | 3/18/2022 0:23 |
| risak | Deleted | 1/21/2009 23:20 |
| rishig | Active | 11/10/2021 2:22 |
| rk | Active | 1/8/2022 20:01 |
| rlcarr | Active | 3/24/2020 22:05 |
| rlm | Deleted | 4/16/2020 21:25 |
| rmo | Deleted | 1/19/2011 23:19 |
| robertch | Active | 11/3/2021 15:52 |
| robertka | Deleted | 7/7/2022 22:13 |
| rogerjin | Active | 6/8/2022 6:00 |
| rsthomp | Active | 6/1/2021 6:00 |
| ruiwang | Active | 11/29/2021 10:46 |
| ryancheu | Deleted | 12/9/2019 16:10 |
| rye | Active | 7/8/2018 17:15 |
| ryl | Active | 7/2/2022 18:27 |
| s4m | Active | 10/2/2015 14:06 |
| sadun | Deleted | 4/16/2020 21:25 |
| saif | Deleted | 12/9/2019 16:11 |
| sakhan | Deleted | 1/23/2013 23:05 |
| sargentd | Active | 7/28/2021 1:18 |
| sashacf | Deleted | 6/10/2021 22:17 |
| satvat | Active | 7/27/2022 23:42 |
| sekullbe | Active | 6/18/2020 9:20 |
| semonr | Deleted | 7/7/2022 22:13 |
| seph | Active | 4/1/2022 10:03 |
| sepherke | Active | 12/3/2015 10:14 |
| sfang22 | Active | 6/2/2022 6:00 |
| sgoldman | Active | 7/29/2022 14:26 |
| sgongli | Deleted | 12/9/2019 16:12 |

| | | |
|---|---|---|
| sgw | Active | 8/3/2019 14:17 |
| shabby | Active | 9/21/2017 13:36 |
| shadow | Active | 10/18/2021 9:26 |
| sharonl | Deleted | 7/7/2022 22:13 |
| sherryxz | Deleted | 7/7/2022 22:13 |
| shewu | Deleted | 12/9/2019 16:12 |
| shreyask | Active | 2/18/2022 6:01 |
| sibyani | Deleted | 2/22/2018 20:48 |
| sidlives | Active | 1/3/2018 8:43 |
| sinback | Active | 9/9/2020 11:22 |
| sit | Active | 12/2/2015 10:27 |
| sjfoley | Deleted | 8/30/2008 5:16 |
| skokada | Deleted | 6/10/2021 22:17 |
| slane | Active | 12/8/2021 7:46 |
| sly | Active | 1/6/2020 20:36 |
| slz | Active | 9/13/2021 16:04 |
| spang | Active | 2/20/2017 15:52 |
| sparrow_ | Active | 9/11/2017 1:52 |
| speciman | Deleted | 8/30/2008 4:52 |
| specter | Active | 10/27/2021 14:36 |
| spock | Deleted | 2/22/2018 20:48 |
| sqshemet | Active | 5/4/2018 17:23 |
| srkeyes | Deleted | 12/9/2019 16:13 |
| srobin | Active | 6/22/2022 21:20 |
| srz | Active | 6/6/2019 13:51 |
| ssen | Active | 12/4/2015 11:22 |
| ssueiras | Deleted | 4/4/2019 21:33 |
| stars | Deleted | 4/16/2020 21:25 |
| stein | Deleted | 7/7/2022 22:13 |
| stevengo | Active | 6/8/2022 6:00 |
| stiaszny | Deleted | 4/16/2020 21:25 |
| summervo | Deleted | 7/7/2022 22:13 |
| susannac | Active | 6/8/2022 6:00 |
| swampfox | Active | 6/8/2022 6:00 |
| sygreer | Active | 6/8/2022 6:00 |
| syosi | Deleted | 1/21/2010 1:05 |
| tabbott | Active | 7/22/2019 14:23 |
| tanmay | Deleted | 1/23/2013 23:05 |
| taralee | Active | 12/3/2015 10:15 |
| tareq | Active | 7/12/2022 6:00 |
| tarvizo | Deleted | 12/9/2019 16:14 |
| tb | Active | 12/3/2015 10:15 |
| tboning | Active | 12/2/2016 10:18 |
| tclin | Deleted | 6/10/2021 22:17 |
| tdelgado | Deleted | 2/23/2017 20:41 |
| temi | Deleted | 8/30/2008 4:01 |

| | | |
|---|---|---|
| ternus | Active | 8/11/2016 19:08 |
| terryk | Active | 6/2/2022 6:00 |
| thaddeus | Deleted | 8/30/2008 3:55 |
| thallada | Deleted | 4/4/2019 21:33 |
| theplaz | Deleted | 7/20/2015 9:58 |
| thessaly | Active | 1/22/2021 22:14 |
| tibbetts | Active | 9/10/2016 22:51 |
| tihuang | Deleted | 2/26/2015 21:08 |
| tilia | Active | 11/16/2017 17:20 |
| timngo | Active | 6/8/2022 6:00 |
| tivol | Deleted | 4/4/2019 21:33 |
| tjz | Active | 6/9/2022 8:32 |
| tlai | Active | 8/8/2018 19:28 |
| tlyu | Active | 12/21/2021 20:14 |
| tribbett | Deleted | 4/16/2020 21:25 |
| tristanh | Active | 11/28/2021 15:52 |
| trmyers | Deleted | 2/25/2016 20:51 |
| tthoma24 | Active | 11/12/2021 15:47 |
| turzaak | Active | 7/4/2022 11:14 |
| twkim | Deleted | 8/30/2008 3:23 |
| tytso | Active | 10/29/2019 11:05 |
| uokwo | Active | 6/2/2022 6:00 |
| vasilvv | Active | 3/13/2021 3:00 |
| vchuravy | Active | 6/8/2022 6:00 |
| vex | Active | 10/7/2021 14:54 |
| vickiew | Active | 1/13/2022 20:02 |
| vicmoral | Deleted | 8/30/2008 3:08 |
| victorj | Deleted | 2/23/2017 20:41 |
| viettran | Deleted | 2/23/2017 20:41 |
| villalon | Deleted | 6/10/2021 22:17 |
| violet | Deleted | 2/22/2018 20:48 |
| viral | Deleted | 2/26/2015 21:08 |
| vshah | Deleted | 8/30/2008 3:00 |
| vsindato | Active | 6/1/2021 6:00 |
| wajahat | Deleted | 2/2/2010 9:19 |
| walaa | Deleted | 6/10/2021 22:17 |
| wangq | Deleted | 2/27/2013 9:08 |
| warlord | Active | 1/18/2021 10:24 |
| wdaher | Active | 3/14/2021 16:49 |
| wendywei | Deleted | 4/16/2020 21:25 |
| wesommer | Active | 12/3/2015 10:13 |
| wings | Active | 7/8/2022 7:04 |
| witchakk | Deleted | 2/23/2017 20:41 |
| wjh | Active | 8/14/2021 8:34 |
| wliverno | Deleted | 6/10/2021 22:17 |
| wmoses | Active | 6/8/2022 6:00 |

| Username | Status | Date |
|---|---|---|
| woodrow | Deleted | 12/9/2019 16:16 |
| wqian94 | Active | 9/15/2021 7:17 |
| wrv | Deleted | 4/16/2020 21:25 |
| xavid | Active | 8/29/2021 12:53 |
| xela | Active | 3/20/2018 11:19 |
| xiangcy | Deleted | 2/23/2017 20:41 |
| xsdg | Active | 1/26/2020 23:37 |
| xwxin | Deleted | 8/30/2008 2:24 |
| yandros | Active | 3/7/2016 17:19 |
| yangilga | Deleted | 7/7/2022 22:13 |
| yczeng | Active | 7/2/2022 18:34 |
| yeshizen | Deleted | 2/25/2016 20:51 |
| yhunroh | Active | 8/7/2021 21:32 |
| yilundu | Active | 6/8/2022 6:00 |
| yoav | Active | 5/12/2022 6:07 |
| yonah | Active | 1/29/2016 17:21 |
| yonib | Deleted | 2/27/2014 21:09 |
| yosefmih | Active | 6/8/2022 6:00 |
| yoz | Active | 1/17/2016 12:17 |
| yu513 | Active | 6/1/2021 6:01 |
| yuhsin | Deleted | 1/21/2010 1:05 |
| yuranlu | Deleted | 2/26/2015 21:08 |
| zabel | Active | 2/9/2022 11:34 |
| zacheiss | Active | 10/21/2019 8:58 |
| zackpi | Active | 9/9/2021 6:35 |
| zamfi | Deleted | 8/30/2008 1:59 |
| zanderso | Deleted | 7/7/2022 22:13 |
| zehender | Deleted | 1/26/2012 21:50 |
| zen | Deleted | 8/30/2008 1:57 |
| zhangc | Active | 11/8/2019 2:43 |
| zhoui | Active | 12/22/2021 15:50 |
| zoz | Active | 7/15/2021 9:06 |
| zyan | Active | 10/19/2021 20:06 |
| 3cnfsat@gmail.com | External Email | |
| ai@aaroniba.net | External Email | |
| asheesh@asheesh.org | External Email | |
| broglek@bu.edu | External Email | |
| cdawzrd@gmail.com | External Email | |
| dinovirus@gmail.com | External Email | |
| egbert284142781@gmail.com | External Email | |
| eronsis@gmail.com | External Email | |
| kody.oconnell12@gmail.com | External Email | |
| me@ypei.me | External Email | |
| mmcgrath@bu.edu | External Email | |
| omsail@member.fsf.org | External Email | |
| oonh@astral.net | External Email | |

| | |
|---|---|
| qizhang.sara@gmail.com | External Email |
| rsuri@alum.mit.edu | External Email |
| seanj@6pine.com | External Email |
| sipb@camcope.me | External Email |
| taralee@alum.mit.edu | External Email |
| vishnu@vishnuprem.com | External Email |
| zachferland@gmail.com | External Email |
| mhpower/root | No Email Account |