# EXHIBIT D

List Member
aathalye
acarney
achernya
agrebe
aleksejs
alvareza
amigdal
andersk
andreser
arolfe
asahteck
asedeno
aseering
ashay
asra
asuhl
aurora
bds
belzner
boojum
bpchen
cdolan
cela
cereslee
christy
cjq
codetaku
csvoss
cvorbach
danjared
dannybd
davidben
dbopp
dhanus
dianah13
duffield
dukhovni
dvorak42
dwilson
dzaefn
efjepsen
eichin
elefthei
elubin
emmabat
ermain

ezyang
foner
geofft
ghudson
glasgall
golem
gshay
hcope
horkley
huydai
ignacioe
ikdc
ine
ismith
jakobw
javsolis
jbarnold
jdreed
jeffery
jesstess
jgross
jis
jlrubin
jmorzins
jmvidal
jnoguera
jnwagner
jogama
jselover
jweiss
k_sunter
kacquah
kaduk
kasittig
kchen
keithw
kenta
khaines
kjchen
klee
kyeb
lapentab
leonidg
lfaraone
lucyyang
lujan
madars

markchil
mats_a
mau
maximo
mcyoung
medasaro
mhpower
mingy
mitchb
mmou
mrittenb
mtheng
murphyj
mwnguyen
nchinda2
neboat
nelhage
npfoss
omalley1
oremanj
petey
phurst
pquimby
pravinas
presbrey
price
pweaver
quentin
rihn
robertch
rsthomp
seph
sgw
slz
sparrow_
sqshemet
srobin
srz
stevengo
tabbott
tboning
ternus
tibbetts
tlyu
tthoma24
vasilvv
vickiew

wdaher
wmoses
wqian94
xela
xsdg
yczeng
zacheiss
zhangc
zoz
STRING:<devnull> vzh over quota
alex-sort.mit.sipb@dehnerts.com
KERBEROS:adehnert/root@ATHENA.MIT.EDU
KERBEROS:adehnert@ATHENA.MIT.EDU