UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, | ) |
|     Plaintiff, | ) No. 20-cv-11479-LTS |
| v. | ) **FILED UNDER SEAL PURSUANT TO** |
| WILLIAM MOSES, | ) **ORDER DATED MARCH 3, 2022** |
|     Defendant. | ) **(DOC. NO. 100)** |

**AFFIDAVIT OF JEFFREY J. PYLE IN SUPPORT OF
MOTION OF DEFENDANT WILLIAM MOSES FOR SUMMARY JUDGMENT**

I, Jeffrey J. Pyle, hereby depose and state as follows:

1. I am counsel for Defendant William Moses in the above-captioned matter.

2. I submit this Affidavit on personal knowledge to authenticate documents submitted in support of William Moses's Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the Constitution of the Student Information Processing Board ("SIPB") of the Massachusetts Institute of Technology, marked as Exhibit 50 to the Deposition of plaintiff James Koppel.

4. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts of the Deposition of William Moses, Volume I, taken on March 1, 2021.

5. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of the Deposition of plaintiff James Koppel.

6. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of the Deposition of William Moses, Volume II, taken on August 2, 2022.

4403352

7. Attached hereto as Exhibit 5 is a true and accurate copy of the minutes of a SIPB meeting on February 17, 2020, marked as Exhibit 18 of the deposition of William Moses on August 2, 2022.

8. Attached hereto as Exhibit 6 is a true and accurate copy of a communication among Defendant Moses and other members of the SIPB Executive Committee on the messaging platform Mattermost in February and March 2020.

9. Attached hereto as Exhibit 7 is a true and accurate copy of an email sent by Moses to sipb-private@mit.edu on February 26, 2020, and responses to that email.

10. Attached hereto as Exhibit 8 is a true and accurate copy of communications between William Moses and James Koppel over the application Facebook Messenger between February 27 and March 2, 2020.

11. Attached hereto as Exhibit 9 is a true and accurate copy of an August 15, 2016 email from SIPB Vice Chair Eric Lujan to sipb-office@mit.edu.

12. Attached hereto as Exhibit 10 is a true and accurate copy of a December 18, 2018 email from SIPB member Lily Chung to sipb-office@mit.edu, and responses thereto.

13. Attached hereto as Exhibit 11 is a true and accurate copy of a December 2, 2019 email from Emma Batson to the SIPB-Office.

14. Attached hereto as Exhibit 12 is a true and accurate copy of a March 2, 2020 email sent by William Moses to sipb-office@mit.edu and responses thereto, as well as an email from Moses to sipb-office@mit.edu on March 12, 2020.

15. Attached hereto as Exhibit 13 is a true and accurate copy of a letter dated March 6, 2020 from Paul G. Boylan on behalf of James Koppel to the Executive Committee of the Student Information Processing Board.

16. Attached hereto as Exhibit 14 is a true and accurate copy of a list created by James Koppel of email addresses associated with sipb-office@mit.edu as of March 20, 2020, previously marked as Exhibit 56 to Koppel's deposition.

17. Attached hereto as Exhibit 15 is a true and accurate copy of excerpts of the Deposition of Catherine Zeng.

19. Attached hereto as Exhibit 16 is a true and accurate copy of excerpts of the Deposition of Ashely Kim.

20. Attached hereto as Exhibit 17 is a true and accurate copy of a 2016 text exchange between James Koppel and Chelsea Voss.

21. Attached hereto as Exhibit 18 is a true and accurate copy of an October 27, 2016 email exchange between James Koppel and Mikayla Murphy.

22. Attached hereto as Exhibit 19 is a true and accurate copy of a document sent from Chelsea Voss to James Koppel.

23. Attached hereto as Exhibit 20 is a true and accurate copy of a July 24, 2019 email from James Koppel to Chelsea Voss.

24. Attached hereto as Exhibit 21 is a true and accurate copy of December 27, 2018 email from Luke Sciarappa, a representative of MIT independent living group Epsilon Theta, to James Koppel.

25. Attached hereto as Exhibit 22 is a true and accurate copy of an August 23, 2019 email from Mollie Wilkinson, a representative of Epsilon Theta, to James Koppel.

Signed under the penalties of perjury this 23rd day of January, 2023.

>/s/ *Jeffrey J. Pyle*
>Jeffrey J. Pyle

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document by email on counsel for plaintiff on January 23, 2023.

>/s/ *Jeffrey J. Pyle*
>Jeffrey J. Pyle

4403352