# EXHIBIT 5



EXHIBIT
Moses
18
8/2/22   MB
PENGAD 800-631-6989

Minutes of the SIPB Meeting of 2020-02-17

The meeting was called to order at 19:30 by alvareza.

In attendance were

        Student keyholders: alvareza, cela, emmabat, yczeng, wmoses, bds, mrittenb, gshay | npfoss, rihn, jnoguera, mtheng

        Associate keyholders: mcyoung | slz, achernya

        Members: mau

        Guests: '()

Administrivia:

        emmabat: It is President's Day.

        [discussion of wireless chargers for the office.]

        alvareza: There is a SIPB election today

        emmabat: SIPB is sooner than you think, so if your interested in SIPBW, then let me know!

        darius: Hi, I'm darius, I'm a senior at Maseeh, I've done a lot of student gov stuff. I would like to get involved in SIPBW!


Project Reports:

        wmoses: WISP got more things set up

        cela: uplink  happened again yesterday! We have figured out how the mattermost licensing works.

        cela: For Hyades, we are trying to build Ceph now, which creating a nightmare of build systems.

        mcyoung: I was going to try to one up you, but I can't.

        cela: So part of the problem was also that Ceph has since bazel does not understand cyclic file system links.

        gshay: Courseroad continues, there is a problem where some roads are just getting deleted. If you care about your road, you should save it.

        npfoss: Alice made a bug fix to courseroad.

        mrittenb: Scripts continues.

mcyoung: On behalf of davidben, he says please add lets encrypt support.

slz: Hello everyone, If you have linux server admin experience, please talk to me about mirrors.mit.edu. Please let me know soon, because I'm leaving.

Other:

bds: Somewhat recently, some developers got linux working on a RISCV chip.

slz: openssh 8.2 has been released, it allows you to login via hardware tokens.

Other Other:

npfoss: I heard that HQ trivia is dead.

achernya: we should be shitting on Iota.

npfoss: btw, they said that instead of a block-chain, they had a "block-DAG".

EC Election:

emmabat: We will be electing the members of the EC, I will read the constitutional duties, and then I let the position holders to discuss their duties. We will be going in descending order of responsibilities: chair, vice-chair, treasurer, secretary, and members at large. You must accept a nomination, but everyone who is an active student keyholder is automatically nominated.

emmabat: The first position elected is the chair, [reads constitutional description of the Chair]. A lot of it is true, it's vague enough for that to be pretty accurate. Are there any questions about what the chair is? if not I open the floor to nominations for Chair.

mcyoung: I'm

emmabat: I nominate wmoses

npfoss: Seconded.

wmoses: I accept the nomination.

cela: I nominate yczeng

yczeng: I pass

cela: I nominate mrittenb

mrittenb: declined

jnoguera: I nominate Cela.

cela: declined.

[wmoses goes to the front of the room for the questioning period]

cela: Why are you qualified to be the chair?

wmoses: I ran SIPB50 and SIPBW, so I can coordinate large events, I have talked to Mark Silis for SIPBWISP.

emmabat: Do you have any goals as chair?

wmoses: I think that continuing the trend that SIPB is becoming kinder and more welcoming should continue. I think that we should try to make sure that we don't neglect people who come to the first meeting. I want to make sure that SIPB needs to be involved in representing student computing interests.

mcyoung: You are a PhD student, how are you going to manage all the PhD work while still making time for the World's Premiere computing club?

wmoses: I tend to be relatively free most of the day, I also reached the point that I don't need to take any more classes. With the exception of a few things where I have to be somewhere to present a poster, the flexibility of grad school allow me to have time for SIPB.

emmabat: How good are you at delegating?

wmoses: I have been historically known for delegating work in SIPB events/projects, something that SIPB could have a lot more of is to develop a more active role in maintaining institutional memory

achernya: If elected chair, where will you keep the gavel.

wmoses: inside bell #3.

achernya: SIPB has cycles of how successful our projects are. What will you do to make sure that SIPB projects flourish?

wmoses: I think that there are two parts involved in ensuring that, one, we should do well to encourage people to join SIPB and stick with the club. The second is that we need to make sure that the projects are doing what they can to make the projects be something that people want to stay on.

achernya: One thing that we used to do was SIPBwide hackathons, is that something you are thinking of bringing back?

slz: MIT is making this thing called the schwarzman college of computing, how should SIPB get involved?

wmoses: We need to reach out, and ensure the framing makes more sense, this isn't a question of if we should be involved, the question is how we will be involved? We need to ensure that we have meetings with admin for it and keep track of it.

[discussion of institutional funding]

wmoses: I don't think it is out of the realm for SIPB to reach out to try to get UROPs sponsored for SIPB project work, since there is similiar precedent for places like MIC.

achernya: How do you feel about external funding?

mcyoung: something I feel I don't know well, is what kind of problems do you think SIPB has to deal with? what  problems do you think you will think about this coming year?

wmoses: There was no real involvement that the admin made for involvement in the college of computing, while we continue to exist as a service organization, we need to be seen by admin in this capacity.

slz: what do you see as SIPB's role in the institute is, and what do you think it will be in 10 years?

wmoses: for people that are in the room, it is a nice group of people who do a bunch of computing things, there is an external POV where SIPB provides services for people.

mcyoung: What do you think the chair's role is when it comes to the members and keyholders in SIPB.

wmoses: The chair is one of the louder voices in SIPB. By virtue of being the chair, they can be a social and/or techinical head of the organization. [enumerates roles of the chair].

cela: How do you see the relationship between chair and vice-chair?

wmoses: I think that the relationship changes over time, the delegation used to be the chair is the administrative lead and the VC is the technical lead, but I think that distinction is breaking down. There is certain amounts of delegation that will be happening depending on who the VC is, and what they want to do.

slz: SIPB by virtue of it's long history has encountered every computing paradigm, how well has sipb adapted to the current paradigm? and how can we be prepared to embrace the next one.

wmoses: The current paradigm is cloud computing, there are a lot of large commercial and institutional providers. SIPB should be involved in this space, whether that is provide credits, or working on our infrastructure.

achernya: we talked about what you think SIPB should and shouldn't do, but what is your personal goal to overcome?

wmoses: I think that successfully getting our foot in the door will be the first big challenge, relatedly, the biggest challenge is to make sure all the projects that we are running and want to run are sufficiently staffed. At the end of the day, the chair has some sway in the allocation in the people resources.

slz: how available will you be over holidays and the summer?

wmoses: I will be here over summer, I will have a few conferences, and go home over the break, but that should be it.

cela: what is your opinion on the amount of block chain SIPB does?

emmabat: why do you want to be the Chair?

[wmoses is made chair YNA:  9-0-0]

emmabat: congradudolences, you are now the chair elect. Let's move on: [reads description of the Vice Chair].

yczeng: I nominate gshay

npfoss: seconded

gshay: I accept


cela: I nominate mrittenb.

emmabat: I second.

mrittenb I accept.

[begining the questioning period]

gshay: we should continue with the momentum that we started with keeping up the SIPB projects.

cela: What should we focus on?

gshay: We need to keep passing on projects, we need to make sure that people have the technical knowledge

emmabat: Do you think you can work with wmoses as VC?

gshay: I am not enemies with him.

slz: what projects have you worked on at SIPB?

gshay: I worked on the SIPB library, I also work on courseroad.

achernya: what do you think of the interaction between VC and HWOPS?

achernya: How will you ensure the continuity of HWOPS?

gshay: I think this goes along with what I had said, we need to get more people involved and technically trained.

wmoses: How do you help a project that needs a little more love?

...

gshay: I am hoping to be more involved in HWOPS and to try to find something to delegate.

cela: Do you have the ability to say no to people?

gshay: I haven't had to yet at SIPB, but yes.

mcyoung: How do you get new students to poke at old stuff?

gshay: we need to evaluate if that is something we should be doing, and if so then constantly checking in with those working on it.

wmoses: SIPB has an active alumni community that communicates on zephyr, while the students tend to communicate on mattermost, how do you bridge the gaps?

cela: what needs to be different about SIPBs infrastructure 10 years from now?

gshay: I think there are alot of directions we can go, but right now, I

emmabat: why do you want to be the VC?

gshay: I wanted to get involved in being someone that new members can check in with.

[gshay: 10 mrittenb: 0 ]
[gshay is elected Vice Chair]

emmabat: next is the treasurer, [reads description of the treasurer], any questions about being treasurer.

[a nomination fest]

cela: I nominate bds?

emmabat: seconded?

bds: I accept.

npfoss: blockchain?

bds: block chain is an evil art

emmabat: do you know how to file RFPs?

bds: no

wmoses: we will teach you

slz: are you or have you ever been a member of SDS?

bds: no

cela: Have you accounting experience before?

wmoses: is there anything you want to do as treasurer?

cela: should SIPB accept money from Bezos?

wmoses: $2000 remain in the budget.

cela: why do you want to be treasurer.

[BDS is made treasurer: YNA: 9-0-0]

emmabat: time for the election of the secretary [reads the duties of the secretary]

emmabat: I nominate mrittenb.

wmoses: seconded.

mrittenb: I accept.

npfoss: why do you want to be secretary

mrittenb: I would like to contribute to SIPB in an admin capacity.

wmoses: will you make an effort to put the funny things in the SIPB minutes?

mrittenb: Yes.

mcyoung: there is a snide EMACS joke somewhere here.

wmoses: how do you double space in etherpad?

[mrittenb is made secretary: YNA 9-0-0]

It is time for the election of the members at large. [reads the constitutional description] I will write a list of all the elligible members on the board.

The elligible keyholders (and their tallies) are:
    alvareza - declined
    cela 8
    emmabat 8
    jnoguera 6
    kjchen 4
    mtheng 1
    mwnguyen 2
    npfoss 7
    rihn 7
    rsthomp 0
    yczeng 3
    zackpi  2

The following keyholders are made members of the executive
committee:
    cela
    emmabat
    jnoguera
    npfoss
    rihn


The meeting was adjourned at 21:26.

    Minutes taken and submitted by alvareza.