# EXHIBIT 6

Fri, Feb 21, 2020



**wmoses**  1:01 AM

Hello again all, just wanted to get something on folks radar and ask for comment:

after rihn's election there was a keyholder-only discussion about jkoppel and his keyholder status. he's nearing the threshold for nomination, though it was also made clear that he made a number of sipb members quite uncomfortable

This is something we want to take seriously, as it's important to ensure that SIPB (physical and virtual) is a safe space for all its members. However, we also want to make sure to be both transparent and fair.

I was talking with gshay and currently we're thinking about moving forward by sending something like the following out:

[SIPB-Private] Questions about jkoppel keyholdership

Hello all,

You are receiving this email because you are on SIPB private.

There was a closed-door discussion after rihn's keyholder election a few weeks ago about the status of jkoppel. He has been an active member of SIPB for a fair amount of time and has seemingly met the contribution threshold for nomination.

However, in that meeting several keyholders have reported aspects of his behavior that make them uncomfortable engaging with him.

Traditionally, nomination discussions would occur on sipb-private, eventually reaching a consensus for nomination at that time. Due to the nature of the situation, however, the typical procedure seems unwise as it may discourage some keyholders from sharing their thoughts. In its place, we propose the following procedure in an attempt to maintain both SIPB's historic consensus-based approach to nomination and the right of all SIPB members to feel comfortable in its space (both physical and virtual):

- Keyholders will email the chair (sipb-chair@mit.edu) or the EC (sipb-ec-people@mit.edu, this is the non-archived email) with their opinions on jkoppel as they relate to his pontential keyholdership and anything else they believe relevant. When relevant, please include the level of confidentiality of your thoughts (between only you and the chair, can be discussed in a closed door EC meeting, or can be discussed with active keyholders [sipb-private]).
- The EC will discuss jkoppel in a closed door session, and make a recommendation to keyholders.
- If there are no objections to the decision, jkoppel will either be nominated or the Chair will have a private conversation with jkoppel that he is unlikely to be nominated.

Sincerely,
The Chair

what are people's thoughts on this?

[and yes this will likely be an agenda item for our first EC meeting, which skimming the when2meet seems likely to be friday 3/6]



**cela**  1:14 AM

[minor note: you have some tense issues. "keyholders have reported" -> "keyholders reported".]

I'm not sure that we should intend to have the discussion entirely within the EC. I think we should intend to have the discussion on sipb-private, but without necessarily revealing all of the details. I would support, for example, having the chair / the EC provide a summary of the incidents that were reported to them, and then letting keyholders chip in with what they want to share publicly, and provide the option to share things privately with the chair/the EC to be anonymously summarized to the board.

i.e. I don't think the conversation about the right way to move forward should be restricted beyond sipb-private; I do think that it's reasonable for particular reports and pieces of information to be anonymized or partially anonymized (to an extent considered appropriate) and not fully shared with sipb-private.



**wmoses**  1:26 AM

so something like the following?

- Keyholders will email the chair (sipb-chair@mit.edu) or the EC (sipb-ec-people@mit.edu, this is the non-archived email) with their opinions on jkoppel as they relate to his pontential keyholdership and anything else they believe relevant. When relevant, please include the level of confidentiality of your thoughts (between only you and the chair, can be discussed in a closed door EC meeting, or can be discussed with active keyholders [sipb-private]).
- The EC will discuss jkoppel in a closed door session, and make an anonymized report to keyholders.
- Keyholders will discuss jkoppel on sipb-private, where he will either be nominated or the Chair will have a private conversation with jkoppel that he is unlikely to be nominated.

another option is we could simply have a sipb-private discussion where its known that you can email the chair who will anonymously say your thought

WM 000387

 **cela**  1:29 AM
Yes, that's more like I was thinking.

I'm thinking something like the following:

> [SIPB-Private] Questions about jkoppel keyholdership
>
> Hello all,
>
> You are receiving this email because you are on SIPB private.
>
> There was a closed-door discussion after rihn's keyholder election a few weeks ago about the status of jkoppel. He has been an active member of SIPB for a fair amount of time and has seemingly met the contribution threshold for nomination.
>
> However, in that meeting several keyholders reported aspects of his behavior that make them uncomfortable engaging with him.
>
> In the interest of allowing for discussion of this while also respecting the confidentiality of peoples' reports, I and the rest of the EC are happy to serve as "anonymizers" for anything you wish to include in the discussion but don't wish to share with the entire board.
>
> For the sake of understanding, here are some of the incidents that people have discussed with us so far:
>
> - [example]
> - [example]
> - [example]
>
> We're looking to reach consensus on whether or not we should be nominating jkoppel. In the interest of being fair to him, if we decide not to nominate him, the Chair will privately communicate to him that he should not expect to be nominated. My own opinion, given the evidence that I've heard, is that [...]
>
> Sincerely,
> The Chair

 **wmoses**  1:35 AM
I'm a bit hesitant to start the discussion by giving an opinion (or at least one thats not weak) to avoid biasing the discussion too much from the start.

 **cela**  1:36 AM
Okay, then don't include that. But I would encourage including the anonymized versions of incidents that you heard about.

 **wmoses**  1:37 AM
agreed

but otherwise that seems like the most reasonable thing to me [and I especially like the re-affirment/setting precedent that you should feel free to anonymously share things on sipb-private via EC/chair]

[anyone else have thoughts?]

 **cela**  1:41 AM
[I also have lots of nitpicks on minor details about the email's formatting, like the fact that "SIPB private" should be "sipb-private", since it's an email list, but I'll save most of those for later.]
Notably, I don't think we need to explicitly say why people are receiving the email, or tag it in the subject, because we should just send it To: the list.

 **wmoses**  1:46 AM
yeah the original email was intended as a bcc to sipb-private, hence being explicit how it was received

 **cela**  1:47 AM
Yeah.

 **wmoses**  2:52 AM
[current draft/thoughts below, comment at your leisure]

WM 000388


**wmoses** 2:58 AM
Questions about jkoppel keyholdership

Hello all,

There was a closed-door discussion a few weeks ago about the status of jkoppel. He has been an active member of SIPB for a fair amount of time and has seemingly met the contribution threshold for nomination.

However, in that meeting several keyholders reported aspects of his behavior that make them uncomfortable engaging with him.

In the interest of allowing for discussion of this while also respecting the confidentiality of peoples' reports, I am happy to serve as an "anonymizer" for anything you wish to include in the discussion but don't wish to share with the entire board.

For the sake of understanding, here are some of the incidents that people have discussed with us so far:

- Claiming a female keyholder was overreacting to street harassment
- Public Zephyr conversations arguing that it would be sexist against men to connect issues relating to the Epstein scandal to sexism against women
- Repeatedly making comments that make others feel inferior
- Repeatedly initiating physical contact with parties who have requested that he does not do so

We're looking to assess what keyholders' thoughts regarding nominating jkoppel are. In the interest of being fair to him, if consensus to nominate him is not reached, the Chair will privately communicate to him that he should not expect to be nominated.

Sincerely,
The Chair

(edited)


**cela** 1:23 PM
I think there's some room to workshop how we summarize those incidents?


**mrittenb** 1:48 PM
I'm not sure this version makes it clear that you can send thoughts to the chair without sharing them with the entire EC, maybe you want to say that explicitly?


**wmoses** 5:57 PM
 [revised anonymizer per mrittenb comment]

and I agree, any comments on what we want to aim for regarding the summaries


**gshay** 5:59 PM
the third one might be too vague

 1


**cela** 5:59 PM
[I'm sufficiently emotionally burned out today that I can't comment much, but I'll try to take a closer look tomorrow.]

Sun, Feb 23, 2020


**wmoses** 8:04 PM                                                                                                                        ↩ 1
Bump @all if you have comments


**gshay** 9:01 PM
I would make the second one clearer and start with a verb for consistency.  Something like "Argued in a public zephyr conversation against a call for accountability following the Epstein scandal by claiming it was sexist against men"


**cela** 9:02 PM
Definitely think we need a little more specificity on the third bullet point

WM 000389



**cela** 9:09 PM

Here's some wording tweaks that might be better:

> For the sake of understanding what kinds of behavior he exhibits that have made people uncomfortable around him:
> - Arguing that a female keyholder was overreacting in complaining about street harassment
> - Repeatedly initiating physical contact with someone who had specifically told him to stop doing so
> - Arguing in a public zephyr conversation that it was sexist against men to treat the Epstein scandal as a sign of a gendered cultural problem
> - Repeatedly using degrading language about other SIPB members to make them feel inferior

I would need confirmation that this wording doesn't mischaracterize the bullet points besides the Epstein one

ALSO, I'm assuming you all know this, but just to make sure we're on the same page, since we have newer people: the things we talk about in this Executive Committee channel should generally remain confidential; please do not share chatlogs or information from here without asking first.



**wmoses** 9:52 PM

I can confirm that those rewrites seem to accurately characterize the information I've been given



**npfoss** 11:26 PM                                                                                                                1

Commented on **wmoses**'s message: **Bump @all if you have comments**

> I've been following and agree strongly with all opinions thus far. Thanks for addressing this, it is very important

---
Mon, Feb 24, 2020
---



**cela** 12:06 PM

We might also want to include a line about not sharing the information on the thread with anyone who isn't a keyholder without permission from the person who shared it.

👍 2

(and *especially* not jkoppel)



**wmoses** 12:56 PM  

Questions about jkoppel keyholdership

Hello all,

There was a closed-door discussion a few weeks ago about the status of jkoppel. He has been an active member of SIPB for a fair amount of time and has seemingly met the contribution threshold for nomination.

However, in that meeting several keyholders reported aspects of his behavior that make them uncomfortable engaging with him. Like all discussions on sipb-private, topics discussed in this thread should remain between keyholders.

In the interest of allowing for discussion of this while also respecting the confidentiality of peoples' reports, I am happy to serve as an "anonymizer" for anything you wish to include in the discussion but don't wish to share with the entire board.

For the sake of understanding, here are some of the incidents that happened in roughly the past year that people have discussed with us so far:

- Arguing that a female keyholder was overreacting in complaining about street harassment
- Repeatedly initiating physical contact with someone who had specifically told him to stop doing so
- Arguing in a public Zephyr conversation that it was sexist against men to treat the Epstein scandal as a sign of a gendered cultural problem
- Repeatedly using degrading language about other SIPB members to make them feel inferior

We're looking to assess what keyholders' thoughts regarding nominating jkoppel are. In the interest of being fair to him, if we do not reach consensus to nominate him, the Chair will privately inform him that he should not expect to be nominated.

Sincerely,
The Chair

(edited)

WM 000390

 **wmoses** 1:33 PM
If you all have further thoughts please lmk before tomorrow morning (intend on sending out Tues/Weds)

 **cela** 5:49 PM
Wording feels weird here: "In the interest of being fair to him, if consensus to nominate him is not reached, the Chair will privately communicate to him that he should not expect to be nominated."

Is it that we need to reach consensus on not nominating him or not reach consensus on nominating him?

 **wmoses** 9:30 PM
the advice I was given regarding this earlier was that we nominate him iff we reach consensus => not reaching consensus on nominating him results in the conversation

 **jnoguera** 9:31 PM
I feel like it's important to convey the recency of these actions, i.e. was it like within the last 6 months or like 3 years ago.

 **wmoses** 9:34 PM
I can see that, but to better understand, what's your reasoning? (e.g. we dont want to take someone to trial for something that happened long ago and moral statute of limitations has passed?)

 **jnoguera** 9:39 PM
Different people have different amount of times they hold grudges/withhold trust for. And also your example.

 **wmoses** 9:50 PM
I've edited the above with ones I know offhand, I'm not entirely sure how to best integrate this information if you have suggestions (can also be said if brought up in the course of the discussion)

my impression about the first bullet is that was longer ago

 **gshay** 9:51 PM
If they are all within the past few months it might make sense to state that right before the list

 **wmoses** 9:52 PM
I'm not certain but fairly sure the first bullet is around a year ago or a bit more

 **jnoguera** 9:55 PM
I think it's fair to say all of these have happened within a year and implement it with gshay's suggestion.
(edited)

 **wmoses** 9:59 PM
modified above per @jnoguera and @cela 's comments

---
Tue, Feb 25, 2020

 **gshay** 7:59 PM
@channel Bump on this https://whenufree.io/9adhrb, will be scheduling meeting tomorrow

---
Wed, Feb 26, 2020

 **wmoses** 4:14 PM
@channel  if you're not presently signed up on MIT engage under sipb please do so asap so we can give you the requisite room reservation/officer/financial signatory bits as appropriate (https://engage.mit.edu/actioncenter/organization/sipb)

 **cela** 7:20 PM
More thoughts re: the thread that I don't think I'm quite ready to share publicly yet:

The comment that he isn't the only person whose presence is causing people to be uncomfortable and not come to SIPB implies that we may need to have this same conversation about others. I'm not sure exactly who those people would be, but that would be worth figuring out. Maybe also come up with a process to deal with this in general.
(edited)

Honestly the fact that we waited to deal with him for long enough that someone left reflects badly on us.

 **npfoss** 7:35 PM
I agree on both counts, and with what you said in your email. In general I'm in favor of giving people one cycle of feedback then a chance to improve, but it sounds like that cycle has happened informally already, possibly several times.

 **gshay** 8:05 PM
I'm also worried about this being/becoming a systemic problem.  How would people feel about some sort of anonymous complaint system?


 **mrittenb** 8:10 PM
I agree with what Cel said, and personally I wish I had known about what jkoppel has done earlier.

 **bds** 8:42 PM
I think some sort of anonymous complaint system would be good. It is really concerning that this seems to have been going on for a long time without any discussion.

 **wmoses** 9:19 PM
I haven't voiced my personal opinions on the matter yet to ensure that people feel comfortable sharing with me, but here's my immediate thoughts (with additional information of quite a large number of private replies about )

The evidence/sentiment is quite overwhelming that he should not be a keyholder, further like Cel, I think this further merits a separation of Jimmy from SIPB

I've in fact had many people say without prompting that I should even be explicit in saying the reason for this is because of how he makes women uncomfortable (thereby setting concrete precedent), and offering advice on how to have that conversation

Going outside the immediate task at hand I agree this very much merits the creation of anonymous support systems/explicit ways people can voice either to the chair or otherwise

It's also quite clear from the number of individual responses that on sensitive matters (especially that of harassment), it's quite hard to speak out freely and we need to make sure we have systems in place that make it as easy as possible to do so, lest we effectively silence people

This is certainly going to be a topic of discussion for the EC meeting and I would recommend everyone do some brainstorming in advanced of how we go about this

Regarding the potential other member referenced by the first anonymous person who made her friend uncomfortable, after the conclusion of the current discussion (or when seems best contextually), I'm going to reach out if she is willing to share more with me

 **cela** 9:36 PM
Agreed on all of that.

We might see if there are resources at MIT who we could reach out to about recommendations re: setting up better policies.

--- Thu, Feb 27, 2020 ---

 **wmoses** 2:21 PM
I've also been given some more dramatic information privately that has been explicitly requested to not be shared that I think merits immediately having this conversation

Moreover, I've been made aware that some folks, previously not having been made uncomfortable, are now slightly worried about interacting with jkoppel

Given the information shared publicly, do I have the backing of the EC to have the conversation with jkoppel (after emailing the thread)  @channel

 **emmabat** 2:40 PM
I support immediate conversation

WM 000392

 **gshay** 2:41 PM
I also support this.  It seems that it has become a matter of urgency given the new information.

 **emmabat** 2:44 PM
Just to clarify, is this also escalating to a request for jkoppel to immediately disengage rather than just warning him he won't likely be keyholdered?

 **wmoses** 2:44 PM
Yes

 **bds** 2:46 PM
I also support this. This has clearly gone much further than any of us expected, and so I think it is more than justified.

 **emmabat** 2:46 PM
Ok. If it's at that level, then I'm even more in favor of a conversation as soon as reasonable

 **mrittenb** 2:54 PM
I also support immediate conversation.

 **wmoses** 3:28 PM
Draft email (to be sent out asap):

Hi all,

It is clear from this conversation (most of which was through individual replies to me), that jkoppel should not be nominated for keyholdership. Moreover, given the severity, consistency, and widespread nature of his interactions, the EC has concluded that we should request jkoppel to refrain from participating in SIPB any more. I will notify this thread when I have had this conversation with jkoppel.

This decision was not taken lightly, but is a necessity that reflects the vast majority of people who took part in this discussion (again mostly through individual replies). He has also been given several opportunities to change his behavior, and failed to do so. I am sad that this is something that our members had to endure, and SIPB will take a strong stance against sexual harassment.

This discussion has also made it clear that SIPB needs to do better to be a safe environment for everyone to take part in. Specifically, we need to establish mechanisms that make it easy for members to come forward when they are made uncomfortable. This is a topic that we will discuss at length at the next EC meeting and I would encourage all members to contribute their ideas.

SIPB is not just a club of those who care about computing, but it is first and foremost a community where everyone should feel safe and supported. If something ever makes you uncomfortable, or you simply have ideas for ways we as an organization could improve, you can always share them with me or any member of the EC.

Yours,
The Chair

(edited)

 **gshay** 3:39 PM

> Even though I am sad that this is something that our members had to endure, I am quite proud of SIPB for taking a strong stance against sexual harassment.

I am not sure the tone of this is quite right but can't really put my finger on why

I would also perhaps include that he has already been told to stop multiple times, which helps explain why we are taking such drastic action as opposed to simply not nominating for keyholdership

 **mrittenb** 3:43 PM
Maybe we should add something about what people should do if he comes to SIPB after being told to leave. Hopefully he won't, but it might be worth discussing.

 **bds** 3:46 PM
Really, I think that SIPB should probably have some sort of list of personae non gratae, because it seems there are a few at least.

WM 000393


**wmoses** 3:54 PM
@gshay tone revised above; and do you feel the use of consistency doesnt reflect being told to stop or should we be even more explicit?


**gshay** 3:56 PM
I think we should be more explicit because consistency could still mean he was never told what he was doing was wrong, which is not the case here


**wmoses** 4:13 PM
@gshay take another look (modified second paragraph)


**emmabat** 4:30 PM
The "I am glad..." phrase is better but still seems a little off, I don't quite know how to fix it either though. And last sentence "you should always feel free" should maybe be more like "I hope everyone feels comfortable/safe sharing"
Otherwise looks ok to me


**bds** 4:33 PM
Maybe something like "It is regrettable that this is something our members had to endure, so we plan to take a strong stance against sexual harassment."


**wmoses** 4:34 PM
My thoughts on ending with you should feel free is more so to further emphasize you can (since it seems this may not have been the case historically)
@bds i like your rephrase, incorporated above (lmk what you think)


**emmabat** 4:41 PM
+1 to bds phrasing
I guess my concern with the "should" phrasing is that it seems to maybe put more onus on members for not coming to us sooner rather than expressing our desire to be viewed as safe to confide in, but I also might be overthinking it


**mrittenb** 4:45 PM
Maybe "please feel free" does that less?


**wmoses** 4:47 PM
rephrased, take another look/thoughts?
 4


**mrittenb** 4:49 PM
Maybe change "interactions" to "negative interactions"?
But that's minor, I think the email looks good


**cela** 5:01 PM
Sounds good to me.


**cela** 5:08 PM
@wmoses how many more approvals are you looking for before taking action?


**wmoses** 5:51 PM
I have just finished the long conversation with jkoppel and we should not expect further interactions between him and SIPB
I will be sending out the email shortly, removing his alumni "evil ex" from the conversation per his request


**cela** 5:52 PM
??

WM 000394

**wmoses** 5:53 PM
I have also been made aware he has previously made a report to Office of Student Citizenship (OSC) about someone mischaracterizing Zepyher comments; if anyone hears from them direct them to me

**cela** 5:53 PM
😐

**bds** 6:37 PM
Thank you for taking action on this so promptly. I'm sure we all realize that this is not an easy thing to do.
👍 1

**cela** 6:43 PM
Mitch points out that it was supremely awkward last night during the scripts meeting because of the email going out to sipb-private.
(edited)

**mrittenb** 6:52 PM
Like Ben said, thank you for responding quickly.

**cela** 6:56 PM
++

**wmoses** 7:01 PM
The EC meeting will be next friday 3/6 from 4-6pm

---
Fri, Feb 28, 2020
---

**wmoses** 3:39 PM
jkoppel seems to have required a reminder thwack today (he chatted asking about things, which I dealt with hopefully leaving him on no uncertain terms); again if there is anything that comes up from this please forward to me

I'm also going to be arranging a meeting with emma and I to meet with ed bertschinger (really nice physics prof, used to run ICEO, I know well, etc) to talk about ways that we can help sipb provide a culture/environment where all are welcome. I'd like another member of the EC to join in if possible to try to get everyone experience with these sorts of meetings (poke me if you'd like to join)

**cela** 3:44 PM
What kind of thwacking...?

**wmoses** 3:46 PM
Screen Shot 2020-02-28 at 3.45.49 PM.png ▾



WM 000395

 wmoses  3:46 PM
Screen Shot 2020-02-28 at 3.45.49 PM.png


 cela  3:48 PM
I see; thanks for the clarification.
(edited)

 wmoses  3:50 PM
[to be clear the pieces he alludes to separately were all had in the first in person conversation with him]
Final bit: I think we should have some sipb-related social event shortly; what are people's thoughts on having a food mob after next monday (and in relative future a "sipb project fair" or hackathon)
 👍 6

 cela  3:52 PM
++

---

Sun, Mar 01, 2020

 mrittenb  8:51 PM
I have a couple questions about being secretary. First, the how-to-be-secretary document says I should be added to sipb-acl. If this is correct, can someone add me? Second, which of the various list of keyholders are supposed to be up to date? There's an extremely out of date 'active-members' in /mit/sipb/admin/secretary, and a mostly but not completely correct list in /mit/sipb/admin/text/members/members_and_prospectives, and then the list on our website and then the mailing list sipb-keyholders / sipb-members.

 wmoses  8:57 PM
I just got added myself a few days ago, and have now added you
Apparently sipb-full-members (which should be renamed sipb-student-keyholders) should contain all current student keyholders
sipb-members==sipb-keyholders should contain all keyholders (past and present)
our website should probably be equal to sipb-full-members, but is not
members_and_prospectives apparently should (currently) be up to date and is the canonical source of truth
I don't know about the active-members bit

WM 000396

 **mrittenb** 9:06 PM
gshay and mwnguyen are both prospectives in members_and_prospectives. sipb-full-members has lots of people I don't know, are they current students I just haven't met? Also andersk is on it and I'm pretty sure he's not a current student. If the website and sipb-full-members conflict, which should I trust? What about sipb-members and members_and_prospectives (I'm guessing sipb-members)?

 **mrittenb** 10:15 PM
And there are a lot of people listed as members in members_and_prospectives who are not on sipb-keyholders

 **wmoses** 11:43 PM
I think there's a lot of pruning of sipb-full-members/website having people who were student keyholders but now no longer students; honestly for this I feel like the best thing is to do an mit web/ldap search and see if they're listed as a student

We should fix that about members_and_prospectives, and I'm not entirely certain who to trust (but think you're right). If the diff isn't too large something that almost certainly should work is a look through the past minutes

Perhaps this is something you, angel, I, and whomever else can look at around tomorrows meeting

 **mrittenb** 11:58 PM
There are 7 people on sipb-members but not in members_and_prospectives, and dozens of people who are members in the file but not on the list, unless I am diffing them incorrectly which is very possible. Looking at it next meeting seems like a good idea, although I might not be able to stay long.

Mon, Mar 02, 2020

 **cela** 11:16 AM
We should send out our public email about jkoppel.

 **cela** 11:30 AM
I think there are a few things we want to include:
- That we decided to remove him
- Who was involved in the decision (i.e. the keyholdership)
- The basic outline of what incidents occurred (at the level of "widely made people uncomfortable with behavior that was continued despite being told to stop")
- The parameters of his ban (i.e. non-participation in SIPB-affliliated events and projects, non-presence in SIPB-related spaces)
- An explanation that this was somewhat exceptional; that we are committed to making SIPB a safe space, and that we expect to deal with garden-variety misbehavior in less rigid ways, only escalating to a ban in cases of egregious behavior or behavior that is continued after being warned to stop it.

 **cela** 11:36 AM
I mention this now because I hear there are a bunch of hard conversations happening in different groups about handling these sorts of things, and I want people to recognize that at least one group is willing to make these hard decisions.

 3

I also want public discussion of jkoppel's removal to be possible; currently keyholders may not feel comfortable discussing it, because it's not public info.

 **wmoses** 1:14 PM
First draft (apologies on delay as was emergency getting out of denver this weekend bc conference cancelled from coronavirus concerns)

Ensuring SIPB is a place everyone is comfortable

Hello all,

I am writing to let you know about a hard conversation that SIPB keyholders had this past week about SIPB member Jimmy Koppel (jkoppel).

Many keyholders shared stories about how he had made them extremely and justifiably uncomfortable, which continued in spite of requests to stop. Given the severity, consistency, and widespread nature of his interactions, we have requested that jkoppel refrain from participating in SIPB any more (interacting in SIPB spaces, participating in SIPB projects & events, etc). I have already spoken with jkoppel informing him of this, which he has agreed to.

This decision was not taken lightly, but is a necessity that and reflects both the need for SIPB to be a place where everyone is comfortable and the will of the current keyholders.

 **wmoses**  1:14 PM

First draft (apologies on delay as was emergency getting out of denver this weekend bc conference cancelled from coronavirus concerns)

Ensuring SIPB is a place everyone is comfortable

Hello all,

I am writing to let you know about a hard conversation that SIPB keyholders had this past week about SIPB member Jimmy Koppel (jkoppel).

Many keyholders shared stories about how he had made them extremely and justifiably uncomfortable, which continued in spite of requests to stop. Given the severity, consistency, and widespread nature of his interactions, we have requested that jkoppel refrain from participating in SIPB any more (interacting in SIPB spaces, participating in SIPB projects & events, etc). I have already spoken with jkoppel informing him of this, which he has agreed to.

This decision was not taken lightly, but is a necessity that and reflects both the need for SIPB to be a place where everyone is comfortable and the will of the current keyholders.

This circumstance and required response was quite exceptional and also reflects a need for SIPB to do better to be a safe environment for everyone. Specifically, we need to establish mechanisms that make it easy for members to voice their concerns when they are made uncomfortable as this had apparently gone on for some time. At minimum, we need to introduce some sort of anonymous reporting as keyholders only felt comfortable sharing anonymously or just to the chair. We will discuss this at the next EC meeting on 3/6 and I would encourage all members to contribute their ideas.

SIPB is not just a club of those who care about computing, but it is first and foremost a community where everyone should feel safe and supported. If something ever makes you uncomfortable, or you simply have ideas for ways we as an organization could improve, you can always share them with me or any member of the EC. We will respect any requests for confidentiality, including not sharing with other EC members.

Sincerely,
The Chair
(edited)

I'm personally unsure how many specifics I should give about the misconduct to all (like how I said I SIPB will take a strong stance against sexual harassment in keyholder email)

 **npfoss**  1:18 PM

It might be good to tack on to the last paragraph something like "and members of the EC will respect any requests for confidentiality, even within the EC"

 **wmoses**  1:19 PM   1

I'm also unsure (tentatively decided not) if I should include a sentence saying how this had apparently gone on for some time, and keyholders only felt comfortable sharing anonymously or just to the chair

 **npfoss**  1:19 PM

And I don't think more specifics are needed

 **npfoss**  1:20 PM   1

Commented on **wmoses**'s message: *I'm also unsure (tentatively decided not) if I should include a sentence saying how this had apparently gone on for some time, and keyholders only felt c...*

> I'm on the fence about that too. If we were to say something, maybe an apology to the group that it took too long for us to take action would be warranted

 **wmoses**  1:23 PM

This circumstance and required response was quite exceptional and also reflects a need for SIPB to do better to be a safe environment for everyone. Specifically, we need to establish mechanisms that make it easy for members to voice their concerns when they are made uncomfortable as this had apparently gone on for some time. At minimum, we need to introduce some sort of anonymous reporting as keyholders only felt comfortable sharing anonymously or just to the chair. We will discuss this at the next EC meeting on 3/6 and I would encourage all members to contribute their ideas.
(edited)

This is how I might rephrase to include that

 **wmoses**  1:29 PM  

Also what specific audience do people think we should go for (sipb-all ["general sipb folks"], sipb-office ["all sipb keyholders in area and members/prospectives "], sipb-staff + sipb-prospectives-2019 + sipb-prospectives-2020 ["keyholders around the area + recent members"], etc )
(edited)



WM 000398

 **wmoses** 1:29 PM
Also what specific audience do people think we should go for (sipb-all ["general sipb folks"], sipb-office ["all sipb keyholders in area and members/prospectives "], sipb-staff + sipb-prospectives-2019 + sipb-prospectives-2020 ["keyholders around the area + recent members"], etc )
(edited)

1

 **wmoses** 1:48 PM
I'm also not 100% on including jkoppel by name but given circumstances I feel it necessary (plz share thoughts if you have them)

 **emmabat** 2:44 PM
I agree that under circumstances it is necessary to include his name

 **emmabat** 3:44 PM
looks good to me...I tentatively think it should go to sipb-office, as we do want this to be pretty general knowledge so people act accordingly. For historical comparison, that was the list I sent the Matt Stephenson email to, and that was the list ikdc announced the revocation of jhawk's membership to
(edited)

 **cela** 5:07 PM
I think it's necessary to include his name, and I think it should go to sipb-office.
I might even include his name in the subject of the email
I'm unsure about this, but:
> SUBJECT: Notice of removal of jkoppel from SIPB

I might also s/uncomfortable/deeply uncomfortable in his interactions with them/
(edited)
At some point, we may want to make it explicitly clear that we don't expect someone's first sign that they're doing something wrong to be "oh you're banned from SIPB"; we should make it clear that people always receive some sort of warning except in the case of especially egregious behavior. I don't know that this goes in this email, though.

1

 **wmoses** 5:42 PM
I do want the subject to include something more general as well; though I don't want to thus imply all of that is jkoppel

1

 **cela** 6:12 PM
That's fine; but I think it needs to have a subject that will catch the eye of people who his presence may have pushed out.

 **wmoses** 7:10 PM
Potential subject: Removal of jkoppel from SIPB and Making SIPB a welcoming place
(edited)
And @cela revised per string replacement

Wed, Mar 04, 2020

 **wmoses** 1:00 PM
 Would anyone like to write/send out a sipb food mob email?

 **npfoss** 5:38 PM
sure
we allocated for "student keyholders and new members", right? (as opposed to all keyholders, or all members)

WM 000399