# EXHIBIT 7



Billy Moses <taekwonbilly@gmail.com>

## Questions about jkoppel keyholdership
28 messages

**William Moses** <wmoses@mit.edu>                                            Wed, Feb 26, 2020 at 4:21 PM
To: sipb-private <sipb-private@mit.edu>

Hello all,

There was a closed-door discussion a few weeks ago about the status of jkoppel. He has been an active member of SIPB for a fair amount of time and has seemingly met the contribution threshold for nomination.

However, in that meeting several keyholders reported aspects of his behavior that make them uncomfortable engaging with him. Social integration is a key aspect of keyholdership and it is also all of our duty to ensure everyone feels comfortable in SIPB spaces (both physical and virtual). Like all discussions on sipb-private, topics discussed in this thread should remain between keyholders.

In the interest of allowing for discussion of this while also respecting the confidentiality of peoples' reports, I am happy to serve as an "anonymizer" for anything you wish to include in the discussion but don't wish to share with the entire board.

For the sake of understanding, here are some of the incidents that happened in roughly the past year that people have discussed with us so far:
* Arguing that a female keyholder was overreacting in complaining about street harassment
* Repeatedly initiating physical contact with someone who had specifically told him to stop doing so
* Arguing in a public Zephyr conversation that it was sexist against men to treat the Epstein scandal as a sign of a gendered cultural problem
* Repeatedly using degrading language about other SIPB members to make them feel inferior

We're looking to assess what keyholders' thoughts regarding nominating jkoppel are. In the interest of being fair to him, if we do not reach consensus to nominate him, the Chair will privately inform him that he should not expect to be nominated.

Sincerely,
The Chair

**lkdc@mit.edu** <lkdc@mit.edu>                                               Wed, Feb 26, 2020 at 4:29 PM
To: William Moses <wmoses@mit.edu>

My opinion is that based on those incidents he should not be nominated for keyholdership.

Lily
[Quoted text hidden]

**Anna Glasgall** <glasgall@mit.edu>                                          Wed, Feb 26, 2020 at 4:37 PM
To: William Moses <wmoses@mit.edu>

[Quoted text hidden]
Hi,

I am obviously cruft and my voice matters less here than the actual students who are much more active in the organization. But the totality of these incidents add up to the picture of someone who should _not_ be a SIPB keyholder to me. We as an organization still have a lot of work to do to overcome old stereotypes and nominating someone who behaves in this fashion would be a very large step backwards.

thanks,

Anna Glasgall

[Quoted text hidden]

---

**Andrea Carney** <acarney@mit.edu>  　　　　　　　　　　　　　　　　　　　Wed, Feb 26, 2020 at 4:52 PM
To: William Moses <wmoses@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

All of these are very problematic, but the thing that brings me most concern is initiating physical contact *after being asked to stop.* At a minimum that displays a fundamental unwillingness to engage socially in a respectful manner. It demonstrates to me that when he makes further missteps (as all of us will) he is unlikely to take responsibility for them, respond well to feedback, or use the experience to do better in the future. On that alone, I don't think you can count someone as being socially integrated.

[Quoted text hidden]

---

**Chelsea Voss** <csvoss@mit.edu>  　　　　　　　　　　　　　　　　　　　Wed, Feb 26, 2020 at 4:53 PM
To: William Moses <wmoses@mit.edu>

Hey William,

Just wanted to send a quick private thank-you. Thank you so much for sending out this email and for doing this delicate, but highly important, work.

Best,
Chelsea Voss '15

[Quoted text hidden]

---

**Catherine Zeng** <yczeng@mit.edu>  　　　　　　　　　　　　　　　　　　　Wed, Feb 26, 2020 at 5:27 PM
To: William Moses <wmoses@mit.edu>

Jimmy definitely makes me extremely uncomfortable. He often tries to single me out to talk to and makes it very hard to leave. He also tries to touch me in "socially acceptable" ways as much as possible in a very disturbing way. For example, once I made a sarcastic comment and he said something like "you're so funny" and slapped my arm.

One of my best friends has said that Jimmy is one of the reasons (among another creepy dude) she doesn't come to SIPB.

Please anonymize this.

On Wed, Feb 26, 2020 at 4:22 PM William Moses <wmoses@mit.edu> wrote:
[Quoted text hidden]
--
Catherine Zeng | czeng.org
Massachusetts Institute of Technology
Department of Electrical Engineering and Computer Science

---

**William Moses** <wmoses@mit.edu>  　　　　　　　　　　　　　　　　　　　Wed, Feb 26, 2020 at 5:32 PM
To: Catherine Zeng <yczeng@mit.edu>
Cc: William Moses <wmoses@mit.edu>

Hi,

I'm so sorry to hear that =/, and can do.

May I email the entire excerpt or would you like me to summarize it?

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>  　　　　　　　　　　　　　　　　　　　Wed, Feb 26, 2020 at 5:38 PM
To: William Moses <wmoses@mit.edu>
Cc: Catherine Zeng <yczeng@mit.edu>, William Moses <wmoses@mit.edu>

WM 000371

Also would you prefer I say this came from an anonymous key holder, an anonymous female key holder, or an alternate choice.

[Quoted text hidden]

---

**Brian Chen** <bpchen@mit.edu>                                             Wed, Feb 26, 2020 at 5:46 PM
To: William Moses <wmoses@mit.edu>

(not replying-all) Although I don't think I have personally had negative experiences interacting with jkoppel, several people I trust have told me that they have had uncomfortable interactions with him similar to the incidents described. At least one may have stayed away from SIPB due in part to jkoppel's presence (I haven't asked them about sharing this so I guess this report is doubly anonymized...). I think jkoppel should not be nominated for keyholdership. However, if this is the consensus we reach, I think it is very important and fair that the Chair inform him of this. Based on some limited perspective, I don't think jkoppel is unwilling to take responsibility or learn from feedback, but I think the feedback needs to be more direct and specific than it is for most people.

I know this is usually a hard conversation to have with any member, so I wanted to thank you in advance for handling it. Good luck.

Yours truly,
Brian Chen

On Wed, Feb 26, 2020 at 4:22 PM William Moses <wmoses@mit.edu> wrote:
[Quoted text hidden]

---

**Catherine Zeng** <yczeng@mit.edu>                                         Wed, Feb 26, 2020 at 5:52 PM
To: William Moses <wmoses@mit.edu>

Anonymous female keyholder? I typed this as a stream of consciousness so maybe paraphrase it haha. I don't really care as long my name's not attached.

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                          Wed, Feb 26, 2020 at 5:57 PM
To: Catherine Zeng <yczeng@mit.edu>
Cc: William Moses <wmoses@mit.edu>

If it's okay with you do you mind if I sent the excerpt (it's just a tad more powerful saying from an anonymous rather than me paraphrasing an anonymous). If not, how would you like me to paraphrase?

[tentative draft]

From an anonymous female keyholder:

"Jimmy definitely makes me extremely uncomfortable. He often tries to single me out to talk to and makes it very hard to leave. He also tries to touch me in 'socially acceptable' ways as much as possible in a very disturbing way. For example, once I made a sarcastic comment and he said something like 'you're so funny' and slapped my arm.

One of my best friends has said that Jimmy is one of the reasons (among another creepy dude) she doesn't come to SIPB."

[Quoted text hidden]

---

**Catherine Zeng** <yczeng@mit.edu>                                         Wed, Feb 26, 2020 at 6:04 PM
To: William Moses <wmoses@mit.edu>

Sure

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                          Wed, Feb 26, 2020 at 6:06 PM
To: Andrea Carney <acarney@mit.edu>
Cc: William Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

> From an anonymous female keyholder:
>
> "Jimmy definitely makes me extremely uncomfortable. He often tries to single me out to talk to and makes it very hard to leave. He also tries to touch me in 'socially acceptable' ways as much as possible in a very disturbing way. For example, once I made a sarcastic comment and he said something like 'you're so funny' and slapped my arm.
>
> One of my best friends has said that Jimmy is one of the reasons (among another creepy dude) she doesn't come to SIPB."

[Quoted text hidden]

---

**Karen Sittig** <kasittig@gmail.com>                                                                    Wed, Feb 26, 2020 at 6:22 PM
To: William Moses <wmoses@mit.edu>

Hey - I graduated in 2012 / 2013 but wanted to offer a bit of advice. I'm a card-carrying cis female who works in tech and has dealt with a lot of this kind of thing.

IMO you should make it clear to Jimmy that the reason that you're not offering him membership is due to his behavior towards the women in the office. First off, this will make it clear that there's an actual reason and not just that "people don't like him". You have specific examples of behaviors that you can point to if he argues with you.

Secondly, it communicates that you as a leader have the backs of the women in your organization and they won't have to tiptoe around things. Maybe he'll learn and change! Maybe he'll get angry about how women are snowflakes or whatever and you'll know that you made the right decision. Regardless though, definitely don't let this guy into your organization.

Happy to give you a pep talk / practice delivering feedback if you'd like - I do a lot of mediation through Burning Man stuff and also have professional experience with people management. My schedule is a little spotty but I definitely have time for a video chat or phone call and could also come to the SIPB office sometime in two weeks if you'd prefer to meet in person.

-kasittig

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                    Wed, Feb 26, 2020 at 6:44 PM
To: William Moses <wmoses@mit.edu>
Cc: Andrea Carney <acarney@mit.edu>, William Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

From an anonymous keyholder:

"I've definitely noticed jkoppel making people uncomfortable, not just in SIPB. My concern, though is specifically about grow. For all (or at least most) of us right now, if we do something that upsets someone else, we're receptive to understanding that, reflecting, and fixing our mistakes. That's growth. I get the sense that jkoppel doesn't think that what they're doing is a mistake that needs to be fixed. It's really hard to get them to empathetically realize that they've hurt someone and need to do better. Instead, I notice that they tend to go the route of, "well, I'm not wrong, I'm just trying to do good, you're being too sensitive" (this is a summary of a few different interactions).

I don't think that jkoppel has a merit problem, but if they're to be a social contribution to SIPB, that attitude really needs to change. And I don't think it's incumbent on us to fix it for them. But perhaps they can learn and grow on this matter, and if they do and others are not already viscerally afraid of them, it's possible that a future version of this discussion would be more in their favor."

[Quoted text hidden]

---

**Alex Dehnert** <adehnert@mit.edu>                                                                    Wed, Feb 26, 2020 at 6:50 PM
To: William Moses <wmoses@mit.edu>

I think an acquaintance mentioned in a conversation several months back that Jimmy had made her uncomfortable. I don't recall much in the way of details (and it's possible that Jimmy isn't actually the right person, although something else matches that reassures me I'm remembering correctly). It seems plausible my acquantance is the same as the "best friend" below -- I think she left some group because of him.

I could probably check in with her for more information if that'd be useful, but it's probably helpful if I can forward this thread to provide context...

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                Wed, Feb 26, 2020 at 6:59 PM
To: Alex Dehnert <adehnert@mit.edu>

If your friend feels comfortable, perhaps the best course of action would be for your friend to speak with me and I can appropriately anonymize it if she'd like to share?

Also, since this thread is on sipb-private I don't think you should forward it outside of SIPB keyholders.

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                Wed, Feb 26, 2020 at 7:01 PM
To: Karen Sittig <kasittig@gmail.com>
Cc: William Moses <wmoses@mit.edu>

Hi Karen,

Thanks so much for reaching out.

I would greatly appreciate practicing the conversation with you in a week or two if that works for you?

Cheers,
Billy

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                Wed, Feb 26, 2020 at 7:05 PM
To: Lily Chung <lkdc@mit.edu>
Cc: William Moses <wmoses@mit.edu>

I'm assuming this is an individual comment to me, but let me know if you'd like me to anonymously share to sipb-private.

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                Wed, Feb 26, 2020 at 7:10 PM
To: Anna Glasgall <glasgall@mit.edu>

Thanks for sharing!

> I'm assuming this is an individual comment to me, but let me know if you'd like me to anonymously share to sipb-private.

[Quoted text hidden]

---

**Andrea Carney** <acarney@mit.edu>                                                               Wed, Feb 26, 2020 at 7:19 PM
To: William Moses <wmoses@mit.edu>
Cc: Andrea Carney <acarney@mit.edu>, sipb-private <sipb-private@mit.edu>

On Wed, Feb 26, 2020 at 6:44 PM William Moses <wmoses@mit.edu> wrote:
> From an anonymous keyholder:
>
> if they're to be a social contribution to SIPB, that attitude really needs to change. And I don't think it's incumbent on us to fix it for them.

I wholeheartedly agree.

> But perhaps they can learn and grow on this matter, and if they do and others are not already viscerally afraid of them, it's possible that a future version of this discussion would be more in their favor."

I don't think that we should factor jkoppel's potential for growth in this decision, because he's already been told to change and has refused. We also know, thanks to the previous anon, that there's at least one person who stays away from SIPB because of jkoppel. Ime, in situations like this it's rarely just one person who feels uncomfortable. I think it's better to make

SIPB definitely more safe for multiple people than to make SIPB a refuge for one person who might someday stop making it unsafe.

-acarney

[Quoted text hidden]

---

**lkdc@mit.edu** <lkdc@mit.edu>   Wed, Feb 26, 2020 at 7:13 PM
To: William Moses <wmoses@mit.edu>

That's mostly just for if you're counting responses in aggregate; no need to share it anonymously.

[Quoted text hidden]

---

**Anna Glasgall** <glasgall@mit.edu>   Wed, Feb 26, 2020 at 7:21 PM
To: William Moses <wmoses@mit.edu>

On Wed, Feb 26, 2020 at 07:10:12PM -0500, William Moses wrote:
> Thanks for sharing!
>
> I'm assuming this is an individual comment to me, but let me know if you'd
> like me to anonymously share to sipb-private.
>

I don't feel I really have the right to weigh in on this in the debate
(as I said, I'm extremely crufty cruft). Do what you want with my
words here, though. I pretty strongly feel that someone who behaves
like this should not have that behavior rewarded with keyholdership,
but it's not my decision to make.

thanks,

Anna

[Quoted text hidden]

---

**Karen Sittig** <kasittig@gmail.com>   Wed, Feb 26, 2020 at 8:29 PM
To: William Moses <wmoses@mit.edu>

Yep for sure!

[Quoted text hidden]

---

**Pravi Samaratunga** <pravinas@mit.edu>   Thu, Feb 27, 2020 at 9:18 AM
To: William Moses <wmoses@mit.edu>

When I was student leadership, I received a report from someone (who happens to be a SIPB keyholder, but that's irrelevant), describing an incident with Jimmy that is nothing short of sexual assault so that he could be handled appropriately at my living group. I received this report about three years ago, and the incident was quite old even at the time, but it strongly indicates that Jimmy should not be given any more power than he has.

The "viscerally afraid" comment still applies, knowing what he's capable of. Please don't nominate him. Also probably don't send this out, even anonymized? I'm not actually sure the victim there would appreciate me telling you what I have. She explicitly said in her email that she "didn't want Jimmy to be excluded from his social groups" with fear of retribution iirc. She's no longer around and retribution is unlikely given the sheer number of complainants, but she was very very afraid of Jimmy and I am too. He may have the capacity to learn and grow, but I don't trust that.

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>   Thu, Feb 27, 2020 at 6:11 PM
To: Andrea Carney <acarney@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Andrea Carney <acarney@mit.edu>, sipb-private <sipb-private@mit.edu>

Hi all,

It is clear from this conversation (most of which was through individual replies to me), that jkoppel should not be nominated for keyholdership. Moreover, given the severity, consistency, and widespread nature of his interactions, the EC has concluded that we should request jkoppel to refrain from participating in SIPB any more. I have just spoken with jkoppel informing him of this conclusion.

This decision was not taken lightly, but is a necessity that reflects the vast majority of people who took part in this discussion (again mostly through individual replies). He has also been given several opportunities to change his behavior, and failed to do so. I am sad that this is something that our members had to endure, and SIPB will take a strong stance against sexual harassment.

This discussion has also made it clear that SIPB needs to do better to be a safe environment for everyone to take part in. Specifically, we need to establish mechanisms that make it easy for members to come forward when they are made uncomfortable. This is a topic that we will discuss at length at the next EC meeting and I would encourage all members to contribute their ideas.

SIPB is not just a club of those who care about computing, but it is first and foremost a community where everyone should feel safe and supported. If something ever makes you uncomfortable, or you simply have ideas for ways we as an organization could improve, you can always share them with me or any member of the EC.

Yours,
The Chair

[Quoted text hidden]

---

**Jakob Weisblat** <jakobw@mit.edu>                                                    Thu, Feb 27, 2020 at 7:02 PM
To: William Moses <wmoses@mit.edu>

Holy crap SIPB actually banned a toxic person

My hat goes off to you

--Jakob

[Quoted text hidden]

---

**Eleftherios Ioannidis** <elefthei@mit.edu>                                           Thu, Feb 27, 2020 at 9:55 PM
To: William S Moses <wmoses@mit.edu>

Must have been hard to deal with this Billy, but I think you did the right thing.

> On Feb 27, 2020, at 6:11 PM, William Moses <wmoses@mit.edu> wrote:

[Quoted text hidden]