# EXHIBIT 8



 **James Koppel**
Active 1m ago



 😮

> partially overruled by EC, I'm sorry

 Did you name share her name with the EC?

I find denying that request to be an ultra-dick move

> I did not

 Thanks

Hmm...one recent thing that came to mind

Quentin pressured me into dueting "the internet is for porn" during a scripts meeting. (I said something that "that's bade" several times before relenting)

I kinda regretted giving in afterwards, though I find it slightly unlikely that came up

*that's nsfw, autocorrect

https://docs.google.com/document/d/13kYMWKOahdSS6BAZs5BtjuGHFL1WULu25utXxDmQH2E/edit

My notes from running cluedumps

I had been planning to convert material from here into a guide in the SIPB internal wiki (particularly the checklists), but forgive me for not wanting to look at it now

https://github.com/mit-scripts/scripts/tree/jkoppel-ssh-forwarding

 My branch

FEB 27, 2020, 9:10 PM

WM 000161

**James Koppel**
Active 1m ago

FEB 27, 2020, 9:10 PM

---------

I couldn't find a button to send my RFP to you

I think cAPSLOCK needs to do it

If you go to your rfp you should be able to send to and pick me

(And will go through above shortly )



WM 000162

 **James Koppel**
Active 1m ago


 You sure?

> I'll take a look when at a computer

FEB 28, 2020, 1:27 AM

Another question:

Will I be permitted to teach my IAP course this year?

For the last 5 years, this has involved about 0 in-person interaction with anyone in SIPB, and not much more email interaction

 s/this year/next year/

FEB 28, 2020, 11:54 AM

> What is the course

> Assuming not sipb sponsored i don't imagine that would be an issue

Reverse Engineering software. I've taught it 5 years in a row for SIPB IAP

 Years before I had any other involvement with SIPB

> Probably a discussion for closer to date, but I'd imagine result is you still have course but not sponsored by SIPB

What does that mean?

So, this started "you're unlikely to be elected keyholder"  ...

Then "Actually, you should stop working on SIPB projects"

Then "No, you may not use our stapler"

And now "no, you may not do something that involves 0 interaction with SIPB members"

 You'd think I'd killed someone or something

WM 000163


**James Koppel**
Active 1m ago



> You may still interact with sipb members but at the moment I don't think it appropriate for SIPB to sponsor events you throw

 Wait, I thought you told me not to interact with individuals in SIPB

> Thus you may still run your class, but SIPB may not be involved

> In other words SIPB would like to end its involvement with you, your personal relationship with any individual, SIPB affiliate or not, is up to you

> Hence i would ask to refrain from interactions in sipb members in sipb spaces/context (physical or virtual); outside of that you are free to interact with anyone however you like

Okay. Understood

 I still reiterate my request to not relay information about me to someone who graduated 5 years ago but has been harassing me

> When brought up (with no names), the EC decided that it reserves the right to inform all sipb individuals about anything related to sipb (such as your non keyholdership/request to disengage/justification), but I will personally do my best to ensure be fair and limit information to where it seems appropriate

Okay. Thank you   ...

 This isn't going outside SIPB, right?

> No, I will request that it remain limited to SIPB folks (though no promises on enforcement)

Thank you

You can imagine this is very hard for me, and I appreciate all efforts to limit the damage to me to what the EC sees as necessary to protect SIPB interests

 And, if this if going to happen, I'm glad it's coming from someone I trust as much as you

WM 000164

 Thank you

You can imagine this is very hard for me, and I appreciate all efforts to limit the damage to me to what the EC sees as necessary to protect SIPB interests

And, if this if going to happen, I'm glad it's coming from someone I trust as much as you

MAR 2, 2020, 5:10 PM

Hey how are you doing

 I'm barely functioning

Thanks for checking in

MAR 2, 2020, 11:32 PM



Again lmk if you want to chat more

 Yes please. You're back Saturday, right?

I actually just got back from emergency flight back after arriving in Denver (got cancelled per coronavirus)



WM 000165