# EXHIBIT 9

 **Billy Moses <taekwonbilly@gmail.com>**

---

## Fwd: Important news regarding a certain SIPB member
1 message

---

**Lizhou Sha** <slz@mit.edu>  Mon, Feb 17, 2020 at 11:53 PM
To: Emma Batson <emmabat@mit.edu>, Billy Moses <wmoses@mit.edu>

---------- Forwarded message ---------
From: **Eric Lujan** <lujan@mit.edu>
Date: Mon, Aug 15, 2016 at 12:35 PM
Subject: Important news regarding a certain SIPB member
To: <sipb-office@mit.edu>
Cc: <sipb-chair@mit.edu>, <sipb-vice-chair@mit.edu>

Hello SIPB,

We are writing to inform you of some important news regarding one of our fellow members, John Hawkinson (Kerberos: jhawk).

A little more than two weeks ago, John was asked by the MIT Administration to refrain from participating in all MIT student groups due to complaints raised about his presence in various student groups. This resolution was reached after Chancellor Barnhart discussed it extensively with her colleagues, and in consultation with the Office of the General Counsel (MIT's legal department). To our knowledge, the complaints that prompted MIT's actions did not originate from the Executive Committee (EC) or SIPB as a whole. We are letting you know this now, two weeks later, because we wanted to respect John's privacy and allow him ample time to finalize his disengagement from SIPB.

The history of SIPB provides few examples of members leaving it, but nevertheless, John has said that in order to disengage from SIPB, as asked to by MIT, he will

- stop visiting the SIPB office
- retire from all SIPB projects
- refrain from participating on SIPB mailing lists
- refrain from participating on the SIPB Zephyr class

We, and the rest of the EC, agree that those are good actions to take on John's part. When John asked the EC for further guidance, it discussed what MIT's resolution means for John's future relationship with SIPB. The EC believes that that while John remains a SIPB member, he has effectively lost much of the privileges that being a SIPB member or a prospective accords him. It has informed him of this interpretation, followed by detailed suggestions on what he should do in light of its implications.

While the EC regret that John has to leave SIPB, all of us are glad that John has been cooperative and communicative in this process. We wish him the best in his future endeavors away from MIT.

If you have any question, please feel free to email the EC, or privately to the Chair or the Vice Chair. The Chair is traveling this week and email is intermittent; the Vice Chair is working but generally available.

WM 000423

Sincerely,
Lizhou
SIPB Chair
Eric
SIPB Vice Chair

--
Lizhou Sha
Massachusetts Institute of Technology
Kavli Institute for Astrophysics and Space Research

WM 000424