# EXHIBIT 10



**Billy Moses <taekwonbilly@gmail.com>**

## jhawk is no longer a SIPB member
14 messages

**Lily Chung** <ikdc@mit.edu>  Tue, Dec 18, 2018 at 7:23 PM
To: sipb-office@mit.edu
Cc: sipb-ec-people@mit.edu

Hi SIPB,

This week the SIPB EC sanctioned jhawk and removed his SIPB membership. As you may already know, he was already enjoined by MIT from interacting with any student groups, but was technically still a SIPB member; this is no longer the case.

Lily Chung, SIPB Member at Large

**David Krikorian** <dkktav@gmail.com>  Tue, Dec 18, 2018 at 7:38 PM
To: Lily Chung <ikdc@mit.edu>
Cc: sipb-office@mit.edu, sipb-ec-people@mit.edu

I'm sure I'm not the only one who did not see this coming.  Searching through my email I see nothing (in at least the past ~2 years) indicating that there was any concern, or that there was any review underway.

Are we to be left with only rumor to explain why this happened?

[Quoted text hidden]

**David Glasser** <glasser@davidglasser.net>  Tue, Dec 18, 2018 at 7:47 PM
To: David Krikorian <dkktav@gmail.com>
Cc: ikdc@mit.edu, "sipb-office@mit.edu" <sipb-office@mit.edu>, sipb-ec-people@mit.edu

The emails you are looking for are from August 15th 2016.
[Quoted text hidden]
--
glasser@davidglasser.net | flickr.com/photos/glasser/

**David Krikorian** <dkktav@gmail.com>  Wed, Dec 19, 2018 at 10:14 AM
To: David Glasser <glasser@davidglasser.net>
Cc: Lily Chung <ikdc@mit.edu>, "sipb-office@mit.edu" <sipb-office@mit.edu>, sipb-ec-people@mit.edu

Thank you, David, for the useful clarification of Lily's email.  I had a 2-week-old baby at the time, and as you might imagine was unable to keep up, nor was I able to catch up once the baby required less maintenance effort.

PS: "Less maintenance effort" includes scrubbing writing off of a wall last night, and cleaning up spilled milk&cereal from several floors this morning.  Maybe when he starts school I'll be able to pay more attention to email, again.

[Quoted text hidden]

**Keith Winstein** <keithw@cs.stanford.edu>  Thu, Dec 20, 2018 at 7:45 PM
To: Lily Chung <ikdc@mit.edu>
Cc: sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

I'm disappointed with how the Board acted here.

The EC wrote to jhawk on November 27, saying, "We have been informed that you have recently used your Athena account to file work orders in the W20 Athena Cluster, and subsequently harassed the facilities staff who responded to these requests. As a result, the SAO has asked us to revoke our sponsorship of your Athena account."

I'm not sure any of this was true. jhawk replied, essentially, that he didn't know what the EC was talking about. He says he did not interact with any facilities staff in 2018 at all. (He did file a work order, in March 2018, for a loose lock on the door. It was fixed with no further interaction with him.) He thinks maybe he was mistaken for a different crufty alumnus. He checked with the head of SAO and they don't seem to be aware of having asked SIPB to take any action at all.

When he wrote this to the EC, they replied that the reasons they initially gave were "ultimately not the basis for this decision," but they were revoking his membership anyway because "you are almost unanimously considered unwelcome at SIPB in general."

This makes me sad -- mostly for the sloppy way it was done. jhawk contributed a lot to SIPB through his many years of active involvement, but I agree that it's not really practical to expect to be part of a college club at your ex-university when you are in your 40s and the active members are mostly between the ages of 18 and 22. I wasn't surprised in 2016 when MIT told jhawk to stop participating in student groups -- and as far as I know, he has. If the active members want to stop sponsoring his Athena account, that's also your right, but I wish you had gone about it the right way.

In this case you seem to have cited rumors that turned out to be inaccurate (or outright false, or a case of mistaken identity), which you then declined to stand by when challenged -- but you went ahead with revoking his membership anyway. I disagree with this action and the way it was done.

Sincerely,
Keith '03, '05, '14

[Quoted text hidden]

---

**Nadeem Mazen** <nadeem@mit.edu>                                          Thu, Dec 20, 2018 at 8:55 PM
To: Keith Winstein <keithw@cs.stanford.edu>
Cc: Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

Dear Friends,

Please note that MIT has a significant chip on its shoulder at *very high* levels of the administration with respect to jhawk's journalistic coverage of MIT real estate lobbying and community engagement practices. I have often found jhawk to be a much appreciated analytical mind in the room at city meetings and, as far as I know, this citizen journalism has not been easy for MIT to bear. I also think it is likely the case that folks in their 40'a feel a special kinship to MIT and hang about in the rafters, more than at other universities. I'm an '06 grad and often heard tales at that time of earlier generations, when this was even more prevalent. I'm sure there are trade offs either way. Hope you are all well.

Nadeem Mazen
Lurker and former Cambridge City Councillor

[Quoted text hidden]

---

**Nadeem Mazen** <nadeemtron@gmail.com>                                    Thu, Dec 20, 2018 at 8:56 PM
To: Keith Winstein <keithw@cs.stanford.edu>
Cc: Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

Dear Friends,

Please note that MIT has a significant chip on its shoulder at *very high* levels of the administration with respect to jhawk's journalistic coverage of MIT real estate lobbying and community engagement practices. I have often found jhawk to be a much appreciated analytical mind in the room at city meetings and, as far as I know, this citizen journalism has not been easy for MIT to bear. I also think it is likely the case that folks in their 40'a feel a special kinship to MIT and hang about in the rafters, more than at other universities. I'm an '06 grad and often heard tales at that time of earlier generations, when this was even more prevalent. I'm sure there are trade offs either way. Hope you are all well.

Nadeem Mazen
Lurker and former Cambridge City Councillor

On Thu, Dec 20, 2018, 4:47 PM Keith Winstein <keithw@cs.stanford.edu wrote:

[Quoted text hidden]

**Martin Stiaszny** <stiaszny@gmail.com>                                                   Thu, Dec 20, 2018 at 9:19 PM
To: Nadeem Mazen <nadeem@mit.edu>
Cc: Keith Winstein <keithw@cs.stanford.edu>, Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

ah, that makes a lot of sense now.  My already extremely low opinion of the MIT administration is even lower as a result of all this.  I find what they did to jhawk to be Kafka-esque and disgraceful.  If there are legitimate concerns, the accused should be given a fair and open hearing.   I know that not everyone enjoyed jhawk (especially in his earlier days), but I will say I liked him.  If you asked him good questions, he was always ready to give you good answers.  He was (is) indeed a keen mind.  As an undergrad, I also enjoyed (most of) the alums who hung around (Dwight!).  The administration also counts on the 4-year sliding window to erase institutional knowledge of the past.

I think this is all very unfortunate and sad.

my 2 cents,
- martin

[Quoted text hidden]

---

**Thomas Bushnell, BSG** <tb@becket.net>                                                  Thu, Dec 20, 2018 at 9:51 PM
To: Martin Stiaszny <stiaszny@gmail.com>
Cc: Nadeem Mazen <nadeem@mit.edu>, Keith Winstein <keithw@cs.stanford.edu>, Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

I'll just put in my two crufty old cents. John did a lot of good things for sipb, and a lot of harmful things to sipb. I see nothing wrong with the Board deciding that the harms outweigh the benefits. Frankly, I'm surprised it took this long.

Thomas

[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>                                                        Fri, Dec 21, 2018 at 12:47 AM
To: "Thomas Bushnell, BSG" <tb@becket.net>
Cc: Martin Stiaszny <stiaszny@gmail.com>, Nadeem Mazen <nadeem@mit.edu>, Keith Winstein <keithw@cs.stanford.edu>, Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

Hi all,

After viewing some of the responses, I hoped I could provide some clarity by explaining some of my thoughts on the matter as a member of the EC.

First I want to be clear that while the SAO reaching out to us was the catalyst that started this discussion, ultimately I felt that there were many compelling reasons to revoke jhawk's membership. A large number of SIPB members have been made very uncomfortable by jhawk, including current students. I didn't want this to keep happening. I didn't want a future EC to have to deal with this. And I didn't want his behavior to be affiliated with SIPB in any way.

Also, I'm sad that some think this was done sloppily. The EC has been deliberating over this discussion for almost the entire fall semester. We've been trying to balance a lot of complex things in our decision-making and in our communications to everyone, and it's been hard. I'm not surprised we haven't done a perfect job, but I hope you all understand that we didn't act thoughtlessly.

Best,
Emma

---

**Keith Winstein** <keithw@cs.stanford.edu>                                                Fri, Dec 21, 2018 at 3:59 AM
To: Emma K Batson <emmabat@mit.edu>
Cc: "Thomas Bushnell, BSG" <tb@becket.net>, Martin Stiaszny <stiaszny@gmail.com>, Nadeem Mazen <nadeem@mit.edu>, Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

Hello Emma,

I appreciate your reply. And look, it's not the decision itself that surprises or rankles me. (I was there in 2004 when The Tech expelled jhawk after he embarrassed some of the editors with a critical "ombudsman" column, so I'm pretty familiar with how angry he makes people.)

It's mostly just the dissembling that made me sad. If you're willing to say something like, "Okay -- we were misinformed. Maybe you didn't harass the facilities staff -- it could have been somebody else. SAO didn't really ask us to stop sponsoring your Athena account -- that was an exaggeration. The reasons we gave you were pretexts, and maybe they were incorrect, but the bottom line is that we don't want to be associated with you or seen as endorsing you, and we don't need to justify ourselves more than that," in my view that would be the more honest way to handle this.

I realize you didn't sign up to deal with lingering bullshit from somebody from the class of '98. (Or... from the class of '03, so I'll stop here.)

Sincerely,
Keith

[Quoted text hidden]

---

**David Krikorian** <dkktav@gmail.com>  Fri, Dec 21, 2018 at 10:03 AM
To: Keith Winstein <keithw@cs.stanford.edu>
Cc: Emma K Batson <emmabat@mit.edu>, "Thomas Bushnell, BSG" <tb@becket.net>, Martin Stiaszny <stiaszny@gmail.com>, Nadeem Mazen <nadeem@mit.edu>, Lily Chung <ikdc@mit.edu>, sipb-office <sipb-office@mit.edu>, sipb-ec-people@mit.edu

I agree with everything keithw wrote, except that I'm not very familiar with how angry jhawk makes people. Perhaps various other SIPB-member alumni have avoided this treatment only because they haven't lingered so long at MIT. We've certainly had other provocative journalists and (IMO) much-more-abrasive personalities.

Thank you, nadeem: for the background, and Emma: for the explanation.

[Quoted text hidden]

---

**Rick Kovalcik** <rick.kovalcik@gmail.com>  Sat, Dec 22, 2018 at 10:30 AM
To: sipb-ec-people@mit.edu, sipb-office@mit.edu

As cruft, I just want to say thank you all for the explanations and opinions from both sides. And thank for for the hard work the SIPB EC does. It is a shame that it came to this, but as other groups have found out, sometimes people really do more harm than good. That being said, I am perturbed by the MIT Real Estate connection even if it tenuous.

[Quoted text hidden]
--
-RKOV
Rick Kovalcik
kovalcik@alum.mit.edu, rk@mit.edu, et. al.
rick.kovalcik@gmail.com for google docs, etc.
+1-508-259-6819 (worldwide cell phone)

---

**sepherke** <sepherke@gmail.com>  Sat, Jan 26, 2019 at 8:36 PM
To: Rick Kovalcik <rick.kovalcik@gmail.com>
Cc: sipb-ec-people@mit.edu, sipb-office@mit.edu

This is sad, and I am sorry to hear. Catching up on email here as I haven't in ages. -sepherke
[Quoted text hidden]

WM 000422