# EXHIBIT 11



**Billy Moses <taekwonbilly@gmail.com>**

## Regarding Matt Stephenson and tonight's meeting
1 message

**Emma K Batson** <emmabat@mit.edu>  Mon, Dec 2, 2019 at 1:05 PM
To: sipb-office <sipb-office@mit.edu>

Hi SIPB,

As some of you may already know, we were emailed several times yesterday by an individual named Matt Stephenson. He is not a member of the MIT community and is known to have caused problems in the past, and he's recently reached out to other student groups and MIT organizations. If you receive an email from him, please let me know and do not reply to him.

We have told him that he is not welcome here, but there's a possibility he will show up to tonight's meeting anyway. I've discussed the issue with the SAO and with campus police -- if he does come, he will be considered trespassing, and we will call campus police if he does not leave.

I want to make sure everyone at SIPB feels safe and comfortable -- if you have any concerns about this please reach out to me.

Yours Chairly,
emmabat