# EXHIBIT 12



**Billy Moses <taekwonbilly@gmail.com>**

## Removal of jkoppel and making SIPB a welcoming place
9 messages

**William Moses** <wmoses@mit.edu>  Mon, Mar 2, 2020 at 7:23 PM
To: sipb-office <sipb-office@mit.edu>

Hello all,

I am writing to let you know about a hard conversation that SIPB keyholders had this past week about SIPB member Jimmy Koppel (jkoppel).

Many keyholders shared stories about how he had made them deeply uncomfortable, which continued in spite of requests to stop. Given the severity, consistency, and widespread nature of his interactions, we have requested that jkoppel refrain from participating in SIPB any more (interacting in SIPB spaces, participating in SIPB projects & events, etc). I have already spoken with jkoppel informing him of this, which he has agreed to.

This decision was not taken lightly, but is a necessity that and reflects both the need for SIPB to be a place where everyone is comfortable and the will of the current keyholders.

This circumstance and required response was quite exceptional and also reflects a need for SIPB to do better to be a safe environment for everyone. Specifically, we need to establish mechanisms that make it easy for members to voice their concerns when they are made uncomfortable as this had apparently gone on for some time. At minimum, we need to introduce some sort of anonymous reporting as keyholders only felt comfortable sharing anonymously or just to the chair. We will discuss this at the next EC meeting on 3/6 and I would encourage all members to contribute their ideas.

SIPB is not just a club of those who care about computing, but it is first and foremost a community where everyone should feel safe and supported. If someone ever makes you uncomfortable, you can always bring this up to me or any member of the EC. We will respect any requests for confidentiality, including not sharing with other EC members.

Sincerely,
The Chair

---

**Microsoft Outlook** <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@mit.edu>  Mon, Mar 2, 2020 at 7:24 PM
To: wmoses@mit.edu

### Delivery has failed to these recipients or groups:

sqshemet@mit.edu

The recipient's mailbox is full and can't accept messages now. Please try resending this message later, or contact the recipient directly.

The following organization rejected your message: oc11expo11.exchange.mit.edu.

**Diagnostic information for administrators:**

Generating server: oc11expo11.exchange.mit.edu

sqshemet@mit.edu
oc11expo11.exchange.mit.edu
Remote Server returned '554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException.

MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Configuration/cn=Servers/cn=OC11EXPO11/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559: 00000000580100000000001F00000000000000, 20.52176:000F55850700103100000000, 20.50032: 000F55857717000000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000, 4.21921:DD040000, 255.27962:FA000000, 255.1494:80030400, 0.50608:02010480, 5.29818: 00000000636538303761343322D343537392D346362322D383233372D33303036661646464646462353600000000, 1.29920:03000000, 7.29828:58F805800600000000000000, 7.29832:00000080060000000000000, 4.45884:DD040000, 4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000, 5.10786: 0000000031352E30302E313336352E3030303A6F6331316578706F31310000000000000, 255.1750:000F5585, 0.26849:A9000000, 255.21817:DD040000, 0.26297:00000000, 4.16585:DD040000, 0.32441:0A000000, 4.1706:DD040000, 0.24761:000F5585, 4.20665:DD040000, 0.25785:00000000, 4.29881:DD040000 [Stage: CreateSession]'

Original message headers:

```
Received: from w92exhyb4.exchange.mit.edu (18.7.71.74) by
 oc11expo11.exchange.mit.edu (18.9.4.16) with Microsoft SMTP Server (TLS) id
 15.0.1365.1; Mon, 2 Mar 2020 19:24:54 -0500
Received: from mailhub-dmz-2.mit.edu (18.7.62.37) by
 w92exhyb4.exchange.mit.edu (18.7.71.74) with Microsoft SMTP Server (TLS) id
 15.0.1395.4 via Frontend Transport; Mon, 2 Mar 2020 19:24:54 -0500
Received: from mailhub-dmz-2.mit.edu (mailhub-dmz-2.mit.edu [127.0.0.1])
        by mailhub-dmz-2.mit.edu (8.14.7/8.9.2) with ESMTP id 0230Ol6R017370
        for <sqshemet@mit.edu>; Mon, 2 Mar 2020 19:24:52 -0500
Received: (from mdefang@localhost)
        by mailhub-dmz-2.mit.edu (8.14.7/8.13.8/Submit) id 0230OWCG016830
        for <sqshemet@mit.edu>; Mon, 2 Mar 2020 19:24:32 -0500
Received: from NAM11-BN8-obe.outbound.protection.outlook.com (mail-bn8nam11lp2170.outbound.
protection.outlook.com [104.47.58.170])
        by MAILHUB-DMZ-2.MIT.EDU (envelope-sender <wmoses@mit.edu>) (MIMEDefang) with ESMTP id
0230NjJc016542; Mon, 02 Mar 2020 19:24:32 -0500
Received: from DM5PR20CA0033.namprd20.prod.outlook.com (2603:10b6:3:13d::19)
 by CY4PR01MB2630.prod.exchangelabs.com (2603:10b6:903:e6::16) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.2772.18; Tue, 3 Mar 2020 00:23:41 +0000
Received: from DM3NAM03FT007.eop-NAM03.prod.protection.outlook.com
 (2603:10b6:3:13d:cafe::34) by DM5PR20CA0033.outlook.office365.com
 (2603:10b6:3:13d::19) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2772.18 via Frontend
 Transport; Tue, 3 Mar 2020 00:23:41 +0000
Authentication-Results: spf=pass (sender IP is 18.9.28.11)
 smtp.mailfrom=mit.edu; mit.edu; dkim=none (message not signed)
 header.d=none;mit.edu; dmarc=bestguesspass action=none
 header.from=mit.edu;compauth=pass reason=109
Received-SPF: Pass (protection.outlook.com: domain of mit.edu designates
 18.9.28.11 as permitted sender) receiver=protection.outlook.com;
 client-ip=18.9.28.11; helo=outgoing.mit.edu;
Received: from outgoing.mit.edu (18.9.28.11) by
 DM3NAM03FT007.mail.protection.outlook.com (10.152.82.68) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.2772.14 via Frontend Transport; Tue, 3 Mar 2020 00:23:40 +0000
Received: from mail-lf1-f52.google.com (mail-lf1-f52.google.com [209.85.167.52])
        (authenticated bits=0)
        (User authenticated as wmoses@ATHENA.MIT.EDU)
        by outgoing.mit.edu (8.14.7/8.12.4) with ESMTP id 0230NcO6013993
        (version=TLSv1/SSLv3 cipher=AES128-GCM-SHA256 bits=128 verify=NOT)
        for <sipb-office@mit.edu>; Mon, 2 Mar 2020 19:23:40 -0500
Received: by mail-lf1-f52.google.com with SMTP id z9so1148452lfa.2
        for <sipb-office@mit.edu>; Mon, 02 Mar 2020 16:23:39 -0800 (PST)
X-Gm-Message-State: ANhLgQ2CopxskdRpGlRKoOpUUf0C/U4qCuqdfMoLWWZnWhq0RMDa6i8Z
        p6xAqLFPeYzJjeYwP3hec0kcevIknANGiDKsLt8=
X-Google-Smtp-Source: ADFU+vs4/WtcN8uXrf1Yt1zCrJ5VlCJiIv41EtTRn83AVr07K10JrZHox6iUcOVX1K2pQ
 wKAjF6dhiXNQC7Uq7HxEHg=
X-Received: by 2002:ac2:5bcd:: with SMTP id u13mr995371lfn.116.1583195018100;
 Mon, 02 Mar 2020 16:23:38 -0800 (PST)
MIME-Version: 1.0
```

```
From: William Moses <wmoses@mit.edu>
Date: Mon, 2 Mar 2020 19:23:26 -0500
X-Gmail-Original-Message-ID: <CAGPZhf1u7fmBStvHsorj5zXGP_LhTHnM8FNtGUioiNH3dd1JaA@mail.gmail.com>
Message-ID: <CAGPZhf1u7fmBStvHsorj5zXGP_LhTHnM8FNtGUioiNH3dd1JaA@mail.gmail.com>
Subject: Removal of jkoppel and making SIPB a welcoming place
To: sipb-office <sipb-office@mit.edu>
Content-Type: multipart/alternative; boundary="000000000000aa0988059fe8504f"
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b:0
X-Forefront-Antispam-Report: CIP:18.9.28.11;IPV:CAL;SCL:-1;CTRY:US;EFV:NLI;SFV:SKN;SFS:;
 DIR:INB;SFP:;SCL:-1;SRVR:CY4PR01MB2630;H:outgoing.mit.edu;FPR:;SPF:None;LANG:en;
X-MS-PublicTrafficType: Email
X-MS-Office365-Filtering-Correlation-Id: c5eb8cb1-fb3b-4396-b814-08d7bf092034
X-MS-TrafficTypeDiagnostic: CY4PR01MB2630:|CY4PR01MB2630:
X-MS-Exchange-Transport-Forked: True
X-LD-Processed: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b,ExtAddr
X-MS-Exchange-AtpMessageProperties: SA
X-MIT-ForwardedCount: 1
X-MS-Oob-TLC-OOBClassifiers: OLM:10000;
X-Microsoft-Antispam: BCL:0;
X-Microsoft-Antispam-Message-Info: YUy1jHVhZ4cVT2JKWtfgU3BSiyATryUFVJvKGS0jjpw/Ura3xWEI+/z+
 4M3ZFiRCsVwk8ld1knz4bOcvC6AMoyQq3QReWLjea9T0+0r4reE2J4vq/ZifQJPWeNpinPv/
 h0VDjnT4YTjIXRWUZK1OnQ8uhDKc5YwHKqSCs2pEi1VFhXOo829XvCTTXc/3acgubElRUSvEMy9IhTwdibCUpmAvaxx+AAkb+
 0MxXXhzZe34GTiJcSnt2eCmlxIF4LvKFqWR9D0jBIcWyCn8Jmrn+4QSAsW+27fymeyev4uvXEEMwqWO27ozcdukSC
 iX574aJa7ezdP83XxJCV/75Cwj1BSGn1dDRC8LhwxEgYQHfZTXTprqDWIb86T53Sq0EzT8Ew03MA4wGfo
 rk11jdFZQxOOJkOVIJJhffjzfW3Mobxhyh11BaHx0eNq3MAaaf1ow7fyXvcv9v8n78nFuNOTp4jLY/
 mxFEVcdv8mowMriV5waWWKgc76kVdGgWg/zRafn+4yMmEYVZU2Cnpbqbc6RSK9XlAw3CIhkD5Fc3aU5ssmy3xj0r/
 lU09dbUdY8GD3RneJOgYOxMyYtlFvZ+5JH46/Q6T6GbzD/dYpvhoz63OuUSk8fCS1ZvHWd+OnhmJUPPA78m3hL5/N1+
 8eY1eO2LSggFTxirwU/iPBzvE5tyE9wZ/+ENNGYQO+7F/+a66V6m7GkeLzbM4H2tzpEsaoSrnH4G
 juPZqTULBoUueKOhn8IxttqrxSyjL8QWGjtX4gJIgSVtDcChXmgLYtxLR29nlhuCGPapddptKaDm9+
 oSX0ed1vkjitW82tzRb4xajcDJaJ6NXIWHE3lPj5meu/NEQ==
X-Auto-Response-Suppress: DR, OOF, AutoReply
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 03 Mar 2020 00:23:40.9269
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: c5eb8cb1-fb3b-4396-b814-08d7bf092034
X-MS-Exchange-CrossTenant-Id: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CY4PR01MB2630
X-OrganizationHeadersPreserved: CY4PR01MB2630.prod.exchangelabs.com
Return-Path: wmoses@mit.edu
X-CrossPremisesHeadersFiltered: w92exhyb4.exchange.mit.edu
```

Original-Recipient: rfc822;sqshemet@EXCHANGE.MIT.EDU
Final-Recipient: rfc822;sqshemet@mit.edu
Action: failed
Status: 5.2.2
Diagnostic-Code: smtp;554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException.
MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot
open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=
Configuration/cn=Servers/cn=OC11EXPO11/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559:
00000000580100000000001F000000000000000, 20.52176:000F558507001031000000000, 20.50032:
000F558577170000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000,
4.21921:DD040000, 255.27962:FA000000, 255.1494:80030400, 0.50608:02010480, 5.29818:
00000000636538303761343232D343537392D346362322D383233372D333330366616464646462353600000000,
1.29920:03000000, 7.29828:58F8058006000000000000000, 7.29832:0000008006000000000000000, 4.45884:DD040000,
4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000,
5.10786:000000003135!
 2E30302E3
 13336352E3030303A6F6331316578706F31310000000000000000, 255.1750:000F5585, 0.26849:A9000000,
255.21817:DD040000, 0.26297:00000000, 4.16585:DD040000, 0.32441:0A000000, 4.1706:DD040000,
0.24761:000F5585, 4.20665:DD040000, 0.25785:00000000, 4.29881:DD040000 [Stage: CreateSession]
Remote-MTA: dns;oc11expo11.exchange.mit.edu

---------- Forwarded message ----------

WM 000360

From: William Moses <wmoses@mit.edu>
To: sipb-office <sipb-office@mit.edu>
Cc:
Bcc:
Date: Mon, 2 Mar 2020 19:23:26 -0500
Subject: Removal of jkoppel and making SIPB a welcoming place
Hello all,

I am writing to let you know about a hard conversation that SIPB keyholders had this past week about SIPB member Jimmy Koppel (jkoppel).

Many keyholders shared stories about how he had made them deeply uncomfortable, which continued in spite of requests to stop. Given the severity, consistency, and widespread nature of his interactions, we have requested that jkoppel refrain from participating in SIPB any more (interacting in SIPB spaces, participating in SIPB projects & events, etc). I have already spoken with jkoppel informing him of this, which he has agreed to.

This decision was not taken lightly, but is a necessity that and reflects both the need for SIPB to be a place where everyone is comfortable and the will of the current keyholders.

This circumstance and required response was quite exceptional and also reflects a need for SIPB to do better to be a safe environment for everyone. Specifically, we need to establish mechanisms that make it easy for members to voice their concerns when they are made uncomfortable as this had apparently gone on for some time. At minimum, we need to introduce some sort of anonymous reporting as keyholders only felt comfortable sharing anonymously or just to the chair. We will discuss this at the next EC meeting on 3/6 and I would encourage all members to contribute their ideas.

SIPB is not just a club of those who care about computing, but it is first and foremost a community where everyone should feel safe and supported. If someone ever makes you uncomfortable, you can always bring this up to me or any member of the EC. We will respect any requests for confidentiality, including not sharing with other EC members.

Sincerely,
The Chair


**Aleksejs Popovs** <aleksejs@mit.edu>                                                    Mon, Mar 2, 2020 at 8:34 PM
To: William Moses <wmoses@mit.edu>

Hi wmoses,

This is a really great move and not one that the SIPB I joined (not that long ago!) would've been capable of taking. Thanks for making this happen!

-aleksejs
[Quoted text hidden]


**Matthew Belmonte** <belmonte@mit.edu>                                                   Mon, Mar 2, 2020 at 11:10 PM
To: William Moses <wmoses@mit.edu>
Cc: SIPB <sipb-office@mit.edu>

On Tuesday 3/3/2020 at 00:23 GMT (Monday 2/3/2020 at 19:23 EST), wmoses wrote:

>Specifically, we need to establish mechanisms that make it
>easy for members to voice their concerns when they are made
>uncomfortable as this had apparently gone on for some time. At minimum,
>we need to introduce some sort of anonymous reporting as keyholders only
>felt comfortable sharing anonymously or just to the chair. We will
>discuss this at the next EC meeting on 3/6 and I would encourage all
>members to contribute their ideas.

<crvft>

First of all, to wmoses and to all other members and prospectives who've
been dealing with this situation, hats off to you as you are treading a
difficult road along which thanks often are neglected.  So, thanks.
With that understood:

As remote crvft I of course cannot and would not take any position wrt the current, specific situation regarding the member in question, except to note that there is of course a constitutional procedure for dis-membering, and if there are specific and articulable facts that would support such a decision then it might be best to follow that route rather than to leave a member in limbo, not to mention a key outstanding.

But wrt the general procedural issue that you raise:  Anonymous accusations, and charges and arguments that cannot be confronted and potentially rebutted by the accused, are a dangerous tool.  You and the EC will know from your review of SIPB minutes that SIPB has been acrimoniously divided by this issue once before, when xela was excluded from the office, and then that exclusion was reversed.  I urge you all to consider that history very carefully as you revise your procedures.  Allegations must be specific and articulable, and there must be opportunity for the accused to rebut them.  Making someone uncomfortable is not in itself an offence.  There may indeed have been an offence, which was the source of the discomfort, but in this case the offence ought to be articulated so that, in the best case, learning can take place and future behaviour can be modified, or in the worst case, ongoing negative behaviour can be recognised and a case can be made for excluding the offender.

&lt;/crvft&gt;

---

**Alex Chernyakhovsky** &lt;achernya@mit.edu&gt;  
To: Matthew Belmonte &lt;belmonte@mit.edu&gt;  
Cc: William Moses &lt;wmoses@mit.edu&gt;, SIPB &lt;sipb-office@mit.edu&gt;

Mon, Mar 2, 2020 at 11:13 PM

Hi Matthew,

The procedure you are referring to the keyholder-removal procedure. In the last few years, the term "keyholder" has replaced "member", and "member" has replaced "prospective".

Sincerely,  
-Alex

[Quoted text hidden]

---

**Benjamin Kaduk** &lt;kaduk@mit.edu&gt;  
To: Matthew Belmonte &lt;belmonte@mit.edu&gt;  
Cc: William Moses &lt;wmoses@mit.edu&gt;, SIPB &lt;sipb-office@mit.edu&gt;

Mon, Mar 2, 2020 at 11:14 PM

Just to quickly note one point: Matthew, are you familiar with the change in terminology from some years ago that made

member->keyholder  
propsective->member  
?

That seems potentially relevant for at least some of your remarks below.

-Ben

[Quoted text hidden]

---

**lkdc@mit.edu** &lt;lkdc@mit.edu&gt;  
To: Matthew Belmonte &lt;belmonte@mit.edu&gt;  
Cc: William Moses &lt;wmoses@mit.edu&gt;, SIPB &lt;sipb-office@mit.edu&gt;

Mon, Mar 2, 2020 at 11:42 PM

WM 000362

On Mar 2, 2020 20:10, Matthew Belmonte <belmonte@mit.edu> wrote:

> Making someone uncomfortable is not in
> itself an offence.

Even if that were the only issue (which it was not), I think making other members uncomfortable is a perfectly good reason to ask someone to leave SIPB.  I don't understand this idea that members - especially current students - should somehow have to tolerate that sort of behavior just because you don't think it constitutes an "offence".

http://www.plausiblydeniable.com/opinion/gsf.html

Personally I think the Chair's identification of the direction SIPB should take from this (improving the ability of members to report incidents safely and confidentiallly) is a far more important task than your suggestion of revising the procedures to account for the precedent of xela's case from 1998.

Lily

---

**William Moses** <wmoses@mit.edu>                                          Sun, Mar 8, 2020 at 9:37 PM
To: Matthew D Bauer <mdbauer@mit.edu>


---------- Forwarded message ---------
From: **William Moses** <wmoses@mit.edu>
Date: Mon, Mar 2, 2020 at 7:23 PM
Subject: Removal of jkoppel and making SIPB a welcoming place
To: sipb-office <sipb-office@mit.edu>

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                          Thu, Mar 12, 2020 at 11:11 AM
To: sipb-office <sipb-office@mit.edu>
Bcc: James Koppel <jkoppel@mit.edu>, Jaren D Wilcoxson <jaren@mit.edu>, pboylan@fmglaw.com, Leah Flynn Gallant <laflynn@mit.edu>, Gustavo Burkett <gburkett@mit.edu>

Hello all,

We are writing in connection with an email sent on March 2 by William Moses <wmoses@mit.edu> on behalf of the SIPB executive board (the email).

We believe that transparency is an important principle, but that email included certain details relating to Mr. James Koppel (jkoppel) that, on further reflection, we have concluded could have remained within the SIPB leadership. I apologize on behalf of the SIPB executive board.

In addition, the email conveyed several points which we wish to clarify. James was not informed or "warned" of any prior alleged conduct by SIPB leadership, nor did he fail or refuse to cure or alter any conduct after any warning or warnings from SIPB leadership.

Although not our intent, the email may have given the impression that any issue related to this subject was clear or not disputable. On the contrary those communications involved discussion of points on which reasonable persons can and do disagree.

We apologize for any resulting confusion or misperceptions.

Sincerely,
The Executive Committee of the Student Information Processing Board

[Quoted text hidden]

WM 000363