# EXHIBIT 13



**FREEMAN MATHIS & GARY, LLP**
Attorneys at Law

MOSES DEPO.
EXHIBIT NO.
7

60 State Street
Suite 600
Boston, MA  02109-1800

Tel  617.963.5975

www.fmglaw.com

Paul G. Boylan
Partner

Writer's Direct Access
617.963.5972

PBoylan@fmglaw.com

March 6, 2020

*Via Email*
Executive Committee of the
Student Information Processing Board,
in care of William Moses
wmoses@mit.edu
sibp-ec@mit.edu

*Via Certified Mail*
*7017 1450 0001 4564 1769*
Executive Committee
Student Information Processing Board
Massachusetts Institute of Technology
W20-557
84 Massachusetts Avenue
Cambridge, Massachusetts 02138

Dear Sir or Madam:

This firm represents James Koppel in connection with the matters discussed here.

We are writing to address the subject of email of William Moses sent on Monday, March 2 at 7:23 PM Eastern time referring to Mr. Koppel and distributed to the mailing list sipb-office@mit.edu. That email on reliable information went to all SIBP keyholders and to numerous persons who are not keyholders.

That mail ("the email") was and is defamatory and actionable. The contents are inherently and severely damaging to the professional and personal reputation of Mr. Koppel. The widespread publication of those contents was needless and far in excess of any privilege. The email on reliable information was published to numerous persons associated with Mr. Koppel and known to him who are not keyholders of or associated with SIPB and to all members of SIPB and all keyholders of SIPB.

 FREEMAN MATHIS & GARY LLP
Attorneys at Law

March 6, 2020
Page 2

The email was and is inexcusable and the extent of publication clearly excessive. It is not our purpose here to exhaustively argue details of how and why the email was defamatory and unlawful.

In addition to publication of inaccurate and highly personal damaging allegations, the purported expulsion referred to in the email was improper and in violation of Article X.I of the SIPB Constitution. As near as can be determined any purported reasons for the expulsion were in violation of long-standing policies of MIT and contrary to established principles of state and federal law.

In order to reduce the unjustified damage to Mr. Koppel we request that you and SIPB issue a retraction in the very near future at a point in time likely to reach the same audience. We suggest Monday at 7 PM EST. We invite retraction as early as 7 PM today. We respectfully suggest that retraction will be most helpful to all concerned persons if done very promptly.

We request and suggest a retraction along the lines of the text below. We are willing to discuss details of this retraction, but the substance is not negotiable.

In connection with a retraction we request and will require your representation that the email distribution list is identical to the distribution of the initial email. Any failure in that regard will support argument that the retraction was defective. This draft is prepared for W. Moses. It could be edited to accommodate a different author or authorship by the entire executive board.

**START**

I am writing in connection with my email dated March 2 at 11 PM from William Moses <wmoses@mit.edu>. (the email).

That email unfortunately included certain information which was inappropriate and inaccurate in connection with James Koppel (jkoppel). Any communications relating to SIPB participation or membership of Mr. Koppel were confidential and should have remained confidential. I have apologized to James behalf of myself and on behalf of the SIPB executive board.

In addition, the email non-accurately conveyed several other points. James was not informed or "warned" of any prior alleged inappropriate conduct. James did not fail to cure inappropriate conduct after any warning or warnings. James did not agree with any characterizations of his conduct at any prior time as being inappropriate. He did not "accept" any recommendations by anyone.

The mail incorrectly gave the impression that any issue related to this subject was clear or not disputable. On the contrary those communications were limited and at most constituted

 **FMG LAW** FREEMAN MATHIS & GARY LLP
Attorneys at Law

March 6, 2020
Page 3

informal discussion of points on which reasonable persons can and do disagree. Many of those points involved differences in perceptions and other issues not able to be quantified in a definitive way.

The SIPB executive committee apologizes to James all persons who are members and nonmembers for any impression created by my email which were adverse or unfavorable as to James and which were in error communicated by my email.

In light of these errors the executive committee has reinstated James to full SIPB membership.

We apologize for the errors made in this instance and for any resulting confusion or misperceptions.

Sincerely

**END**

We request a copy of this retraction and a list of all persons to whom it was sent to be communicated to us concurrently with the retraction.

Please communicate with me at your earliest convenience or request that your attorney do so. This retraction is time sensitive.

All rights are reserved.

Sincerely,

Paul G. Boylan

PGB/tan