# EXHIBIT 15

Catherine Zeng

1

                      Volume:  I

                      Pages:   1-154

                      Exhibits: Per Index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 20-cv-11479-LTS

- - - - - - - - - - - - - - - - - - - - x

JAMES KOPPEL,

        Plaintiff,

vs.

WILLIAM MOSES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - x

VIDEOTAPED DEPOSITION OF CATHERINE ZENG

Tuesday, June 28, 2022

Price Lobel Tye LLP

One International Place

Boston, Massachusetts

8:17 a.m. to 12:07 p.m.

Reporter:  Karen A. Morgan, CSR/RPR

**Jones & Fuller Reporting**
617-451-8900  603-669-7922

Page 14

1  A. Yes.
2  Q. That has been the practice since you've
3     been involved in SIPB?
4  A. If they possess the key, yes. Some people
5     might have lost it.
6  Q. Okay. Did you ever hold any other
7     official position within SIPB?
8  A. Yes.
9  Q. What was that position?
10 A. I was vice chair in -- oh, gosh. I have
11    to figure out the years.
12 Q. During at least one year that you were an
13    undergraduate at MIT you were vice chair?
14 A. Yes.
15 Q. Was it just one year that you served in
16    that position?
17 A. Yes.
18 Q. Where is the vice chair in the hierarchy
19    of SIPB?
20 A. I believe it's two. Like one is chair.
21 Q. Okay. Did there come a time when you met
22    a person named Jimmy Koppel?
23 A. Yes.
24 Q. Who is Jimmy Koppel?

Page 15

1  A. Sorry?
2  Q. Who is Jimmy Koppel?
3  A. He is an MIT grad student at the time and
4     a SIPB member.
5  Q. When did you meet Jimmy Koppel?
6  A. This was I think -- I mean I've seen him
7     around earlier but junior year for the most part.
8  Q. Junior year was the academic year between
9     2018 and 2019?
10 A. Yes.
11 Q. Do you remember where you were when you
12    first met Jimmy Koppel?
13 A. In the office.
14 Q. And were you vice chair of SIPB at the
15    time?
16 A. I believe I met him before I became vice
17    chair, possibly earlier than that through -- like I
18    might have even seen him around sophomore year but I
19    don't remember sophomore year because I was only at
20    MIT for one semester sophomore year in the fall.
21 Q. Did you form any impression of Jimmy
22    Koppel when you first met him favorable or
23    unfavorable?
24 A. Well, so as vice chair, my role is to be

Page 16

1     friendly to everybody so I make a point to say hi to
2     people. I found that like I guess Jimmy sometimes
3     took that a step further and I remember some
4     situations that like made me as vice chair in my
5     role a little uncomfortable. For example I believe
6     there was a --
7  Q. Why don't I pose another question. Over
8     time did there come to be instances where your
9     interactions with Jimmy Koppel left you feeling
10    uncomfortable?
11 A. Yes.
12    MR. BOYLAN: Objection.
13 Q. And can you please describe the first of
14    those instances that you can remember?
15 A. So I can't, you know, verify the order so
16    but one instance was I believe we hosted an event
17    for freshmen and I believe that Jimmy got a little
18    mad at one of them and it made me uncomfortable
19    because I felt like I should be protecting the
20    freshmen.
21 Q. Do you know what the cause of Jimmy
22    getting mad at this freshman was?
23 A. I don't remember. I think it was
24    something not important.

Page 17

1  Q. What was the next event when Jimmy made
2     you feel uncomfortable?
3  A. So I think occasionally I felt a little
4     cornered. I think these are related to Jimmy like
5     talking to me beyond what I wanted. Like I think in
6     most situations I can communicate what I want
7     through body language. Like for example if I'm
8     trying to leave, I will turn away from the person or
9     try to cut the conversation but that didn't seem to
10    be noticed, my body language.
11 Q. What other events or interactions with Mr.
12    Koppel left you feeling uncomfortable?
13 A. Well, I think the final situation that
14    made me decide that I would keep a distance from
15    this person was I was speaking to Jimmy once and
16    then I like said something that I didn't think was
17    funny and Jimmy laughed and then brushed my arm and
18    I didn't ask for physical contact. I think that
19    unsolicited physical contact makes me uncomfortable
20    and so at that point I decided that I would stay
21    away.
22 Q. Tell me about this conversation with Mr.
23    Koppel in a little more detail if you could.
24 A. So the conversation -- the content itself

Page 18

 1  also made me a little uncomfortable because it was
 2  about startups. I had previously started a company
 3  with my ex-boyfriend and --
 4  Q. If I could, sorry to interrupt you, but
 5  approximately when did this conversation take place?
 6  A. Oh, gosh. Let's see. Sorry. I can't
 7  actually think very well right now. I can go figure
 8  it out but like my brain is not working and I have
 9  to go count the years and delete, like subtract and
10  do math.
11  Q. That's fine. Where were you when this
12  conversation took place?
13  A. I was in the SIPB office.
14  Q. What were you doing?
15  A. I was just kind of sitting there doing my
16  homework I think. It wasn't anything important.
17  Just I believe -- yeah. Something like that.
18  Q. So you were starting to say that you had
19  began working on a startup?
20  A. Oh, yes. So for clarification I had
21  previously worked on a startup with my ex-boyfriend
22  and then I had -- I was like at the time working on
23  a startup with my current boyfriend and the content
24  of the conversation that made me a little

Page 19

 1  uncomfortable as well was that Jimmy asked some
 2  questions about like what it was like to work with
 3  your significant other and then either directly or
 4  indirectly, I cannot remember the exact like precise
 5  dialogue, he implied like that's hard and unlikely
 6  to work out and it made me uncomfortable because I
 7  didn't ask for judgment for my personal life
 8  decisions especially because I just didn't ask for
 9  it. That in addition to the brush made me
10  uncomfortable.
11  Q. What precipitated his touching your arm?
12      MR. BOYLAN: Objection.
13  A. Because --
14  Q. You can answer the question.
15  A. So I told -- in my opinion I made an
16  unfunny comment. Jimmy thought it was really funny
17  so then he brushed my arm as a ha ha. You're very
18  funny.
19  Q. Can you demonstrate what the actual
20  movement of his hand on your arm was like?
21  A. Like upper arm and then I would say
22  probably like 50 percent of my upper arm.
23  Q. Okay. And how exactly did he brush your
24  arm with his hand?

Page 20

 1  A. Like he reached out and then like I think
 2  the -- yeah. He reached out and then like stroked
 3  it.
 4  Q. So it was not an accidental touching in
 5  your opinion at the time?
 6      MR. BOYLAN: Objection.
 7      MR. PYLE: I withdraw the question.
 8  A. Okay.
 9  Q. And how did his touching of your arm make
10  you feel?
11  A. It made me feel unsafe in the SIPB office.
12  I think that physical touch is something I don't
13  welcome unless it's from a close person or a friend
14  and I -- yeah. It made me very uncomfortable. I
15  think the important context as well is the content
16  of the conversation which related to startups also
17  made me uncomfortable.
18  Q. Thank you. You said earlier that during
19  other conversations with Mr. Koppel he made you feel
20  cornered. Do you recall saying that a moment ago?
21      MR. BOYLAN: Objection.
22  A. Yes.
23  Q. Can you explain what you meant by that?
24  A. I think when I mean cornered, it's unable

Page 21

 1  to leave the conversation. I think typically when I
 2  want to leave conversations, I leave hints such as
 3  body language, turning away from the person, saying
 4  I need to go or just when you have a conversation
 5  when you ask leading questions, it means you want to
 6  continue. If you say short answers, it means you
 7  want to stop the conversation. My observations were
 8  that these signals weren't observed and that's what
 9  made me cornered because it can be difficult to like
10  break away from a conversation and in my normal
11  social interactions I rely on giving and receiving
12  cues to decide or to figure out like how to behave
13  and I expect other people to get the message if I'm
14  sending physical cues.
15  Q. After Mr. Koppel stroked your arm in the
16  SIPB office, what did you do?
17  A. Well, I --
18      MR. BOYLAN: Objection to stroked.
19  Go ahead.
20  A. I was in a rolling chair so you are able
21  to turn in a rolling chair. I attempted to turn
22  away from the conversation multiple times and I
23  wanted to stay in the office to do my homework and
24  to hang out with people and I felt that every time I

Page 22

1  tried to turn away, Jimmy would ask another question
2  or say something that like forced me to continue the
3  conversation.  In addition I felt that it was my
4  duty to be friendly and nice to everybody so the
5  reason I felt cornered is that it put me in a
6  difficult situation where I could either continue a
7  conversation that made me uncomfortable or be rude
8  and unwelcoming and I consider that part of my job.
9  Q.  So what happened after Mr. Koppel stroked
10  your arm?  Did you stay in the office?
11     MR. BOYLAN: Objection.
12  Q.  Did you leave?
13  A.  I believe I eventually left because it was
14  the easiest thing to do.  Precisely what happened I
15  can't actually remember so.
16  Q.  Were there any other instances where Mr.
17  Koppel made you feel uncomfortable?
18  A.  Not that I can remember in precise detail
19  but I think generally the like lack of perception
20  about signalling was there, yes.
21  Q.  Did you ever have a conversation with
22  anybody else who told you that Jimmy Koppel made
23  them feel uncomfortable?
24  A.  Yes.

Page 23

1  Q.  Can you tell us who?
2  A.  Ashley Kim.
3  Q.  Okay.  When did you have this conversation
4  with Ashley Kim?
5  A.  In her room.  You said when.  I have to
6  scroll back but approximately junior year.
7  Q.  Do you know if it was -- okay.  And what
8  did Ashley Kim say?
9  A.  She said that Jimmy made her uncomfortable
10  and is one of the main reasons she didn't go to
11  SIPB.
12  Q.  What else did she say?
13  A.  I believe she told me a story about
14  getting hit on but I can't recall what in precise
15  detail.
16  Q.  You mentioned before that you observed Mr.
17  Koppel getting angry at a freshman during a freshmen
18  event.  Did you ever see Mr. Koppel get angry at
19  anyone else?
20  A.  I think anger that time was more like
21  observed but I've seen him belittle other people so
22  like, you know, I think usually it's related to
23  competence in computing.
24  Q.  Can you tell us about any examples of

Page 24

1  that?
2  A.  Not in precise detail.
3  Q.  However, it's fair to say your overall
4  impression of him was that he sometimes belittled
5  people having to do with computer issues?
6     MR. BOYLAN: Objection.
7  A.  Computer competence so yes.
8  Q.  And what do you mean by computer
9  competence?
10  A.  Like an example is this is an easy
11  concept.  Why don't you understand it?
12  Q.  And would some of these people be -- was
13  anybody who he belittled in this fashion a SIPB
14  member or keyholder?
15  A.  Yes.
16  Q.  Do you recall who?
17  A.  No.
18  Q.  Okay.  Did there come a time when SIPB
19  considered whether Mr. Koppel should be made a
20  keyholder?
21  A.  Yes.
22  Q.  And what happened with respect to that?
23  A.  There were objections and he was denied.
24  Q.  Did you receive any e-mails about the

Page 25

1  subject of Jimmy Koppel being made a keyholder?
2  A.  Yes.
3     MR. PYLE: I'd like to mark this as
4  an exhibit.
5     (Exhibit 1 was marked for
6  identification.)
7  Q.  Miss Zeng, I'd just ask you to take a
8  moment to read the first page or two of this
9  document.
10     (Witness perused document.)
11  Q.  If I could turn your attention to the
12  middle of the second page.
13     (Witness perused document.)
14  Q.  Okay.  Now that you've looked at the first
15  couple pages can I ask you do you recognize this
16  e-mail thread?
17  A.  Yes.
18  Q.  Can you identify it, please?
19  A.  This -- what do you mean?
20  Q.  Let me ask a better question.  Do you see
21  on the first page of Exhibit 1.
22  A.  Yes.
23  Q.  This is an e-mail from William Moses?
24  A.  Yes.  I received this and read it.

Page 122

1  A. Correct.
2  Q. Can you think of any other incidents other
3  than the you're so funny episode? Were there other
4  things you can tell us about?
5  A. There definitely were but I can't recall
6  them in great detail. The situation goes along the
7  lines of like I'm trying to leave. Probably we're
8  the only two people in the SIPB office and then I
9  feel like I have trouble escaping the interaction.
10 Q. Did you ever say to Mr. Koppel I've got to
11 go now and he somehow stopped you from leaving?
12 A. Yes, by asking more questions or
13 continuing the conversation.
14 Q. And did you then say, really I have to go
15 and leave?
16 A. Yes. That's how I leave eventually.
17 Q. Eventually. Okay. And that happened
18 once?
19 A. Multiple times.
20 Q. Okay. How many other times did you have
21 to in effect say I've got to leave to get a --
22 A. I don't remember.
23 Q. Okay. Well, if you did it in other
24 occasions -- well, the time he said, you're so

Page 123

1  funny, that's the last time you talked to him;
2  right?
3  A. Yeah. After that I avoided him.
4  Q. So if you had told him that you needed to
5  leave on other occasions, you weren't astounded on
6  the day of the you're so funny conversation that he
7  didn't pick up on the signal. You knew he didn't
8  pick up on the signals; correct?
9  A. No. I expect that he can pick up on my
10 signals when I say that I need to do my homework and
11 he keeps asking questions.
12 Q. He was talking about startups and
13 questions about that.
14 A. Yes.
15 Q. And that's because -- did you think at the
16 time it was because he wanted to get to know you and
17 favorably impress you?
18 A. No. I felt like he was hitting on me and
19 I didn't like it.
20 Q. I know you might have thought that but did
21 you also have the thought that this guy is trying to
22 get in my good graces and I don't want anything to
23 do with him?
24 A. No.

Page 124

1  Q. Did you think he was flattering you?
2  A. I felt like he was flirting with me.
3     MR. PYLE: Paul, can I put on the
4  record your client is shifting around in his chair
5  constantly and laughing at the witness's testimony.
6  It's becoming disruptive and I ask you to ask your
7  client to stop that behavior.
8     MR. BOYLAN: I don't think that --
9  I'm going to make no comment except that's
10 inappropriate. We'll proceed. Would you read the
11 last question?
12 (Question was read back by the stenographer.)
13 Q. Yes or no.
14 A. No, because he also made critical remarks.
15 See, he also remarked about the boyfriend thing.
16 Starting a company with a boyfriend is -- you know,
17 I don't remember exactly what he said but it's
18 something along the lines of, oh, it's like a recipe
19 for disaster. In combination with the arm touch it
20 felt like he was inappropriately hitting on me.
21 Q. Right. And is it your experience that men
22 who know about your boyfriend nevertheless hit on
23 you?
24 A. Most people don't hit on me when they know

Page 125

1  I have a boyfriend. They also don't remark that it
2  will be a disaster.
3  Q. He was doing -- Koppel in your view on the
4  day of brushing your arm he did a lot of things that
5  were inappropriate; fair?
6  A. Yes.
7  Q. Okay. Did you report the brushing to the
8  sexual harassment office?
9  A. No, but I reported it to a private
10 anonymous inbox about whether or not we should allow
11 this person to join a club. A student club.
12 Q. Yes. So that's on 371 at 5:27 p.m. that's
13 what you reported?
14 A. Correct.
15 Q. Would you go on, please? Well, in that he
16 tries to touch me in socially acceptable ways. When
17 he brushed your arm, did you consider that a, quote,
18 socially acceptable --
19 A. Wait. You might have noticed that there
20 are quotations around the word socially acceptable.
21 Quotation means that usually it's text so not all
22 intention is explicitly communicated but I should
23 have used more precise language because I didn't
24 expect that this would show up in court. What I

Page 126

1  mean by that is he finds excuses to touch you such
2  that it's not so bad that you can go to the Title IX
3  and report it like a molestation.  However, it's
4  uncomfortable enough and repeated enough that it
5  overall makes me extremely uncomfortable.
6  Q.  Okay.  Tell me another time when he
7    touched you.
8  A.  I can't remember.
9  Q.  Okay.
10 A.  There are many interactions.  I can't
11   remember because it's been like three years.
12 Q.  Would you go to Page 372?  Now, at 5:52,
13   this whole discussion starts at 4:21 so it's pretty
14   early on in the conversation Mr. Moses is talking
15   about anonymizing your comment.
16 A.  Correct
17 Q.  I'm on Page 372, and you suggest anonymous
18   female keyholder, question mark.  Do you see that?
19 A.  Yes.  That's referring to Ashley Kim who
20   is not anonymized.
21 Q.  Well, it's referring to -- actually, if
22   you read up, he's asking you --
23 A.  Oh, yes.  It's me.  Yes.
24 Q.  It's you.

Page 127

1  A.  Correct.
2  Q.  Why don't you call me anonymous female
3    keyholder.
4  A.  Yes.
5  Q.  And you say, I typed this as stream of
6    consciousness so maybe paraphrase it ha ha.  Did I
7    read that correctly?
8  A.  Correct.
9  Q.  When you say you typed this as stream of
10   consciousness, you're referring to what you wrote at
11   5:27 p.m.
12 A.  Correct.
13 Q.  Two pages earlier.
14 A.  Correct.
15 Q.  At 5:57 he says, do you mind if I send the
16   excerpt, parens, it's just a tad more powerful and
17   it goes on, close parens.  Do you see that?
18 A.  Sure.  Yes.
19 Q.  When you read that, did you realize Mr.
20   Moses wanted whatever he recorded in this
21   conversation to be something he could use against
22   Jimmy?
23 A.  I don't know.
24 Q.  Well, he wanted it to be more powerful in

Page 128

1  a negative way; right?
2  A.  I don't know.
3  Q.  Well, did you have any doubt when you read
4    the first page and the four bullet points that he
5    was looking for negative comments on Koppel?
6  A.  I don't know.
7  Q.  Okay.
8  A.  I think he was looking for feedback.
9  Q.  Well, he already had negative feedback.
10 A.  Yes, and he was looking for more feedback.
11 Q.  For more.  Right.  For the sake of
12   discussion he lists four things that Koppel has done
13   badly or poorly or unacceptable in the last year or
14   so.
15 A.  Yes.
16 Q.  So that's what the discussion is.
17 A.  I want to emphasis specifically against
18   females.
19 Q.  Right.  Right.  The expulsion of Koppel
20   was postured as pro female activity, wasn't it?
21     MR. PYLE:  Objection.
22 Q.  Protecting women.
23 A.  Well, wait.  What?  What do you mean?
24 Q.  When Koppel got expelled, didn't Mr. Moses

Page 129

1  say he was doing it to protect women?
2  A.  Female SIPB members in particular who were
3    subject to a lot of these complaints.
4  Q.  Right, and so when Koppel got expelled, it
5    was in part a victory for the women; correct?
6     MR. PYLE:  Objection.
7  A.  Objection.  It's not a victory for -- it's
8    a victory -- it's not a victory.  What the frig is
9    that?  No.  Objection.
10 Q.  Okay.  You didn't think Koppel was taking
11   pains to have his first act as president be the
12   expulsion of somebody who made women uncomfortable?
13     MR. PYLE:  Objection.
14 Q.  Did you realize that's what he was doing?
15 A.  Billy's goal was to make SIPB a safe place
16   for everybody.
17 Q.  Right.  So it would be safe for --
18 A.  Everybody.
19 Q.  -- people of all genders.
20 A.  Yes.
21 Q.  He just happened to though -- the person
22   he was targeting was Koppel; right?
23     MR. PYLE:  Objection.
24 Q.  The campaign was about Koppel.