# EXHIBIT 16

Ashley Kim

1

Volume: I

Pages: 1-52

Exhibits: 1-2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 20-cv-11479-LTS

- - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES KOPPEL,

        Plaintiff,

  v.

WILLIAM MOSES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

VIDEOTAPED DEPOSITION OF ASHLEY KIM

Witness appeared remotely via videoconference from

Seattle, Washington

Wednesday, July 21, 2021

2:17 p.m. to 3:15 p.m.

Reporter: Marianne R. Wharram, CSR RPR CRR

Page 2

**REMOTE APPEARANCES:**

FREEMAN MATHIS & GARY, LLP
(BY PAUL G. BOYLAN, ESQ.)
60 State Street, Suite 600
Boston, MA  02109-1800
(617) 963-5975
pboylan@fmglaw.com
Counsel for Plaintiff James Koppel

PRINCE LOBEL TYE LLP
(BY JEFFREY J. PYLE, ESQ.)
One International Place, Suite 3700
Boston, MA  02110
(617) 456-8000
jpyle@princelobel.com
Counsel for Defendant William Moses

**ALSO PRESENT:**
JAMES "JIMMY" KOPPEL
WILLIAM MOSES

Page 3

                I N D E X
DEPONENT              DIRECT   CROSS   REDIRECT   RECROSS
ASHLEY KIM
(BY MR. PYLE)            6               49
(BY MR. BOYLAN)                  34               50


                E X H I B I T S
NO.           DESCRIPTION                      PAGE
Exhibit 1   Text Messages                        15
Exhibit 2   Photocopy of Greeting Card,          32
            Bates Stamped WM000469











*Exhibits retained by Mr. Pyle.

Page 4

P R O C E E D I N G S
    **COURT REPORTER:** We are on the record. My name is Marianne Wharram, Registered Professional Reporter, Certified Realtime Reporter, and Certified Shorthand Reporter Number 142696.
    Due to precautions of social distancing, this deposition is being held remotely via Zoom.  I have identified the witness as ASHLEY KIM by her Virginia ID.
    Before I swear in the witness, I will ask counsel to identify themselves, state whom they represent, and stipulate on the record that pursuant to Executive Order 144, the court reporter may swear the deponent even though she is not in the physical presence of the deponent, and that there is no objection to that at this time, nor will there be an objection to it at a future date.
    Mr. Boylan?
    **MR. BOYLAN:** That's agreeable. No objection.
    **COURT REPORTER:** Thank you.
    And Mr. Pyle?
    **MR. PYLE:** Thank you.  No objection.
    (Witness sworn.)

Page 5

    **MR. PYLE:** Good afternoon, Ms. Kim, and to everyone.  Pursuant to the deposition notice, I am letting all parties to this videoconference deposition know that I will be recording the deposition via the Zoom technology and will be hitting the record button now.
    Marianne, I need to have permission to record from the host, because I think you are the host.
    (Discussion off the record.)
    (Mr. Pyle begins Zoom recording.)
    **MR. PYLE:** Good afternoon.  My name is Jeffrey Pyle.  I represent the defendant in this action, William Moses, and I wanted to state first on the record that this videoconference deposition is being transcribed by our court reporter and is also being recorded by me via the Zoom technology onto my local computer.
    Mr. Boylan, do we agree that all objections except as to the form of the question are reserved until the time of trial and that all motions to strike are reserved until the time of trial?  Is that agreeable, Mr. Boylan?
    **MR. BOYLAN:** Yes.

Page 6

1   I'd like to say one more thing. You
2 may be on the cutting edge of the rules, but I'm
3 not sure a video deposition can be taken in this
4 manner, and if I have rights about that, I want to
5 preserve them.
6    MR. PYLE: Okay.
7    ASHLEY KIM,
8 a witness called on behalf of the Defendant,
9 having first been satisfactorily identified by the
10 production of her Virginia ID card and duly sworn
11    pursuant to Executive Order 144,
12 was examined and testified as follows:
13    DIRECT EXAMINATION
14 Q.  (BY MR. PYLE) Now, Ms. Kim, it is nice to
15   meet you and good afternoon. Good morning to you,
16   actually. You're three hours behind us.
17      You have a right as a deposition
18   witness to read a deposition transcript after it's
19   prepared and make sure that the court reporter,
20   Marianne, who is with us today, accurately
21   transcribed your testimony. You would have 30 days
22   from receipt of that transcript to make any
23   corrections. Would you like the opportunity to do
24   that?

Page 7

1 A.  Yes, please.
2 Q.  Can you speak up a little bit? I couldn't
3   really hear.
4 A.  Oh. Yes, please.
5 Q.  Thank you.
6    MR. PYLE: And, Mr. Boylan, we agree to
7   waive notary?
8    MR. BOYLAN: Sure.
9    MR. PYLE: Okay. Anything else
10   preliminary that we should address before we begin?
11      (Mr. Boylan gesturing.)
12    MR. PYLE: Very good. Thank you.
13 Q.  (BY MR. PYLE) Ms. Kim, would you please
14   state your full name for the record?
15 A.  My name is Ashley Hyowon Kim.
16 Q.  Can you please spell your middle name?
17 A.  H-Y-O-W-O-N.
18 Q.  Thank you.
19      And what is your date of birth?
20 A.  December 15th, 1997.
21 Q.  Thank you.
22      Where do you live?
23 A.  I live in Seattle, Washington.
24 Q.  And is that your permanent address?

Page 8

1 A.  Yes.
2 Q.  Okay. And can you confirm, please, that
3   you were subpoenaed for this deposition today? You
4   received a subpoena from me?
5 A.  Yes.
6 Q.  Thank you.
7      Ms. Kim, would you please tell me about
8   your educational background starting with
9   high school?
10 A.  I went to Thomas Jefferson High School For
11   Science and Technology, and then I attended MIT,
12   Massachusetts Institute of Technology.
13 Q.  Where is Thomas Jefferson High School
14   located?
15 A.  It is in northern Virginia. I could not
16   tell you the city right now.
17 Q.  Okay. And did you graduate from
18   Thomas Jefferson High School?
19 A.  Yes.
20 Q.  In what year?
21 A.  In 2016.
22 Q.  In 2016? And did you start college at MIT
23   the same year?
24 A.  Yes.

Page 9

1 Q.  Did you have a particular field of study at
2   MIT?
3 A.  I majored in computer science -- oh.
4   I majored in mathematics and in electrical
5   engineering and computer science.
6 Q.  So is that three different majors, or two?
7 A.  That is two different majors.
8 Q.  And mathematics is one major and electrical
9   engineering slash computer science is another
10   major?
11 A.  Yes.
12 Q.  Thank you.
13      Did you receive a degree from MIT?
14 A.  Yes.
15 Q.  What degree was that?
16 A.  I received a -- both a bachelor's and a
17   master's in engineering.
18 Q.  And when did you receive your bachelor's
19   degree?
20 A.  I believe I graduated -- I got my
21   bachelor's degree on June or July of 20-- 2020, and
22   I got my master's degree on August or September.
23   With COVID, the times are slightly unclear.
24 Q.  August or September also of 2020?

Page 10

1  A. Yes.
2  Q. Okay. And are you presently enrolled at
3  any college or university?
4  A. No.
5  Q. Okay. Are you working? I'm sorry.
6  I couldn't hear your answer.
7  A. Yes.
8  Q. And where are you working?
9  A. I'm working for Dropbox.
10 Q. Dropbox, the cloud computing company?
11 A. Yes.
12 Q. Okay. Do you know James Koppel?
13 A. Yes.
14 Q. When did you first meet James Koppel?
15 A. I first met James Koppel my freshman year
16 during Memorial Day -- no -- during MLK Day weekend
17 for a mystery hunt.
18 Q. What is a mystery hunt?
19 A. Oh. It is a -- it's a puzzle event held by
20 volunteers at MIT during MLK weekend.
21 Q. During Martin Luther King Junior weekend?
22 A. Yes.
23 Q. And tell me how you met Mr. Koppel during
24 mystery hunt.

Page 11

1  A. I believe we were on the same team and we
2  ended up talking. I think we met, and
3  coincidentally, I also got introduced to him from a
4  friend through an e-mail for potential like common
5  research interests, and then we started talking.
6  Q. Okay. And did you talk during the mystery
7  hunt event that weekend?
8  A. Yes, but not very much.
9  Q. Okay. And did you get to talking with him
10 at later occasions after that?
11 A. Yes.
12 Q. Okay. Tell me about those conversations.
13 A. We were in the same student group, ESP, the
14 Educational Studies Program, so we were friends,
15 and we talked about various things like including,
16 but not limited to research.
17 Q. Okay. Now, did anyone propose at some time
18 that you work with Mr. Koppel, or work for
19 Mr. Koppel?
20 A. I think it was the -- I think that was the
21 basis under which we were introduced, and we
22 brought it up at certain points, but it was never
23 seriously discussed, like.
24 Q. Did you ever consider in your own mind

Page 12

1  whether you wanted to work with Mr. Koppel?
2  A. Yes. I think if I decided I wanted to, we
3  would have talked about it. Yeah.
4  Q. Okay. And why did you decide you did not
5  want to work for Mister -- or strike that question.
6  Did you at some point decide that you
7  did not want to work for Mr. Koppel?
8  A. Yes.
9  Q. Okay. Can you please tell me why?
10 A. I thought we were -- I thought we were
11 friends, and it would be a conflict of interest.
12 And I think there was also some feeling of like --
13 well, give me a moment to think of how to phrase
14 this answer. Yeah. I think there was also some
15 slight discomfort in my physical boundaries,
16 occasionally feeling like they were violated.
17 Q. Can you please describe what led to that
18 feeling?
19 A. I think he was very -- he was very
20 friendly, and I think the fact that he would like
21 occasionally like pat me on the head, or like,
22 you know, like generally like be a little bit
23 touchy in ways I like felt were not super
24 comfortable, I thought I should not like --

Page 13

1  I thought I did not want this from a potential
2  research supervisor, even if I didn't think it was
3  like too big of a deal.
4  Q. Okay. I -- you said he would pat you on
5  the head sometimes. Did he touch you in other ways
6  or at other locations?
7  A. Not in major ways that I remember, but I'm
8  like -- I don't think there was like abnormal
9  physical contact in other ways. Yeah.
10 Q. Did you -- how did his touching you on the
11 head make you feel?
12 A. I was pretty uncomfortable, but I'm not --
13 yeah, but I think like as uncomfortable as I would
14 have felt with like any uninvited physical contact.
15 Q. Okay. Now, where did you live during your
16 freshman year on MIT's campus?
17 A. I lived in the dorm, East Campus, for all
18 four years.
19 Q. Okay. Did you have a particular floor that
20 you lived on?
21 A. I lived on Floor Pi, the third floor on the
22 west half of the dorm.
23 Q. And did you say it was called Floor Pi?
24 A. Yes.

Page 14

1  Q. Is that named after the 3.1415?
2  A. Yes.
3  Q. Okay. I don't know any more of it. I'm
4  sorry about that.
5     And do you know what a graduate
6  resident tutor is?
7  A. Yes.
8  Q. Could you please tell us what a graduate
9  resident tutor is?
10 A. Oh. They are a graduate student. They --
11 that lives on the specific dorm's floor and serves
12 to kind of like go as a point of contact for the
13 students on the house and generally like provide
14 some unstructured leadership type of role towards
15 the -- towards the students.
16    I don't remember the specifics.
17 I'm sorry.
18 Q. Okay. Did you have a communication at some
19 point with Mr. Koppel about his becoming the
20 graduate resident tutor for your floor, Floor Pi?
21 A. Yes. Yes, I did.
22 Q. Okay. And please tell me about that
23 conversation.
24 A. I think -- well, I do not remember

Page 15

1  super-well -- this was several years ago -- but he
2  had definitely con-- he definitely reached out to
3  me saying that he was interested --
4  Q. In becoming the graduate -- please
5  continue.
6  A. -- in becoming -- oh, becoming -- in
7  becoming a GRT for Floor Pi specifically.
8  Q. And when, approximately, did those
9  communications take place?
10 A. I believe it was sometime early 2017.
11 Let me -- give me a second to try to remember.
12    Yes. I think we -- we were -- we had
13 discussed it sometime early 2017, because that's
14 when we started looking for a new GRT.
15 Q. For a new GRT?
16 A. Yes, because our current one was scheduled
17 to graduate.
18 Q. I'd like to show you what will be marked as
19 Exhibit 1 to this deposition.
20    (Exhibit 1 marked for identification
21 and displayed on Zoom screen.)
22 Q. Can you see that document via the
23 share-screen function?
24 A. Yeah.

Page 16

1  Q. You have to say yes or no. I'm sorry.
2  A. Yes.
3  Q. We have formalities in a deposition.
4  A. Oh, sorry. I need to speak up.
5  Q. Okay. Can you identify this document?
6  A. Yeah. That is our message history.
7  Q. Is it a message history on a messaging
8  platform?
9  A. On Facebook Messenger, I believe.
10 Q. Okay. Thank you.
11    And you see on the first entry,
12 February 21st, 2017, Mr. Koppel asks you, hi,
13 Ashley. How goes? I just wanted to ask, what's
14 the status of Floor Pi GRT selections.
15    Do you see that document?
16 A. Yes.
17 Q. Okay. And does that refresh your
18 recollection as to the time when he -- you and he
19 were having those discussions?
20 A. Yes. It seems -- it seems correct. Yeah.
21 Q. Okay. Do you know whether or not
22 Mr. Koppel applied to be the Floor Pi GRT?
23 A. Yes, he did.
24 Q. Okay. Was he selected as the Floor Pi GRT?

Page 17

1  A. No, he was not.
2  Q. Do you know why?
3     MR. BOYLAN: Objection.
4  A. I do not confidently know, because I was
5  not a part of the group making the final decision,
6  but I know that he was struck at some point in the
7  process and did not make it to the interview.
8  Q. (BY MR. PYLE) Okay. Do you have any
9  information as to why he might have been struck
10 from that process?
11    MR. BOYLAN: Objection.
12 Q. (BY MR. PYLE) You can answer.
13 A. Not concretely. I -- I believe there was
14 at least one person who did not want this to occur,
15 but I don't remember much else.
16 Q. Who was that person?
17 A. I am not confident I know the answer.
18 Q. Okay. Can you state just to the best of
19 your recollection, whether you're fully confident
20 in the answer or not?
21 A. I believe Jakob Weisblat was involved in
22 making the decision, but I do not know if they
23 specifically were the person that was
24 uncomfortable.

Page 18

1  Q.  Okay.  You say the person that was
2  uncomfortable.  Is your -- are you saying that
3  someone was uncomfortable with the idea of
4  Mr. Koppel being the Floor Pi GRT?
5      MR. BOYLAN: Objection.
6  A.  Yes.
7  Q.  (BY MR. PYLE)  And do you know what the
8  reason for that discomfort was?
9      MR. BOYLAN: Objection.
10 A.  No.
11 Q.  (BY MR. PYLE)  Okay.  Do you have any more
12 information about why Mr. Koppel didn't make it to
13 the interview round of the GRT selection process?
14     MR. BOYLAN: Objection.
15 A.  No, not at this moment.
16 Q.  (BY MR. PYLE)  Take your time and think
17 about it.  If there is some other information,
18 please let me know.
19 A.  Okay.
20     MR. BOYLAN: Same objection.
21 A.  I don't -- yeah.  I don't remember the
22 details of this at all.
23 Q.  (BY MR. PYLE)  Were you involved in the GRT
24 selection process in any way?

Page 19

1  A.  I was involved insofar as every resident
2  was asked about their preferences and anyone they
3  would or would not want as a GRT.  And --
4  Q.  Did you make -- sorry.  Please finish your
5  answer.
6  A.  And I stated that I knew this person and
7  like was sufficiently friendly with this person,
8  but like maybe this was a bad idea, but I did not
9  express any like strong opinions.
10 Q.  Okay.  When you say you were sufficiently
11 friendly with this person and that it would be a
12 bad idea, can you explain what you meant by that?
13 A.  I think generally, our floor wants some --
14 wanted some type of autonomy and like a
15 not-quite-as-involved GRT, so we actively were not
16 looking for someone that too many people knew like
17 on a one-on-one basis, because we thought that
18 might form a strange interconnect.  But I don't
19 think this was a strong opinion and I don't think
20 this was what struck the name.
21 Q.  Is there any other person who you know or
22 suspect might have been uncomfortable with the idea
23 of Mr. Koppel being made the GRT for Floor Pi?
24     MR. BOYLAN: Objection.

Page 20

1  A.  No.
2  Q.  (BY MR. PYLE)  Okay.  Did you form an
3  opinion as to the reasons that Mr. Koppel might
4  have been seeking to become the GRT of Floor Pi?
5      MR. BOYLAN: Objection.
6  A.  I was told that -- I think from what
7  I recall, he told me that he wanted to be the GRT
8  of Floor Pi because it had a lot of like
9  interesting people that he kind of knew from like
10 math and CS backgrounds that had like hobbies that
11 he was interested in.
12 Q.  (BY MR. PYLE)  Okay.  Earlier, did you
13 mention a club called ESP?
14 A.  Yes.
15 Q.  What does ESP stand for?
16 A.  It stands for the Educational Studies
17 Program.
18 Q.  Were you active in ESP?
19 A.  Yes.
20 Q.  Was Mr. Koppel active in ESP also?
21 A.  Yes.
22 Q.  Did you have any interactions with
23 Mr. Koppel in the context of the ESP group?
24 A.  Yes.

Page 21

1  Q.  Can you please tell me about those?
2  A.  I think we would often book the meetings,
3  so we would talk then.  We would like -- yeah.
4  You know, we would interact.  We would also go to
5  retreat, and like we would -- like we would
6  interact normally there.
7  Q.  Did any of his interactions with you in the
8  ESP context make you uncomfortable?
9  A.  I think it made me a little uncomfortable.
10 It made other people also uncomfortable, where I
11 think people would be like why is he touching you;
12 why is he petting you on the head; that is a little
13 strange.  And I would be like I agree, but we are
14 friends, and this is like fine.
15 Q.  Who -- who said -- who said that to you?
16 A.  I do not remember.
17 Q.  Someone associated with ESP?
18 A.  Yes.
19 Q.  Do you know if it was a woman or a man, or
20 do you remember anything else?
21 A.  No, I do not.
22 Q.  But it was sufficiently unusual that
23 Mr. Koppel was touching you on the head that it led
24 to comment by people?

Page 22

1   MR. BOYLAN: Objection.
2  A. I don't know how to answer that question.
3  Q. (BY MR. PYLE) Okay. Does MIT have a club
4   called the Student Information Processing Board?
5  A. Yes.
6  Q. Okay. And does that club go by an acronym?
7  A. It going by SIPB, S-I-P-B.
8  Q. S-I-P-B. Okay. Thank you.
9      Did you at any time have any
10  involvement with SIPB?
11 A. I was a member, which meant I attended and
12  had some involvement, but was not a formal
13  key-holder.
14 Q. Okay. And did you have any -- did the
15  SIPB group have an office?
16 A. Yes.
17 Q. Okay. Did you sometimes go to the
18  SIPB office?
19 A. Yes.
20 Q. Did you have occasion to interact with
21  Mr. Koppel at the SIPB office?
22 A. Yes.
23 Q. Can you tell me about any of those
24  interactions?

Page 23

1  A. I'm sure we'd run into each other at
2   meetings, but the time I remember is -- I believe
3   this was my junior year. I am not a hundred
4   percent confident. I walked into the office
5   because I saw a couple of my high school friends
6   playing board games. And then, I ran into Jimmy.
7   And like I was printing and we were chatting. It
8   was a good time. But on the way to leave,
9   I remember he was like will you give me a hug. And
10  I think I was moderately freaked out by this and
11  like said yes and left, but -- and then I just
12  didn't go back again, because I was like hmm,
13  apparently, nothing good ever happens in the
14  SIPB office.
15 Q. Where was Mr. Koppel located when he asked
16  you to give him a hug?
17 A. Like vaguely walking my way to the door,
18  but I don't think it was like -- I -- I did not
19  feel like it was like not -- a non-optional
20  request. I just like didn't want to make a big
21  deal by declining.
22 Q. Did the -- how did the request to give him
23  a hug make you feel?
24 A. Not super great. Yeah, not super -- not

Page 24

1   great.
2  Q. Okay. Can you describe it -- your feeling
3   about it in any other way?
4  A. I think I was deeply uncomfortable because
5   I had had similar experiences to that in the
6   SIPB office, and those had made me supremely
7   uncomfortable.
8  Q. And were these experiences with another
9   person?
10 A. Yes.
11 Q. Okay. Not involving Mr. Koppel?
12 A. Yes.
13 Q. But nonetheless, Mr. Koppel's request made
14  you deeply uncomfortable?
15     MR. BOYLAN: Objection.
16 A. I would not say deeply uncomfortable.
17 Q. (BY MR. PYLE) Well, you just said deeply
18  uncomfortable, so --
19 A. I think -- oh, sorry. I remembered some
20  other experiences that had made me deeply
21  uncomfortable, so I think I was maybe more
22  uncomfortable than I would have been by default,
23  but I think I was so like I'm not a fan of this
24  request, but like I -- we're friends and I don't

Page 25

1   want to actually like decline, so this is fine.
2  Q. Okay. Well, did you give him a hug on your
3   way out the door?
4  A. Yeah.
5  Q. Okay. You said you did not then return to
6   the SIPB office. Is that right?
7  A. I don't feel comfortable stating that
8   I never stepped foot again, but I definitely did
9   not ever seek out the SIPB office again. I cannot
10  guarantee that I didn't like stop by because a
11  friend needed to go there for anything, but I don't
12  think I like interacted in the SIPB office after
13  that.
14 Q. Did you make a decision that you would not
15  seek out the SIPB office again after this event?
16 A. Yes.
17 Q. Okay. Did you ever tell anyone that you
18  had made that decision not to go back to SIPB?
19 A. I think I told one or two people. I don't
20  remember how the information flowed any more, but I
21  think this was more of an addendum to like the
22  story of every -- like many times, when I'd go to
23  the SIPB office, I have an uncomfortable
24  interaction, so I will just stop. So I don't think