# EXHIBIT 17



**Chelsea Voss** — Mobile

8/11/16 12:11 PM

> I miss hanging out with you; I'm really sad I didn't get to catch up with you one-on-one at EA Global. Are you still around the Bay / when do you get bac

> k to Boston for the summer? I want to hear about your latest plots and talk about world optimization.

8/11/16 12:35 PM

> Also, this paper is really cool: http://theoryofcomputing.org/articles/gs002/gs002.pdf

> (In particular the introduction is a good read; I haven't read the rest yet)

10/17/16 12:14 PM

Hi Chelsea. I really miss being friends with you, but things between us have gotten to the point where I have a physical reaction to your presence. I'd really like things to be okay between us, but this will take an active effort on both of our parts. Would you be willing to come talk in the Ombuds office?



Koppel
EXHIBIT NO. 30
7/25/22
K. MORGAN

**Chelsea Voss** — Mobile

office?

10/20/16 7:44 PM

ccident just now).

No, sorry. In the meantime I have been (and am) making a deliberate attempt to avoid places where I know you hang out. Hope it helps (and sorry for the a

Okay, thank you. I feel much calmer hearing that you're taking my feelings into consideration

What is your plan for Splash? I've volunteered to be the Bush Room manager?

10/20/16 7:57 PM

To be honest.....based on how you've treated me in the past, I never expected you to agree to anything like this

("This" being avoiding places where I hang out)

I didn't know you wanted it until now

CONFIDENTIAL    Koppel_1175



**Chelsea Voss** — Mobile

I didn't know you wanted it until now

tunity to socialize with alums.

Let's see how we feel closer to Splash? I want you to be comfortable being our glorious Bush Room leader, but I would also be very grateful for the oppor

I know you didn't know. I didn't want it until a few weeks ago. It's taken a lot to reach this point (I'm currently in the bathroom trying to regain my calm). What really pushed me over the edge is that I interpreted your behavior around me the last few times I saw you as an indication you didn't care about what's happened between us

More generally, your past actions have suggested that "not hurting Jimmy" (or maybe some larger set) has very low weight in your decision procedure

10/20/16 8:19 PM

Mmkay. I'm tapping out of this conversation now (telling you so that you don't have to worry about expecting more texts).

CONFIDENTIAL
Koppel_1176

**Chelsea Voss** — Mobile

texts).

10/20/16 9:34 PM

Thanks

10/26/16 10:11 PM

FYI, I want to start hanging out at LW and ET again

I haven't been to either on a while, in part because I was nervous about running into you

10/26/16 10:55 PM

I want to start hanging out at ESP again, too. I haven't been to any meetings this semester because I'm physically uncomfortable around you.

I propose that you feel free to come to LW and ET, and I won't interact with you; I'd like to ask that you avoid interacting with me too.

Wow.....I'm sorry, I didn't realize

I think there's a time when I would have

CONFIDENTIAL    Koppel_1177

6:12  4G 87%

← CV **Chelsea Voss**
Mobile

> I think there's a time when I would have agreed to that

> But now I've been hurt so badly that I can't say yes to that

> That's why I proposed the meeting in the Ombuds office. It sounds like there's no good solution in our current emotional states, and neither of us are willing to meet the other alone

> I do admit that I'm questioning your statement because you seemed incredibly relaxed and confident when I saw you in the ESP worksession. That's when I first felt the physical symptoms

I'm not opposed to you being at a place I'm at, but the way you were touching me at EA Global made me uncomfortable interacting with you

> I don't see your words and actions lining up, nor does this fit my memory of what happened

> I am currently very against you being in my line of sight unless it's a controlled environment like the Ombuds office



Type a message...

CONFIDENTIAL                                               Koppel_1178



> I am currently very against you being in my line of sight unless it's a controlled environment like the Ombuds office

> I don't know if you're being earnest or manipulative

I wrote it down then.

> I don't know if that's how you feel or you're trying to make me feel guilty

I chose not to tell you because I don't like confrontations.

> I don't know if you really believe this or if it's a story you made up later

> I can say that I generally distrust you based on how you've treated me in the past and from other things I've heard

If I made you uncomfortable, I'm sorry

> I don't think I'm in a mental state to give you a better apology, though I'd like to if you really want one

CONFIDENTIAL    Koppel_1179

6:12   87%

← CV   **Chelsea Voss**
          Mobile

If I made you uncomfortable, I'm sorry

I don't think I'm in a mental state to give you a better apology, though I'd like to if you really want one

Anyway, here's the final thing:

I'm not making any agreement over text

10/26/16 11:48 PM

I do want to make clear: I do want you to be happy and comfortable and able to live the life you want

I understand if you can't return the sentiment because it sounds like I've hurt you or made you uncomfortable in ways I don't understand. I doubt you fully understand how you've hurt me

But I also have doubts about who you really are as a person.

When I say I'm not making any agreements over text, it's not because I'm trying to be forceful or uncooperative 

  Type a message...  

CONFIDENTIAL

Koppel_1180

**Chelsea Voss** — Mobile

> really are as a person.
>
> When I say I'm not making any agreements over text, it's not because I'm trying to be forceful or uncooperative
>
> It's because I don't feel safe doing so
>
> If you want to propose another way forward, be my guest

*10/27/16 1:59 PM*

> Please do not interact with me in person, and please stop texting me or otherwise sending me communications.
>
> From here on out, I will continue not interacting with you in person and I will not send you any more communications.
>
> This is my last text. I will honor your request and not interact with you or send you communications. I consider this a promise from you not to interact with me. I will consider your presence in my line of sight and refusal to leave to be an interaction. This channel is closing.

*Sent*

CONFIDENTIAL    Koppel_1181