# EXHIBIT 18

 Gmail

Mikayla Murphy <mikaylaatmit@gmail.com>

## Suspected character assassination

**James Koppel** <jkoppel@mit.edu>  
To: Mikayla Murphy <mikayla@mit.edu>  
Cc: ESP Chairs <esp-chair@mit.edu>

Thu, Oct 27, 2016 at 11:43 PM

Thank you for your concern! I have in fact already spoken with an Ombudsperson (twice!), and am currently heavily seeking out various resources around MIT. I am making plans to avoid a few potential sources of conflict around Splash, and hope this is the last you ever hear about this.

Sincerely,
Jimmy K

On Thu, Oct 27, 2016 at 6:25 PM, Mikayla Murphy <mikayla@mit.edu> wrote:
> Hi Jimmy,
>
> We're sorry to hear that you're dealing with all this, but thanks for giving us a heads up! If there's anything we can do in the future to help, please let us know.
>
> You already mentioned the Ombuds office, but personally, I'd highly recommend consulting with them, even if it's just you alone without the other party. As you probably know, they're completely confidential and they specialize in helping resolve tricky cases like this, so it would probably be useful to get their advice on the matter.
>
> Best of luck, and again, please let us know if there's anything we can help with!
>
> Mikayla + Jerry
>
> On Thu, Oct 27, 2016 at 1:22 AM, James Koppel <jkoppel@mit.edu> wrote:
>> Hello Jerry and Mikayla,
>>
>> So, I've been having some trouble with another person, a former ESP member and future Splash teacher, over the past year. I had been planning to ask to speak to you privately shortly before Splash to let you know that something was up and there was a potential conflict brewing. Unfortunately, things have escalated with a recent text conversation, and I am currently fearing greatly for my safety. I am now terrified to let you know any details or the identity of the other person, as it sounds like they may be spinning a story that could get me ostracized and/or jailed, and thus it can't be known that I'm warning anyone about them. I am sending this E-mail mostly to let you know that something is up and to begin a trail of documentation, and will soon be contacting a lawyer and/or the police.
>>
>> I want to be clear: I really hope I'm just blowing smoke, and reading too much into things. I still think it's more likely than not the other person is innocent. However, I am fully aware that the worst-case scenarios I am fearing very much do happen in real life, and a close friend who knows both of us agrees with my worst-case assessment. I thus I want to share early that something is going on, even though nothing overt has happened yet.
>>
>> A couple other notes:
>>
>> * You almost certainly know this person, though you almost more certainly would not expect anything like this to be happening. They are well liked, and very charismatic -- the type you'd never suspect to be capable of anything like this. Unfortunately, that is the exact profile of various kinds of sociopaths, which I strongly suspect this person is.
>>
>> * I have offered this person the chance to come talk in the Ombuds office, or otherwise resolve our differences productively. They have actively refused, and refused to propose any alternatives.
>>
>> I've been very afraid for a while of having to send an E-mail about this situation, but never expected it would be like this. I don't think there's anything you can do right now, but please take my concerns seriously
>>
>> Sincerely,
>> Jimmy K



**WM 000493**