# EXHIBIT 19

# Disarmament

Thank you for your clear summary of our past context & what you want, and thank you for giving me this clarity on what nullifying it means. I appreciate that the way you wrote leaves room for me to respect my own perspective, while still trying to provide this thing to you. It actually makes writing this a lot easier for me emotionally. That's no small feat on your part, to have written in a way that allows me to feel this safe. Thanks!

**Mistakes**
You can skip this if you just want commitments. It provides a little context for "Upper bound".

I want to acknowledge a couple of mistakes I made.
1. Mistake #1 was that I informed you about the EAG discomfort at a time when we were having a text fight about something else and therefore clearly in a situation of conflict. I had been meaning to tell you about it eventually, but the context meant that I was feeling defensive and scared. Because of this, I did not express myself in a way that was ultimately compassionate to you. I think it would have been more optimal for me to hold off on mentioning it then, and to recenter myself during that moment in my compassion and my curiosity about what your feelings were. The fact that I didn't is a mistake.
2. Mistake #2 was that I was vague. I didn't tell you the exact specifics of what happened, so there was no upper bound on implied badness. This a little bit plays into Mistake #1 because if I hadn't brought it up during a conflict, I might have been able to process my feelings about it with you in a way that did not come off as a subtle threat. Given the conflict we were having and how vague my sentence was was, I don't blame you for being scared and for feeling threatened. I affirm the part of you that felt threatened, for it was trying to protect you and that is valid and valuable.

**Upper bound**
This is a commitment to what my perception of reality was, provided here for the game-theoretic benefit of you being empowered to quote me on it (perhaps mitigating the above-mentioned vagueness).

CONFIDENTIAL

Koppel
EXHIBIT NO. 38
7/26/22
K. MORGAN

Koppel_1168

Here's everything that happened at EA Global from my point of view that made me feel uncomfortable.

1. At the end of a greeting hug that we shared (one of two), your hand grabbed and squeezed my butt. It was my right buttcheek. At the same time, you seemed to me to grin and laugh in a way that I interpreted as affectionate and that reminded me of sexual contexts. I interpreted it as an expression of romantic and sexual affection and I felt really uncomfortable about it. (Given what you described just now about feeling that I had pounced on you, it sounds like your hand being there was an accident and that my beliefs about it were a misinterpretation.)
2. In a later interaction, I was considering which talk I would go to next, and I was looking at my conference program after we had had some conversation. You pulled my program out of my hands without asking. I felt like my personal space had been violated.
3. Subsequent to that interaction, I went to go to a talk, and you followed me. I wanted to be alone, and I felt uncomfortable that you had followed me. I ended up not going to the talk I wanted to go to, instead making some excuse to go elsewhere.

**Commitments**

The following commitments might not yet be enough for you to feel the potential threat is nullified; I welcome additional requests if you think it is not.

I affirm that all three of the above things are each a minor social faux pas at worst, however uncomfortable they made me feel. These things happen between humans. I had not given you clear-cut feedback which you could have used to avoid them even if they were intended. I have in fact been sexually harassed by people who push on clearly-stated boundaries again and again, and you were no such person. Unaware, perhaps; harasser, nope. On this you can quote me.

To go beyond that, I commit to not publishing information about the above EA Global experiences publicly, unless you publish information about me publicly that forces me to clarify what my own feelings in the situation were in order to defend my own self against potential slander.

I commit that even if I do perceive anything you do to be public slander against me, that I will ask you to retract the specific thing before I decide it is an excuse to publicly share anything about you, such that you can trust that I won't out-of-

nowhere decide I am forced by something random that you say without giving you an opportunity to respond to a request I make.

I commit that even if it did come to pass that you published information about me that I considered slander and did not retract it on request, that if I then considered myself forced to clarify my own feelings, that I would always include in *any* description of my EA Global experience a statement that I believe you are well-intentioned and virtuous and that at the time of the incident I had not yet given you feedback that the contact was unwanted.

To be completely, technically precise about what "publicly" is not, I commit to not sharing this EA Global experience deanonymized with more than 5 plus 1/year people ever. (The reason for this technicality is that I occasionally in the past have done emotional processing about this with close friends and partners, and I might want to do so again.) However, if & when I do so, I commit:
- To only doing so 1:1 with them – so, not in a way that creates common knowledge among the set as to who the others are.
- To never do so without also affirming that I think you are well-intentioned and virtuous and that at the time of the incident I had not yet given you feedback that the contact was unwanted.

I also might ever want to share the situation anonymized with like 5-7 folks at a time during a circling workshop or some such context, and I might ever attend like 3+ circles where I want to do so. If I do so, I commit:
- To do so anonymously
- To never do so without also affirming that I think you are well-intentioned and virtuous and that at the time of the incident I had not yet given you feedback that the contact was unwanted.

I emphasize, these circumstances are pretty rare, and I made the "deanonymized" one unnecessarily generous. I have a practice of talking about stuff like this in ways that's anonymous when possible, even when it's with close friends and partners.

Furthermore, if anyone uses any story about anything that has up until now happened between you and I as an attempt to create a justification to ban you from a space or to publicly shame you, I commit to clarifying to them that I am comfortable with your physical presence and that you are not a threat to me (unless you tell me you don't want me to do that for whatever reason).

Finally, I affirm that I have no intention of attempting to use anything in our past as a bludgeon to leverage you into doing anything in particular.
- On that point – while affirming that intent, I also realized that despite my intent, I effectively HAVE ALREADY been bludgeoning you, because you have a certain simulation by proxy of me and how I will act, that simulation behaves in certain ways, and the game tree influences *your* behavior. The fact that your simulation of me – even if simulation! – has been causing you to feel threatened, and that this has caused you suffering, is COMPLETELY VALID. Newcomblike problems are the norm, after all.
- There is only so much I can do so much about causing you to have a simulation of me that is *not* threatening to bludgeon you. She does sound like a pretty shitty person! I think there were many times when she was in fact shitty! You're well within your rights to create a simulation of me and my behavior that best matches all data that you've seen and interpreted; I can't force you to swap that simulation of me out for one that I prefer, that would be gaslighting. I recognize that the only way that I can uplevel your simulation of me into a well-adjusted human who is worthy of trust is to *actually act in ways that make me legitimately worthy of your trust*. Therefore, as an extension of my intent not to bludgeon you, I intend to act with becoming worthy of trust as my goal.

### Additional emotional acknowledgments
You can skip this if you just want commitments.

> *That's an incredibly scary thing to be told as a guy*

It is. It's scary. I'm so sorry to have contributed to this shadow hanging over you by my inaction and fear for so long. I feel a sense of loss and grief about it.

> *what actually happened is that she ran up to me and pounced on me*

Shit, I'm sorry. I affirm that I was the one initiating two hugs. That sounds like a completely different experience on your part than I'd believed about the interactions. I read now in your words that you didn't consent to those hugs, and I apologize for misreading your body language and I apologize for having violated your space in that way.

### The weird vulnerable part

I'll end with one last thing that I hope provides game-theoretic leverage to you, albeit in a kind of weird way.

Recently, I binge-watched some talks by a certain Jordan Peterson, who I understand to be a conservative men's rights thought leader. In one article, I read:

> *In a recent presentation, [Jordan Peterson] was asked what conservative women could do to end the "war on men." A New York Times reporter recorded Peterson's answer. It was that women should "manifest courageous faith" in the men in their lives, and not just their spouses.*

(The article then goes on to criticize his response by contrasting it with Stoic philosophy. Whatever to them; I think it's actually a decently insightful response.)

When I sent you my text about EAG, it came in part from a place of wanting to be understood, but mostly it came from a place of fear. If I remember right, you had asked me to avoid places where you spend time – ESP, LessWrong, ET. Those were my only social groups. I was afraid in that moment that I would lose my entire Cambridge social sphere and all of my friends. (I recognize that you were probably afraid of that for yourself, too. And I think we were each not wrong to be afraid, because I think we each did in fact end up suffering losses.) I felt scared that you might intend to hurt me, and I felt angry that you might not care what impact you might have on me, and I felt angry that you might not yet see these and other ways in which you yourself had already hurt me. And I felt sad in the new knowledge that I had hurt you, and I felt helpless at my lack of knowledge of what I had done to hurt you. This fear and anger and sadness and helplessness I accept as valid, it came from a place within me that had something to protect. But I let myself be *led* by the fear, and *that* was a mistake. I lacked faith in you, and I lacked courage.

Therefore, I express that I want to try my best to *manifest courageous faith in you* from here on out. I intend to strive to act in ways that reflect trust for you, and I will try to catch myself if I notice I'm not doing that.

(And I am hella down to take the sex-differentiating aspect of Mr. Peterson's advice at face value: I'm not obliquely implying that you need to express any faith in me.)

I will do my best to act with courageous faith that you will, as you believe is appropriate and correctly timed, lead us towards that which is mutually beneficial

and healing. I hope to become worthy of your trust through whatever actions this stance leads me to. And despite hoping to become worthy of your trust, I explicitly don't require that you start trusting me, now or ever. I will place this faith in you anyways, because that's what makes it courageous.

CONFIDENTIAL

Koppel_1173