# EXHIBIT 20

**Archived:** Thursday, August 19, 2021 3:08:01 PM
**From:** James Koppel
**Sent:** Wed, 24 Jul 2019 00:14:39
**To:** csvoss
**Subject:** Beginning the process / Re: Disarmament
**Sensitivity:** Normal

---

Hello,

Wow. That was really good. It means a lot to me, and brought tears to my eyes. I'm glad to hear you've been going to circling, and it really shows. I attended circling nearly every week when I was in Austin, coincidentally finding it independently of the rest of the LWers, but around the same time, and believe in its power for helping you understand how you show up around other people.

I can't force you to swap that simulation of me out for one that I prefer, that would be gaslighting. I recognize that the only way that I can uplevel your simulation of me into a well-adjusted human who is worthy of trust is to actually act in ways that make me legitimately worthy of your trust. Therefore, as an extension of my intent not to bludgeon you, I intend to act with becoming worthy of trust as my goal.

I wanted to especially thank you for this part.  Consider my trust of you to have been elevated from "I would sooner believe the opposite of everything she said" to "I will be taking everything she says with an entire box of kosher salt." That is several levels of increase in trust, and a very impressive accomplishment with only a 6-page letter.

When I sent you my text about EAG, it came in part from a place of wanting to be understood, but mostly it came from a place of fear.

And I also want to thank you for admitting this and backpedaling from your previous story of just "I told you because I wanted to be understood." I still think you are holding back, however.

Before receiving the letter, I had pre-written a message about how, while I appreciate you extending the olive branch, I still feel unsafe enough that I want you to only contact me by postal mail at my office. Now, I'm almost feeling touched enough to allow more direct communication. However, I think when I wake up tomorrow, I'll be back to feeling unsafe, so I'll stay cautious.

(Edit: Just typing up the rest of this E-mail and bringing back the associated memories brings me back to feeling very afraid.)

The story you told and the promises you made do a lot to make me feel better, but there's still a lot of holes to explain, and I still have a lot of reason to believe you acted maliciously and are still not being completely frank, especially given stories I've heard about ways you've hurt other people. I'll discuss this some more below. While it's been the thing constantly hanging over me, I see the threat of October 2016 not as an isolated incident, but part of a 2-year pattern of harassment.

Anyway, I am deeply appreciative of you reaching out and offering to listen and apologize. I have wanted this for a long time. I am suspicious but optimistic.

But it will not be easy. It took you a long time and many incidents to dig yourself into this hole, and it will take a long time to dig yourself out. And so I have a few requests first.

CONFIDENTIAL



Koppel_1187

I need you to accept that this process may take far longer than you are expecting. If you have any concrete date in mind for a day you want us to both be able to attend the same event without a lot of coordinating to stay away from each other, you should drop it.

I also need you to accept the possibility that this process will fail, and that my reaction to your presence will continue to be the same as it is now: When I see the back of someone's head who kinda looks like you, I freeze. And on the occasions when I actually see you, I feel like I'm choking.

While you have clearly put a lot of work and thought into this letter, it's still a minuscule fraction of what's left in the healing process. Since I've already put a lot of work into it as well and will continue to do so, and still have some skepticism about your motivation, I need you to do something to prove your commitment.

I am requesting that you donate $1000 in my honor to the Autistic Self-Advocacy Network. For this request, I had been choosing between ASAN and Canada/USA Mathcamp as two charities that mean a lot to me that you'd have no reason to donate to, and chose ASAN because their staff are unlikely to know of either of us. There is an option to donate in my honor and have me notified.

**Nothing in this E-mail is blanket permission to contact me through any medium.** I had originally been planning to allow you to send me postal mail to my office as the only means of communication, but I feel good after your last letter, and think that format works well. So, rather than postal mail, which will be more costly for both of us, I'll be willing to accept E-mail subject to some important restrictions.

After I receive notification of the donation to ASAN, I will unblock csvoss@mit.edu, and accept E-mails that meet the following conditions. Any E-mails that do not meet these conditions are unwanted contact.

1) You may only send me E-mails with an empty body (sans auto-inserted text) and an attached PDF.
2) You may not contact me within 168 hours of my last E-mail to you. This will exclude any short follow-up E-mails, defined as any E-mail of length greater than 500 words

------------------------------------------

BTW, total tangent: I was curious if Jordan Peterson should be considered a member of the men's rights movement. It seems the answer is: no. Several members explicitly say so in this discussion:
https://www.reddit.com/r/MensRights/comments/b2m16n/actor_charlie_hunnam_sparks_outcry_after/

----------------

Below, I respond directly to your letter. Afterwards, I will ask you the first questions about things you've done to hurt me, in roughly reverse-chronological order.

Here's my recollection on what happened at EAG 2016:

In the early afternoon or late morning of Saturday, you spotted me on a path outside the quad (northeast corner of the EAG area?) and ran over to give me a pounce hug. We chatted for a few minutes. You said we would go off somewhere for a while and catch up. You explained that SPARC was in the middle of happening, and promised to set me up to visit the next morning. Vincent then appeared, said that you needed to get good seats for the next session, and you gave me an apologetic stare and promised to catch up later.

The pattern of us having a few minutes to talk, followed by you being whisked away to go to a session, repeated once or twice over the ensuing day. I remember one of them involved going to Cass Sunstein's session.

In the evening, I went into the student center and walked past a group of people, including you, conversing in a circle of chairs in the gym / multipurpose room. After I had entered the next room, I turned around to find you running after me. You then pounce-hugged me again, and said something quite close to "I just had to take this chance to pounce you." You then gave me some puppy-dog eyes, and apologetically walked back off to join that conversation.

(I am quite certain that you yourself used the word "pounce," which makes me raise my guard when you dismiss your actions as my perception, e.g.: "Given what you described just now about feeling that I had pounced on you [...]").

While it is possible I squeezed your butt, it seems very unlikely I did so intentionally. I do remember having to lean back to receive the pounce-hug, which could have caused that kind of positioning. However, I distinctly remember being very nervous about running into you, given your chilly treatment of me in our last interaction at Splosh. I did flirtatiously pull you in to touch noses. (You responded with a huge smile and a chuckle.) Given that I felt it was very daring and risky to touch noses, it sounds very unlikely that I would have intentionally squeezed your butt.

(I'll say now that I was in fact happy to receive your pounce-hugs. I may have had a reaction of invaded space, but it was overshadowed by joy that you were so excited to see me.)

As far as following you to go to a session, that also seems highly unlikely. I attended precisely 0 sessions in full. I entered one talk in the main auditorium for maybe 5 minutes or less, never sitting down (and was not around you at the time). I also was in maybe half a session in one of the smaller auditoriums in the student center, the one furthest from the gym. It may have been about climate change. All I remember is that I ran into Luis Carrio, who thanked me for a book rec I had made the previous year.

However, something that did happen was that I did walk outside with you on my way from the conference area to my lodging, at maybe 8 or 9 PM (it was late twilight, mostly but not entirely dark). The main thought in my mind was wondering when you would make good on your promise to hang out 1-on-1. I asked something about what you were up to, and you very coldly said "going to meditation."

(I believe we broke off soon so I could cross the street and go home. As far as I know, you still went to meditation.)

The next thing that happened is that you broke your promise to send me information about visiting SPARC, and then pretended I didn't exist from the first time I saw you on Sunday. The lack of time between "I just had to pounce you" and "breaking multiple promises" is one of the primary reasons why I believed you were lying about this whole thing,  and still put significant probability mass that this is a story you made up later.

Also, re-reading your letter, you must have been talking about something much earlier in the day than the meditation thing. That means that "I just had to pounce you" would have happened *after* the last thing you mentioned, which really makes your story about me making you uncomfortable not add up.

As far as grabbing your program without asking...that probably happened. It sounds a lot like something I would have done, and I have a very faint memory of sitting with you by the window on the southern side of the 2nd story of the student center, looking at a program. I think by that point I had been feeling enough comfort to think you would be fine with that.

But what happened after EAG really does not support your story. After I blocked you, you sent several manipulative messages trying to get me to hang out with you, and said (exact quote) "I'm really sad I didn't get to catch up with you one-on-one at EA Global." A subtext of this message is that there was some obligation to hang out with me one-on-one then, which I take as a

confession that you had indeed seen yourself as making that promise, the one I had a lot of angst over you reneging on.

Later, you brought up "You made me physically uncomfortable" only as a response to me asking that we find some mutually-agreeable solution, followed by your counter-offer that we each freely attend any of these groups (which I had already told you was not acceptable to me). This text exchange (of which I have multiple copies), is very consistent with you intentionally making a threat, and not so consistent with it being a tangential earnest confession. I likened bringing this up at that time to a negotiation tactic where you claim to care about something you don't, and then offer to give it up as a "concession." Your proposed solution boiled down to "I get everything I want, and you get nothing you want."

Ironically, your refusal to confess to having intentionally threatened me makes me trust you less. If you weren't intentionally threatening me, then you're asking me to believe you're stupid, and I don't believe you're stupid.

And you have been bludgeoning me quite directly, in ways other than "by simulation."

But....we'll get to that. This will be a long process.

Two more questions about your story:

1) You made a statement that these actions were minor and not sexual harassment. Then you made a statement that this experience was sufficiently emotionally intense that, *in the future*, you may want to bring it up in circling. So...which is it?

2) **Important question**: "with more than 5 plus 1/year people ever"

Is this (5 + 1) per year, or 5 + (1 per year)?


Also, a comment that you may respond to, although I don't have a request associated with it:

I did notice later that year Vincent suddenly brushing me off and being uncomfortable around me. I am quite certain this is your doing, and I suspect that you've done more than just "emotional processing," and probably more than with just him.

And I did later hear a direct story of you telling a harmful misrepresentation about me, as well as one other strongly implied one.

----------------------

 If I remember right, you had asked me to avoid places where you spend time – ESP, LessWrong, ET

My exact words were "FYI, I want to start hanging out at LW and ET again. I haven't been to either on [sic] a while, in part because I was nervous about running into you."

I can see you taking that as a request to avoid these places. Indeed, any agreement would likely have involved negotiating times when I could be there without fear of running into you. However, the only actual request was to meet in the Ombudsperson's office, and the second-to-last thing I said was "If you want to propose another way forward, be my guest".

Afterwards, I mused "If you refuse to find a mutually-agreeable solution, then you'll get a mutually-disagreeable solution," which is exactly what we got.

Koppel_1190

And I think we were each not wrong to be afraid, because I think we each did in fact end up suffering losses

I feel bad about admitting this, but I would likely feel better hearing about your losses. The narrative I've experienced is of you using your superior charm and connections, and female power, to stomp over me, and having had no remorse and minimal inconvenience from doing so.

(While I do know you did indeed stay away from ESP meetings, I do see this as a conscious decision on your part, as you spurned multiple offers to help you stay connected to ESP.)

Therefore, I express that I want to try my best to manifest courageous faith in you from here on out.

Thank you. This is a point in an E-mail where I would normally say "*hugs*", except I still don't want to be within 100 feet of you. So....*positive emotion*.

---------------------

We have a long and painful history, and we have a lot to work through. Here are some starter questions, beginning with the most recent:

* July 2017, Part 1: In July 2017, Bruno Parga contacted you of his own accord trying to resolve the problem that I could not attend meetups. He had shot off various ideas like having some way for you to pre-register attendance/absence. He came back to me with nothing but "She told me she feels indeed uncomfortable when you're around, but that she doesn't object to you also attending events where she is also present." If this is indeed your response, then it is stonewalling, because it's not acknowledging that I have a problem and instead changing topics. It's also putting the blame back on me. Explain this answer.

* July 2017, Part 2: I later learned that there was a very easy solution to the problem of me being unable to attend meetups --- you moved within a few months. Based on other events, I estimated your move date to be early October, 2017. I found this out in late March of 2018, when I was trying to make sure you wouldn't be at a party I wanted to attend, well after I had avoided many other social events, including turning down someone trying to take me with her to the LW New Year's Eve party. This was nearly 6 months of me continuing erroneously to be afraid, at absolutely no benefit to yourself. Although I am aware that Wave went through some upheaval around that time, I expect that you were aware of a likely move at that point, and should have disclosed it when asked about solutions. What happened?

* In your letter sent via the Ombudsperson in June 2017, you said (exact words) "the way to avoid discomfort going forward is to communicate with each other." Your next action was to refuse to receive my response letter. Why?


Painfully yours,
Jimmy


--
James Koppel
twitter.com/jimmykoppel
www.jameskoppelcoaching.com

Koppel_1191