# EXHIBIT 21

**From:** Luke Sciarappa <lukesci@mit.edu>
**Sent:** Thursday, December 27, 2018 10:20 PM
**To:** jkoppel@mit.edu
**Cc:** ET-Commander
**Subject:** ET - Mystery Hunt

Hi Jimmy,

I'm sorry that this notification comes so close to Mystery Hunt, but unfortunately, we'd like to ask that you find a different team to work with.

The team size this year is already a lot larger than it's been in previous years, and we'd like to keep the team size limited to approximately max size space in dorm, even if some team members aren't using beds, in order to accommodate anyone who might change their mind after a long night of puzzles, make food logistics easier, and ensure that there are always enough puzzles and common-area space to go around.

Additionally, some of our members have expressed that they would not be comfortable with you being on the team. In order to create a living environment where our residents always feel comfortable, safe, and at home, we prioritize our actives' feelings in situations like these: we'd like to ask you to leave the team. We hope that you understand, and wish you the best of luck of finding another team with which to enjoy Mystery Hunt.

Best,
Luke and Mollie
ET Commander Team

1



Koppel_0849