# EXHIBIT 22

| | |
|---|---|
| **From:** | Mollie M Wilkinson <m2w@mit.edu> |
| **Sent:** | Saturday, August 31, 2019 12:52 AM |
| **To:** | James Brandon Koppel |
| **Subject:** | ET Rush |

Hi Jimmy,

After having some discussions with people as commander, I've concluded that it would be best to request that you avoid ET events during rush. While I'm really glad that you like our events, there are still some at the house uncomfortable with your presence. I hope you can understand that we want to avoid any issues, even if small, during rush so we can focus on recruiting new members. I'm sorry to deliver this news and I hope you can continue to maintain friendships with those individual members of the house whom you consider friends.

Best,
Mollie



1

Koppel_0814