UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM MOSES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   No. 20-cv-11479-LTS |

**WILLIAM MOSES'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION TO STRIKE AND REPLY PLEADINGS
IN SUPPORT OF HIS PENDING MOTION FOR SUMMARY JUDGMENT**

Defendant William Moses respectfully moves to extend his time to file all reply pleadings in support of his pending Motion for Summary Judgment, and his opposition to plaintiff James Koppel's pending motion to strike, by one week, from February 28, 2023, to March 7, 2023. Moses requests the extension to accommodate a planned vacation of his lead counsel during Massachusetts school vacation week, February 19-24. Plaintiff James Koppel has assented to this motion. As grounds for this motion, Moses states as follows.

1. Moses filed his motion for summary judgment under seal on January 23, 2023. His filings include a memorandum of law, affidavits of several witnesses, an 11-page, 48-paragraph statement of undisputed material facts, and exhibits.

2. On Tuesday, February 14, 2023, plaintiff James Koppel filed his opposition to the motion for summary judgment. In addition to a memorandum of law and a response to Moses's statement of undisputed material facts, Koppel filed 21 pages of "additional facts," set forth in 76 numbered paragraphs, to which Moses must respond. Koppel also filed a motion to strike certain paragraphs of Moses's submitted affidavits.

4421363

3. Under Local Rule 56.1, Moses's reply papers are due 14 days after the filing of the opposition, or by February 28, 2023, unless the Court orders otherwise. The same is true of Moses's opposition to the motion to strike.

4. Moses's lead counsel, Jeffrey Pyle, is planning to be out of the country on vacation with his family between Sunday, February 19 and Friday, February 24, which is Massachusetts school vacation week.

5. Moses seeks the requested extension in order to respond appropriately to Koppel's materials, and to do so in a manner that balances the importance of submitting pointed and focused reply pleadings with counsel's family-related obligations.

6. Plaintiff James Koppel, through counsel, has assented to the relief requested in this motion.

WHEREFORE, Defendant William Moses respectfully requests to extend his time to file his reply pleadings in support of his motion for summary judgment, and his opposition to Koppel's motion to strike, from February 28, 2023 to March 7, 2023.

    Respectfully submitted,

    WILLIAM MOSES,

    By his attorneys,

    */s/ Jeffrey J. Pyle*
    Jeffrey J. Pyle (BBO #647438)
    jpyle@princelobel.com
    Nicole J. Cocozza (BBO #693523)
    ncocozza@princelobel.com
    PRINCE LOBEL TYE LLP
    One International Place, Suite 3700
    Boston, MA 02110
    T: 617-456-8000
    F: 617-456-8100

Dated: February 16, 2023

4421363

### **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that on February 13, 2023, I conferred with counsel for plaintiff James Koppel in a good faith attempt to resolve or narrow the issues presented in this motion, and that counsel assented to the relief requested in this motion.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

### **Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2023.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

4421363