UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, ) | |
| ) | |
| Plaintiff, ) | No. 20-cv-11479-LTS |
| ) | |
| v. ) | **FILED UNDER SEAL PURSUANT TO** |
| ) | **ORDER DATED MARCH 3, 2022** |
| WILLIAM MOSES, ) | **(DOC. NO. 100)** |
| ) | |
| Defendant. ) | |
| ) | |

## SUPPLEMENTAL AFFIDAVIT OF WILLIAM MOSES

I, William S. Moses, hereby depose and state as follows.

1.      I am the defendant in the above-captioned matter. I make this supplemental affidavit on personal knowledge in support of my motion for summary judgment and to authenticate two exhibits submitted in response to James Koppel's opposition to my motion for summary judgment.

2.      Attached hereto as Exhibit A is a collection of emails sent among SIPB keyholders via the email list SIPB-Private about whether certain members other than James Koppel should be made keyholders, or should be nominated for keyholder status. The participants in those discussions included a number of persons whom I personally know to have been alumni ("associate") keyholders at the time, including Alex Chernyakhovsky, a 2013 graduate (at WM000528-541), Pravi Samaratunga (WM000547-549), Quentin Smith (WM000562-567, WM000584-588), and Lizhou Sha (WM00562-567).

3.      Attached hereto as Exhibit B is a true and accurate copy of an electronic communication between Miguel Young and me on February 21, 2020, produced as WM00383.

4.      Exhibit 6 to the Affidavit of Jeffrey Pyle is an electronic exchange among the members of the SIPB Executive Committee in which Miriam Rittenberg, the newly-elected SIPB Secretary, asks about "various lists of keyholders." (Pyle Aff. Ex. 6, p. WM000396). The discussion is about lists of SIPB keyholders in text files, not about SIPB-Office@mit.edu or any other email list used by SIPB. (*Id.*). Rittenberg's reference to "an extremely out of date 'active-members' in /mit/sipb/admin/secretary," is a statement about a text file, not an email list. (*Id.*).

Signed under the pains and penalties of perjury this 6th day of March, 2023,


/s/  *William S. Moses*
William S. Moses


## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document by email on counsel for plaintiff on March 7, 2023.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

4440883

# EXHIBIT A

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

## Fwd: Membership nomination: vahle
3 messages

**Lizhou Sha** <slz@mit.edu>　　　　　　　　　　　　　　　　　Wed, Feb 19, 2020 at 3:38 PM
To: Billy Moses <wmoses@mit.edu>


---------- Forwarded message ---------
From: **Lizhou Sha** <slz@mit.edu>
Date: Mon, Jan 9, 2017 at 18:22
Subject: Re: Membership nomination: vahle
To: Brian Chen <bpchen@mit.edu>
CC: Matthew D'Asaro <medasaro@mit.edu>, Alex Chernyakhovsky <achernya@mit.edu>, Ray Hua Wu <dzaefn@mit.edu>, Pravina Samaratunga <pravinas@mit.edu>, Sara Sinback <sinback@mit.edu>, Nathan Arce <codetaku@mit.edu>, Jeremy Rubin <jr@mit.edu>, Justin Dove <dove@mit.edu>, Haley C Cope <hcope@mit.edu>, Lizhou Sha <slz@mit.edu>, Luke O'Malley <luke@dlukeomalley.com>, Adam Glasgall <adam@crossproduct.net>, Eric Lujan <lujan@mit.edu>, Jakob Weisblat <jweisblat101@gmail.com>, Madars Virza <madars@mit.edu>, sipb-private <sipb-private@mit.edu>

Hi all,

Raising this thread from the ashes, I just want to check in here to
make sure I understand the consensus from the thread as it stands, as
I want to talk to Will sometime this week.

Unless I hear significant opinions otherwise, this is what I will
convey to Will wrt his nomination:
- SIPB members have decided to not move forward with his nomination,
and will be unlikely to do so in the future.
- This decision is mostly independent of our evaluation of his FTGOS
and social integration.
- The main concern is for his behavior of "fishing for bits", with an
explanation what this means.
- I will avoid explicitly mentioning the concern for his intention in
favor of focusing on "behavior", because it would be impossible to
definitely prove or disprove intentions, but I will imply that it was
part of our concern.
- This decision to not nominate him should be considered final.
- I will thank him for the work he has done for SIPB over the past few
years, especially his CokeCommship.
- OTOH SIPB feels that it would not be fair for him to keep working as
CokeComm or on SIPB projects, in the absence of the promise of
membership.

Relatedly, Will's Athena account has apparently never been sponsored
by SIPB directly. The EC will discuss this and reach a conclusion
whether to sponsor his Athena account. If we decide not to sponsor his
account, I will advise him to seek sponsorship through other
communities or organizations at MIT that he is currently associated
with.

Best,
Lizhou


On Mon, Dec 19, 2016 at 4:26 PM, Brian Chen <bpchen@mit.edu> wrote:

**WM 000528**

> Thanks to all for their thoughtful responses. You've raised many important
> concerns with Will's ulterior motives and generalized behavior; I also did
> not realize he was only tenuously affiliated with MIT.
>
> I won't continue with the nomination, but I do want to reiterate that his
> contributions to SIPB have been very real, more than what many other members
> have done by their election, and I would also consider it somewhat
> exploitative if (as seems likely) he continues doing grunt work while we
> don't tell him about this decision and our reasons.
>
> Some more meta-level thoughts on this process:
>
> Although SIPB is a student organization, it is very cruft-heavy, the cruft
> are all more knowledgeable, and I know it can be somewhat intimidating for
> current members to speak up; thanks to all of you who did so. I didn't
> perceive Will to be sketchy before this, but fortunately (?), from the
> thread it looks like the broader perceptions of current and associate
> members seem to agree that he is, so we don't need to go into that debate
> here.
>
> I'm kind of conflicted on making decisions based on emotional reactions
> (although with the specific events mentioned so far, this point is moot for
> me.) On one hand, I think it's entirely possible for valuable contributors
> to SIPB to just not get along through no faults of their own personalities.
> I would also guess that feelings are relatively less effort to
> social-engineer (although I am not really skilled at social interactions).
> On the other hand, the social aspect of SIPB is important and you have to
> get along with some people to be part of that. In this case I think the
> collective discomfort with Will has been expressed so universally that it
> might be sufficient justification for me not to member him, but it's still
> more convincing to me that we have specific incidents as justification.
>
> Yours truly,
> Brian Chen
>
>
> On Mon, Dec 19, 2016 at 3:27 PM, Matthew D'Asaro <medasaro@mit.edu> wrote:
>>
>> I, too, thought he was a current MIT student in EC. The fact that he is
>> not, and never was, and isn't even currently a student, gives me much less
>> inclined to give him the benefit of the doubt here. I am also pretty shocked
>> that he would lie to IS&T about having a key and then plan to pick a lock to
>> cover it up. Now, to be clear, I don't hold it against him that he knows how
>> to pick locks, or that he might even offer to do so. There have been plenty
>> of times when I, with clear permission of the owners / administrators, have
>> picked a lock for which the key has been lost, broken, or otherwise not
>> available. However, with power comes responsibility and I would never
>> consider picking a lock which I didn't own or have explicit permission and
>> desire from the owners / administrators that I do so.
>>
>> Matthew
>>
>> Sent from Matthew D'Asaro's iPhone
>>
>> > On Dec 19, 2016, at 3:13 PM, Alex Chernyakhovsky <achernya@mit.edu>
>> > wrote:
>> >
>> > Hi was a Harvard Extension School, not Harvard, student.
>> >
>> >> On Mon, Dec 19, 2016 at 3:12 PM, Ray Hua Wu <dzaefn@mit.edu> wrote:
>> >> He was previously a Harvard student. SIPB sponsors his MIT account.
>> >>
>> >> On 12/19/2016 03:07 PM, Pravina Samaratunga wrote:
>> >>
>> >> What is vahle's association with MIT anyways? I thought he was just

WM 000529

>> >> another
>> >> student.
>> >>
>> >>> On Mon, Dec 19, 2016 at 3:01 PM, Sara Sinback <sinback@mit.edu> wrote:
>> >>>
>> >>> to clarify, I wouldn't call my here-undetailed negative impression of
>> >>> Will
>> >>> "gossip". It is clear and based on facts, which I am not at liberty to
>> >>> disclose openly, because I respect the privacy of a close personal
>> >>> friend.
>> >>> ie, it would only be gossip were it to leave my lips.
>> >>>
>> >>> I'm disturbed but not surprised that he would plan to pick IS&T's
>> >>> locks.
>> >>> hcope, thank you for sharing.
>> >>>
>> >>>
>> >>> sinback
>> >>>
>> >>>> On Mon, Dec 19, 2016 at 2:55 PM Nathan Arce <codetaku@mit.edu> wrote:
>> >>>>
>> >>>> Yeah, thanks for coming forward with that, hcope. I agree with dove
>> >>>> that
>> >>>> even in total isolation that example would be short-term
>> >>>> disqualifying (it
>> >>>> happened just last week?!). It's not the kind of thing where Lizhou
>> >>>> could
>> >>>> just talk to him and say "Don't do that in the future" and we could
>> >>>> expect
>> >>>> that to be enough. This seems way more fundamental of a problem with
>> >>>> understanding what is or is not okay that he'd have to spend a
>> >>>> significant
>> >>>> amount of time proving himself to be, effectively, "cured" of.
>> >>>>
>> >>>> As much as I'm a cruft whose opinions should be discounted &c, I have
>> >>>> to
>> >>>> say that if I were a student I'd show up at an election for him just
>> >>>> to vote
>> >>>> no, after hearing that.
>> >>>>
>> >>>> (but I also agree with hcope that even in the absence of concrete
>> >>>> examples, sufficient emotional reaction to a person should be enough
>> >>>> of a
>> >>>> conversation piece for at least potentially keeping people from being
>> >>>> membered. The personal discomfort inflicted upon the multiple members
>> >>>> speaking up is different from "rumors and gossip"--as far as I can
>> >>>> tell,
>> >>>> only one member's reaction to/impression of him was even *partially*
>> >>>> informed by gossip)
>> >>>>
>> >>>>
>> >>>> But Jeremy, I think it should be noted that membership elections are
>> >>>> more
>> >>>> or less considered a formality after the nomination. We don't want
>> >>>> people to
>> >>>> feel publicly humiliated. The only failed membership election I've
>> >>>> even
>> >>>> heard about was because certain information was brought to light only
>> >>>> after
>> >>>> the nomination. Much cruftier people than I can speak up about that
>> >>>> if they
>> >>>> remember it. One person voted no in my own election, and even that
>> >>>> was
>> >>>> considered shocking to a few members. Maybe there might be some way
>> >>>> to fix

WM 000530

>> >>>> this expectation and subsequent behavior in the future, but we're
>> >>>> definitely
>> >>>> not there now.
>> >>>>
>> >>>> --fluffy
>> >>>>
>> >>>>> On Mon, Dec 19, 2016 at 2:48 PM, Jeremy Rubin <jr@mit.edu> wrote:
>> >>>>>
>> >>>>> I'm also a little concerned, this whole time I thought he was an MIT
>> >>>>> student living in east campus. My only anecdote to add is that he
>> >>>>> tried to
>> >>>>> get me to go to a $100 hairdresser once.
>> >>>>>
>> >>>>> On the whole, I think that it'd be good to clarify with him (perhaps
>> >>>>> slz) what his goals and intentions are with becoming involved in
>> >>>>> these MIT
>> >>>>> communities. He does seem to positively contribute overall wherever
>> >>>>> he is,
>> >>>>> is there some negative end goal (maybe he's a 3-letter)? Maybe he's
>> >>>>> just
>> >>>>> looking to belong.
>> >>>>>
>> >>>>> I also think it's worth thinking through what the difference between
>> >>>>> a
>> >>>>> nomination and an election is. You can be nominated but not make it
>> >>>>> to
>> >>>>> member (we vote for a reason). I think generally SIPB culture has
>> >>>>> been
>> >>>>> careful to not nominate then reject, which may be a good thing, but
>> >>>>> perhaps
>> >>>>> in cases such as this it is the best way to effectively communicate
>> >>>>> these
>> >>>>> mixed feelings (has done a lot of things for SIPB deserving a
>> >>>>> nomination,
>> >>>>> but is sketchy about it giving many members valid reservations). In
>> >>>>> this
>> >>>>> case, perhaps it's best that whoever communicates with him pre
>> >>>>> nomination/post nomination makes it clear that it might not go
>> >>>>> through so
>> >>>>> that he isn't too affected. It's also a good opportunity for him to
>> >>>>> prepare
>> >>>>> his thoughts and answer questions about why he values sipb.
>> >>>>>
>> >>>>> RE fishing for bits, I think that's tricky. Definitely getting bits
>> >>>>> was
>> >>>>> somewhat of a motivator for me to push through towards membership
>> >>>>> although
>> >>>>> realistically I could have found faculty sponsors. As it has been
>> >>>>> pointed
>> >>>>> out, it's somewhat different for a current student to want to extend
>> >>>>> their
>> >>>>> bits than a non-student to want them at all.
>> >>>>>
>> >>>>> For me, the social group factor was a much larger incentive in
>> >>>>> joining
>> >>>>> sipb, looking forward to seeing you when I visit in Jan :)
>> >>>>>
>> >>>>> Best,
>> >>>>>
>> >>>>> Jeremy
>> >>>>>
>> >>>>>
>> >>>>> --
>> >>>>> @JeremyRubin
>> >>>>>

**WM 000531**

>> >>>>>> On Mon, Dec 19, 2016 at 11:21 AM, Justin Dove <dove@mit.edu> wrote:
>> >>>>>>
>> >>>>>> Also, I think that story is concretely indicative of the sort of
>> >>>>>> fundamental character traits people are expressing vague
>> >>>>>> apprehension about.
>> >>>>>> That he thought that was an okay thing to do at all probably says
>> >>>>>> something
>> >>>>>> about the way he thinks and will act as a SIPB member. While I
>> >>>>>> still think
>> >>>>>> it needs to be formally raised with him, my gut instinct is that in
>> >>>>>> this
>> >>>>>> sort of case, raising this will not point him in the direction of
>> >>>>>> eliminating those sorts of behaviors but rather towards doing a
>> >>>>>> better job
>> >>>>>> of obscuring them, which is a concern in and of itself.
>> >>>>>>
>> >>>>>>> On Mon, Dec 19, 2016 at 2:12 PM Justin Dove <dove@mit.edu> wrote:
>> >>>>>>>
>> >>>>>>> ==hcope
>> >>>>>>>
>> >>>>>>> And that story is flabbergasting if it can be taken at face value.
>> >>>>>>> It
>> >>>>>>> is definitely disqualifying to me, at least in the short term, and
>> >>>>>>> that's
>> >>>>>>> definitely something that needs to be formally discussed with him.
>> >>>>>>>
>> >>>>>>> On Mon, Dec 19, 2016 at 2:07 PM Haley C Cope <hcope@mit.edu>
>> >>>>>>> wrote:
>> >>>>>>>
>> >>>>>>> Also, just because I have a concrete example here does not mean I
>> >>>>>>> think one is required. It is important to listen to the emotional
>> >>>>>>> responses
>> >>>>>>> of people, as they are often very good gauges for a person being
>> >>>>>>> harmful or
>> >>>>>>> abusive. It is also, in my opinion, important to keep SIPB a place
>> >>>>>>> where
>> >>>>>>> members feel safe and comfortable spending time.
>> >>>>>>>
>> >>>>>>> -hcope
>> >>>>>>>
>> >>>>>>> On Mon, Dec 19, 2016 at 1:57 PM Haley C Cope <hcope@mit.edu>
>> >>>>>>> wrote:
>> >>>>>>>
>> >>>>>>> Concrete example of sketchiness: last Tuesday we were going to
>> >>>>>>> work on
>> >>>>>>> some servers in W91. At the time, we believed the server rack to
>> >>>>>>> be locked.
>> >>>>>>> He said he had a key (when it was clear he did not) and asked the
>> >>>>>>> person
>> >>>>>>> from IS&T to take him to his car. He told me that he didn't have
>> >>>>>>> the key,
>> >>>>>>> but was going to get a lock pick set.
>> >>>>>>>
>> >>>>>>> I think, and said at the time, that that was completely
>> >>>>>>> unreasonable.
>> >>>>>>> Especially as I was trying to get in touch with others (like
>> >>>>>>> achernya) for
>> >>>>>>> help. I do not feel okay membering someone with flagrant disregard
>> >>>>>>> for the
>> >>>>>>> relationship we have with IS&T and would compromise physical
>> >>>>>>> security
>> >>>>>>> measures set in place.
>> >>>>>>>
>> >>>>>>> -hcope
>> >>>>>>>

WM 000532

>> >>>>>> On Mon, Dec 19, 2016 at 1:48 PM Ray Hua Wu <dzaefn@mit.edu> wrote:
>> >>>>>>
>> >>>>>> I also for reasons I can't exactly put my finger on find vahle
>> >>>>>> sketchy,
>> >>>>>>
>> >>>>>> but it is important to be able to solidify specific reasons and to
>> >>>>>>
>> >>>>>> evaluate serious matters like membership based on more than vague
>> >>>>>>
>> >>>>>> feelings. I'm glad the example of seeing membership as a game was
>> >>>>>>
>> >>>>>> brought up; that's a specific solid case.
>> >>>>>>
>> >>>>>>
>> >>>>>> At the same time, it is important to remember that whenever one
>> >>>>>>
>> >>>>>> delineates a specific line across which behavior along any
>> >>>>>> dimension
>> >>>>>> in
>> >>>>>>
>> >>>>>> unacceptable, it tends to permit acting just within the bounds of
>> >>>>>> that
>> >>>>>>
>> >>>>>> specific line, which is usually not desirable, because
>> >>>>>> unacceptability
>> >>>>>>
>> >>>>>> of behavior often lies along a gradient. It is important, when
>> >>>>>>
>> >>>>>> delivering a message of why a specific person was treated a
>> >>>>>> certain
>> >>>>>> way,
>> >>>>>>
>> >>>>>> to both be sufficiently transparent as to the goals of the board
>> >>>>>> and
>> >>>>>> to
>> >>>>>>
>> >>>>>> not shrink an acceptability gradient to that of a line.
>> >>>>>>
>> >>>>>>
>> >>>>>> Just to mention the data point, my membership was delayed due to
>> >>>>>> high
>> >>>>>>
>> >>>>>> suspicion that I was fishing for bits. I still have been given no
>> >>>>>>
>> >>>>>> information about what behavior made people suspect this.
>> >>>>>>
>> >>>>>>
>> >>>>>>> On 12/19/2016 12:24 PM, Lizhou Sha wrote:
>> >>>>>>>
>> >>>>>>> I have refrained from commenting for now because I would like
>> >>>>>>> everyone
>> >>>>>>>
>> >>>>>>> to have a chance to speak their mind, but I have opinions on the
>> >>>>>>>
>> >>>>>>> matter as well and will write something up later today or
>> >>>>>>> tomorrow.
>> >>>>>>>
>> >>>>>>>
>> >>>>>>> Meanwhile, I would like to interject and remind everyone that in
>> >>>>>>>
>> >>>>>>> addition to voicing your opinions and concerns on this list, you
>> >>>>>>>

WM 000533

>> >>>>>>> should also remember that I am always available to listen. If
>> >>>>>>> there
>> >>>>>>> is
>> >>>>>>>
>> >>>>>>> anything (in general, not just related to this nomination) you
>> >>>>>>> feel
>> >>>>>>>
>> >>>>>>> uncomfortable with or bothered by at SIPB, please feel free to
>> >>>>>>> reach
>> >>>>>>>
>> >>>>>>> out personally to me, or the Vice Chair, or another member of the
>> >>>>>>> EC.
>> >>>>>>>
>> >>>>>>> You can also use the mailing list sipb-ec-people, which is the
>> >>>>>>>
>> >>>>>>> unarchived version of sipb-ec.
>> >>>>>>>
>> >>>>>>>
>> >>>>>>> I would also like to point out that talking about feelings
>> >>>>>>> doesn't
>> >>>>>>>
>> >>>>>>> imply a lack of evidence. It is my opinion that for a student
>> >>>>>>> group
>> >>>>>>>
>> >>>>>>> like ours (and unlike a court of law), demand for evidence should
>> >>>>>>>
>> >>>>>>> _not_ override people's privacy and force them to publicly reveal
>> >>>>>>>
>> >>>>>>> personal matters that they do not wish to divulge.
>> >>>>>>>
>> >>>>>>>
>> >>>>>>> To address Luke's points, though, I think it's only fair to let
>> >>>>>>> Will
>> >>>>>>>
>> >>>>>>> know if we have collectively decided to not move forward with his
>> >>>>>>>
>> >>>>>>> nomination. It would be cruel to keep the promise of membership
>> >>>>>>>
>> >>>>>>> dangling in his face otherwise. Should that be the case, I will
>> >>>>>>>
>> >>>>>>> personally inform him of this decision and make sure he
>> >>>>>>> understands
>> >>>>>>>
>> >>>>>>> the reasons behind it (anonymized, of course). I will shoulder
>> >>>>>>> this
>> >>>>>>>
>> >>>>>>> responsibility as the messenger of bad news.
>> >>>>>>>
>> >>>>>>>
>> >>>>>>> Lizhou
>> >>>>>>>
>> >>>>>>>
>> >>>>>>> On Mon, Dec 19, 2016 at 11:54 AM, Luke O'Malley
>> >>>>>>> <luke@dlukeomalley.com> wrote:
>> >>>>>>>
>> >>>>>>>> Evidence based conclusions are really important here because
>> >>>>>>>> feelings are
>> >>>>>>>
>> >>>>>>>> highly prone to bias. Why does he make you uncomfortable? What
>> >>>>>>>> specific
>> >>>>>>>
>> >>>>>>>> interactions have you had with him that suggest he shouldn't be
>> >>>>>>>> a
>> >>>>>>>> SIPB
>> >>>>>>>

WM 000534

>> >>>>>>>> member? At some point these will need be to relayed to him both
>> >>>>>>>> for
>> >>>>>>>> him to
>> >>>>>>
>> >>>>>>>> address and to decide if he wants to continue to invest in SIPB
>> >>>>>>>> (i.e. "we're
>> >>>>>>
>> >>>>>>>> not moving forward with your membership because of comments that
>> >>>>>>>> you've made
>> >>>>>>
>> >>>>>>>> about treating membership as a game, and we feel this goes
>> >>>>>>>> against
>> >>>>>>>> the
>> >>>>>>
>> >>>>>>>> values of SIPB).
>> >>>>>>
>> >>>>>>
>> >>>>>>>> Does SIPB have any formal expectations for members? Something
>> >>>>>>>> you
>> >>>>>>>> can't
>> >>>>>>
>> >>>>>>>> point Vahle to in the event you decide to pass on his
>> >>>>>>>> nomination?
>> >>>>>>
>> >>>>>>
>> >>>>>>>> - Luke
>> >>>>>>
>> >>>>>>
>> >>>>>>>> On Mon, Dec 19, 2016 at 11:43 AM Jakob Weisblat
>> >>>>>>>> <jweisblat101@gmail.com>
>> >>>>>>
>> >>>>>>>> wrote:
>> >>>>>>
>> >>>>>>>> Since it seems more relevant than I initially thought, I'll add
>> >>>>>>>> that I
>> >>>>>>
>> >>>>>>>> also feel vaguely uncomfortable around Will.
>> >>>>>>
>> >>>>>>
>> >>>>>>>> Jakob
>> >>>>>>
>> >>>>>>
>> >>>>>>>> On Dec 19, 2016 11:41 AM, "Sara Sinback" <sinback@mit.edu>
>> >>>>>>>> wrote:
>> >>>>>>
>> >>>>>>>> Skipping over the aforementioned gossip to throw in the other
>> >>>>>>>>> of
>> >>>>>>>>> my two
>> >>>>>>
>> >>>>>>>> cents -- vahle has mentioned to me that he sees obtaining SIPB
>> >>>>>>>>> membership as
>> >>>>>>
>> >>>>>>>> sort of a game -- one that he thinks is harder than getting
>> >>>>>>>>> into
>> >>>>>>>>> a Harvard
>> >>>>>>
>> >>>>>>>> final club (which he's also done). I think he also wants to be
>> >>>>>>>>> in
>> >>>>>>>>> SIPB for
>> >>>>>>
>> >>>>>>>> the normal reasons (community, positive action, he thinks it's
>> >>>>>>>>> a
>> >>>>>>>>> cool club,
>> >>>>>>

WM 000535

>> >>>>>>>>>> etc.). But his attitude as a deliberate social engineer was
>> >>>>>>>>>> off-putting to
>> >>>>>>>
>> >>>>>>>>>> me. Alex, is this what you meant when you voiced concern about
>> >>>>>>>>>> him "fishing
>> >>>>>>>
>> >>>>>>>>>> for bits," or is that just a piece of jargon I'm not familiar
>> >>>>>>>>>> with?
>> >>>>>>>
>> >>>>>>>
>> >>>>>>>>>> I'm not a voting member and I haven't been around the office
>> >>>>>>>>>> much
>> >>>>>>>>>> the
>> >>>>>>>
>> >>>>>>>>>> past semester. I don't know if people should take my personal
>> >>>>>>>>>> discomfort
>> >>>>>>>
>> >>>>>>>>>> into too much account with this decision. But if currently
>> >>>>>>>>>> voting
>> >>>>>>>>>> members
>> >>>>>>>
>> >>>>>>>>>> are similarly off-put, maybe it's worth listening to that
>> >>>>>>>>>> feeling!
>> >>>>>>>
>> >>>>>>>
>> >>>>>>>>>> -sinback
>> >>>>>>>
>> >>>>>>>
>> >>>>>>>>>> On Mon, Dec 19, 2016 at 10:25 AM Adam Glasgall
>> >>>>>>>>>> <adam@crossproduct.net>
>> >>>>>>>
>> >>>>>>>>>> wrote:
>> >>>>>>>
>> >>>>>>>
>> >>>>>>>
>> >>>>>>>>>>> On 12/19/2016 09:43 AM, Nathan Arce wrote:
>> >>>>>>>
>> >>>>>>>>>>> vahle lives in my apartment complex and has occasionally
>> >>>>>>>>>>> coerced me
>> >>>>>>>
>> >>>>>>>>>>> into
>> >>>>>>>
>> >>>>>>>>>>> listening to him talk for extended periods of time. From
>> >>>>>>>>>>> those
>> >>>>>>>
>> >>>>>>>>>>> conversations, I have gleaned that "collecting possibly
>> >>>>>>>>>>> useful
>> >>>>>>>
>> >>>>>>>>>>> resources
>> >>>>>>>
>> >>>>>>>>>>> of whatever type" is his primary motivator in virtually all
>> >>>>>>>>>>> of
>> >>>>>>>>>>> his
>> >>>>>>>
>> >>>>>>>>>>> endeavors, though he never specifically talked about sipb.
>> >>>>>>>
>> >>>>>>>
>> >>>>>>>>>>> With that said, it sounds like he's done a lot by this
>> >>>>>>>>>>> point--possibly
>> >>>>>>>
>> >>>>>>>>>>> more than I had done by the end of my time at MIT, including
>> >>>>>>>>>>> my
>> >>>>>>>>>>> time
>> >>>>>>>
>> >>>>>>>>>>> on

**WM 000536**

>> >>>>>>
>> >>>>>>>>>>>> the EC (of course, by now he's had much longer to do it). I
>> >>>>>>>>>>>> don't know
>> >>>>>>
>> >>>>>>>>>>>> how much the abstract concept of "motivations" should factor
>> >>>>>>>>>>>> in,
>> >>>>>>
>> >>>>>>>>>>>> unless
>> >>>>>>
>> >>>>>>>>>>>> people have reason to think he's going to be malicious with
>> >>>>>>>>>>>> those
>> >>>>>>
>> >>>>>>>>>>>> bits.
>> >>>>>>
>> >>>>>>>>>>>> I'm personally more worried by sinback's impression than by
>> >>>>>>>>>>>> vahle's
>> >>>>>>
>> >>>>>>>>>>>> desire for resources.
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>> I would weight sinback's impression heavily as well. I also
>> >>>>>>>>>>>> generally
>> >>>>>>
>> >>>>>>>>>>>> feel personally uncomfortable around him.
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>> (obviously my crufty opinion should be discounted
>> >>>>>>>>>>>> accordingly,
>> >>>>>>>>>>>> but
>> >>>>>>
>> >>>>>>>>>>>> that's my $0.02)
>> >>>>>>
>> >>>>>>>>>>>> Adam
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>> On Mon, Dec 19, 2016 at 2:50 AM, Ray Hua Wu <dzaefn@mit.edu
>> >>>>>>
>> >>>>>>>>>>>> <mailto:dzaefn@mit.edu>> wrote:
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>    What indicators are we considering when we suspect
>> >>>>>>>>>>>> whether
>> >>>>>>>>>>>> or not
>> >>>>>>
>> >>>>>>>>>>>>    someone is fishing for bits?
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>    On 12/19/2016 02:02 AM, Sara Sinback wrote:
>> >>>>>>
>> >>>>>>>>>>>>    vahle's an intense guy who kinda messed with my
>> >>>>>>>>>>>> ex-roomie
>> >>>>>>
>> >>>>>>>>>>>>    emotionally -- I personally don't recommend him for
>> >>>>>>>>>>>> membership
>> >>>>>>
>> >>>>>>>>>>>>    despite knowing him for quite a while. Can't say much
>> >>>>>>>>>>>> more
>> >>>>>>
>> >>>>>>>>>>>> without
>> >>>>>>
>> >>>>>>>>>>>>    getting gossipy.
>> >>>>>>
>> >>>>>>>>>>>>    sinback

WM 000537

>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>    On Mon, Dec 19, 2016, 1:57 AM Eric Lujan
>> >>>>>>
>> >>>>>>>>>>>     <<mailto:lujan@mit.edu>lujan@mit.edu
>> >>>>>>>>>>> <mailto:lujan@mit.edu>>
>> >>>>>>
>> >>>>>>>>>>> wrote:
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     This is not my decision, but I am personally -1 on
>> >>>>>>>>>>> this.
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     I still don't know how to read vahle, and that
>> >>>>>>>>>>> makes
>> >>>>>>>>>>> me
>> >>>>>>
>> >>>>>>>>>>> unnerved.
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     Love,
>> >>>>>>
>> >>>>>>>>>>>     lujan
>> >>>>>>
>> >>>>>>>>>>>     On Sun, Dec 18, 2016 at 22:42 Alex Chernyakhovsky
>> >>>>>>
>> >>>>>>>>>>>     <achernya@mit.edu <mailto:achernya@mit.edu>> wrote:
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     For reference, previously we have decided to
>> >>>>>>>>>>> not
>> >>>>>>>>>>> nominate
>> >>>>>>
>> >>>>>>>>>>>     vahle for
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     membership out of concern he was fishing for
>> >>>>>>>>>>> bits. Please
>> >>>>>>>>>>>     make sure
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     those concerns are alleviated before making a
>> >>>>>>>>>>> nomination.
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     -Alex
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>     On Mon, Dec 19, 2016 at 12:00 AM, Madars Virza
>> >>>>>>
>> >>>>>>>>>>>     <<mailto:madars@mit.edu>madars@mit.edu
>> >>>>>>
>> >>>>>>>>>>>     <mailto:madars@mit.edu>> wrote:
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>> +1
>> >>>>>>

WM 000538

>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> In addition to all that, last semester Will
>> >>>>>>>>>>>>> gave a
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　cluedump on
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> Software-Defined Radio. He's is also very
>> >>>>>>>>>>>>> active in
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　helping user walk-ins.
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> Madars
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> On 12/18/2016 11:54 PM, Brian Chen wrote:
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> Hi SIPB,
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> I'd like to nominate Will Vahle, username
>> >>>>>>>>>>>>> vahle, for
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　membership in the
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> SIPB. He's been around a long time and should
>> >>>>>>>>>>>>> be
>> >>>>>>
>> >>>>>>>>>>>>> pretty
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　integrated; he's
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> kept cokecomm on life support for a while (a
>> >>>>>>>>>>>>> pretty
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　thankless job nobody
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> else is willing to do, as far as I'm aware),
>> >>>>>>>>>>>>> and
>> >>>>>>
>> >>>>>>>>>>>>> helped
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　clean the office
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> and maintain hardware like the doorpi several
>> >>>>>>>>>>>>> times. I
>> >>>>>>
>> >>>>>>>>>>>>>　　　　　believe he's also
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>>> currently working on a radio project of some

WM 000539

>> >>>>>>>>>> sort.
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>> Yours truly,
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>> Brian Chen
>> >>>>>>
>> >>>>>>
>> >>>>>>>>>>>   --
>> >>>>>>
>> >>>>>>>>>>>   -----BEGIN PGP SIGNATURE-----
>> >>>>>>
>> >>>>>>>>>>>   Version: FoxPG v2.1.26 (Fox/Linux)
>> >>>>>>
>> >>>>>>>>>>>
>> >>>>>>>>>>>
>> >>>>>>>>>>> iQIcBAEBAgAGBQJT/rIngD1nGd1n6DInGdin642iNgad1Ng/34p4PaPApapAp0W/h4
>> >>>>>>
>> >>>>>>>>>>>
>> >>>>>>>>>>>
>> >>>>>>>>>>> t3EH4teE44te3Ho/J0fFtc40fF+CHoFfTcH0FfTC4OfFtCHOfFtchofftcH0Ff/Uon
>> >>>>>>
>> >>>>>>>>>>>   urXa
>> >>>>>>
>> >>>>>>>>>>>   =F0xX
>> >>>>>>
>> >>>>>>>>>>>   -----END PGP SIGNATURE-----
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>>
>> >>>>>> --
>> >>>>>>
>> >>>>>>
>> >>>>>> -----BEGIN PGP SIGNATURE-----
>> >>>>>>
>> >>>>>> Version: FoxPG v2.1.26 (Fox/Linux)
>> >>>>>>
>> >>>>>>
>> >>>>>> iQIcBAEBAgAGBQJT/rIngD1nGd1n6DInGdin642iNgad1Ng/34p4PaPApapAp0W/h4
>> >>>>>>
>> >>>>>> t3EH4teE44te3Ho/J0fFtc40fF+CHoFfTcH0FfTC4OfFtCHOfFtchofftcH0Ff/Uon
>> >>>>>>
>> >>>>>> urXa
>> >>>>>>
>> >>>>>> =F0xX
>> >>>>>>
>> >>>>>> -----END PGP SIGNATURE-----
>> >>
>> >>
>> >> --
>> >>
>> >> -----BEGIN PGP SIGNATURE-----
>> >> Version: FoxPG v2.1.26 (Fox/Linux)
>> >> iQIcBAEBAgAGBQJT/rIngD1nGd1n6DInGdin642iNgad1Ng/34p4PaPApapAp0W/h4

WM 000540

```
>> >> t3EH4teE44te3Ho/J0fFtc40fF+CHoFfTcH0FfTC4OfFtCHOFftchofftcH0Ff/Uon
>> >> urXa
>> >> =F0xX
>> >> -----END PGP SIGNATURE-----
>
>
```

```
--
Lizhou Sha
Massachusetts Institute of Technology
Department of Physics
--
Lizhou Sha
```

**William Moses** <wmoses@mit.edu>                                    Wed, Feb 19, 2020 at 3:39 PM
To: gshay@mit.edu

    [Quoted text hidden]

**Alex Chernyakhovsky** <achernya@mit.edu>                            Mon, Jul 13, 2020 at 2:39 PM
To: William Moses <wmoses@mit.edu>

    Please keep this thread in confidence, but apparently my memory was
    slightly faulty and it was Lizhou that spoke to vahle, not dwilson.

    Sincerely,
    -Alex
    [Quoted text hidden]

**WM 000541**

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

---

## Keyholdership nomination for fsdi321
6 messages

---

**Cel Skeggs** <cela@mit.edu>                                                                                       Sun, Jun 14, 2020 at 2:31 PM
To: sipb-private <sipb-private@mit.edu>

Bowen has been the single most consistent and motivated contributor to the Uplink project these past two semesters -- to the point that I've handed off leadership of the project to him, because he's more excited about it and committed to it than I am.

I definitely think that Bowen has demonstrated his commitment to FTGOS; even though Uplink hasn't come to fruition yet, he's put a lot of time and energy into it. I am not entirely certain whether he is socially integrated; I know him well enough to think he is, but I'm not sure if everyone else does.

I think it would be good for SIPB to nominate fsdi321. I won't be an actual student again until the spring, and can't really come to meetings this summer, but maybe someone else would like to do so in my place. I understand that we might not have quorum until the fall, but perhaps nominating him now -- even though he might not be able to have his election until then -- might be worthwhile.

Thoughts? Feelings?

Cel

---

**William Moses** <wmoses@mit.edu>                                                                                Sun, Jun 14, 2020 at 2:51 PM
To: Cel Skeggs <cela@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

I don't personally recognize the name and doing a quick email search seems to imply he only came to one meeting so far.

From your description they seem like a good person to nominate, but probably after attending some more meetings/more social integration.
[Quoted text hidden]

---

**Cel Skeggs** <cela@mit.edu>                                                                                       Sun, Jun 14, 2020 at 2:53 PM
To: William Moses <wmoses@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Huh, yeah, you're right. I've seen him most weeks for the past year, and completely missed that he hadn't been coming to the regular SIPB meetings.

Suggestion retracted. I'll chat to him about coming to more of them. :P

Cel

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>                                                                                 Sun, Jun 14, 2020 at 2:55 PM
Cc: sipb-private <sipb-private@mit.edu>

Forgot to reply-all

---

**From:** Georgia E Shay <gshay@mit.edu>
**Date:** Sunday, June 14, 2020 at 2:54 PM
**To:** Cel Andromeda Skeggs <cela@mit.edu>
**Subject:** Re: Keyholdership nomination for fsdi321


He's attended 6 meetings so far, though many of them were in the Fall semester.

**WM 000542**

+ Options

| | | | meeting_date | attendee | attendee_type | inspection_required |
|---|---|---|---|---|---|---|
| | | | | | | To indicate any attendance entires that require manual inspection for accuracy |
| ☐ | 🖊 Edit | 📋 Copy | ⊖ Delete | 2019-09-02 | fsdi321 | GUEST | NONE |
| ☐ | 🖊 Edit | 📋 Copy | ⊖ Delete | 2019-09-09 | fsdi321 | MEMBER | NONE |
| ☐ | 🖊 Edit | 📋 Copy | ⊖ Delete | 2019-10-07 | fsdi321 | MEMBER | NONE |
| ☐ | 🖊 Edit | 📋 Copy | ⊖ Delete | 2019-12-02 | fsdi321 | MEMBER | NONE |
| ☐ | 🖊 Edit | 📋 Copy | ⊖ Delete | 2019-12-09 | fsdi321 | MEMBER | NONE |
| ☐ | 🖊 Edit | 📋 Copy | ⊖ Delete | 2020-05-18 | fsdi321 | MEMBER | NONE |

He originally joined CourseRoad but was unable to attend the meeting time, so I think it's a good sign that he became heavily involved in another project instead.   I would be in support of nominating now.


- Georgia

[Quoted text hidden]

---

**Cel Skeggs** <cela@mit.edu>                                                                                      Sun, Jun 14, 2020 at 3:03 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

He definitely thinks he's been to more meetings than that, but I encouraged him to show up to more of them anyway.

Cel

[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>                                                                        Sun, Jun 14, 2020 at 3:53 PM
To: Cel Skeggs <cela@mit.edu>
Cc: Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>

Fwiw I do remember seeing him around in the fall. That feels like a billion years ago but I had a favorable impression at the time.

If he's been to sufficient general meetings per the constitution and Cel thinks he is well integrated with the Uplink community and will continue to work on it, I'd be happy to see him nominated. Social integration is, uh, rather difficult to achieve these days, so I feel like it's all right to give a bit of a pass / be content with integration at one project.

He would, after all, have to attend a few more general meetings to get nominated and elected anyway

[Quoted text hidden]

---

**2 attachments**



image001.png
183K

image001.png
183K

WM 000543

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

---

## Keyholdering cjq / petey?
4 messages

---

**William Moses** <wmoses@mit.edu>          Wed, Apr 28, 2021 at 10:15 PM
To: sipb-private <sipb-private@mit.edu>

Hi all,

For those of you who haven't heard about all the Swole Tim adventures, SIPB has been helping the admissions office for the past two years with their virtual CPW (CP*) by creating various discord bots.

CJ has been absolutely instrumental in this, creating and maintaining the "Jack" bot and helping with various parts of Swole Tim. In my opinion they've met the contribution threshold and was wondering what people thought about keyholdership?

Petey, an admissions officer and MIT alum, has also been instrumental in a number of SIPB projects over the past year and I was similarly curious what people would think about keyholdering him. Obviously he's been involved with Swole Tim, but he's also been doing a lot elsewhere ranging from receiving and scratching off hundreds of Minecraft coupon codes so we could send them out to students to participate in MIT Minecraft (including helping advocate with us to IS&T) to (if memory serves) offering insight when tackling other big questions like when we advocated against the somewhat invasive ProctorTrack monitoring software.

Cheers,
wmoses

---

**Robert Henning** <robertch@mit.edu>          Thu, Apr 29, 2021 at 1:54 AM
To: William Moses <wmoses@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Petey would be a phenomenal asset to the SIPB community, and I second this recommendation
[Quoted text hidden]
--
## Robert Henning

Sandbox Fellow, Media Lab student researcher
Massachusetts Institute of Technology

---

**Emma K Batson** <emmabat@mit.edu>          Thu, Apr 29, 2021 at 9:43 AM
To: Robert Henning <robertch@mit.edu>
Cc: William Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

++ Petey and CJ have both been quite key to major SIPB projects over the past year. Since everyone pretty much knows Petey, I'll focus on saying that CJ's work on the Discord bots has been invaluable, and they have made an effort to be socially integrated by coming to both regular meetings as well as regularly attending SIPT
[Quoted text hidden]

---

**Kelly Chen** <kjchen@mit.edu>          Mon, May 3, 2021 at 8:52 PM
To: Emma K Batson <emmabat@mit.edu>
Cc: Robert Henning <robertch@mit.edu>, William Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

FYI, cjq and petey were nominated at today's meeting! Thanks everyone for your thoughts.

Yours chairly,
kjchen
[Quoted text hidden]
--

**WM 000544**

Kelly Chen
Pronouns: they/them/theirs
MIT Class of 2021
Department of Mathematics
Department of Chemistry

WM 000545

 Gmail

**Billy Moses <taekwonbilly@gmail.com>**

---

# Nominate dbopp for keyholdership?
13 messages

---

**William Moses** <wmoses@mit.edu>                 Mon, Apr 27, 2020 at 10:52 PM
To: sipb-private <sipb-private@mit.edu>

Hi all,

I'd like to start the thread about Darius (dbopp's) keyholdership nomination. He did a ton of work for CPW and I think we should keyholder him if people agree/think he's ready.

Cheers,
Billy

---

**Joshua Noguera** <jnoguera@mit.edu>              Mon, Apr 27, 2020 at 11:01 PM
To: sipb-private <sipb-private@mit.edu>, William Moses <wmoses@mit.edu>

Have they done anything else for SIPB in the past?
[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>             Mon, Apr 27, 2020 at 11:39 PM
To: Joshua Noguera <jnoguera@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>, William Moses <wmoses@mit.edu>

+1 he did a lot of work on CP* which was really a weird and difficult thing this year. Also generally a helpful/involved person who's come to lots of meetings
[Quoted text hidden]

---

**Pravi Samaratunga** <pravinas@mit.edu>           Tue, Apr 28, 2020 at 12:31 PM
To: Emma K Batson <emmabat@mit.edu>
Cc: Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>, William Moses <wmoses@mit.edu>

He's been involved with SIPB for several years. I'm surprised he's not a member already.
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>               Sat, May 2, 2020 at 4:06 PM
To: Pravi Samaratunga <pravinas@mit.edu>
Cc: Emma K Batson <emmabat@mit.edu>, Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>, William Moses <wmoses@mit.edu>

Just wanted to bump this.
[Quoted text hidden]

---

**Maurizio Diaz** <mau@mit.edu>                  Sat, May 2, 2020 at 4:15 PM
To: William Moses <wmoses@mit.edu>

Also chipping in my ++

dbopp is great and did an awesome job with SIPBW!
[Quoted text hidden]

---

**Nate Foss** <npfoss@mit.edu>                     Sat, May 2, 2020 at 5:50 PM
To: sipb-private <sipb-private@mit.edu>

**WM 000547**

I don't have a strong opinion either way, but I do remember we had a conversation a long time ago about whether 'just' IAP/CPW should be enough. Not sure what the general consensus was then and whether it's different now, but if anyone remembers more clearly there were probably some relevant points there.

+1 to social engagement though, at least in most meetings and some game nights
[Quoted text hidden]

---

**Rihn** <rihn@mit.edu>                                                                                    Sat, May 2, 2020 at 5:57 PM
To: William Moses <wmoses@mit.edu>
Cc: Pravi Samaratunga <pravinas@mit.edu>, Emma K Batson <emmabat@mit.edu>, Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>

He did a lot for CPW. Though, like Josh, I think the first time I met him was when he wanted to take on SIPBW.
Though if ya'll have known him for longer...
[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>                                                                        Sat, May 2, 2020 at 6:09 PM
To: Rihn <rihn@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Pravi Samaratunga <pravinas@mit.edu>, Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>

With things being as strange as they are right now, I think it's better to err on the side of "did good work on a thing and demonstrated continued interest" as a sufficient level of involvement to warrant election. It's not easy to do a ton of work for SIPB (or for anyone) right now.

It's true that Darius mostly got involved around SIPBW, but I think he really did a good job with it -- and a reminder that CP* became a two-week event that he had to totally readjust on very short notice this year.

The question of whether IAP or CPW is generally sufficient for keyholdership should still be answered another time, but in these circumstances, and also considering his social involvement, I think it's enough.
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                         Sat, May 2, 2020 at 6:40 PM
To: Emma K Batson <emmabat@mit.edu>
Cc: Rihn <rihn@mit.edu>, William Moses <wmoses@mit.edu>, Pravi Samaratunga <pravinas@mit.edu>, Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>

I would agree with that. Also generally I would say that running CPW -- especially without a cochair in normal circumstances is sufficient to merit keyholdership, let alone now when CPW was 2 weeks long (saying as someone who was keyholdered by being w normal CPW cochair). I think the potential reasons for concern in the past were with people dropping off right after CPW, and given Darius's continued involvement (and helping in other things like building the lobby/bungeecord stuff in Minecraft) I think that he is well above the bar.

I also don't think there should be a "minimum period of time" for someone to have to participate to have to join (lest we not get frosh) besides social integration / the 4 meetings. It shouldn't be a struggle to become a keyholder after all, but recognition for making an impact.
[Quoted text hidden]

---

**Nate Foss** <npfoss@mit.edu>                                                                             Sat, May 2, 2020 at 9:27 PM
To: William Moses <wmoses@mit.edu>, Emma K Batson <emmabat@mit.edu>
Cc: Rihn <rihn@mit.edu>, Pravi Samaratunga <pravinas@mit.edu>, Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>

alright I'm convinced
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                                                         Mon, May 4, 2020 at 3:06 PM
To: Nate Foss <npfoss@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Emma K Batson <emmabat@mit.edu>, Rihn <rihn@mit.edu>, Pravi Samaratunga <pravinas@mit.edu>, Joshua Noguera <jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>

**WM 000548**

If people don't have any final comments / opposition, can we nominate him at the meeting today?

[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>                    Mon, May 4, 2020 at 3:14 PM
To: William Moses <wmoses@mit.edu>
Cc: Nate Foss <npfoss@mit.edu>, Rihn <rihn@mit.edu>, Pravi Samaratunga <pravinas@mit.edu>, Joshua Noguera
<jnoguera@mit.edu>, sipb-private <sipb-private@mit.edu>

sounds good to me

[Quoted text hidden]

**WM 000549**

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

---

## Elton Lin Keyholdership?
2 messages

---

**William Moses** <wmoses@mit.edu>                                          Mon, Jan 11, 2021 at 9:43 PM
To: sipb-private <sipb-private@mit.edu>

Hi all,

How do people feel about keyholdering Elton Lin?

He's been around SIPB for a number of years now and has generally been a friendly face and enthusiastic to talk about tech things (especially if it involves startups or UX).

Regarding FTGOS, he started the Feynman whiteboard project which has gotten a lot of use recently per COVID, and is reprising his frontend development class from last year's SIPB IAP.

Cheers,
Billy

---

**Georgia E Shay** <gshay@mit.edu>                                          Mon, Jan 25, 2021 at 10:00 PM
To: William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Bumping this, any thoughts?

[Quoted text hidden]

---

**WM 000553**

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

## nominate Huy Dai for keyholdership?
4 messages

---

**Emma K Batson** <emmabat@mit.edu>　　　　　　　　　　Mon, Jan 11, 2021 at 9:50 PM
To: sipb-private <sipb-private@mit.edu>

Hi all,

Huy is a friendly freshman who's been consistently coming to SIPB meetings since before he was even technically an MIT student (first came to a meeting in July), and I hear he's been working on the Jupyter cloud project too. It's generally been nice having him around SIPB, and he seems pretty enthusiastic and committed.

I think we should nominate him for keyholdership soon.

Best,
Emma

---

**William Moses** <wmoses@mit.edu>　　　　　　　　　　Tue, Jan 12, 2021 at 11:35 PM
To: Emma K Batson <emmabat@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

++ He seems really enthusiastic and has really been trying to participate all of the SIPB events he can.
[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>　　　　　　　　　　Mon, Jan 25, 2021 at 9:54 PM
To: William S Moses <wmoses@mit.edu>, Emma K Batson <emmabat@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Bumping this.  Definitely agree with nominating, he's been pretty active in SIPB.

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>　　　　　　　　　　Mon, Feb 1, 2021 at 4:52 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: William S Moses <wmoses@mit.edu>, Emma K Batson <emmabat@mit.edu>, sipb-private <sipb-private@mit.edu>

Same comment here unless people have objections.
[Quoted text hidden]

**WM 000554**

 Gmail

**Billy Moses <taekwonbilly@gmail.com>**

## Nominate Jeffery Yu for keyholdership
4 messages

**William Moses** <wmoses@mit.edu>                                        Fri, Jan 8, 2021 at 4:25 PM
To: sipb-private <sipb-private@mit.edu>

Hi all,

Jeffery has been hanging around SIPB for some time and has been instrumental for both bootstrapping MITcraft and
reviving the 250+ person intro to C/C++ course (both of which I can personally attest to).

Do people have thoughts regarding his keyholdership? If so, I might personally recommend waiting to nominate until the
course progresses another week (but nevertheless wanted to start the thread).

Cheers,
Billy

P.S. Yes Will, this is the same 6.179 intro to C class you and I "will"-ed into existence 2015 IAP.

**William Qian** <wqian94@mit.edu>                                        Fri, Jan 8, 2021 at 4:30 PM
To: William Moses <wmoses@mit.edu>

Nice.
[Quoted text hidden]

**Georgia E Shay** <gshay@mit.edu>                                        Mon, Jan 25, 2021 at 10:00 PM
To: William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Bumping this thread

[Quoted text hidden]

**William Moses** <wmoses@mit.edu>                                        Mon, Feb 1, 2021 at 4:52 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Same comment here unless people have objections.
[Quoted text hidden]

**WM 000555**

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

# Nominate jnwagner for keyholdership
8 messages

**Georgia E Shay** <gshay@mit.edu>
To: sipb-private <sipb-private@mit.edu>

Fri, Jan 8, 2021 at 9:01 PM

Julia has been to almost every meeting since August and has already put a lot of work into SIPB IAP.  I would feel comfortable nominating before the end of IAP.  Thoughts?


Best,

Georgia

---

**William Moses** <wmoses@mit.edu>
To: Georgia E Shay <gshay@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Fri, Jan 8, 2021 at 9:11 PM

Very much seconded.

[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>
To: William Moses <wmoses@mit.edu>
Cc: Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>

Sat, Jan 9, 2021 at 10:33 AM

Seconded, she's generally been pretty enthusiastic about helping about in whatever way she can, which I think is a great example of FTGOS

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>
To: Emma K Batson <emmabat@mit.edu>, William S Moses <wmoses@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Mon, Jan 25, 2021 at 9:48 PM

Bumping this.  How would people feel about nominating at the next meeting?


[Quoted text hidden]

---

**Zoz** <zoz@mit.edu>
To: Georgia E Shay <gshay@mit.edu>
Cc: Emma K Batson <emmabat@mit.edu>, William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Tue, Jan 26, 2021 at 6:51 AM

Feel free to disregard a cruft opinion, but I have known Julia for a
couple of years and she is an energetic and enthusiastic contributor.
I think she will be an asset to SIPB and I hope she is nominated.

---

**Kye Burchard** <kyeb@mit.edu>
To: Zoz <zoz@mit.edu>
Cc: Georgia E Shay <gshay@mit.edu>, Emma K Batson <emmabat@mit.edu>, William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Tue, Jan 26, 2021 at 12:34 PM

**WM 000556**

I also would vouch for Julia personally from years of working with her on MHEC things, but I haven't worked with her on SIPB stuff. I think she's planning on contributing heavily to CPW stuff, and I'm confident she'll do a great job from what she's done as part of Maseeh.

Kye

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>                                    Mon, Feb 1, 2021 at 4:33 PM
To: Kye Burchard <kyeb@mit.edu>, Zoz <zoz@mit.edu>
Cc: Emma K Batson <emmabat@mit.edu>, William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>


Unless there's any objections, I would like to nominate Julia today.



- Georgia


---

**From:** Kye Burchard <kyeb@mit.edu>
**Date:** Tuesday, January 26, 2021 at 12:34 PM
**To:** Zoz <zoz@mit.edu>
**Cc:** Georgia E Shay <gshay@mit.edu>, Emma K Batson <emmabat@mit.edu>, William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>
**Subject:** Re: Nominate jnwagner for keyholdership


I also would vouch for Julia personally from years of working with her on MHEC things, but I haven't worked with her on SIPB stuff. I think she's planning on contributing heavily to CPW stuff, and I'm confident she'll do a great job from what she's done as part of Maseeh.


Kye


[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                    Mon, Feb 1, 2021 at 4:51 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: Kye Burchard <kyeb@mit.edu>, Zoz <zoz@mit.edu>, Emma K Batson <emmabat@mit.edu>, William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

++
[Quoted text hidden]

**WM 000557**

 Gmail

**Billy Moses <taekwonbilly@gmail.com>**

---

# Nominate Kye Burchard (kyeb) for keyholdership?
10 messages

---

**Georgia E Shay** <gshay@mit.edu>　　　　　　　　　　　　　　Mon, Nov 2, 2020 at 8:17 PM
To: sipb-private <sipb-private@mit.edu>

He's been consistently showing up to meetings and seems to have contributed a lot to the jupyter project.
Thoughts?

- Georgia

---

**Quentin Smith** <quentin@mit.edu>　　　　　　　　　　　　　　Mon, Nov 2, 2020 at 8:39 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Definitely done a ton for Jupyter. I have no qualms about keyholdering him, except for the usual "I think people should do
more than one distinct project for SIPB before keyholdering". Is there anything else he has contributed to?

Cheers,
--Quentin
[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>　　　　　　　　　　　　　Mon, Nov 2, 2020 at 8:46 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

++ As I understand, he's taken on a decent amount of leadership on the cloud-credits stuff which is awesome for a newer
member. He's been showing up to meetings consistently since the spring, and seems like an all-around reliable and
friendly member of the community. I know him a little bit from Dormcon meetings back before we left campus, and he was
always very helpful and proactive in that context too.

(I think the "more than one distinct thing" is a better rule of thumb when there are more opportunities to be involved...
Being off campus, all we really have going on are big projects, and I wouldn't expect people to take on multiple of those
before being seriously considered for keyholdership in these overwhelming times)

---

**William Moses** <wmoses@mit.edu>　　　　　　　　　　　　　　Mon, Nov 2, 2020 at 8:47 PM
To: Quentin Smith <quentin@mit.edu>
Cc: Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>

I would strongly recommend him for keyholder ring him. He has been instrumental in Jupyter and related cloud projects.

He's also been around consistently and actively contributing socially.

I disagree with the multiple project rule especially given the amount of contribution.
[Quoted text hidden]

---

**Lizhou Sha** <slz@mit.edu>　　　　　　　　　　　　　　　　　Tue, Nov 3, 2020 at 5:00 AM
To: William Moses <wmoses@mit.edu>
Cc: Quentin Smith <quentin@mit.edu>, Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>

==wmoses, emmabat

---

**WM 000562**

This would be the first time I've ever heard of a requirement for being involved in multiple projects. We have routinely nominated IAP and CPW organizers for keyholdership without requiring additional project contributions. It is only when a "project" is relatively minor that we would wait for additional involvement, such as organizing a one-shot event like Computer Tours and Stories.

I thought the rule of thumb we usually use is consistent contribution to one project that is worth about a month of effort, such as answering Scripts tickets consistently for a month, or in my own case, taking SIPB meeting minutes for a month. Although I am far removed from Kye's project, it seems to me that this bar has long been cleared.

[Quoted text hidden]

--
Lizhou Sha
Class of 2018

---

**William Moses** <wmoses@mit.edu>                                                  Mon, Nov 9, 2020 at 12:55 PM
To: Lizhou Sha <slz@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Quentin Smith <quentin@mit.edu>, Georgia E Shay <gshay@mit.edu>, sipb-private
<sipb-private@mit.edu>

> Wanted to bump this thread if people had more thoughts.
>
> Ideally would like to assess if someone should nominate him at today's meeting (or if decide to wait a bit).
>
> [Quoted text hidden]

---

**Microsoft Outlook** <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@mit.edu>         Mon, Nov 9, 2020 at 12:56 PM
To: wmoses@mit.edu

## Delivery has failed to these recipients or groups:

efjepsen@mit.edu

The recipient's mailbox is full and can't accept messages now. Please try resending this message later, or contact the recipient directly.

The following organization rejected your message: oc11expo23.exchange.mit.edu.

**Diagnostic information for administrators:**

Generating server: oc11expo23.exchange.mit.edu

efjepsen@mit.edu
oc11expo23.exchange.mit.edu

Remote Server returned '554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException. MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn= Configuration/cn=Servers/cn=OC11EXPO23/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559: 00000000580100000000000001F00000000000000, 20.52176:000F5585070000000000000000, 20.50032: 000F5585771700000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000, 4.21921:DD040000, 255.27962:FA000000, 255.1494:00000000, 0.50608:02010480, 5.29818: 0000000039345353623034392D313965332D346666652D386166392D36363373034643430323061313007067F32, 1.29920:03000000, 7.29828:936E0380060000001A010480, 7.29832:0000080060000001A010480, 4.45884:DD040000, 4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000, 5.10786: 0000000031352E30302E313336352E3030303A6F6331316578706F32330024400000000, 255.1750:000F5585, 0.26849:0A000000, 255.21817:DD040000, 0.26297:0A000000, 4.16585:DD040000, 0.32441:0A000000, 4.1706:DD040000, 0.24761:F1750000, 4.20665:DD040000, 0.25785:00000000, 4.29881:DD040000 [Stage: CreateSession]'

WM 000563

4/20/2021    Gmail - Nominate Kye Burchard (kyeb) for keyholdership?

Case 1:20-cv-11479-LTS   Document 188   Filed 03/07/23   Page 32 of 52

Original message headers:

Received: from w92exhyb3.exchange.mit.edu (18.7.71.73) by
oc11expo23.exchange.mit.edu (18.9.4.88) with Microsoft SMTP Server (TLS) id
15.0.1365.1; Mon, 9 Nov 2020 12:56:29 -0500
Received: from mailhub-dmz-4.mit.edu (18.7.62.38) by
w92exhyb3.exchange.mit.edu (18.7.71.73) with Microsoft SMTP Server (TLS) id
15.0.1395.4 via Frontend Transport; Mon, 9 Nov 2020 12:56:29 -0500
Received: from mailhub-dmz-4.mit.edu (mailhub-dmz-4.mit.edu [127.0.0.1])
        by mailhub-dmz-4.mit.edu (8.14.7/8.9.2) with ESMTP id 0A9HuPGX010335
        for <efjepsen@mit.edu>; Mon, 9 Nov 2020 12:56:28 -0500
Received: (from mdefang@localhost)
        by mailhub-dmz-4.mit.edu (8.14.7/8.13.8/Submit) id 0A9HuHgK010185
        for <efjepsen@mit.edu>; Mon, 9 Nov 2020 12:56:17 -0500
Received: from NAM10-DM6-obe.outbound.protection.outlook.com (mail-dm6nam10lp2107.outbound.
protection.outlook.com [104.47.58.107])
        by MAILHUB-DMZ-4.MIT.EDU (envelope-sender <wmoses@mit.edu>) (MIMEDefang) with ESMTP id
0A9Hu0MG010089; Mon, 09 Nov 2020 12:56:17 -0500
Received: from DM5PR13CA0015.namprd13.prod.outlook.com (2603:10b6:3:23::25) by
BYAPR01MB4328.prod.exchangelabs.com (2603:10b6:a03:9e::16) with Microsoft
SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
15.20.3541.23; Mon, 9 Nov 2020 17:55:52 +0000
Received: from DM3NAM03FT033.eop-NAM03.prod.protection.outlook.com
(2603:10b6:3:23:cafe::4a) by DM5PR13CA0015.outlook.office365.com
(2603:10b6:3:23::25) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3564.13 via Frontend
Transport; Mon, 9 Nov 2020 17:55:52 +0000
Authentication-Results: spf=pass (sender IP is 18.9.28.11)
smtp.mailfrom=mit.edu; mit.edu; dkim=none (message not signed)
header.d=none; mit.edu; dmarc=bestguesspass action=none
header.from=mit.edu; compauth=pass reason=109
Received-SPF: Pass (protection.outlook.com: domain of mit.edu designates
18.9.28.11 as permitted sender) receiver=protection.outlook.com;
client-ip=18.9.28.11; helo=outgoing.mit.edu;
Received: from outgoing.mit.edu (18.9.28.11) by
DM3NAM03FT033.mail.protection.outlook.com (10.152.82.204) with Microsoft SMTP
Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
15.20.3541.17 via Frontend Transport; Mon, 9 Nov 2020 17:55:52 +0000
Received: from mail-lf1-f44.google.com (mail-lf1-f44.google.com [209.85.167.44])
        (authenticated bits=0)
        (User authenticated as wmoses@ATHENA.MIT.EDU)
        by outgoing.mit.edu (8.14.7/8.12.4) with ESMTP id 0A9Htnwh027396
        (version=TLSv1/SSLv3 cipher=AES128-GCM-SHA256 bits=128 verify=NOT);
        Mon, 9 Nov 2020 12:55:50 -0500
Received: by mail-lf1-f44.google.com with SMTP id l2so13715391lfk.0;
        Mon, 09 Nov 2020 09:55:50 -0800 (PST)
X-Gm-Message-State: AOAM531ZQrPiW8ZTq211jK0sFLLlQjsk/NESMqVnUGJl6WENvEojzuHZ
        b250T+sIxnUvoNB+BxqLprv2tOCblhCeVlixSVs=
X-Google-Smtp-Source: ABdhPJyeWUnAjRav7Whu7TRAx1PfLUvBjJu5/Y1c4zb3cBrPxKHRAjLWrQdLQMzZOKI
        rnw+DQvHipIIbE4zZ7S3z+jk=
X-Received: by 2002:a05:6512:48f:: with SMTP id v15mr6533483lfq.190.1604944548955;
        Mon, 09 Nov 2020 09:55:48 -0800 (PST)
MIME-Version: 1.0
References: <98659A37-D41B-4D70-9301-764A5F85EA8B@mit.edu>
<alpine.DEB.2.20.2011022033510.31497@team-rocket.mit.edu>
<CAGPZhf2FihkR6BtjDgcGV3V+r+ioAjiDHi+XSfo8z7z=bg49Hg@mail.gmail.com>
<CA+fWxRKA650Q3Np_VFtT5UHy1Hf6csB7QHmB=C7whegO7os2+g@mail.gmail.com>
In-Reply-To: <CA+fWxRKA650Q3Np_VFtT5UHy1Hf6csB7QHmB=C7whegO7os2+g@mail.gmail.com>
From: William Moses <wmoses@mit.edu>
Date: Mon, 9 Nov 2020 12:55:37 -0500
X-Gmail-Original-Message-ID: <CAGPZhf0QH_w5VubzZHV4r0tFKHFu4q3==xJ5DqBBCh4iOanfEA@mail.gmail.com>
Message-ID: <CAGPZhf0QH_w5VubzZHV4r0tFKHFu4q3==xJ5DqBBCh4iOanfEA@mail.gmail.com>
Subject: Re: Nominate Kye Burchard (kyeb) for keyholdership?
To: Lizhou Sha <slz@mit.edu>
CC: William Moses <wmoses@mit.edu>, Quentin Smith <quentin@mit.edu>, "Georgia
 E Shay" <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>
Content-Type: multipart/alternative; boundary="000000000000b98e1305b3b04549"

WM 000564

```
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b:0
X-MS-PublicTrafficType: Email
X-MS-Office365-Filtering-Correlation-Id: 17fd01e9-2dd0-4ec0-8343-08d884d8b31d
X-MS-TrafficTypeDiagnostic: BYAPR01MB4328:
X-LD-Processed: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b,ExtAddr
X-MS-Exchange-Transport-Forked: True
X-MS-Exchange-AtpMessageProperties: SA
X-MIT-ForwardedCount: 1
X-MS-Oob-TLC-OOBClassifiers: OLM:8882;
X-Microsoft-Antispam: BCL:0;
X-Microsoft-Antispam-Message-Info: lZRZILvgU/ycyWcIQJxqFDuu1tDHpCEqEjOgtM4m
 WG2OibmByXXTkRXx4ny5DpDk/U29Ms947b/9Jn32+FYRR1jwBvubKFbyjzPSgJi4IM/VNr8pOHgxJci64UB7Pzp0W9piJx9jf
 j/iSAP3XiS8FOE2DSzprDf2NN0Lrn8NPO6XwphtHLk7UP5/tZzFAw5tAUKpxaBH5JC59t0xgqRoDu
 YpjHD2EY6ZHic9gFPesTrnpKEFCdMIxSOhH23vQnfo3xK5eegKO8QUPH5DCwf+2kfypW7br3U4F5x5Vsr7xiTU/
 glqANwaLN5PXVLIuhIhWo9hZf7feLnSjxr23Pmq6LAmbgmuciZaXPceB//D1G+pd1rOY72rZTfbY9t/q7c6F1t/
 SkfxAA3YhSztUkl8x+LuOQlE6dTm5JCti3C9lCjx2hKLh4swBNQ/8GpIaT/KuVKsFkbQBz4KW6SdaXLZCpZXvXgR/
 JLY80PpC12uHgmaV61JJVTpIKB2jcOHNx1sZt3BJ8jKTEs0xI7N7hEUautTpTDO7+csG7UAmDk6ThiHH/
 HgDJMHlpc8CIN3XKQz9/mt0EDVuvNwfwamyOMSGwW4Hj2MB5xRjFqFGe2rKGUtlnmpdYAflwGXG6T9qg
 CM53IbfYoith7kquGsbNFhO8tm63VEUvnfYp/IzMmeuA3/hjeyLB0+AIpgnxAQbG4CNWwfgDx6Noo8tZmopq
 O46GYHJTpdKEWDANitstBpwnZvFzWiNW++ikbHdpxmZrgPKb00ARekOkeL014fmjv7o1QaxIldzCD+
 dZHfMxrkOTnue0wXYe3NiANpSwDA5LOpH9PsmxGXdEBZ7841yNaQ+t6FYC0QTR8fSlx9BV+
 IePJQHpCJimJdnRrZCf8SOFu6JKN896GpI0gZ8uEXSJ1Eg9g==
X-Forefront-Antispam-Report: CIP:18.9.28.11;CTRY:US;LANG:en;SCL:-1;SRV:;IPV:CAL;SFV:
 SKN;H:outgoing.mit.edu;PTR:outgoing-auth-1.mit.edu;CAT:NONE;SFS:;DIR:INB;
X-Auto-Response-Suppress: DR, OOF, AutoReply
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 09 Nov 2020 17:55:52.3494
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 17fd01e9-2dd0-4ec0-8343-08d884d8b31d
X-MS-Exchange-CrossTenant-Id: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b
X-MS-Exchange-CrossTenant-AuthSource: DM3NAM03FT033.eop-NAM03.prod.protection.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BYAPR01MB4328
X-OrganizationHeadersPreserved: BYAPR01MB4328.prod.exchangelabs.com
Return-Path: wmoses@mit.edu
X-CrossPremisesHeadersFiltered: w92exhyb3.exchange.mit.edu
```

Original-Recipient: rfc822;efjepsen@EXCHANGE.MIT.EDU
Final-Recipient: rfc822;efjepsen@mit.edu
Action: failed
Status: 5.2.2
Diagnostic-Code: smtp;554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException.
MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot
open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=
Configuration/cn=Servers/cn=OC11EXPO23/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559:
0000000058010000000000F1000000000000000, 20.52176:000F5850700000000000000, 20.50032:
000F5585771700000000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000,
4.21921:DD040000, 255.27962:FA000000, 255.1494:00000000, 0.50608:02010480, 5.29818:
0000000039343533623034392D313965332D346666652D386166392D63633730346434303230613130070706F32,
1.29920:03000000, 7.29828:936E0380060000001A010480, 7.29832:00000080060000001A010480, 4.45884:DD040000,
4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000,
5.10786:000000003135!
 2E30302E3
 13336352E3030303A6F6331316578706F323300244000000000, 255.1750:000F5585, 0.26849:0A000000,
255.21817:DD040000, 0.26297:0A000000, 4.16585:DD040000, 0.32441:0A000000, 4.1706:DD040000,
0.24761:F1750000, 4.20665:DD040000, 0.25785:00000000, 4.29881:DD040000 [Stage: CreateSession]
Remote-MTA: dns;oc11expo23.exchange.mit.edu


---------- Forwarded message ----------
From: William Moses <wmoses@mit.edu>
To: Lizhou Sha <slz@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Quentin Smith <quentin@mit.edu>, Georgia E Shay <gshay@mit.edu>, sipb-
private <sipb-private@mit.edu>

**WM 000565**

Bcc:
Date: Mon, 9 Nov 2020 12:55:37 -0500
Subject: Re: Nominate Kye Burchard (kyeb) for keyholdership?
Wanted to bump this thread if people had more thoughts.

Ideally would like to assess if someone should nominate him at today's meeting (or if decide to wait a bit).

On Tue, Nov 3, 2020 at 5:01 AM Lizhou Sha <slz@mit.edu> wrote:
> ==wmoses, emmabat
>
> This would be the first time I've ever heard of a requirement for being involved in multiple projects. We have routinely nominated IAP and CPW organizers for keyholdership without requiring additional project contributions. It is only when a "project" is relatively minor that we would wait for additional involvement, such as organizing a one-shot event like Computer Tours and Stories.
>
> I thought the rule of thumb we usually use is consistent contribution to one project that is worth about a month of effort, such as answering Scripts tickets consistently for a month, or in my own case, taking SIPB meeting minutes for a month. Although I am far removed from Kye's project, it seems to me that this bar has long been cleared.
>
> On Mon, Nov 2, 2020 at 7:48 PM William Moses <wmoses@mit.edu> wrote:
>> I would strongly recommend him for keyholder ring him. He has been instrumental in Jupyter and related cloud projects.
>>
>> He's also been around consistently and actively contributing socially.
>>
>> I disagree with the multiple project rule especially given the amount of contribution.
>>
>> On Mon, Nov 2, 2020 at 8:40 PM Quentin Smith <quentin@mit.edu> wrote:
>>> Definitely done a ton for Jupyter. I have no qualms about keyholdering him, except for the usual "I think people should do more than one distinct project for SIPB before keyholdering". Is there anything else he has contributed to?
>>>
>>> Cheers,
>>> --Quentin
>>>
>>> On Mon, 2 Nov 2020, Georgia E Shay wrote:
>>>
>>> >
>>> > He's been consistently showing up to meetings and seems to have contributed a lot to the jupyter project. Thoughts?
>>> >
>>> >
>>> > - Georgia
>>> >
>>> >
>>> >


--
Lizhou Sha
Class of 2018

---

**Emma K Batson** <emmabat@mit.edu>                                    Mon, Nov 9, 2020 at 1:07 PM
To: William Moses <wmoses@mit.edu>
Cc: Lizhou Sha <slz@mit.edu>, Quentin Smith <quentin@mit.edu>, Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>

My take is that I'd personally be willing to nominate him today
[Quoted text hidden]

---

**William Qian** <wqian94@mit.edu>                                    Mon, Nov 9, 2020 at 1:41 PM

WM 000566

To: Emma K Batson <emmabat@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Lizhou Sha <slz@mit.edu>, Quentin Smith <quentin@mit.edu>, Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>

*indicates support for this motion, despite not being able to submit a vote or be there in person today*

William Qian
Massachusetts Institute of Technology
Department of Electrical Engineering and Computer Science
S.B. '16, M.Eng. '16

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>      Mon, Nov 9, 2020 at 7:22 PM
To: William Luo Qian <wqian94@mit.edu>, Emma K Batson <emmabat@mit.edu>
Cc: William S Moses <wmoses@mit.edu>, Lizhou Sha <slz@mit.edu>, Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

Since there don't seem to be any objections I think we should go ahead and nominate him at today's meeting.

- Georgia

---

**From:** William Qian <wqian94@mit.edu>
**Date:** Monday, November 9, 2020 at 1:41 PM
**To:** Emma K Batson <emmabat@mit.edu>
**Cc:** William S Moses <wmoses@mit.edu>, Lizhou Sha <slz@mit.edu>, Quentin Smith <quentin@mit.edu>, Georgia E Shay <gshay@mit.edu>, sipb-private <sipb-private@mit.edu>
**Subject:** Re: Nominate Kye Burchard (kyeb) for keyholdership?

*indicates support for this motion, despite not being able to submit a vote or be there in person today*

[Quoted text hidden]
[Quoted text hidden]

**WM 000567**

 Gmail

**Billy Moses <taekwonbilly@gmail.com>**

## Nominate mau for sipb keyholdership?
11 messages

---

**Catherine Zeng** <yczeng@mit.edu>                     Fri, Feb 7, 2020 at 1:05 PM
To: sipb-private <sipb-private@mit.edu>

He ran sipb IAP and has been showing up to every meeting for a while now
--
Catherine Zeng | czeng.org
Massachusetts Institute of Technology
Department of Electrical Engineering and Computer Science

---

**Nate Foss** <npfoss@mit.edu>                          Fri, Feb 7, 2020 at 1:27 PM
To: Catherine Zeng <yczeng@mit.edu>, sipb-private <sipb-private@mit.edu>

I don't think I know this person? so can't vouch for social integration
[Quoted text hidden]

---

**Catherine Zeng** <yczeng@mit.edu>                     Fri, Feb 7, 2020 at 1:33 PM
To: Nate Foss <npfoss@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Maurizio Diaz? He has poofy hair
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                      Mon, Mar 2, 2020 at 8:36 PM
To: Catherine Zeng <yczeng@mit.edu>
Cc: Nate Foss <npfoss@mit.edu>, sipb-private <sipb-private@mit.edu>

Also necroposting this cuz I've seen him a lot the past few months so I feel like he's made strides towards social
interaction; do people have thoughts?
[Quoted text hidden]

---

**Microsoft Outlook** <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@mit.edu>    Mon, Mar 2, 2020 at 8:37 PM
To: wmoses@mit.edu

### Delivery has failed to these recipients or groups:

sqshemet@mit.edu

The recipient's mailbox is full and can't accept messages now. Please try resending this message
later, or contact the recipient directly.

The following organization rejected your message: oc11expo11.exchange.mit.edu.

**Diagnostic information for administrators:**

WM 000569

Generating server: w92expo11.exchange.mit.edu

sqshemet@mit.edu
oc11expo11.exchange.mit.edu
Remote Server returned '554 5.2.2 mailbox full; STOREDRV.Deliver.Exception.QuotaExceededException.
MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot
open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=
Configuration/cn=Servers/cn=OC11EXPO11/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559:
000000005801000000000000000000000000, 20.52176:000F55850700103100000000, 20.50032:
000F5585771700000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000,
4.21921:DD040000, 255.27962:FA000000, 255.1494:00000000, 0.50608:77090000, 5.29818:
0000000063653830376134322D343537392D346362322D383233372D33303066616464646462353600000000,
1.29920:03000000, 7.29828:58F80580060000000000000, 7.29832:0000008006000000000000, 4.45884:DD040000,
4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000, 5.10786:
0000000031352E30302E313336352E3030303A6F6331316578706F313100000000000000, 255.1750:000F5585,
0.26849:0A000000, 255.21817:DD040000, 0.26297:0A000000, 4.16585:DD040000, 0.32441:0A000000,
4.1706:DD040000, 0.24761:000F5585, 4.20665:DD040000, 0.25785:000F5585, 4.29881:DD040000 [Stage:
CreateSession]'

Original message headers:

```
Received: from w92exhyb1.exchange.mit.edu (18.7.71.12) by
 w92expo11.exchange.mit.edu (18.7.74.65) with Microsoft SMTP Server (TLS) id
 15.0.1365.1; Mon, 2 Mar 2020 20:37:52 -0500
Received: from mailhub-dmz-3.mit.edu (18.9.21.42) by
 w92exhyb1.exchange.mit.edu (18.7.71.12) with Microsoft SMTP Server (TLS) id
 15.0.1395.4 via Frontend Transport; Mon, 2 Mar 2020 20:37:52 -0500
Received: from mailhub-dmz-3.mit.edu (mailhub-dmz-3.mit.edu [127.0.0.1])
        by mailhub-dmz-3.mit.edu (8.14.7/8.9.2) with ESMTP id 0231bfOW023847
        for <sqshemet@mit.edu>; Mon, 2 Mar 2020 20:37:51 -0500
Received: (from mdefang@localhost)
        by mailhub-dmz-3.mit.edu (8.14.7/8.13.8/Submit) id 0231bWBG023755
        for <sqshemet@mit.edu>; Mon, 2 Mar 2020 20:37:32 -0500
Received: from NAM10-MW2-obe.outbound.protection.outlook.com (mail-mw2nam10lp2100.outbound.
protection.outlook.com [104.47.55.100])
        by MAILHUB-DMZ-3.MIT.EDU (envelope-sender <wmoses@mit.edu>) (MIMEDefang) with ESMTP id
0231bNfV023705; Mon, 02 Mar 2020 20:37:32 -0500
Received: from MWHPR10CA0003.namprd10.prod.outlook.com (2603:10b6:301::13) by
 BYAPR01MB5175.prod.exchangelabs.com (2603:10b6:a03:7d::29) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.2772.14; Tue, 3 Mar 2020 01:37:10 +0000
Received: from CO1NAM03FT037.eop-NAM03.prod.protection.outlook.com
 (2603:10b6:301:0:cafe::e) by MWHPR10CA0003.outlook.office365.com
 (2603:10b6:301::13) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2772.18 via Frontend
 Transport; Tue, 3 Mar 2020 01:37:10 +0000
Authentication-Results: spf=pass (sender IP is 18.9.28.11)
 smtp.mailfrom=mit.edu; mit.edu; dkim=none (message not signed)
 header.d=none; mit.edu; dmarc=bestguesspass action=none
 header.from=mit.edu;compauth=pass reason=109
Received-SPF: Pass (protection.outlook.com: domain of mit.edu designates
 18.9.28.11 as permitted sender) receiver=protection.outlook.com;
 client-ip=18.9.28.11; helo=outgoing.mit.edu;
Received: from outgoing.mit.edu (18.9.28.11) by
 CO1NAM03FT037.mail.protection.outlook.com (10.152.80.241) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.2772.14 via Frontend Transport; Tue, 3 Mar 2020 01:37:09 +0000
Received: from mail-lf1-f43.google.com (mail-lf1-f43.google.com [209.85.167.43])
        (authenticated bits=0)
        (User authenticated as wmoses@ATHENA.MIT.EDU)
        by outgoing.mit.edu (8.14.7/8.12.4) with ESMTP id 0231b6tC006688
        (version=TLSv1/SSLv3 cipher=AES128-GCM-SHA256 bits=128 verify=NOT);
        Mon, 2 Mar 2020 20:37:08 -0500
Received: by mail-lf1-f43.google.com with SMTP id w27so1276504lfc.1;
        Mon, 02 Mar 2020 17:37:07 -0800 (PST)
X-Gm-Message-State: ANhLgQ0CoE9SFJX63BILrlfTQGj2YoEEwn0FMe6NkOh1e1pQ9PjSTE5O
        zwTLHnKO16iK+OzOXvo9YV8vv9YyB/5o71omxdk=
```

WM 000570

```
X-Google-Smtp-Source: ADFU+vsGDFmD40ZYh2Rk0uESW2XDSthpR+v9kKvBB+8mmuDgzUMcmkM7d79YdI51LnOE2pgp
2O+qm82IImbnQ010ymQ=
X-Received: by 2002:ac2:5bcd:: with SMTP id u13mr1146041lfn.116.1583199426293;
 Mon, 02 Mar 2020 17:37:06 -0800 (PST)
MIME-Version: 1.0
References: <CAJgYnbxLdxL5OkgZts2vX2Mz1w-Uzb+nsx20p2kj+Thg_NR6kg@mail.gmail.com>
 <d9fd08de-56e9-5196-ff1f-49bb714e8469@mit.edu>
 <CAJgYnbw3a-9dHin-ROzcQPmUZKurD5UQFMaKMvksCNWzkZ7DQQ@mail.gmail.com>
In-Reply-To: <CAJgYnbw3a-9dHin-ROzcQPmUZKurD5UQFMaKMvksCNWzkZ7DQQ@mail.gmail.com>
From: William Moses <wmoses@mit.edu>
Date: Mon, 2 Mar 2020 20:36:55 -0500
X-Gmail-Original-Message-ID: <CAGPZhf3YaOiNx2b7PQt=2Sq4wtTmQu6vAK+OvXBidEe7yy6XEg@mail.
gmail.com>
Message-ID: <CAGPZhf3YaOiNx2b7PQt=2Sq4wtTmQu6vAK+OvXBidEe7yy6XEg@mail.gmail.com>
Subject: Re: Nominate mau for sipb keyholdership?
To: Catherine Zeng <yczeng@mit.edu>
CC: Nate Foss <npfoss@mit.edu>, sipb-private <sipb-private@mit.edu>
Content-Type: multipart/alternative; boundary="00000000000069b5b1059fe9570b"
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b:0
X-Forefront-Antispam-Report: CIP:18.9.28.11;IPV:CAL;SCL:-1;CTRY:US;EFV:NLI;SFV:SKN;SFS:;
DIR:INB;SFP:;SCL:-1;SRVR:BYAPR01MB5175;H:outgoing.mit.edu;FPR:;SPF:None;LANG:en;
X-MS-PublicTrafficType: Email
X-MS-Office365-Filtering-Correlation-Id: dfbd50ce-8480-471d-3329-08d7bf136413
X-MS-TrafficTypeDiagnostic: BYAPR01MB5175:|BYAPR01MB5175:
X-LD-Processed: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b,ExtAddr
X-MS-Exchange-Transport-Forked: True
X-MS-Exchange-AtpMessageProperties: SA
X-MIT-ForwardedCount: 1
X-MS-Oob-TLC-OOBClassifiers: OLM:7219;
X-Microsoft-Antispam: BCL:0;
X-Microsoft-Antispam-Message-Info: KB+O9ZkT8mTXwsUUGUVyvL+lUGQYCTaSeLkdL92hypRSiOCr6eO5M
pvwRXWjxqYOrPb96ksmOmTMdvOI1UoaYrJT+XhVQNlP6l9rykeBKMGH9tZVwK/iqn/0Aq8sqITxFA3w4R7vgdjfIKYchvkyo
0j6ijF1EiVVXKOJOaVYSDNOPMlfPxQv8AU7ackoezzoEMxMjR4AxFam6jwiLoZz6kttUQt37ogiY8oQLf+
F48jDTKPio65vH1TfR3pHe/3sjJNa335dhR/M1Zce60dz3TynBGGDP9CcHe5qBo7tLEYIajZS4+Cft+ie/u2H/
VCrYzl2UFeUu9/05EMqajf+aAp+vqMr6/h/ySsWBG2zLWCeb1K3UquUfYw/LOemikmVpfINd36RHXDgmzdanXFGf9
aBgEm4h4LuguEQxZz5wfswZfGD8lbZ28x0LP2iGJ101dPTgHcvlfm/YNCkgwOGoaBW8dpXgrlf0oKN1fI+LEUwsi+
Qojf62CqEb9hwd6RxLoqRUYPszcMIWaDnNqdNUp79gv/dmvrshaVUivy6GcTIWYwfh5EXtJpT6iyWFe3Lobg/
uhV8O5ZWnyKf1QfLl2k7ifrT/XffM/5PxLnLOqy49ml6ORjLO4MWPEzqwwunZwFBEqQ8VZS3cE1/
sVp8q3R910802mHl1E4eLub9V4EbbF7Vb6kD4bkcH5kSpuRLu8nchQY+aM14JIsBEV/aPOdxjjjPtpd3fag21xu5qau/
MYlOilS9pWlIjNT8MJ22wCmOiMv/oQjBevkYyf/oIdBn+D7s9bnnwI/fTRwg+7O0hUs4z2ewyJhkszrTC5nY/
C9hGtcEZ8l6JSylr84rAU1Ue9jy0X7qy2+ZoC+k2C+GETTLxrbYr/25R8GESrUeEhvkK5uhWUI3ZIlhPHnU
EaDiwiqQ7p9/iCe20zZXqc=
X-Auto-Response-Suppress: DR, OOF, AutoReply
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 03 Mar 2020 01:37:09.6464
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: dfbd50ce-8480-471d-3329-08d7bf136413
X-MS-Exchange-CrossTenant-Id: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BYAPR01MB5175
X-OrganizationHeadersPreserved: BYAPR01MB5175.prod.exchangelabs.com
Return-Path: wmoses@mit.edu
X-CrossPremisesHeadersFiltered: w92exhyb1.exchange.mit.edu
```

Original-Recipient: rfc822;sqshemet@EXCHANGE.MIT.EDU
Final-Recipient: rfc822;sqshemet@mit.edu
Action: failed
Status: 5.2.2
Diagnostic-Code: smtp;554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException.
MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot
open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=
Configuration/cn=Servers/cn=OC11EXPO11/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559:
00000000580100000000000000000000000000000, 20.52176:000F5850700103100000000, 20.50032:
000F5585771700000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000,
4.21921:DD040000, 255.27962:FA000000, 255.1494:00000000, 0.50608:77090000, 5.29818:
0000000063653830376134322D343537392D346362322D3383233372D33330306616464646462353600000000,
1.29920:03000000, 7.29828:58F805800600000000000000, 7.29832:000000800600000000000000, 4.45884:DD040000,

4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000,
5.10786:000000003135!
2E30302E3
13336352E3030303A6F6331316578706F313100000000000000, 255.1750:000F5885, 0.26849:0A000000,
255.21817:DD040000, 0.26297:0A000000, 4.16585:DD040000, 0.32441:0A000000, 4.1706:DD040000,
0.24761:000F5885, 4.20665:DD040000, 0.25785:000F5885, 4.29881:DD040000 [Stage: CreateSession]
Remote-MTA: dns;oc11expo11.exchange.mit.edu


---------- Forwarded message ----------
From: William Moses <wmoses@mit.edu>
To: Catherine Zeng <yczeng@mit.edu>
Cc: Nate Foss <npfoss@mit.edu>, sipb-private <sipb-private@mit.edu>
Bcc:
Date: Mon, 2 Mar 2020 20:36:55 -0500
Subject: Re: Nominate mau for sipb keyholdership?
Also necroposting this cuz I've seen him a lot the past few months so I feel like he's made strides towards social
interaction; do people have thoughts?

On Fri, Feb 7, 2020 at 1:34 PM Catherine Zeng <yczeng@mit.edu> wrote:
> Maurizio Diaz? He has poofy hair
>
> On Fri, Feb 7, 2020 at 1:28 PM Nate Foss <npfoss@mit.edu> wrote:
>> I don't think I know this person? so can't vouch for social integration
>>
>>
>> On 2/7/20 1:05 PM, Catherine Zeng wrote:
>>> He ran sipb IAP and has been showing up to every meeting for a while now
>>> --
>>> Catherine Zeng | czeng.org
>>> Massachusetts Institute of Technology
>>> Department of Electrical Engineering and Computer Science
>>
>>
> --
> Catherine Zeng | czeng.org
> Massachusetts Institute of Technology
> Department of Electrical Engineering and Computer Science

---

**Emma K Batson** <emmabat@mit.edu>                                    Mon, Mar 2, 2020 at 9:06 PM
To: William Moses <wmoses@mit.edu>
Cc: Catherine Zeng <yczeng@mit.edu>, Nate Foss <npfoss@mit.edu>, sipb-private <sipb-private@mit.edu>

I agree, and I think he's started helping with Hyades too
[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>                                    Fri, Apr 3, 2020 at 6:19 PM
To: William Moses <wmoses@mit.edu>
Cc: Catherine Zeng <yczeng@mit.edu>, Nate Foss <npfoss@mit.edu>, sipb-private <sipb-private@mit.edu>

Hi all! Wanted to revive this thread. Mau has been working on Hyades and continuing to attend both SIPB and Hyades
meetings in the time of Zoom. On top of his contributions to SIPB IAP and now-long history of coming to meetings, I think
he's reached the threshold for nomination.
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                                     Sun, Apr 5, 2020 at 7:51 PM
To: Emma K Batson <emmabat@mit.edu>
Cc: Catherine Zeng <yczeng@mit.edu>, Nate Foss <npfoss@mit.edu>, William Moses <wmoses@mit.edu>, sipb-private
<sipb-private@mit.edu>

**WM 000572**

Very seconded, also he joined the Minecraft server zoom meeting!

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>            Sun, Apr 5, 2020 at 7:54 PM
To: William S Moses <wmoses@mit.edu>

++, I've been working on the attendance script and he has the highest attendance of all members this academic year!

---

**From:** William Moses <wmoses@mit.edu>
**Date:** Sunday, April 5, 2020 at 7:52 PM
**To:** Emma K Batson <emmabat@mit.edu>
**Cc:** Catherine Y Zeng <yczeng@mit.edu>, Nathan P Foss <npfoss@mit.edu>, William S Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>
**Subject:** Re: Nominate mau for sipb keyholdership?

Very seconded, also he joined the Minecraft server zoom meeting!

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>            Sun, Apr 5, 2020 at 7:54 PM
To: sipb-private <sipb-private@mit.edu>

[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>            Mon, Apr 6, 2020 at 5:24 PM
To: Georgia E Shay <gshay@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

Since it sounds like we've reached consensus and there haven't been any objections from the start of his nomination, would someone like to nominate him for keyholdership today?

[Quoted text hidden]

**WM 000573**

 Gmail

**Billy Moses <taekwonbilly@gmail.com>**

---

## Nominate maximo for keyholdership?
5 messages

---

**Catherine Zeng** <yczeng@mit.edu>                          Mon, Mar 2, 2020 at 7:35 PM
To: sipb-private <sipb-private@mit.edu>

He's been going to sipb meetings for a while and has been working on courseroad. He's also a freshman so I believe he'll be around for a while. I first met him when he came in the office to install ubuntu. Idk what his kerb is.
--
Catherine Zeng | czeng.org
Massachusetts Institute of Technology
Department of Electrical Engineering and Computer Science

---

**Miriam Rittenberg** <rittenberg.miriam@gmail.com>           Mon, Mar 2, 2020 at 8:52 PM
To: Catherine Zeng <yczeng@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

I support nominating Maximo! He's been working on CourseRoad, and coming to CourseRoad meetings and hanging around SIPB then and other times.
(his kerberos is maximo)

Miriam
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                            Mon, Mar 2, 2020 at 9:00 PM
To: Miriam Rittenberg <rittenberg.miriam@gmail.com>
Cc: Catherine Zeng <yczeng@mit.edu>, sipb-private <sipb-private@mit.edu>

I also support this!
[Quoted text hidden]

---

**Microsoft Outlook** <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@mit.edu>    Mon, Mar 2, 2020 at 9:01 PM
To: wmoses@mit.edu

### Delivery has failed to these recipients or groups:

sqshemet@mit.edu

The recipient's mailbox is full and can't accept messages now. Please try resending this message later, or contact the recipient directly.


The following organization rejected your message: oc11expo11.exchange.mit.edu.


Diagnostic information for administrators:

Generating server: oc11expo11.exchange.mit.edu

**WM 000577**

sqshemet@mit.edu
oc11expo11.exchange.mit.edu
Remote Server returned '554 5.2.2 mailbox full; STOREDRV.Deliver.Exception.QuotaExceededException.
MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot
open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=
Configuration/cn=Servers/cn=OC11EXPO11/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559:
0000000058010000000000000000000000000000, 20.52176:000F5585070000000000000000, 20.50032:
000F558577170000000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000,
4.21921:DD040000, 255.27962:FA000000, 255.1494:00000000, 0.50608:02010480, 5.29818:
00000000636538303076134322D343537392D346362322D383233372D3330306616464646462353600303A6F,
1.29920:03000000, 7.29828:58F805800600000000000000, 7.39232:0000008006000000000000000, 4.45884:DD040000,
4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000, 5.10786:
0000000031352E30302E313336352E3030303A6F6331316578706F313100000000000000, 255.1750:000F5585,
0.26849:0A000000, 255.21817:DD040000, 0.26297:0A000000, 4.16585:DD040000, 0.32441:00000000,
4.1706:DD040000, 0.24761:00000000, 4.20665:DD040000, 0.25785:0A000000, 4.29881:DD040000 [Stage:
CreateSession]'

Original message headers:

Received: from oc11exhyb3.exchange.mit.edu (18.9.1.99) by
 oc11expo11.exchange.mit.edu (18.9.4.16) with Microsoft SMTP Server (TLS) id
 15.0.1365.1; Mon, 2 Mar 2020 21:01:24 −0500
Received: from mailhub-dmz-2.mit.edu (18.7.62.37) by
 oc11exhyb3.exchange.mit.edu (18.9.1.99) with Microsoft SMTP Server (TLS) id
 15.0.1395.4 via Frontend Transport; Mon, 2 Mar 2020 21:01:24 −0500
Received: from mailhub-dmz-2.mit.edu (mailhub-dmz-2.mit.edu [127.0.0.1])
        by mailhub-dmz-2.mit.edu (8.14.7/8.9.2) with ESMTP id 02321I6W014384
        for <sqshemet@mit.edu>; Mon, 2 Mar 2020 21:01:23 −0500
Received: (from mdefang@localhost)
        by mailhub-dmz-2.mit.edu (8.14.7/8.13.8/Submit) id 023217LL014277
        for <sqshemet@mit.edu>; Mon, 2 Mar 2020 21:01:07 −0500
Received: from NAM04-CO1-obe.outbound.protection.outlook.com (mail-co1nam04lp2059.outbound.
protection.outlook.com [104.47.45.59])
        by MAILHUB-DMZ-2.MIT.EDU (envelope-sender <wmoses@mit.edu>) (MIMEDefang) with ESMTP id
02320ntN014175; Mon, 02 Mar 2020 21:01:07 −0500
Received: from CO1PR15CA0084.namprd15.prod.outlook.com (2603:10b6:101:20::28)
 by CY4PR0101MB3030.prod.exchangelabs.com (2603:10b6:910:49::19) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2772.19; Tue, 3 Mar
 2020 02:00:48 +0000
Received: from CO1NAM03FT055.eop-NAM03.prod.protection.outlook.com
 (2603:10b6:101:20:cafe::4b) by CO1PR15CA0084.outlook.office365.com
 (2603:10b6:101:20::28) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2772.18 via Frontend
 Transport; Tue, 3 Mar 2020 02:00:48 +0000
Authentication-Results: spf=pass (sender IP is 18.9.28.11)
 smtp.mailfrom=mit.edu; mit.edu; dkim=none (message not signed)
 header.d=none; mit.edu; dmarc=bestguesspass action=none
 header.from=mit.edu;compauth=pass reason=109
Received-SPF: Pass (protection.outlook.com: domain of mit.edu designates
 18.9.28.11 as permitted sender) receiver=protection.outlook.com;
 client-ip=18.9.28.11; helo=outgoing.mit.edu;
Received: from outgoing.mit.edu (18.9.28.11) by
 CO1NAM03FT055.mail.protection.outlook.com (10.152.81.162) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.2772.15 via Frontend Transport; Tue, 3 Mar 2020 02:00:47 +0000
Received: from mail-lj1-f182.google.com (mail-lj1-f182.google.com [209.85.208.182])
        (authenticated bits=0)
        (User authenticated as wmoses@ATHENA.MIT.EDU)
        by outgoing.mit.edu (8.14.7/8.12.4) with ESMTP id 02320hok013736
        (version=TLSv1/SSLv3 cipher=AES128-GCM-SHA256 bits=128 verify=NOT);
        Mon, 2 Mar 2020 21:00:45 −0500
Received: by mail-lj1-f182.google.com with SMTP id f13so1743813ljp.0;
        Mon, 02 Mar 2020 18:00:45 −0800 (PST)
X-Gm-Message-State: ANhLgQ2IODrjxTuky7ysxALf1/DWcp/oKeGM7kZfv6Z8YO5TMvZFMUSv
        +LO4yzSRQROUVhKQCzzmqtdDfkYDeJYRcuUmW+E=
X-Google-Smtp-Source: ADFU+vsUcNjEt/wp/dMzkzHZ5B6mlguPhgQzGvQMsfOclyHoNuGcuV4dV57810vKN/i4ffS4S5/

https://mail.google.com/mail/u/0?ik=cab26b9a5b&view=pt&search=all&permthid=thread-f%3A1660101090496305855&simpl=msg-f%3A1660101090496305855&...　　2/4

iLJMtCCB2nfLP2rE=
X-Received: by 2002:a2e:910b:: with SMTP id m11mr961351ljg.213.1583200843399;
 Mon, 02 Mar 2020 18:00:43 -0800 (PST)
MIME-Version: 1.0
References: <CAJgYnbz9Nhit0cn1khE-QLyNjtAsMQTnEenSiWHLRB-c-2dHKA@mail.gmail.com>
 <CAHM8fLMeaxnKcfLXy2TspiVgbfdNrhmEGLmXo7rfZ+Xf-c8T1g@mail.gmail.com>
In-Reply-To: <CAHM8fLMeaxnKcfLXy2TspiVgbfdNrhmEGLmXo7rfZ+Xf-c8T1g@mail.gmail.com>
From: William Moses <wmoses@mit.edu>
Date: Mon, 2 Mar 2020 21:00:32 -0500
X-Gmail-Original-Message-ID: <CAGPZhf2R6TK-axpG6O6pzhhmvx1Na5CEmZ9JY5_GyT-
p1OuJeA@mail.gmail.com>
Message-ID: <CAGPZhf2R6TK-axpG6O6pzhhmvx1Na5CEmZ9JY5_GyT-p1OuJeA@mail.gmail.com>
Subject: Re: Nominate maximo for keyholdership?
To: Miriam Rittenberg <rittenberg.miriam@gmail.com>
CC: Catherine Zeng <yczeng@mit.edu>, sipb-private <sipb-private@mit.edu>
Content-Type: multipart/alternative; boundary="000000000000e108c8059fe9aba6"
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b:0
X-Forefront-Antispam-Report: CIP:18.9.28.11;IPV:CAL;SCL:-1;CTRY:US;EFV:NLI;SFV:SKN;SFS:;
DIR:INB;SFP:;SCL:-1;SRVR:CY4PR0101MB3030;H:outgoing.mit.edu;FPR:;SPF:None;LANG:en;
X-MS-PublicTrafficType: Email
X-MS-Office365-Filtering-Correlation-Id: 48a94119-bff6-4f9d-6b50-08d7bf16b113
X-MS-TrafficTypeDiagnostic: CY4PR0101MB3030:|CY4PR0101MB3030:
X-LD-Processed: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b,ExtAddr
X-MS-Exchange-Transport-Forked: True
X-MS-Exchange-AtpMessageProperties: SA
X-MIT-ForwardedCount: 1
X-MS-Oob-TLC-OOBClassifiers: OLM:8273;
X-Microsoft-Antispam: BCL:0;
X-Microsoft-Antispam-Message-Info: syGfcMacRJZRucChnzXtLDl1e9rkpBSDrBl5vFr/6w4VaOLaM8S1Q3t3OH5/
tddhqZBMhOFcslr9sJOEi/Dt2LNMCZr8TXkrWRmQe/2BvRkKICkhMBfZ6tckuSEoA/B/
XEEJOqRjPzAblg1wLUOgUY253cjLlzW8a4yEW/3gC7+KaprZx5BWV2mUEdssXD0pd2jxIdXmWePwY+
WVnR0wh4LgoPQ8LQkMbscVgt7hKko4jc7uFY8dI8j9zxB1WJdZ9j4Rn86mdYPml52C9gFDNfyPB0ABIdM1f0n7Shlf
9NuO8lPjLLVkQJWnAtf1wPQQxJXY1gjrVkqOfkw+PVWKfZh4RpNmiWzzVFq2ququ4sfN4u4WBtHYRXN5OB55BvWE4Gvf5/
KWSmFb9r61i1SNnacrrkMivXajm3QpYd/DwB5zNf3dTS33LQgzh7gRIihPCvw2Iu3NGR1EoEq8GO8IHJ5IvTYCRZDAHhV
7szpFdkZNnnmgG/tRDGq91NJ7SW/TY81acTwXvywtLYs/Rant+xeBIHC1nIhUzD3WgFWPscFNemqKBIb
5axYnSVQno75aIzdxG0UP28d2XSeGSB2ChBM82JcWWEL2jzzVpfnLJIMpDFdeOiOwSydE8j58gbq+
zLCRU4UDOqwh50knfoTftHIwEo1Fl0+EI1ImnIf+aQ2d+QAlUPXfGqFCF5GpQS2+0Qsmzns3O7Xx40YhWpNfY52HEGbEe6
2//Q/RsAr8krPiNtmIfOYDR+KeRAT8DioUfL9Hn2Dlml/YvEkuLuNZm0odpt9zVN32JOq74tso7
m+Ry8+UgLkEenvpklkikoWA/fdyH/V59SyHycPuGSjujUNTow2tEYYA5PgbmAYQdkcNrhD8qO/
8qNA0F8FxT3bWV6NUeSSJj6EtoBflgFl0f2271bmiYAw1hPWqiIUY6jo=
X-Auto-Response-Suppress: DR, OOF, AutoReply
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 03 Mar 2020 02:00:47.3276
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 48a94119-bff6-4f9d-6b50-08d7bf16b113
X-MS-Exchange-CrossTenant-Id: 64afd9ba-0ecf-4acf-bc36-935f6235ba8b
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CY4PR0101MB3030
X-OrganizationHeadersPreserved: CY4PR0101MB3030.prod.exchangelabs.com
Return-Path: wmoses@mit.edu
X-CrossPremisesHeadersFiltered: oc11exhyb3.exchange.mit.edu


Original-Recipient: rfc822;sqshemet@EXCHANGE.MIT.EDU
Final-Recipient: rfc822;sqshemet@mit.edu
Action: failed
Status: 5.2.2
Diagnostic-Code: smtp;554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException.
MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message Cannot
open mailbox /o=Massachusetts Institute of Technology/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=
Configuration/cn=Servers/cn=OC11EXPO11/cn=Microsoft System Attendant. 16.55847:7E000000, 17.43559:
0000000058010000000000000000000000000000, 20.52176:000F5585070000000000000, 20.50032:
000F5585771700000000000, 255.23226:000F5585, 255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000,
4.21921:DD040000, 255.27962:FA000000, 255.1494:00000000, 0.50608:02010480, 5.29818:
0000000006365383037613432232D343537392D346362322D3383233372D33330306661646466462353600303A6F,
1.29920:03000000, 7.29828:58F8058006000000000000, 7.29832:0000008006000000000000, 4.45884:DD040000,
4.29880:DD040000, 1.36108:03000000, 4.29888:DD040000, 1.56872:FE000000, 4.42712:DD040000, 255.
5.10786:000000003135!

WM 000579

2E30302E3
13336352E3030303A6F6331316578706F313100000000000000, 255.1750:000F5585, 0.26849:0A000000,
255.21817:DD040000, 0.26297:0A000000, 4.16585:DD040000, 0.32441:00000000, 4.1706:DD040000,
0.24761:00000000, 4.20665:DD040000, 0.25785:0A000000, 4.29881:DD040000 [Stage: CreateSession]
Remote-MTA: dns;oc11expo11.exchange.mit.edu


---------- Forwarded message ----------
From: William Moses <wmoses@mit.edu>
To: Miriam Rittenberg <rittenberg.miriam@gmail.com>
Cc: Catherine Zeng <yczeng@mit.edu>, sipb-private <sipb-private@mit.edu>
Bcc:
Date: Mon, 2 Mar 2020 21:00:32 -0500
Subject: Re: Nominate maximo for keyholdership?
I also support this!

On Mon, Mar 2, 2020 at 8:53 PM Miriam Rittenberg <rittenberg.miriam@gmail.com> wrote:
> I support nominating Maximo! He's been working on CourseRoad, and coming to CourseRoad meetings and hanging
> around SIPB then and other times.
> (his kerberos is maximo)
>
> Miriam
>
> On Mon, Mar 2, 2020 at 7:35 PM Catherine Zeng <yczeng@mit.edu> wrote:
>> He's been going to sipb meetings for a while and has been working on courseroad. He's also a freshman so I believe
>> he'll be around for a while. I first met him when he came in the office to install ubuntu. Idk what his kerb is.
>> --
>> Catherine Zeng | czeng.org
>> Massachusetts Institute of Technology
>> Department of Electrical Engineering and Computer Science

---

**Catherine Zeng** <yczeng@mit.edu>                                          Mon, Mar 2, 2020 at 9:20 PM
To: William Moses <wmoses@mit.edu>
Cc: Miriam Rittenberg <rittenberg.miriam@gmail.com>, sipb-private <sipb-private@mit.edu>

Okay I shall nominate him next week then?
[Quoted text hidden]

**WM 000580**

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

## check in on mitimmy progress toward keyholdership?
2 messages

**Emma K Batson** <emmabat@mit.edu>
To: sipb-private <sipb-private@mit.edu>

Wed, Feb 10, 2021 at 4:44 PM

Hi all,

I know that mitimmy has been more or less around SIPB since his freshman fall, 2019. I'm not familiar with mitimmy's contributions beyond hanging out and being friendly, but I'm also aware I haven't kept great track of who's working on what projects.

I wondered if anyone knows of any projects mitimmy has worked on, and whether he shows enough FTGOS for keyholdership by now. If not, are there any projects that could use more hands we could point him to and see if he takes it up? I think either way, mitimmy could make a good keyholder one day, and we should nominate if he's already done some FTGOS, or help make sure he doesn't slip through the cracks if not.

Thanks,
Emma

**Georgia E Shay** <gshay@mit.edu>
To: Emma K Batson <emmabat@mit.edu>, sipb-private <sipb-private@mit.edu>

Wed, Feb 10, 2021 at 8:22 PM

He's worked on Courseroad a bit in the past. He made a reasonable amount of contributions (github is showing 3 PRs) 2019-2020 but he hasn't been around this past semester. I think it's possible this qualifies for the FTGOS threshold alone, although I would probably be more convinced if he's contributed to other projects as well. Let's definitely make sure he doesn't slip through the cracks either way, he's been coming to meetings for a long time now and would make a valuable keyholder.

Best,

Georgia

[Quoted text hidden]

**WM 000581**

 **Gmail**

**Billy Moses <taekwonbilly@gmail.com>**

---

## Nominate Shayna (asahteck) for keyholdership?
13 messages

---

**William Moses** <wmoses@mit.edu>      Mon, May 4, 2020 at 8:48 PM
To: sipb-private <sipb-private@mit.edu>

She's very active in the Minecraft project, helping make swag, and generally a nice/active person.

What are people's thoughts?

---

**Quentin Smith** <quentin@mit.edu>      Mon, May 4, 2020 at 8:55 PM
To: William Moses <wmoses@mit.edu>
Cc: sipb-private <sipb-private@mit.edu>

I think Shayna's awesome so +1 from me.

--Quentin
[Quoted text hidden]

---

**Kelly Chen** <kjchen@mit.edu>      Mon, May 4, 2020 at 9:01 PM
To: Quentin Smith <quentin@mit.edu>
Cc: William Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Shayna's pronouns are they/them/theirs!

They are active and seem socially integrated to me.

Kelly
[Quoted text hidden]
--
Kelly Chen
Pronouns: they/them/theirs
MIT Class of 2021
Department of Mathematics
Department of Chemistry

---

**William Moses** <wmoses@mit.edu>      Mon, May 4, 2020 at 9:04 PM
To: Kelly Chen <kjchen@mit.edu>
Cc: Quentin Smith <quentin@mit.edu>, William Moses <wmoses@mit.edu>, sipb-private <sipb-private@mit.edu>

Dang it I knew that -- I oof'd, thanks Kelly!
[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>      Mon, May 4, 2020 at 9:05 PM
To: William S Moses <wmoses@mit.edu>, Kelly J Chen <kjchen@mit.edu>
Cc: Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

++ to the nomination - Shayna seems really invested in SIPB and is definitely someone we want to have around for the long run!

Georgia

[Quoted text hidden]

**WM 000584**

**Cel Skeggs** <cela@mit.edu>                 Mon, May 4, 2020 at 9:37 PM
To: Georgia E Shay <gshay@mit.edu>, William S Moses <wmoses@mit.edu>, Kelly J Chen <kjchen@mit.edu>
Cc: Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

I do feel weird about nominating asahteck so quickly. As far as I can tell, today was exactly their fourth meeting, and they seem to have first shown up in SIPB on the April 13th meeting.

I do get the impression that they're a cool person, but nominating someone less than a month after they joined SIPB just seems odd to me. I think I want more of a sense that they intend to stick around, and aren't solely here on a temporary whim. This is multiplied by the fact that, as far as I can tell, they've only ever come to SIPB meetings since the pandemic hit, so we're lacking a lot of the usual ways that we learn more about our members.

I would like to hear more about the contributions that they've made to the projects they've worked on. In particular, I want to hear about what they've done for SIPB Minecraft, because I don't feel like running a swag order counts as FTGOS until the order has actually happened.

I don't necessarily think that we *shouldn't* nominate them, but that we should be more cautious than usual about how quickly we do so, because we're now entering the phase where we have members who may have never been to the SIPB office in person, and who don't have a sense of our organization as a physical group.

~ Cell

[Quoted text hidden]

---

**Cel Skeggs** <cela@mit.edu>                 Mon, May 4, 2020 at 9:45 PM
To: Georgia E Shay <gshay@mit.edu>, William S Moses <wmoses@mit.edu>, Kelly J Chen <kjchen@mit.edu>
Cc: Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

I'm going to clarify this, because I just realized it sounds weird: I don't have any reason to think that asahteck is only here on a temporary whim. I just want the sense that people in general coming to SIPB intend to stick around before we nominate them, because not everyone does actually stick around, and I haven't seen asahteck in SIPB for long enough to yet have a sense of whether or not they intend to stick around if they get nominated.

[Quoted text hidden]

---

**Georgia E Shay** <gshay@mit.edu>              Mon, May 4, 2020 at 9:49 PM
To: Cel Andromeda Skeggs <cela@mit.edu>, William S Moses <wmoses@mit.edu>, Kelly J Chen <kjchen@mit.edu>
Cc: Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

For what it's worth, I do think they are here for the long run – it seems they are already encouraging others to join SIPB and are fairly invested.  But I do agree with the general principle, so it would make sense to wait at least a little.  If others agree, I propose we come up with a concrete time when we want to revisit their nomination so we don't forget – perhaps around finals time?

Georgia

[Quoted text hidden]

---

**Alex Chernyakhovsky** <achernya@mit.edu>         Mon, May 4, 2020 at 9:53 PM
To: Cel Skeggs <cela@mit.edu>
Cc: Georgia E Shay <gshay@mit.edu>, William S Moses <wmoses@mit.edu>, Kelly J Chen <kjchen@mit.edu>, Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

We've definitely nominated people as soon as their 4th meeting before.
The rule in the Constitution is a minimum qualification -- there's
nothing magical about the 4th meeting.

**WM 000585**

(I have no horse in this race, I haven't been to a SIPB meeting since
before then)

Sincerely,
-Alex
[Quoted text hidden]

---

**William Moses** <wmoses@mit.edu>                 Mon, May 4, 2020 at 10:06 PM
To: Cel Skeggs <cela@mit.edu>
Cc: Georgia E Shay <gshay@mit.edu>, William S Moses <wmoses@mit.edu>, Kelly J Chen <kjchen@mit.edu>, Quentin
Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

[obvious disclaimer that I'm speaking as myself and not as chair]

I'm personally of the belief that beyond requirements/commitment there is no point in delaying someone's keyholdership
(only harm in risking losing them / making feel bad). Shayna definitely seems invested in SIPB, is the type of person we'd
want around, and seems like the type of person who is here for the long haul.

As for FTGOS I've definitely been the one working closest with them via Minecraft (and encouraged Shayna to join
SIPB/come to meetings).

They are basically one of the starters of the whole Minecraft project, having built huge amounts of campus, helped
immensely in conversing with the media and connecting with other campuses (brief list of news articles below)
http://news.mit.edu/2020/building-and-reconnecting-mit-minecraft-0407
https://www.businessinsider.com/mit-campus-recreated-in-minecraft-2020-4
https://mitadmissions.org/blogs/entry/minecraft-mit/
https://thetech.com/2020/04/29/mit-minecraft-campus
https://www.bostonmagazine.com/news/2020/04/27/minecraft-mit-campus/
http://gamelab.mit.edu/visiting-the-minecraft-institvte-of-technology/
[ no article related to commencement Minecraft ]
[ no article related to MIT alumni association tour may 30 ]
[ no article related to MIT museum preservation ]

After showing how to do builder permissions on the server, they have largely been handling builder permissions.

Along with Claire, Joey, and myself, they helped spearhead the effort alongside OGC/BU law clinic to develop code of
conduct:
https://docs.google.com/document/d/1zwaEzVfjoH3QWEaYVH-67bJ5FPQm-emuhbaO4TYOXIM/edit?usp=sharing

Shayna and I also worked to get the Minecraft discord music bot working.

They have also been vocal about getting others to join SIPB (and we even have a new member as a result)





On Mon, May 4, 2020 at 9:38 PM Cel Skeggs <cela@mit.edu> wrote:

[Quoted text hidden]

---

**Emma K Batson** <emmabat@mit.edu>      Mon, May 4, 2020 at 11:21 PM
To: William Moses <wmoses@mit.edu>
Cc: Cel Skeggs <cela@mit.edu>, Georgia E Shay <gshay@mit.edu>, Kelly J Chen <kjchen@mit.edu>, Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

+1 to nomination

Shayna seems to have done a ton of work for SIPB and be super enthusiastic about it, between the Minecraft server and taking point on the swag mockups. Also I've known them outside of SIPB since last semester and can confirm they are a super cool person. Even though they haven't been around SIPB too long, they're well-integrated and have done much to FTGOS, so I think they're ready for nomination

(it's good to be careful about nominating quickly, but I think it's fine to do when there's lots of evidence of someone's enthusiasm, good intentions, and good-to-have-around-ness, which I think is the case here)

[Quoted text hidden]

---

**Catherine Zeng** <yczeng@mit.edu>      Mon, May 4, 2020 at 11:49 PM
To: Emma K Batson <emmabat@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Cel Skeggs <cela@mit.edu>, Georgia E Shay <gshay@mit.edu>, Kelly J Chen <kjchen@mit.edu>, Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

I support nominating them :) Anyone that pubs SIPB on MIT confessions is a ++. (Not to mention enormous effort for Minecraft - sounds like the type of person we'd want in SIPB anyways)

[Quoted text hidden]
--
Catherine Zeng | czeng.org
Massachusetts Institute of Technology
Department of Electrical Engineering and Computer Science

WM 000587

**Nate Foss** <npfoss@mit.edu>                              Tue, May 5, 2020 at 2:07 AM
To: Catherine Zeng <yczeng@mit.edu>, Emma K Batson <emmabat@mit.edu>
Cc: William Moses <wmoses@mit.edu>, Cel Skeggs <cela@mit.edu>, Georgia E Shay <gshay@mit.edu>, Kelly J Chen
<kjchen@mit.edu>, Quentin Smith <quentin@mit.edu>, sipb-private <sipb-private@mit.edu>

I feel Cell's apprehension as well. Given the overwhelming support though, sounds like we should go for it.
[Quoted text hidden]

**WM 000588**

# EXHIBIT B

 **Billy Moses** <taekwonbilly@gmail.com>
to Miguel

Fri, Feb 21, 12:42 AM

[SIPB-Private] Questions about jkoppel keyholdership

Hello all,

You are receiving this email because you are on SIPB private.

There was a closed-door discussion after rinh's keyholder election a few weeks ago about the status of jkoppel. He has been an active member of SIPB for a fair amount of time and has seemingly met the contribution threshold for nomination.

However, in that meeting several keyholders have reported aspects of his behavior that make them uncomfortable engaging with him.

Traditionally, nomination discussions would occur on sipb-private, eventually reaching a consensus for nomination at that time. Due to the nature of the situation, however, the typical procedure seems unwise as it may discourage some keyholders from sharing their thoughts. In its place, we propose the following procedure in an attempt to maintain both SIPB's historic consensus-based approach to nomination and the right of all SIPB members to feel comfortable in its space (both physical and virtual):
Keyholders will email the chair ([wmoses@mit.edu](mailto:wmoses@mit.edu)) with their opinions on jkoppel as they relate to his potential keyholdership and anything else they believe relevant. When relevant, please include the level of confidentiality of your thoughts (between only you and the chair, can be discussed in a closed door EC meeting, or can be discussed with active keyholders [sipb-private]).
The EC will discuss jkoppel in a closed door session, and make a recommendation to keyholders.
If there are no objections to the decision, jkoppel will either be nominated or the Chair will have a private conversation with jkoppel that he is unlikely to be nominated.

Sincerely,
The Chair

---

 **Billy Moses**
thoughts?

Fri, Feb 21, 12:43 AM

---

 **Miguel Young de la Sota**
to me

Fri, Feb 21, 12:49 AM

I would suggest only two chainges:
official correspondence to the chair should be sent to sipb-chair@; official, off-the-record communication to the EC goes to sipb-ec-people@

---

 **Miguel Young de la Sota**
to me

Fri, Feb 21, 12:49 AM

I suggest telling people to send their concerns to the EC if they are ok with it, but if they want to restrict people will access to the full details, sending it to just the chair is OK

---

 **Miguel Young de la Sota**
to me

Fri, Feb 21, 12:50 AM

if you're going for the transparency angle, you probably want people to feel like the EC meeting isn't just you saying "it's bad mk"

---

 **Miguel Young de la Sota**
to me

Fri, Feb 21, 12:50 AM

I would also consider specifying that the closed door session of the EC is actually closed-door, and no other keyholders are invited

---

 **Billy Moses** <taekwonbilly@gmail.com>
to Miguel

Fri, Feb 21, 12:51 AM

my thoughts for saying just the chair [and the chair sharing the relevant details w EC] is that I'd imagine some people to have some details they want to share w just chair and some w just ec

---

 **Billy Moses** <taekwonbilly@gmail.com>
to Miguel

Fri, Feb 21, 12:51 AM

and two emails would become a higher burdern discouraging participation

---

 **Billy Moses**
but yes at sipb-char@

Fri, Feb 21, 12:51 AM

WM 000383