UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KOPPEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 20-cv-11479-LTS |
| | ) |
| WILLIAM MOSES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ASSENTED-TO MOTION FOR ENGLARGEMENT OF TIME TO FILE
OBJECTIONS TO REPORT AND RECOMMENDATION**

Defendant William Moses, with the assent of plaintiff James Koppel, moves for an enlargement of time of seven days, to January 11, 2024, to file objections to the Report and Recommendation dated December 21, 2023. In support of this motion, Moses states as follows.

1.     On December 21, 2023, Magistrate Judge Cabell issued a Report and Recommendation on Defendant William Moses's Motion for Summary Judgment, recommending that the motion be denied. (Doc. No. 146). Pursuant to Fed. R. Civ. P. 72 and the Court's accompanying docket entry, Moses' objections to the Report and Recommendation are due January 4, 2024.

2.     Moses's counsel has pre-existing plans to travel during the week of December 25, 2023. Further, his counsel is responsible for a significant filing due January 5, 2024. Accordingly, Moses requests that the Court grant a one-week enlargement of the time for his counsel to file objections to the report and recommendation.

3.     Counsel for Moses has conferred with counsel for plaintiff James Koppel, who has assented to the relief requested herein.

109578\000000\4672981

For the foregoing reasons, William Moses respectfully requests that his motion for an enlargement of time to file objections to the Report and Recommendation dated December 21, 2023 be allowed, and that the date for such objections be extended to January 11, 2024.

Respectfully submitted,

WILLIAM MOSES,

By his attorneys,

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle (BBO #647438)
jpyle@princelobel.com
Nicole J. Cocozza (BBO #693523)
ncocozza@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: December 22, 2023

## Local Rule 7.1 Certification

I, Jeffrey J. Pyle, counsel for defendant William Moses, hereby certify that I conferred with counsel for James Koppel in a good faith attempt to resolve the issue in the motion, and that counsel for James Koppel assented to the relief requested herein.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle

## Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle

2

109578\000000\4672981