UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
James Koppel,                 )
                                    )
        Plaintiff,            )
                                    )
v.                            )
                                    )   Civil Action No. 1:20-cv-11479-LTS
William Moses,         )
                                    )
        Defendant.        )
_____)

Assented-to Motion by the Plaintiff to Postpone By One Month the Date
<u>of Final Pretrial Conference and Start of Trial</u>

      Plaintiff James Koppel by his attorneys hereby moves with the Assent of the Defendant William Moses by his attorneys that the Pretrial Conference presently scheduled for May 3, 2024 be postponed for thirty days and that the trial date presently scheduled for May 6, 2024 be postponed by the same length of time.

      This Court by a Notice dated February 6, 2024 (Document 150), scheduled the Final Pretrial Conference in this case for 3 p.m. on Thursday May 2, 2024 and scheduled trial to commence at 9 a.m. on Monday May 6, 2024.

      The primary reason for this motion is that Counsel for the Plaintiff James Koppel is required to be present in Suffolk Superior Court starting April 29 for a jury trial in the civil action *Annkissam LLC v. STJ Devonshire Equity Partners LLC*, et al., Suffolk Superior Court, Civil Action 1784 CV 1410 E. That April 29, 2024 trial date and related pretrial hearings in

April 2024 have been scheduled for a number of months. The parties in the *Annkissam* case anticipate that the trial will take at least 10 days and that trial will in fact start on April 29, 2024.

Counsel for Koppel because of this commitment very likely cannot be present for trial here starting May 6. He possibly could attend a May 2 pretrial conference if the Suffolk trial proceeds from 9 am to 1pm rather than full days, but that has not been decided.

If the trial in this case does not commence on May 6, the attorneys here have limited availability for the balance of May. Counsel for the Defendant has a non-movable commitment during the weekend starting May 24, 2024. Because of that commitment, Counsel here jointly requests a new a date for a Final Pretrial Conference in this civil action in early June 2024 and a new trial date soon thereafter.

| | |
|---|---|
| Assented To:<br>JAMES KOPPEL,<br>By his attorney, | Assented To:<br>Defendant William Moses<br>By his Attorneys |
| */s/ Paul G. Boylan*<br>Paul G. Boylan, BBO 052320<br>Freeman Mathis & Gary, LLP<br>60 State Street, 6th Floor, Suite 600<br>Boston, Massachusetts 02109<br>pboylan@fmglaw.com<br>(617) 963-5972 | */s/ Jeffrey J. Pyle*<br>Jeffrey J. Pyle (BBO #647438)<br>Prince Lobel Tye LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>jpyle@princelobel.com<br>(617) 456-8143 |

Date: February 9, 2024

Certificate of Service

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Date:  February 9, 2024

                                          */s/ Paul G. Boylan*
                                          Paul G. Boylan