UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KOPPEL, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM MOSES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 20-cv-11479-LTS <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

Respectfully submitted,

| WILLIAM MOSES | JAMES KOPPEL |
|---|---|
| By his attorney, | By his attorney, |
| /s/ *Jeffrey J. Pyle* <br> Jeffrey J. Pyle, BBO #647438 <br> jpyle@princelobel.com <br> Prince Lobel Tye LLP <br> One International Place, Suite 3700 <br> Boston, MA 02110 <br> T: 617-456-8000 | /s/ *Paul G. Boylan* <br> Paul G. Boylan, BBO #052320 <br> Freeman Mathis & Gary, LLP <br> 60 State Street, Suite 600 <br> Boston, Massachusetts 02109 <br> pboylan@fmglaw.com <br> T: 617-963-5973 |

#4849259v1